Robert L. Sills (RS 8896)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue, New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorney for Petitioner

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------- x
:
**TELENOR MOBILE**
**COMMUNICATIONS AS,**                          :
                                                :
                Petitioner,           :   07 Civ. 6929
                                                :
              -against-                      :   **ECF CASE**
                                                :
**STORM LLC,**                                  :   **RULE 7.1 STATEMENT**
                                                :
                Respondent.          :
                                                :
-------------------------------------------------------- x

Pursuant to Federal Rule of Civil Procedure 7.1 Respondent Telenor Mobile Communications AS ("Telenor Mobile"), by and through its undersigned counsel, certifies that Plaintiff Telenor Mobile is a wholly-owned subsidiary of Telenor ASA, a Norwegian company. The Ministry of Trade and Industry of the Kingdom of Norway holds a 53.97% interest in Telenor ASA. The securities of Telenor ASA are publicly traded on the Oslo Stock Exchange.

Dated:   New York, New York
           August 1, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

By _____
     Jay K. Musoff (JM-8716)

666 Fifth Avenue
New York, New York 10103
(212) 506-5000
Attorneys for Respondent
Telenor Mobile Communications AS

OHS East:160274159.2