Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
**ORRICK, HERRINGTON & SUTCLIFFE LLP**
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Attorneys for Plaintiff

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
**TELENOR MOBILE COMMUNICATIONS AS,** :
:
Plaintiff, : 07 CV 6929
: ECF Case
-against- :
:
: **AFFIDAVIT OF SERVICE**
**STORM LLC,** :
:
Defendants. :
------------------------------------------------------------ x

STATE OF NEW YORK   )
                    : ss.:
COUNTY OF NEW YORK  )

       **DIANA JOSEPH**, being duly sworn, deposes and says:

1.      I am over the age of 18 years and am not a party to this action, and I am employed by Orrick, Herrington & Sutcliffe LLP, attorneys for plaintiff in the above-entitled action.

2.      On August 2, 2007, I served true copies of the Summons, Petition, Civil Cover Sheet and Rule 7.1 Statement in the above-entitled action by Registered Mail Return Receipt Requested by placing true and correct copies thereof in properly addressed and sealed

envelopes and depositing them in the custody of the U.S. Postal Service within New York to the address set forth below:

>   Storm LLC
>   1, Narodnogo Opolchennya Street
>   Kyiv  03151
>   Ukraine
>
>   Attention:  General Director

3. In addition, on August 2, 2007, I served true copies of the Summons, Petition, Civil Cover Sheet and Rule 7.1 Statement by Facsimile to the following address:

>   Storm LLC
>   1, Narodnogo Opolchennya Street
>   Kyiv  03151
>   Ukraine
>
>   Attention:  General Director
>   Fax # 011 380 44 235 3905

4. In addition, on August 2, 2007, I served true copies of the Summons, Petition, Civil Cover Sheet and Rule 7.1 Statement by Federal Express to the following address:

>   Mr. Alexey E. Khoudyakov
>   Altimo Holdings & Investments Limited
>   11 Savvinskaya nab.
>   Moscow  119435
>   RUSSIA

_____
Diana Joseph

Sworn to before me this
2 day of August, 2007

_____
Linda C. Santos
Notary Public

LINDA C. SANTOS
Notary Public, State of New York
No. 41-5002574 Queens County
Certificate Filed in New York County
Term Expires  10/15/2010



US_EAST:160279046.1
16487-4 DDJ/DDJ

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELENOR MOBILE COMMUNICATIONS AS, <br><br> Petitioner, <br><br> v. <br><br> STORM LLC, <br><br> Respondent. | Case No. 07 Civ. 6929 <br><br> <u>AFFIDAVIT OF SERVICE</u> |

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK )

Arthur Bernard, being duly sworn, deposes and says:

1. I am over the age of 18 years and am not a party to this action, and am employed by Orrick, Herrington & Sutcliffe LLP.

2. On the 2nd day of August, 2007, at approximately 1:30 p.m., I serve true copies of the SUMMONS IN A CIVIL ACTION, PETITION TO CONFIRM ARBITRATION AWARD, RULE 7.1 STATEMENT, PROCEDURES FOR ELECTRONIC CASE FILING, 3rd AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL and CIVIL COVER SHEET by hand upon Storm LLC by delivering the aforementioned documents addressed to Peter Van Tol Esq., Lovell's LLP located at 590 Madison Avenue, 6th Floor, New York, New York 10022.

_____
Arthur Bernard

Sworn to before me this
6th day of August, 2007

_____
Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Queens County
Commission Expires Nov. 25, 20 10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TELENOR MOBILE
COMMUNICATIONS AS,

       Petitioner,

    v.

STORM LLC,

       Respondent.

Case No. 07 Civ. 6929

AFFIDAVIT OF SERVICE

---

STATE OF NEW YORK  )
                       : ss.:
COUNTY OF NEW YORK )

       Arthur Bernard, being duly sworn, deposes and says:

       1. I am over the age of 18 years and am not a party to this action, and am employed by Orrick, Herrington & Sutcliffe LLP.

       2. On the 2nd day of August, 2007, at 2:15 p.m., I made an attempt to serve true copies of the SUMMONS IN A CIVIL ACTION, PETITION TO CONFIRM ARBITRATION AWARD, RULE 7.1 STATEMENT, PROCEDURES FOR ELECTRONIC CASE FILING, 3rd AMENDED INSTRUCTIONS FOR FILING AN ELECTRONIC CASE OR APPEAL and CIVIL COVER SHEET by hand upon Storm LLC by delivering the aforementioned documents to CT Corporation System (as agent for service of process for Storm LLC) located at 111 Eighth Avenue, 13th Floor, New York, New York 10011.

       3. The process specialist at CT Corporation System advised me that CT Corporation System is not the registered agent for service of process for Storm LLC and therefore, could not accept the documents on their behalf.

                                                    _____
                                                    Arthur Bernard

Sworn to before me this
2nd day of August, 2007

_____
Notary Public

BEVERLY H. CHOW
Notary Public, State of New York
No. 02CH6102203
Qualified in Westchester County
Commission Expires December 01, 20 21