UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
**TELENOR MOBILE COMMUNICATIONS AS,**                       :
                                                            :
                    Petitioner,                  :
                                                            :
              -against-                          :   07 Civ. 6929
                                                            :
**STORM LLC,**                                              :   ECF Case
                                                            :
                    Respondent.                  :
------------------------------------------------------------X

### RULE 7.1 STATEMENT

      Pursuant to Federal Rule of Civil Procedure 7.1, Respondent Storm LLC ("Storm"), by its attorneys Lovells LLP, certifies that Storm is wholly owned by Alfa Telecom, a company organized under the laws of the British Virgin Islands that currently uses the trade name "Altimo." No publicly held corporation owns 10% or more of Storm's stock.

Dated: New York, New York
       August 16, 2007

                                      LOVELLS LLP

                                      By: _____
                                            Pieter Van Tol (PVT-2455)
                                            Gonzalo S. Zeballos (GZ-5994)
                                              Lisa J. Fried (LF-6968)

                                      590 Madison Avenue
                                      New York, New York
                                      (212) 909-0600

                                      *Attorneys for Respondent Storm LLC*