# EXHIBIT F
# PART 2

# EXHIBIT U



# Господарський процесуальний кодекс України

(Назва у редакції Закону
України від 21.06.2001 р. N 2539-III)

Із змінами і доповненнями, внесеними
Законами України
від 30 червня 1993 року N 3345-XII, ВВР, 1993, N 33, ст. 347,
від 2 березня 1995 року N 82/95-ВР, ВВР, 1995, N 14, ст. 90,
від 20 лютого 1996 року N 54/96-ВР, ВВР, 1996, N 9, ст. 44,
від 13 травня 1997 року N 251/97-ВР, ОВУ, 1997, число 22, с. 3,
від 30 червня 1999 року N 784-XIV, ОВУ, 1999, N 33, ст. 1699,
від 20 квітня 2000 року N 1664-III, ОВУ, 2000, N 20, ст. 809,
від 19 жовтня 2000 року N 2056-III, ОВУ, 2000, N 46, ст. 1975,
від 21 грудня 2000 року N 2181-III, ОВУ, 2001, N 7, ст. 259,
від 18 січня 2001 року N 2249-III, ОВУ, 2001, N 8, ст. 313,
від 17 травня 2001 року N 2413-III, ОВУ, 2001, N 24, ст. 1060,
від 21 червня 2001 року N 2539-III, ОВУ, 2001 р., N 25, ст. 1148,
від 10 січня 2002 року N 2922-III, ОВУ, 2002  р., N 7, ст. 275,
від 7 березня 2002 року N 3092-III, ОВУ, 2002 р., N 13, ст. 637,
від 15 травня 2003 року N 761-IV, ОВУ, 2003 р., N 23, ст. 1020,
від 22 травня 2003 року N 850-IV, ОВУ, 2003 р., N 25, ст. 1173,
від 18 листопада 2003 року N 1255-IV, ОВУ, 2003 р., N 52, ст. 2734,
від 24 червня 2004 року N 1892-IV, ОВУ, 2004 р., N 28, ст. 1865,
від 3 березня 2005 року N 2456-IV, ОВУ, 2005 р., N 13, ст. 656,
від 23 червня 2005 року N 2705-IV, ОВУ, 2005 р., N 29, ст. 1691,
від 8 вересня 2005 року N 2875-IV, ОВУ, 2005 р., N 38, ст. 2362,
від 22 вересня 2005 року N 2900-IV, ОВУ, 2005 р., N 41, ст. 2593,
від 15 березня 2006 року N 3538-IV, ОВУ, 2006 р., N 14, ст. 961,
від 15 березня 2006 року N 3541-IV, ОВУ, 2006 р., N 15, ст. 1066

(З 28 червня 2002 цей Кодекс доповнено статтею 81[1]
згідно із Законом України від 21 червня 2001 року N 2539-III)

(Положенням абзацу четвертого частини першої статті 2 дано
офіційне тлумачення згідно з Рішенням Конституційного Суду
України від 8 квітня 1999 року N 3-рп/99)

(Положенню абзацу першого пункту 1 частини першої статті 12
щодо підвідомчості господарським судам справ "у спорах про
визнання недійсними актів з підстав, зазначених у законодавстві"
дано офіційне тлумачення згідно з Рішенням Конституційного
Суду України від 2 липня 2002 року N 13-рп/2002)

### Стаття 106. Апеляційні скарги на ухвали місцевого господарського суду

Ухвали місцевого господарського суду можуть бути оскаржені в апеляційному порядку у випадках, передбачених цим Кодексом та Законом України "Про відновлення платоспроможності боржника або визнання його банкрутом".

Апеляційні скарги на ухвали місцевого господарського суду розглядаються в порядку, передбаченому для розгляду апеляційних скарг на рішення місцевого господарського суду.

Апеляційні скарги на ухвали місцевого господарського суду можуть подавати сторони та інші учасники судового процесу, зазначені у цьому Кодексі та Законі України "Про відновлення платоспроможності боржника або визнання його банкрутом".

У випадках скасування апеляційною інстанцією ухвал про відмову у прийнятті позовної заяви або заяви про порушення справи про банкрутство, про повернення позовної заяви або заяви про порушення справи про банкрутство, зупинення провадження у справі, припинення провадження у справі, про залишення позову без розгляду або залишення заяви у провадженні справи про банкрутство без розгляду справа передається на розгляд місцевого господарського суду.

## Розділ XII[1]
# ПЕРЕГЛЯД СУДОВИХ РІШЕНЬ У КАСАЦІЙНОМУ ПОРЯДКУ

(Доповнено розділом XII[1] згідно із
Законом України від 21.06.2001 р. N 2539-III)

### Стаття 107. Право касаційного оскарження

Сторони у справі мають право подати касаційну скаргу, а прокурор касаційне подання на рішення місцевого господарського суду, що набрало законної сили, та постанову апеляційного суду. Касаційну скаргу мають право подати також особи, яких не було залучено до участі у справі, якщо суд прийняв рішення чи постанову, що стосується їх прав і обов'язків.

### Стаття 108. Касаційна інстанція

Вищий господарський суд України переглядає за касаційною скаргою (поданням) рішення місцевого господарського суду та постанови апеляційного господарського суду.

### Стаття 109. Порядок подання касаційної скарги (подання)

Касаційна скарга (подання) подається (вноситься) до Вищого господарського суду України через місцевий чи апеляційний господарський суд, який прийняв оскаржуване рішення чи постанову.

Місцевий або апеляційний господарський суд, який прийняв оскаржуване рішення або постанову, зобов'язаний надіслати скаргу (подання) разом зі справою до Вищого господарського суду України у п'ятиденний строк з дня її надходження.

### Стаття 110. Строк подання касаційної скарги (подання)

Касаційна скарга (подання) може бути подана (внесена) протягом одного місяця з дня набрання рішенням місцевого господарського суду чи постановою апеляційного господарського суду законної сили.

### Стаття 111. Форма і зміст касаційної скарги (подання)

Касаційна скарга (подання) подається (вноситься) у письмовій формі і повинна містити:



# The Code of Commercial Procedure of Ukraine

### Article 107. Right to cassation appeal

Parties to the proceedings are entitled to submit cassation appeal, while prosecutor is entitled to submit cassation appellate submission, against a decision of the local commercial court, which became effective, and ruling of the court of appeal. Cassation appeal may also be submitted by persons that were not included into the proceedings, if the court delivered decision or ruling, which influences their rights or obligations.

# EXHIBIT V



# Господарський процесуальний кодекс України

(Назва у редакції Закону
України від 21.06.2001 р. N 2539-III)

Із змінами і доповненнями, внесеними
Законами України
від 30 червня 1993 року N 3345-XII, ВВР, 1993, N 33, ст. 347,
від 2 березня 1995 року N 82/95-ВР, ВВР, 1995, N 14, ст. 90,
від 20 лютого 1996 року N 54/96-ВР, ВВР, 1996, N 9, ст. 44,
від 13 травня 1997 року N 251/97-ВР, ОВУ, 1997, число 22, с. 3,
від 30 червня 1999 року N 784-XIV, ОВУ, 1999, N 33, ст. 1699,
від 20 квітня 2000 року N 1664-III, ОВУ, 2000, N 20, ст. 809,
від 19 жовтня 2000 року N 2056-III, ОВУ, 2000, N 46, ст. 1975,
від 21 грудня 2000 року N 2181-III, ОВУ, 2001, N 7, ст. 259,
від 18 січня 2001 року N 2249-III, ОВУ, 2001, N 8, ст. 313,
від 17 травня 2001 року N 2413-III, ОВУ, 2001, N 24, ст. 1060,
від 21 червня 2001 року N 2539-III, ОВУ, 2001 р., N 25, ст. 1148,
від 10 січня 2002 року N 2922-III, ОВУ, 2002 р., N 7, ст. 275,
від 7 березня 2002 року N 3092-III, ОВУ, 2002 р., N 13, ст. 637,
від 15 травня 2003 року N 761-IV, ОВУ, 2003 р., N 23, ст. 1020,
від 22 травня 2003 року N 850-IV, ОВУ, 2003 р., N 25, ст. 1173,
від 18 листопада 2003 року N 1255-IV, ОВУ, 2003 р., N 52, ст. 2734,
від 24 червня 2004 року N 1892-IV, ОВУ, 2004 р., N 28, ст. 1865,
від 3 березня 2005 року N 2456-IV, ОВУ, 2005 р., N 13, ст. 656,
від 23 червня 2005 року N 2705-IV, ОВУ, 2005 р., N 29, ст. 1691,
від 8 вересня 2005 року N 2875-IV, ОВУ, 2005 р., N 38, ст. 2362,
від 22 вересня 2005 року N 2900-IV, ОВУ, 2005 р., N 41, ст. 2593,
від 15 березня 2006 року 3538-IV, ОВУ, 2006 р., N 14, ст. 961,
від 15 березня 2006 року 3541-IV, ОВУ, 2006 р., N 15, ст. 1066

(З 28 червня 2002 цей Кодекс доповнено статтею 81[1]
згідно із Законом України від 21 червня 2001 року N 2539-III)

(Положенням абзацу четвертого частини першої статті 2 дано
офіційне тлумачення згідно з Рішенням Конституційного Суду
України від 8 квітня 1999 року N 3-рп/99)

(Положенню абзацу першого пункту 1 частини першої статті 12
щодо підвідомчості господарським судам справ "у спорах про
визнання недійсними актів з підстав, зазначених у законодавстві"
дано офіційне тлумачення згідно з Рішенням Конституційного
Суду України від 2 липня 2002 року N 13-рп/2002)

апеляційного суду. Касаційну скаргу мають право подати також особи, яких не було залучено до участі у справі, якщо суд прийняв рішення чи постанову, що стосується їх прав і обов'язків.

## Стаття 108. Касаційна інстанція

Вищий господарський суд України переглядає за касаційною скаргою (поданням) рішення місцевого господарського суду та постанови апеляційного господарського суду.

## Стаття 109. Порядок подання касаційної скарги (подання)

Касаційна скарга (подання) подається (вноситься) до Вищого господарського суду України через місцевий чи апеляційний господарський суд, який прийняв оскаржуване рішення чи постанову.

Місцевий або апеляційний господарський суд, який прийняв оскаржуване рішення або постанову, зобов'язаний надіслати скаргу (подання) разом зі справою до Вищого господарського суду України у п'ятиденний строк з дня її надходження.

## Стаття 110. Строк подання касаційної скарги (подання)

Касаційна скарга (подання) може бути подана (внесена) протягом одного місяця з дня набрання рішенням місцевого господарського суду чи постановою апеляційного господарського суду законної сили.

## Стаття 111. Форма і зміст касаційної скарги (подання)

Касаційна скарга (подання) подається (вноситься) у письмовій формі і повинна містити:

1) найменування касаційної інстанції;

2) найменування місцевого або апеляційного господарського суду, судове рішення якого оскаржується, номер справи та дату прийняття рішення або постанови;

3) найменування особи, що подає скаргу (подання), та іншої сторони (сторін) у справі;

4) вимоги особи, що подала скаргу (подання), із зазначенням суті порушення або неправильного застосування норм матеріального чи процесуального права;

5) перелік доданих до скарги (подання) документів.

Не допускаються посилання у касаційній скарзі (поданні) на недоведеність обставин справи.

Касаційна скарга підписується особою, яка подала скаргу або її уповноваженим представником.

До скарги додаються докази сплати державного мита і надсилання копії скарги іншій стороні у справі.

## Стаття 111¹. Надсилання касаційної скарги (подання) сторонам у справі

Особа, яка подала касаційну скаргу, надсилає іншій стороні у справі копії касаційної скарги і доданих до неї документів, які у цієї сторони відсутні.

Прокурор, який вносить касаційне подання, надсилає сторонам у справі його копію і копії доданих до нього документів, які відсутні у справі.

## Стаття 111². Відзив на касаційну скаргу (подання)



# The Code of Commercial Procedure of Ukraine

### Article 108. Court of cassation instance

The Highest Commercial Court of Ukraine shall revise, upon cassation appeals (cassation submissions), decisions of local commercial courts and rulings of appellate commercial courts.

### Article 109. Procedure of submitting cassation appeal (cassation submission)

Cassation appeal (cassation submission) shall be submitted to the Highest Commercial Court of Ukraine via local or appellate commercial court, which delivered decision or ruling appealed.

Local or appellate commercial court, which delivered decision or ruling appealed, shall send the appeal (submission) along with the case materials to the Highest Commercial Court of Ukraine within five days since it was received.

### Article 110. Deadline for submission of cassation appeal (cassation submission)

Cassation appeal (cassation submission) may be submitted within a month since decision of local commercial court or ruling of appellate commercial court became effective.

### Article 111. Form and content of cassation appeal (cassation submission)

Cassation appeal (cassation submission) shall be submitted in written form and shall contain:

1) the name of the court of cassation instance;

2) the name of local or appellate commercial court, court decision of which is appealed, case number and date, on which decision or ruling was delivered;

3) names of the appellant and of the other party (parties) to the proceedings;

4) claims of the appellant with indication of the substance of violation or incorrect application of rules of substantive or procedural law;

5) list of documents attached to the appeal (submission).

The appellant may not refer to that certain facts have not been established.

The appeal shall be signed by the appellant or its duly authorized representative.

The appeal shall be accompanied with proof that the court fee has been paid and that a copy of the appeal has been sent to the other party to the dispute.

### Article 111¹. Service of cassation appeal (cassation submission) to the parties to the proceedings

Appellant shall send copies of the cassation appeal to the other party to the dispute along with the documents attached, which such party does not possess.

Prosecutor, who submits the cassation submission, shall send a copy of it to the parties to the dispute along with copies of the documents attached, which are absent in the case materials.

# EXHIBIT W



# Господарський процесуальний кодекс України

(Назва у редакції Закону
України від 21.06.2001 р. N 2539-III)

Із змінами і доповненнями, внесеними
Законами України
від 30 червня 1993 року N 3345-XII, ВВР, 1993, N 33, ст. 347,
від 2 березня 1995 року N 82/95-ВР, ВВР, 1995, N 14, ст. 90,
від 20 лютого 1996 року N 54/96-ВР, ВВР, 1996, N 9, ст. 44,
від 13 травня 1997 року N 251/97-ВР, ОВУ, 1997, число 22, с. 3,
від 30 червня 1999 року N 784-XIV, ОВУ, 1999, N 33, ст. 1699,
від 20 квітня 2000 року N 1664-III, ОВУ, 2000, N 20, ст. 809,
від 19 жовтня 2000 року N 2056-III, ОВУ, 2000, N 46, ст. 1975,
від 21 грудня 2000 року N 2181-III, ОВУ, 2001, N 7, ст. 259,
від 18 січня 2001 року N 2249-III, ОВУ, 2001, N 8, ст. 313,
від 17 травня 2001 року N 2413-III, ОВУ, 2001, N 24, ст. 1060,
від 21 червня 2001 року N 2539-III, ОВУ, 2001 р., N 25, ст. 1148,
від 10 січня 2002 року N 2922-III, ОВУ, 2002 р., N 7, ст. 275,
від 7 березня 2002 року N 3092-III, ОВУ, 2002 р., N 13, ст. 637,
від 15 травня 2003 року N 761-IV, ОВУ, 2003 р., N 23, ст. 1020,
від 22 травня 2003 року N 850-IV, ОВУ, 2003 р., N 25, ст. 1173,
від 18 листопада 2003 року N 1255-IV, ОВУ, 2003 р., N 52, ст. 2734,
від 24 червня 2004 року N 1892-IV, ОВУ, 2004 р., N 28, ст. 1865,
від 3 березня 2005 року N 2456-IV, ОВУ, 2005 р., N 13, ст. 656,
від 23 червня 2005 року N 2705-IV, ОВУ, 2005 р., N 29, ст. 1691,
від 8 вересня 2005 року N 2875-IV, ОВУ, 2005 р., N 38, ст. 2362,
від 22 вересня 2005 року N 2900-IV, ОВУ, 2005 р., N 41, ст. 2593,
від 15 березня 2006 року N 3538-IV, ОВУ, 2006 р., N 14, ст. 961,
від 15 березня 2006 року N 3541-IV, ОВУ, 2006 р., N 15, ст. 1066

(З 28 червня 2002 цей Кодекс доповнено статтею 81[1]
згідно із Законом України від 21 червня 2001 року N 2539-III)

(Положенням абзацу четвертого частини першої статті 2 дано
офіційне тлумачення згідно з Рішенням Конституційного Суду
України від 8 квітня 1999 року N 3-рп/99)

(Положенню абзацу першого пункту 1 частини першої статті 12
щодо підвідомчості господарським судам справ "у спорах про
визнання недійсними актів з підстав, зазначених у законодавстві"
дано офіційне тлумачення згідно з Рішенням Конституційного
Суду України від 2 липня 2002 року N 13-рп/2002)

**Стаття 27. Треті особи, які не заявляють самостійних вимог на предмет спору**

Треті особи, які не заявляють самостійних вимог на предмет спору, можуть вступити у справу на стороні позивача або відповідача до прийняття рішення господарським судом, якщо рішення з господарського спору може вплинути на їх права або обов'язки щодо однієї з сторін. Їх може бути залучено до участі у справі також за клопотанням сторін, прокурора або ініціативи господарського суду.

У заявах про залучення третіх осіб і у заявах третіх осіб про вступ у справу на стороні позивача або відповідача зазначається, на яких підставах третіх осіб належить залучити або допустити до участі у справі.

Питання про допущення або залучення третіх осіб до участі у справі вирішується господарським судом, який виносить з цього приводу ухвалу.

Треті особи, які не заявляють самостійних вимог, користуються процесуальними правами і несуть процесуальні обов'язки сторін, крім права на зміну підстави і предмета позову, збільшення чи зменшення розміру позовних вимог, а також на відмову від позову або визнання позову.

(Із змінами, внесеними згідно із
Законом України від 17.05.2001 р. N 2413-III)

**Стаття 28. Представники сторін і третіх осіб**

Справи юридичних осіб в господарському суді ведуть їх органи, що діють у межах повноважень, наданих їм законодавством та установчими документами, через свого представника.

Керівники підприємств та організацій, інші особи, повноваження яких визначені законодавством або установчими документами, подають господарському суду документи, що посвідчують їх посадове становище.

Представниками юридичних осіб можуть бути також інші особи, повноваження яких підтверджуються довіреністю від імені підприємства, організації. Довіреність видається за підписом керівника або іншої уповноваженої ним особи та посвідчується печаткою підприємства, організації.

Повноваження сторони або третьої особи від імені юридичної особи може здійснювати її відокремлений підрозділ, якщо таке право йому надано установчими або іншими документами.

Громадяни можуть вести свої справи в господарському суді особисто або через представників, повноваження яких підтверджуються нотаріально посвідченою довіреністю.

(У редакції Закону України
від 13.05.97 р. N 251/97-ВР)

**Стаття 29. Участь прокурора у розгляді справ**

Прокурор бере участь у розгляді справ за його позовами, а також може вступити за своєю ініціативою у справу, порушену за позовом інших осіб, на будь-якій стадії її розгляду для представництва інтересів громадянина або держави. З метою вступу у справу прокурор може подати апеляційне, касаційне подання, подання про перегляд рішення за нововиявленими обставинами або повідомити суд і взяти участь у розгляді справи, порушеної за позовом інших осіб.



# The Code of Commercial Procedure of Ukraine

### Article 28. Representatives of parties and third persons

Cases of legal entities in commercial courts are conducted by their bodies, acting within the competence, granted by law or by foundational documents, through their representatives.

Top officers of companies and organizations, other persons, whose powers are determined by law or by foundational documents, provide commercial courts with documents, certifying their capacity.

Other persons, whose competence is determined by powers of attorney issued on behalf of the company or organization, may also represent legal entities. The power of attorney shall be signed by a top officer or another person, duly authorized by him, as well as authenticated by the seal of the company or the organization.

Parties' and third persons' rights and obligations on behalf of legal entities may also be exercised by their separate divisions, which are authorized to this end by foundational or other documents.

Citizens may conduct their cases in commercial courts in person or through representatives, whose competence is determined by notarized powers of attorney.

(As edited by the Law of Ukraine
of 13 May 1997 N 251/97-BP)

# EXHIBIT X



# ЗАКОН УКРАЇНИ

## Про господарські товариства

Із змінами і доповненнями, внесеними
Законом України
від 14 жовтня 1992 року N 2692-XII,
Декретом Кабінету Міністрів України
від 31 грудня 1992 року N 24-92,
Законами України
від 16 грудня 1993 року N 3710-XII,
від 16 грудня 1993 року N 3709-XII,
від 2 березня 1995 року N 82/95-ВР,
від 14 березня 1995 року N 90/95-ВР,
від 23 грудня 1997 року N 769/97-ВР,
від 5 травня 1999 року N 622-XIV,
від 11 травня 2000 року N 1708-III,
від 21 вересня 2000 року N 1987-III,
від 17 травня 2001 року N 2409-III,
від 10 січня 2002 року N 2916-III,
від 10 січня 2002 року N 2921-III,
від 7 лютого 2002 року N 3047-III,
від 7 березня 2002 року N 3095-III,
від 15 травня 2003 року N 762-IV,
від 20 листопада 2003 року N 1294-IV,
від 11 грудня 2003 року N 1377-IV,
від 19 лютого 2004 року N 1519-IV,
від 3 березня 2005 року N 2459-IV,
від 6 вересня 2005 року N 2801-IV

(З 14 грудня 2006 року до цього Закону будуть внесені зміни згідно
із Законом України від 17 листопада 2005 року N 3107-IV)


Положенням частини другої статті 28 у системному зв'язку з
положеннями частини п'ятої статті 4, частини першої статті 25
цього Закону дано офіційне тлумачення

(згідно з Рішенням Конституційного Суду України
від 11 травня 2005 року N 4-рп/2005)

умови, що воно було ним поставлено не пізніш як за 25 днів до початку зборів. Не пізніш як за 7 днів до скликання загальних зборів учасникам товариства повинна бути надана можливість ознайомитися з документами, внесеними до порядку денного зборів. З питань, не включених до порядку денного, рішення можуть прийматися тільки за згодою всіх учасників, присутніх на зборах.

### Стаття 62. Виконавчий орган товариства з обмеженою відповідальністю

У товаристві з обмеженою відповідальністю створюється виконавчий орган: колегіальний (дирекція) або одноособовий (директор). Дирекцію очолює генеральний директор. Членами виконавчого органу можуть бути також і особи, які не є учасниками товариства.

Дирекція (директор) вирішує усі питання діяльності товариства, за винятком тих, що належать до виключної компетенції зборів учасників. Збори учасників товариства можуть винести рішення про передачу частини повноважень, що належать їм, до компетенції дирекції (директора).

Дирекція (директор) підзвітна зборам учасників і організує виконання їх рішень. Дирекція (директор) не вправі приймати рішення, обов'язкові для учасників товариства.

Дирекція (директор) діє від імені товариства в межах, встановлених даним Законом та установчими документами.

Генеральний директор має право без довіреності виконувати дії від імені товариства. Інші члени дирекції також можуть бути наділені цим правом.

Генеральний директор (директор) не може бути одночасно головою зборів учасників товариства.

### Стаття 63. Контроль за діяльністю дирекції (директора) товариства з обмеженою відповідальністю

Контроль за діяльністю дирекції (директора) товариства з обмеженою відповідальністю здійснюється ревізійною комісією, що утворюється зборами учасників товариства з їх числа, в кількості, передбаченій установчими документами, але не менше 3 осіб. Члени дирекції (директор) не можуть бути членами ревізійної комісії.

Перевірка діяльності дирекції (директора) товариства проводиться ревізійною комісією за дорученням зборів, з власної ініціативи або на вимогу учасників товариства. Ревізійна комісія вправі вимагати від посадових осіб товариства подання їй усіх необхідних матеріалів, бухгалтерських чи інших документів та особистих пояснень.

Ревізійна комісія доповідає результати проведених нею перевірок вищому органу товариства.

Ревізійна комісія складає висновок по річних звітах та балансах. Без висновку ревізійної комісії збори учасників товариства не мають права затверджувати баланс товариства.

Ревізійна комісія має право ставити питання про скликання позачергових зборів учасників, якщо виникла загроза суттєвим інтересам товариства або виявлено зловживання посадовими особами товариства.

### Стаття 64. Виключення з товариства з обмеженою відповідальністю

Учасника товариства з обмеженою відповідальністю, який систематично не виконує або неналежним чином виконує обов'язки, або перешкоджає своїми діями досягненню цілей товариства, може бути виключено з товариства на основі рішення, за яке проголосували



# LAW OF UKRAINE

## On Commercial Entities

### Article 62. Executive body of a limited liability company

A limited liability company shall have an executive body: either collective (directorate), or individual (director). Director General shall be in charge of directorate. Executive body may be comprised of persons not from among founders of the company.

Directorate (director) shall decide upon all issues of the company's activity except those that are under exclusive competence of the meeting of founders. Meeting of founders of the company may decide to entrust directorate (director) with a portion of the meeting's competence.

Directorate (director) shall be responsible before the meeting of founders and shall execute its decisions. Directorate (director) is not entitled to take decisions to bind founders of the company.

Directorate (director) shall act on behalf of the company within the scope set forth by this Law and by the foundational documents.

Director General shall be entitled to act on behalf of the company without a power of attorney. Other members of directorate may also be entrusted with such right.

Director General (director) may not, at the same time, be in charge of the meeting of founders of the company.

# EXHIBIT Y



# Господарський процесуальний кодекс України

(Назва у редакції Закону
України від 21.06.2001 р. N 2539-III)

Із змінами і доповненнями, внесеними
Законами України
від 30 червня 1993 року N 3345-XII, ВВР, 1993, N 33, ст. 347,
від 2 березня 1995 року N 82/95-ВР, ВВР, 1995, N 14, ст. 90,
від 20 лютого 1996 року N 54/96-ВР, ВВР, 1996, N 9, ст. 44,
від 13 травня 1997 року N 251/97-ВР, ОВУ, 1997, число 22, с. 3,
від 30 червня 1999 року N 784-XIV, ОВУ, 1999, N 33, ст. 1699,
від 20 квітня 2000 року N 1664-III, ОВУ, 2000, N 20, ст. 809,
від 19 жовтня 2000 року N 2056-III, ОВУ, 2000, N 46, ст. 1975,
від 21 грудня 2000 року N 2181-III, ОВУ, 2001, N 7, ст. 259,
від 18 січня 2001 року N 2249-III, ОВУ, 2001, N 8, ст. 313,
від 17 травня 2001 року N 2413-III, ОВУ, 2001, N 24, ст. 1060,
від 21 червня 2001 року N 2539-III, ОВУ, 2001 р., N 25, ст. 1148,
від 10 січня 2002 року N 2922-III, ОВУ, 2002  р., N 7, ст. 275,
від 7 березня 2002 року N 3092-III, ОВУ, 2002 р., N 13, ст. 637,
від 15 травня 2003 року N 761-IV, ОВУ, 2003 р., N 23, ст. 1020,
від 22 травня 2003 року N 850-IV, ОВУ, 2003 р., N 25, ст. 1173,
від 18 листопада 2003 року N 1255-IV, ОВУ, 2003 р., N 52, ст. 2734,
від 24 червня 2004 року N 1892-IV, ОВУ, 2004 р., N 28, ст. 1865,
від 3 березня 2005 року N 2456-IV, ОВУ, 2005 р., N 13, ст. 656,
від 23 червня 2005 року N 2705-IV, ОВУ, 2005 р., N 29, ст. 1691,
від 8 вересня 2005 року N 2875-IV, ОВУ, 2005 р., N 38, ст. 2362,
від 22 вересня 2005 року N 2900-IV, ОВУ, 2005 р., N 41, ст. 2593,
від 15 березня 2006 року N 3538-IV, ОВУ, 2006 р., N 14, ст. 961,
від 15 березня 2006 року N 3541-IV, ОВУ, 2006 р., N 15, ст. 1066

(З 28 червня 2002 цей Кодекс доповнено статтею 81[1]
згідно із Законом України від 21 червня 2001 року N 2539-III)

(Положенням абзацу четвертого частини першої статті 2 дано
офіційне тлумачення згідно з Рішенням Конституційного Суду
України від 8 квітня 1999 року N 3-рп/99)

(Положенню абзацу першого пункту 1 частини першої статті 12
щодо підвідомчості господарським судам справ "у спорах про
визнання недійсними актів з підстав, зазначених у законодавстві"
дано офіційне тлумачення згідно з Рішенням Конституційного
Суду України від 2 липня 2002 року N 13-рп/2002)

1) нез'явлення в засідання представників сторін, інших учасників судового процесу;

2) неподання витребуваних доказів;

3) необхідність витребування нових доказів;

4) залучення до участі в справі іншого відповідача, заміна неналежного відповідача;

5) необхідність заміни відведеного судді, судового експерта.

Про відкладення розгляду справи виноситься ухвала, в якій вказуються час і місце проведення наступного засідання.

Суддя має право оголосити перерву в засіданні в межах встановленого строку вирішення спору з наступною вказівкою про це в рішенні або ухвалі.

(Із змінами, внесеними згідно із<br>Законом України від 13.05.97 р. N 251/97-ВР)

## Стаття 78. Відмова позивача від позову, визнання позову відповідачем, мирова угода сторін

Відмова позивача від позову, визнання позову відповідачем і умови мирової угоди сторін викладаються в адресованих господарському суду письмових заявах, що долучаються до справи. Ці заяви підписуються відповідно позивачем, відповідачем чи обома сторонами.

До прийняття відмови позивача від позову або до затвердження мирової угоди сторін господарський суд роз'яснює сторонам наслідки відповідних процесуальних дій, перевіряє, чи є повноваження на вчинення цих дій у представників сторін.

Мирова угода може стосуватися лише прав і обов'язків сторін щодо предмету позову.

Про прийняття відмови позивача від позову або про затвердження мирової угоди сторін господарський суд виносить ухвалу, якою одночасно припиняє провадження у справі.

У разі визнання відповідачем позову господарський суд приймає рішення про задоволення позову за умови, що дії відповідача не суперечать законодавству або не порушують прав і охоронюваних законом інтересів інших осіб.

(У редакції Закону України<br>від 21.06.2001 р. N 2539-III)

## Стаття 79. Зупинення провадження у справі та його поновлення

Господарський суд зупиняє провадження у справі в разі неможливості розгляду даної справи до вирішення пов'язаної з нею іншої справи, що розглядається іншим судом.

Господарський суд має право зупинити провадження у справі за клопотанням сторони, прокурора, який бере участь в судовому процесі, або за своєю ініціативою у випадках:

1) призначення господарським судом судової експертизи;

2) надсилання господарським судом матеріалів до слідчих органів;

3) заміни однієї з сторін її правонаступником внаслідок реорганізації підприємства, організації.



# The Code of Commercial Procedure of Ukraine

### Article 78. Claimant's refusal from the claim, respondent's agreement with the claim, settlement agreement of the parties

Claimant's refusal from the claim, respondent's agreement with the claim and terms of settlement agreement of the parties shall be submitted to the commercial court in the form of written applications, which are included in the case materials. Such applications shall be signed by claimant, respondent or both parties respectively.

Prior to acceptance of the claimant's refusal from the claim or approval of the settlement agreement of the parties, the commercial court shall inform the parties about consequences of respective procedural actions, as well as verify the competence of the parties' representatives to perform such actions.

Settlement agreement may concern only rights and obligations of the parties as regards substance of the claim.

The commercial court shall deliver an order on acceptance of the claimant's refusal from the claim or on approval of the settlement agreement of the parties, which shall also close proceedings.

Should respondent agree with the claim, the commercial court shall satisfy the claim, if respondent's actions present no violation of law or abuse of rights and legitimate interests of other persons.

(As edited by the Law of Ukraine
of 21 June 2001 N 2539-III)

# EXHIBIT Z



# Господарський процесуальний кодекс України

(Назва у редакції Закону
України від 21.06.2001 р. N 2539-III)

Із змінами і доповненнями, внесеними
Законами України
від 30 червня 1993 року N 3345-XII, ВВР, 1993, N 33, ст. 347,
від 2 березня 1995 року N 82/95-ВР, ВВР, 1995, N 14, ст. 90,
від 20 лютого 1996 року N 54/96-ВР, ВВР, 1996, N 9, ст. 44,
від 13 травня 1997 року N 251/97-ВР, ОВУ, 1997, число 22, с. 3,
від 30 червня 1999 року N 784-XIV, ОВУ, 1999, N 33, ст. 1699,
від 20 квітня 2000 року N 1664-III, ОВУ, 2000, N 20, ст. 809,
від 19 жовтня 2000 року N 2056-III, ОВУ, 2000, N 46, ст. 1975,
від 21 грудня 2000 року N 2181-III, ОВУ, 2001, N 7, ст. 259,
від 18 січня 2001 року N 2249-III, ОВУ, 2001, N 8, ст. 313,
від 17 травня 2001 року N 2413-III, ОВУ, 2001, N 24, ст. 1060,
від 21 червня 2001 року N 2539-III, ОВУ, 2001 р., N 25, ст. 1148,
від 10 січня 2002 року N 2922-III, ОВУ, 2002 р., N 7, ст. 275,
від 7 березня 2002 року N 3092-III, ОВУ, 2002 р., N 13, ст. 637,
від 15 травня 2003 року N 761-IV, ОВУ, 2003 р., N 23, ст. 1020,
від 22 травня 2003 року N 850-IV, ОВУ, 2003 р., N 25, ст. 1173,
від 18 листопада 2003 року N 1255-IV, ОВУ, 2003 р., N 52, ст. 2734,
від 24 червня 2004 року N 1892-IV, ОВУ, 2004 р., N 28, ст. 1865,
від 3 березня 2005 року N 2456-IV, ОВУ, 2005 р., N 13, ст. 656,
від 23 червня 2005 року N 2705-IV, ОВУ, 2005 р., N 29, ст. 1691,
від 8 вересня 2005 року N 2875-IV, ОВУ, 2005 р., N 38, ст. 2362,
від 22 вересня 2005 року N 2900-IV, ОВУ, 2005 р., N 41, ст. 2593,
від 15 березня 2006 року N 3538-IV, ОВУ, 2006 р., N 14, ст. 961,
від 15 березня 2006 року N 3541-IV, ОВУ, 2006 р., N 15, ст. 1066

(З 28 червня 2002 цей Кодекс доповнено статтею 81[1]
згідно із Законом України від 21 червня 2001 року N 2539-III)

(Положенням абзацу четвертого частини першої статті 2 дано
офіційне тлумачення згідно з Рішенням Конституційного Суду
України від 8 квітня 1999 року N 3-рп/99)

(Положенню абзацу першого пункту 1 частини першої статті 12
щодо підвідомчості господарським судам справ "у спорах про
визнання недійсними актів з підстав, зазначених у законодавстві"
дано офіційне тлумачення згідно з Рішенням Конституційного
Суду України від 2 липня 2002 року N 13-рп/2002)

виносить з цього приводу ухвалу в триденний строк з дня надходження заяви. Якщо голова господарського суду прийняв справу до свого провадження, питання про його відвід вирішується президією Вищого господарського суду України в триденний строк з дня надходження заяви про відвід.

(Із змінами, внесеними згідно із
законами України від 13.05.97 р. N 251/97-ВР,
від 21.06.2001 р. N 2539-III)

## Стаття 21. Сторони в судовому процесі

Сторонами в судовому процесі - позивачами і відповідачами - можуть бути підприємства та організації, зазначені у статті 1 цього Кодексу.

Позивачами є підприємства та організації, що подали позов або в інтересах яких подано позов про захист порушеного чи оспорюваного права або охоронюваного законом інтересу.

Відповідачами є підприємства та організації, яким пред'явлено позовну вимогу.

(Із змінами, внесеними згідно із
Законом України від 13.05.97 р. N 251/97-ВР)

## Стаття 22. Права та обов'язки сторін

Сторони користуються рівними процесуальними правами.

Сторони мають право знайомитися з матеріалами справи, робити з них витяги, знімати копії, брати участь в господарських засіданнях, подавати докази, брати участь у дослідженні доказів, заявляти клопотання, давати усні та письмові пояснення господарському суду, наводити свої доводи і міркування з усіх питань, що виникають у ході судового процесу, заперечувати проти клопотань і доводів інших учасників судового процесу, оскаржувати судові рішення господарського суду у встановленому цим Кодексом порядку, а також користуватися іншими процесуальними правами, наданими їм цим Кодексом.

Сторони зобов'язані добросовісно користуватися належними їм процесуальними правами, виявляти взаємну повагу до прав і охоронюваних законом інтересів другої сторони, вживати заходів до всебічного, повного та об'єктивного дослідження всіх обставин справи.

Позивач вправі до прийняття рішення по справі змінити підставу або предмет позову, збільшити розмір позовних вимог за умови дотримання встановленого порядку досудового врегулювання спору у випадках, передбачених статтею 5 цього Кодексу, в цій частині, відмовитись від позову або зменшити розмір позовних вимог.

Відповідач має право визнати позов повністю або частково.

Господарський суд не приймає відмови від позову, зменшення розміру позовних вимог, визнання позову відповідачем, якщо ці дії суперечать законодавству або порушують чиї-небудь права і охоронювані законом інтереси.

(Із доповненнями, внесеними згідно із
законами України від 17.05.2001 р. N 2413-III,
від 21.06.2001 р. N 2539-III)

## Стаття 23. Участь у справі кількох позивачів та відповідачів

Позов може бути подано кількома позивачами чи до кількох відповідачів. Кожний з позивачів або відповідачів щодо іншої сторони виступає в судовому процесі самостійно.



# The Code of Commercial Procedure of Ukraine

### Article 22. Rights and obligations of the parties

Parties shall exercise equal procedural rights.

Parties are entitled to examine the case materials, make excerpts and copies from them, participate in the commercial hearings, present evidence, participate in examination of the evidence, submit applications, present oral and written statements to the commercial court, present their arguments and opinions on any issues arising in the commercial proceedings, object against applications and arguments of other participants in the court proceedings, appeal against decisions of the commercial court as laid down by this Code, as well as to exercise other procedural rights, which they are entrusted with under this Code.

Parties are obliged to exercise their procedural rights in good faith, show mutual respect to rights and legitimate interests of the other party, take any measures necessary to thorough, complete and unbiased examination of all the facts in the case.

Claimant shall be entitled, until the case is decided, to change the cause of action, increase the amount of the claim, if pretrial settlement in this part was held according to Article 5 of this Code, to refuse from the claim or decrease the amount of the claim.

Respondent is entitled to agree with the claim in full or in part.

The commercial court shall not accept refusal from the claim, decrease of the claim, respondent's agreement with the claim, if these actions violate law or abuse rights and legitimate interests of other persons.

(As supplemented by the Laws of Ukraine
of 17 May 2001 N 2413-III,
of 21 May 2001 N 2539-III)

# EXHIBIT A1



# Господарський процесуальний кодекс України

(Назва у редакції Закону
України від 21.06.2001 р. N 2539-III)

Із змінами і доповненнями, внесеними
Законами України
від 30 червня 1993 року N 3345-XII, ВВР, 1993, N 33, ст. 347,
від 2 березня 1995 року N 82/95-ВР, ВВР, 1995, N 14, ст. 90,
від 20 лютого 1996 року N 54/96-ВР, ВВР, 1996, N 9, ст. 44,
від 13 травня 1997 року N 251/97-ВР, ОВУ, 1997, число 22, с. 3,
від 30 червня 1999 року N 784-XIV, ОВУ, 1999, N 33, ст. 1699,
від 20 квітня 2000 року N 1664-III, ОВУ, 2000, N 20, ст. 809,
від 19 жовтня 2000 року N 2056-III, ОВУ, 2000, N 46, ст. 1975,
від 21 грудня 2000 року N 2181-III, ОВУ, 2001, N 7, ст. 259,
від 18 січня 2001 року N 2249-III, ОВУ, 2001, N 8, ст. 313,
від 17 травня 2001 року N 2413-III, ОВУ, 2001, N 24, ст. 1060,
від 21 червня 2001 року N 2539-III, ОВУ, 2001 р., N 25, ст. 1148,
від 10 січня 2002 року N 2922-III, ОВУ, 2002  р., N 7, ст. 275,
від 7 березня 2002 року N 3092-III, ОВУ, 2002 р., N 13, ст. 637,
від 15 травня 2003 року N 761-IV, ОВУ, 2003 р., N 23, ст. 1020,
від 22 травня 2003 року N 850-IV, ОВУ, 2003 р., N 25, ст. 1173,
від 18 листопада 2003 року N 1255-IV, ОВУ, 2003 р., N 52, ст. 2734,
від 24 червня 2004 року N 1892-IV, ОВУ, 2004 р., N 28, ст. 1865,
від 3 березня 2005 року N 2456-IV, ОВУ, 2005 р., N 13, ст. 656,
від 23 червня 2005 року N 2705-IV, ОВУ, 2005 р., N 29, ст. 1691,
від 8 вересня 2005 року N 2875-IV, ОВУ, 2005 р., N 38, ст. 2362,
від 22 вересня 2005 року N 2900-IV, ОВУ, 2005 р., N 41, ст. 2593,
від 15 березня 2006 року N 3538-IV, ОВУ, 2006 р., N 14, ст. 961,
від 15 березня 2006 року N 3541-IV, ОВУ, 2006 р., N 15, ст. 1066

(З 28 червня 2002 цей Кодекс доповнено статтею 81¹
згідно із Законом України від 21 червня 2001 року N 2539-III)

(Положенням абзацу четвертого частини першої статті 2 дано
офіційне тлумачення згідно з Рішенням Конституційного Суду
України від 8 квітня 1999 року N 3-рп/99)

(Положенню абзацу першого пункту 1 частини першої статті 12
щодо підвідомчості господарським судам справ "у спорах про
визнання недійсними актів з підстав, зазначених у законодавстві"
дано офіційне тлумачення згідно з Рішенням Конституційного
Суду України від 2 липня 2002 року N 13-рп/2002)

За клопотанням обох сторін чи клопотанням однієї сторони, погодженим з другою стороною, спір може бути вирішено у більш тривалий строк, ніж встановлено частиною першою цієї статті.

Про продовження строку вирішення спору виноситься ухвала.

(Із змінами і доповненнями, внесеними згідно із
Законом України від 13.05.97 р. N 251/97-ВР)

**Стаття 70. Виключена.**

(Із змінами, внесеними згідно із
Законом України від 13.05.97 р. N 251/97-ВР;
виключена згідно із
Законом України від 21.06.2001 р. N 2539-III)

**Стаття 71. Виключена.**

(У редакції Закону України
від 13.05.97 р. N 251/97-ВР;
виключена згідно із
Законом України від 21.06.2001 р. N 2539-III)

**Стаття 72. Виключена.**

(У редакції Закону України
від 13.05.97 р. N 251/97-ВР;
виключена згідно із
Законом України від 21.06.2001 р. N 2539-III)

**Стаття 73. Виключена.**

(згідно із Законом України від 21.06.2001 р. N 2539-III)

**Стаття 74. Порядок ведення засідання**

Порядок ведення засідання визначається суддею, а в разі розгляду справи трьома суддями - суддею, головуючим у засіданні;

Суддя оголошує склад господарського суду, роз'яснює учасникам судового процесу їх права та обов'язки і сприяє у здійсненні належних їм прав.

У засіданні заслуховуються представники позивача і відповідача та інші особи, які беруть участь у засіданні.

(Із змінами, внесеними згідно із
Законом України від 13.05.97 р. N 251/97-ВР)

**Стаття 75. Вирішення спору при неподанні відзиву на позовну заяву і витребуваних господарським судом матеріалів**

Якщо відзив на позовну заяву і витребувані господарським судом документи не подано, справу може бути розглянуто за наявними в ній матеріалами.

**Стаття 76. Виключена.**

(згідно із Законом України від 21.06.2001 р. N 2539-III)

**Стаття 77. Відкладення розгляду справи, перерва в засіданні**



# The Code of Commercial Procedure of Ukraine

**Article 75. Consideration of dispute if no reply to the statement of claim is lodged and documents, requested by court, are not provided**

If no reply to the statement of claim is lodged and documents, requested by court, are not provided, the case may be considered on the basis of the existing information.