# EXHIBIT W

[Photocopy]                                                                                        Case # 2- 5613/06

Ruling

On December 1, 2006, the judge of the Golosiyiv District Court of the city of Kyiv Goshko O.M., having considered the claim of "Alpren Limited" against Klymenko Vadym Viktorovych on invalidation of actions and obligation to take actions,

Has found:

Plaintiff has turned to court with a claim against Klymenko V.V. on invalidation of actions and obligation to take actions. The Plaintiff has also submitted an application for interim protective measures whereby the Plaintiff requests the court as an interim protective measure to enjoin until the judgment in the case is rendered Klymenko V.V. in his capacity of the Director General of "Storm, LLC", or any other persons authorized by him, from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York; to enjoin until the judgment in the case is rendered Telenor Mobile Communications AS (a Norwegian legal entity, seated at: Norway, Fornebu Snaroyveien 30 D, 1331) and any persons authorized by it from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting of any explanations, applications, claims, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York.

Under Article 151(1) of the Code of Civil Procedure of Ukraine, the court, upon an application by the parties to the case can take interim protective measures, taking of such measures shall be allowed at any stage of the proceedings if failure to take such measures can complicate or prevent execution of the judgment in the case.

Upon the review of the materials of the case, the court came to the conclusion that failure to take interim protective measures can complicate or prevent execution of the judgment in the case.

Particularly, it is evident from the materials of the case that the Kyiv Commercial Court has applied the consequences of invalidity of a void deed – the Shareholders Agreement dated January 30, 2004 between Storm Limited Liability Company and Telenor Mobile Communications AS. However, execution of this deed hasn't been ceased, some of its participants still are guided by its provisions and thus threaten and violate the rights of the Plaintiff.

With the view to the above, on the basis of Articles 151 (1) and (3), 152 (1) – (3), 153 (1), (5) – (7), (9), (10) of the Code of Civil Procedure of Ukraine, the court,-

Has held:

To enjoin until the judgment on the merits of case is rendered Klymenko V.V. (residing at *01001, city of Kyiv, Gorkogo st., 17-B, apt. 21*) in his capacity of the Director General of "Storm, LLC", or any other persons authorized by him, from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R.

Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York;

To enjoin until the judgment on the merits of the case is rendered "Storm LLC" (registered at *01001, city of Kyiv, Narodnoho Opolchennia St., 1*, Legal entity ID #23163325) and any persons authorized by it from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York;

To enjoin until the judgment on the merits of the case is rendered "Telenor Mobile Communications AS" (a Norwegian legal entity, seated at: *Norway, Fornebu Snaroyveien 30 D, 1331*) and any persons authorized by it from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, claims, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York.

This Ruling shall be forwarded to the parties of the case, as well as to "Storm LLC" (registered at *01001, city of Kyiv, Narodnoho Opolchennia St., 1*, Legal entity ID #23163325), Telenor Mobile Communications AS" (a Norwegian legal entity, seated at: *Norway, Fornebu Snaroyveien 30 D, 1331*), and respective bodies of the State Enforcement Service.

This Ruling shall be subject to immediate execution.

This Ruling may be appealed to the Kyiv Appellate Court by means of submission within 5 days after the date of this Ruling of the application on subsequent appeal, and submission within 10 days after the date of the application of the appeal complaint. An appeal shall not stop the execution of this Ruling, and it shall not prevent further consideration of the merits of the case.

Judge

[STAMPED]
[True Copy
Judge of the Golosiyiv Ditrict Court
Of the city of Kyiv
Goshko O.M. [signed]
Secretary [signed]]

<u>THE MINISTRY OF JUSTICE OF UKRAINE</u>
**STATE ENFORCEMENT SERVICE**
Golosiyiv District of Kyiv

Lomonosova St., 2/15, Kyiv

December 4, 2006
No. 815/10

                To: Storm LLC
                Gorkogo St., 17B, apt. 21 Kyiv

                CC: Alpren Ltd, 4/12, Chapayev St., Kyiv

                CC: Golosiyiv District Court of Kyiv

     The State Enforcement Service in Golosiyiv District of Kyiv is hereby sending you at your address the **Resolution on Initiation of Enforcement Proceedings**.
     We hereby require informing us on the enforcement of the aforesaid Resolution within 7 days to No._____.

| | | |
|---|---|---|
| Department Head | [signed] | O.I. Grebenyuk |
| State Executive | [signed] | V.A. Ustymenko |

**RESOLUTION No.815/10**
**On Initiation of Enforcement Proceedings**

December 4, 2006                                                                                                          Kyiv

      I, state enforcement officer V.A. Ustymenko of the State Enforcement Service in Golosiyiv District of the city of Kyiv, have considered the application on compulsory enforcement of the Ruling #2-5613 dated December 1, 2006 of Golosiyiv District Court of City of Kyiv on injunction until the judgment on the merits of case is rendered Klymenko V.V. (residing at *01001, city of Kyiv, Gorkogo st., 17-B, apt. 21*) in his capacity of the Director General of "Storm, LLC", or any other persons authorized by him, from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York,
      that entered into legal force on December 1, 2006,

      Taking into account the foregoing, guided by articles 3, 18, 24, 76, 87 of the Law of Ukraine "On Enforcement Proceedings",

HAVE RULED AS FOLLOWS:

      1. To initiate the enforcement proceeding on the Resolution No. 2-5613 dated 1 December 2006 rendered by Golosiyiv District Court of Kyiv on **enjoining until the judgment on the merits of case is rendered the "Storm Limited Liability Company" or any duly authorized persons of the said company from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York.**

      2. The Debtor shall voluntarily comply with the requirements of the enforcement document by _____.

      3. In the event of failure to comply with the decision within the mentioned term, this decision shall be subject to compulsory enforcement. Initiation of compulsory enforcement shall oblige the Debtor to pay a 10 per cent duty and costs related to enforcement execution.

      4. The copy of this Resolution shall be forwarded to the parties thereto and to the court.

      5. This Resolution may be appealed to the head of the State Enforcement Service of Golosiyiv District of the City of Kyiv or alternatively at court within 10 days of the date of the issuance thereof.

State Enforcement Officer          [signature], [seal]                    V.A. [surname: *illegible*]

<u>THE MINISTRY OF JUSTICE OF UKRAINE</u>
**STATE ENFORCEMENT SERVICE**
Golosiyiv District of Kyiv
2/15 Lomonosova St., Kyiv

---

5 December 2006

          To:  Storm LLC
                 Office 21, 17-b Horkoho, Kyiv

        Copy:  Alpren Limited
                 4-12, Chapaeva, Kyiv

**DEMAND**

      The State Enforcement Service of Golosiyiv District of the City of Kyiv is required to enforce the Ruling No.2-5613 of December 1, 2006 issued by Golosiyiv District Court of the City of Kyiv that enjoins until the judgment on the merits of the case is rendered "Storm Limited Liability Company" or any duly authorized persons of the said company from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York. This Ruling shall be enforced immediately.
      We hereby oblige the debtor to IMMEDIATELY enforce the court ruling and inform the State Enforcement Service thereof.

     *Failure to comply with the court decision shall entail issuance of the Ruling on imposing of the penalty on the person guilty of such failure by the state enforcement officer in accordance with Article 87 of the Law of Ukraine "On the Enforcement Procedure".*

     *In the event of repeated failure to comply with the lawful requirements of the state enforcement officer, the Ruling shall be issued on imposing of the penalty in a double amount and the motion will be filed with the Prosecutor's Office on imposition of criminal liability on the guilty persons.*

     ***We hereby remind that pursuant to articles 6, 87, 88 of the Law of Ukraine "On the Enforcement Procedure", failure to comply with the lawful requirements of the state enforcement officer shall entail responsibility contemplated by Law. In the event of failure to comply with the court decision, the state enforcement officer shall file a motion with the court on imposition of criminal liability in accordance with applicable legislation.***


State enforcement officer        [signed] [sealed]        V.A. Ustymenko

<u>THE MINISTRY OF JUSTICE OF UKRAINE</u>
**STATE ENFORCEMENT SERVICE**
Golosiyiv District of Kyiv

Lomonosova St., 2/15, Kyiv

December 4, 2006
No. 815/10

        To: V.V. Klimenko
        Gorkogo St., 17B, apt. 21 Kyiv

        CC: Alpren Ltd, 4/12, Chapayev St., Kyiv

        CC: Golosiyiv District Court of Kyiv


     The State Enforcement Service in Golosiyiv District of Kyiv is hereby sending you at your address the **Resolution on Initiation of Enforcement Proceedings**.
     We hereby require informing us on the enforcement of the aforesaid Resolution within 7 days to No._____.


| | | |
|---|---|---|
| Department Head | [signed] | O.I. Grebenyuk |
| State Executive | [signed] | V.A. Ustymenko |

**Resolution No.815/10**
**On Initiation of Enforcement Proceedings**

December 4, 2006                                                                 Kyiv

    I, state enforcement officer V.A. Ustymenko of the State Enforcement Service in Golosiyiv District of the city of Kyiv, have considered the application on compulsory enforcement of the Ruling #2-5613 dated December 1, 2006 of Golosiyiv District Court of City of Kyiv on injunction until the judgment on the merits of case is rendered Klymenko V.V. (residing at *01001, city of Kyiv, Gorkogo st., 17-B, apt. 21*) in his capacity of the Director General of "Storm, LLC", or any other persons authorized by him, from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York,
    that entered into legal force on December 1, 2006,

    Taking into account the foregoing, guided by articles 3, 18, 24, 76, 87 of the Law of Ukraine "On Enforcement Proceedings",

HAVE RULED AS FOLLOWS:

1. To begin enforcement procedure on enforcing the Ruling No. 2-5613 dated December 1, 2006 issued by Golosiyivskiy District Court of the City of Kyiv on **enjoining until the judgment on the merits of case is rendered Klymenko V.V. (residing at *01001, city of Kyiv, Gorkogo st., 17-B, apt. 21*) in his capacity of the Director General of "Storm, LLC", or any other persons authorized by him, from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York.**

2. The Debtor shall voluntarily comply with the requirements of the enforcement document by December 5, 2006.

3. In the event of failure to comply with the decision within the mentioned term, this decision shall be subject to compulsory enforcement. Initiation of compulsory enforcement shall oblige the Debtor to pay a 10 per cent duty and costs related to enforcement execution.

4. The copy of this Resolution shall be forwarded to the parties thereto and to the court.

5. This Resolution may be appealed to the head of the State Enforcement Service of Golosiyiv District of the City of Kyiv or alternatively at court within 10 days of the date of the issuance thereof.

State Enforcement Officer      [signed], [sealed]      V.A. Ustymenko

<u>THE MINISTRY OF JUSTICE OF UKRAINE</u>
**STATE ENFORCEMENT SERVICE**
Golosiyiv District of Kyiv

Lomonosova St., 2/15, Kyiv

---

December 5, 2006     No. 815/10

To:   V.V. Klymenko
      17-b, Gorkogo St., apt. 21, Kyiv
Copy: Alpren Limited
      4-12, Chapayeva St., Kyiv

## DEMAND

The State Enforcement Service of Golosiyiv District of the City of Kyiv is required to enforce the Ruling No.2-5613 of December 1, 2006 issued by Golosiyiv District Court of the City of Kyiv that enjoins Vadim Viktorovych Klymenko, General Director of "Storm Limited Liability Company", and any other persons authorized by him from performing any actions aimed at performance of the Shareholders Agreement dated January 30, 2004 until the judgment on the merits of the case is rendered, including signing and submitting on behalf of "Storm LLC" of any exmplanations, applications, statements, statements of defense, motions, participating in arbitration proceedings, hearings and sittings (arbitrators Gregory B. Craig, William R. Jentes, presiding arbitrator Kenneth R.Feinberg) that is taking place under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm Limited Liability Company" in the City of New York. This Ruling shall be enforced immediately.

The debtor is hereby obliged to IMMEDIATELY perform the court decision and send the notice informing on the performance to the address of the State Enforcement Service.

*Failure to comply with the court decision shall entail issuance of the Ruling on imposing of the penalty on the person guilty of such failure by the state enforcement officer in accordance with Article 87 of the Law of Ukraine "On the Enforcement Procedure".*

*In the event of repeated failure to comply with the lawful requirements of the state enforcement officer, the Ruling shall be issued on imposing of the penalty in a double amount and the motion will be filed with the Prosecutor's Office on imposition of criminal liability on the guilty persons.*

*We hereby remind that pursuant to articles 6, 87, 88 of the Law of Ukraine "On the Enforcement Procedure", failure to comply with the lawful requirements of the state enforcement officer shall entail responsibility contemplated by Law. In the event of failure to comply with the court decision, the state enforcement officer shall file a motion with the court on imposition of criminal liability in accordance with applicable legislation.*

State enforcement officer          [signed] [sealed]               V.A. Ustymenko