# Exhibit A



**Law of Ukraine**
**On Protection of Economic Competition**
**dated January 11, 2001**

**N 2210-III**

**[extract]**

### Article 5. Concerted Actions

1. Concerted actions shall include conclusion by economic entities of agreements in any form, any form of decision-making made by associations, and any other concerted competitive conduct (action, failure to act) of business entities.

Concerted actions shall also include establishing of a business entity, association which aims at or leads to coordination of competitive conduct between business entities which had established the mentioned business entity, association, or between them and newly created business entity, or joining such association.

2. Entities that commit or intent to commit concerted actions are participants of concerted actions.



**ЗАКОН УКРАЇНИ**

**Про захист економічної конкуренції**
11 січня 2001 року, N 2210-III

[витяг]

**Стаття 5. Узгоджені дії**

1. Узгодженими діями є укладення суб'єктами господарювання угод у будь-якій формі, прийняття об'єднаннями рішень у будь-якій формі, а також будь-яка інша погоджена конкурентна поведінка (діяльність, бездіяльність) суб'єктів господарювання.

Узгодженими діями є також створення суб'єкта господарювання, об'єднання, метою чи наслідком створення якого є координація конкурентної поведінки між суб'єктами господарювання, що створили зазначений суб'єкт господарювання, об'єднання, або між ними та новоствореним суб'єктом господарювання, або вступ до такого об'єднання.

2. Особи, які чинять або мають намір чинити узгоджені дії, є учасниками узгоджених дій.