# Exhibit B



**Law of Ukraine**
**On Protection of Economic Competition**
**dated January 11, 2001**

**N 2210-III**

[extract]

**Article 6. Anti-competitive concerted actions of the business entities**

1. Concerted actions that resulted or may result in prevention, elimination or restriction of competition shall be anti-competitive concerted actions.

2. Anti-competitive concerted actions shall include, in particular, the concerted actions related to:

1) fixing of prices and other conditions of products purchase or sale;

2) limitation of production, product markets, technical and technological development, investments or assertion of control over them;

3) division of markets or the procurement sources on the basis of territory, products assortment, volume of their sale or purchase, on the scope of sellers, buyers or customers or other characteristics;

4) misrepresentation of the results of biddings, auctions, competitions, tenders;

5) exclusion from the market or limitation of access to the market (withdrawal from the market) of other business entities, buyers, sellers;

6) application of different conditions to equal agreements with other business entities that place the latter into the disadvantageous competition position;

7) conclusion of agreements under the condition that other business entities accept additional obligations that do not relate to the scope of these agreements on their nature or according to the trade or other fair customs of economic activity;

8) substantial limitation of the competitiveness of other business entities on the market without objectively justified reasons.

3. Anti-competitive concerted actions shall also include taking of similar actions (or failure to act) by business entities in the product market that caused or may cause prevention, elimination or limitation of competition if analysis of the product market shows no objective reasons for such actions (non-actions).

4. Anti-competitive concerted actions are prohibited and involve liability pursuant to law.

# ЗАКОН УКРАЇНИ

Про захист економічної конкуренції
11 січня 2001 року, N 2210-III

[витяг]

**Стаття 6. Антиконкурентні узгоджені дії суб'єктів господарювання**

1. Антиконкурентними узгодженими діями є узгоджені дії, які призвели чи можуть призвести до недопущення, усунення чи обмеження конкуренції.

2. Антиконкурентними узгодженими діями, зокрема, визнаються узгоджені дії, які стосуються:

1) встановлення цін чи інших умов придбання або реалізації товарів;

2) обмеження виробництва, ринків товарів, техніко-технологічного розвитку, інвестицій або встановлення контролю над ними;

3) розподілу ринків чи джерел постачання за територіальним принципом, асортиментом товарів, обсягом їх реалізації чи придбання, за колом продавців, покупців або споживачів чи за іншими ознаками;

4) спотворення результатів торгів, аукціонів, конкурсів, тендерів;

5) усунення з ринку або обмеження доступу на ринок (вихід з ринку) інших суб'єктів господарювання, покупців, продавців;

6) застосування різних умов до рівнозначних угод з іншими суб'єктами господарювання, що ставить останніх у невигідне становище в конкуренції;

7) укладення угод за умови прийняття іншими суб'єктами господарювання додаткових зобов'язань, які за своїм змістом або згідно з торговими та іншими чесними звичаями в підприємницькій діяльності не стосуються предмета цих угод;

8) суттєвого обмеження конкурентоспроможності інших суб'єктів господарювання на ринку без об'єктивно виправданих на те причин.

3. Антиконкурентними узгодженими діями вважається також вчинення суб'єктами господарювання схожих дій (бездіяльності) на ринку товару, які призвели чи можуть призвести до недопущення, усунення чи обмеження конкуренції у разі, якщо аналіз ситуації на ринку товару спростовує наявність об'єктивних причин для вчинення таких дій (бездіяльності).

4. Вчинення антиконкурентних узгоджених дій забороняється і тягне за собою відповідальність згідно з законом.