# Exhibit C



**Law of Ukraine**
**On Protection of Economic Competition**
**dated January 11, 2001**

**N 2210-III**

[extract]

**Article 50. Violation of legislation on protection of economic competition**

Violations of legislation on protection of economic competition shall be the following:

1. Anticompetitive concerted actions;

2. Abuse of monopolistic (dominant) position;

3. Anticompetitive actions of the bodies of state authority, local self-government, bodies of administrative and commercial management and control;

4. Failure to comply with a decision, preliminary decision of the bodies of Antimonopoly Committee of Ukraine or their partial compliance with such decisions;

5. Taking by the participants of the concerted actions – business entities of action prohibited by virtue of section 5 of Article 10 of this Law;

(…)

**Article 52. Fines**

1. The bodies of the Antimonopoly Committee of Ukraine shall impose fines on associations, business entities:

legal entities;

individuals;

group of business entities - legal entities or individuals that under Article 1 of this Law are defined as business entities in cases provided for by section 4 of this Article.

2. Violations provided for by:

sections 1, 2, and 4 of Article 50 of this Law shall be punishable by fines of up to ten percent of revenue (proceeds) of the business entity from sale of products (goods, works, services) for the last financial year preceding the year when the fine is imposed. In the event of presence of illegally

obtained profit that exceeds ten per cent of the mentioned revenue (proceeds), the fines shall be imposed in the amount that shall not exceed treble amount of illegally obtained profit. The amount of illegally obtained profit may be determined through evaluation;

section 5, 8, 10, 11, 12 and 19 of Article 50 of this Law shall be punishable by fines in the amount of up to five per cent of revenue (proceeds) of the business entity from sale of products (goods, works, services) for the last financial year preceding the year when the fine is imposed.

section 9, 13-16 and 18 of Article 50 of this Law shall be punishable by fines in the amount of up to one per cent of revenue (proceeds) of the business entity from sale of products (goods, works, services) for the last financial year preceding the year when the fine is imposed.

(…)



# ЗАКОН УКРАЇНИ

Про захист економічної конкуренції
11 січня 2001 року, N 2210-III

[витяг]

**Стаття 50. Порушення законодавства про захист економічної конкуренції**

Порушеннями законодавства про захист економічної конкуренції є:

1) антиконкурентні узгоджені дії;

2) зловживання монопольним (домінуючим) становищем;

3) антиконкурентні дії органів влади, органів місцевого самоврядування, органів адміністративно-господарського управління та контролю;

4) невиконання рішення, попереднього рішення органів Антимонопольного комітету України або їх виконання не в повному обсязі;

5) здійснення учасниками узгоджених дій - суб'єктами господарювання дій, заборонених згідно з частиною п'ятою статті 10 цього Закону;

(…)

**Стаття 52. Штрафи**

1. Органи Антимонопольного комітету України накладають штрафи на об'єднання, суб'єктів господарювання:

юридичних осіб;

фізичних осіб;

групу суб'єктів господарювання - юридичних та/або фізичних осіб, що відповідно до статті 1 цього Закону визнається суб'єктом господарювання, у випадках, передбачених частиною четвертою цієї статті.

2. За порушення, передбачені:

пунктами 1, 2 та 4 статті 50 цього Закону, накладаються штрафи у розмірі до десяти відсотків доходу (виручки) суб'єкта господарювання від реалізації продукції (товарів, робіт, послуг) за останній звітний рік, що передував року, в якому накладається штраф. У разі наявності незаконно одержаного прибутку, який перевищує десять відсотків зазначеного доходу (виручки), штраф накладається у розмірі, що не перевищує потрійного розміру незаконно одержаного прибутку. Розмір незаконно одержаного прибутку може бути обчислено оціночним шляхом;

пунктами 5, 8, 10, 11, 12 та 19 статті 50 цього Закону, накладаються штрафи у розмірі до п'яти відсотків доходу (виручки) суб'єкта господарювання від реалізації продукції (товарів, робіт, послуг) за останній звітний рік, що передував року, в якому накладається штраф;

пунктами 9, 13 - 16 та 18 статті 50 цього Закону, накладаються штрафи у розмірі до одного відсотка доходу (виручки) суб'єкта господарювання від реалізації продукції (товарів, робіт, послуг) за останній звітний рік, що передував року, в якому накладається штраф.

(…)