# Exhibit D

**Law of Ukraine
On Protection of Economic Competition
dated January 11, 2001**

**N 2210-III**

**[extract]**

### Article 10. Concerted Actions, which may be allowed

1. Concerted actions stipulated in Article 6 of the present Law may be allowed by corresponding bodies of the Antimonopoly committee of Ukraine in case the participants of such actions prove that these actions promote:

improvement of manufacturing; purchase or sale of goods;

technical-technological, economic development;

growth of small or medium-sized businesses;

optimization of export or import of goods;

developing and application of the unified technical conditions or standards for goods;

rationalization of production.

2. Concerted actions stipulated in paragraph 1 of this Article shall not be allowed by the bodies of the Antimonopoly committee of Ukraine in case it may lead to substantial restriction of competition over all market or over its significant part.

3. The Cabinet of Ministers of Ukraine may allow concerted actions which were not allowed by the Antimonopoly committee of Ukraine according to paragraph 2 of this Article in case the participants of concerted actions prove that the positive effect for public interest dominate over the negative consequences of restriction of the competition.

4. The permission according to paragraph 3 of this Article cannot be granted in case:

participants of the concerted actions apply restrictions that are not indispensable for realization of concerted actions;

restriction of competition endanger the system of free market economy.

5. To commit concerted actions stipulated in this Article is forbidden until the permission is granted by the bodies of the Antimonopoly committee of Ukraine or by the bodies of the Cabinet of Ministers of Ukraine.



# ЗАКОН УКРАЇНИ

Про захист економічної конкуренції
11 січня 2001 року, N 2210-III

[витяг]

**Стаття 10. Узгоджені дії, які можуть бути дозволені**

1. Узгоджені дії, передбачені статтею 6 цього Закону, можуть бути дозволені відповідними органами Антимонопольного комітету України, якщо їх учасники доведуть, що ці дії сприяють:

вдосконаленню виробництва, придбанню або реалізації товару;

техніко-технологічному, економічному розвитку;

розвитку малих або середніх підприємців;

оптимізації експорту чи імпорту товарів;

розробленню та застосуванню уніфікованих технічних умов або стандартів на товари;

раціоналізації виробництва.

2. Узгоджені дії, передбачені в частині першій цієї статті, не можуть бути дозволені органами Антимонопольного комітету України, якщо конкуренція суттєво обмежується на всьому ринку чи в значній його частині.

3. Кабінет Міністрів України може дозволити узгоджені дії, на які Антимонопольним комітетом України не було надано дозволу відповідно до частини другої цієї статті, якщо учасники узгоджених дій доведуть, що позитивний ефект для суспільних інтересів переважає негативні наслідки обмеження конкуренції.

4. Дозвіл згідно з частиною третьою цієї статті не може бути наданий, якщо:

учасники узгоджених дій застосовують обмеження, які не є необхідними для реалізації узгоджених дій;

обмеження конкуренції становить загрозу системі ринкової економіки.

5. Вчинення узгоджених дій, передбачених цією статтею, забороняється до отримання дозволу органів Антимонопольного комітету України або Кабінету Міністрів України.