# Exhibit E



**Law of Ukraine
On Protection of Economic Competition
dated January 11, 2001**

N 2210-III

[extract]

**Article 17. Prohibition of actions inducing violations of the legislation on protection of economic competition and their legitimization.**

Actions or failure to act of bodies of state power, bodies of local government, bodies of administrative management and control (collegial body or an officer) which induce business entities, bodies of state power, bodies of local government, bodies of administrative management and control to violate legislation on protection of economic competition, create conditions for committing violations of legislation on protection of economic competition or their legitimization, are prohibited.



## ЗАКОН УКРАЇНИ

**Про захист економічної конкуренції**
11 січня 2001 року, N 2210-III

[витяг]

**Стаття 17. Заборона схилення до порушень законодавства про захист економічної конкуренції та їх легітимації**

Забороняються дії чи бездіяльність органів влади, органів місцевого самоврядування, органів адміністративно-господарського управління та контролю (колегіального органу чи посадової особи), що полягають у схиленні суб'єктів господарювання, органів влади, органів місцевого самоврядування, органів адміністративно-господарського управління та контролю до порушень законодавства про захист економічної конкуренції, створенні умов для вчинення таких порушень чи їх легітимації.

## AFFIDAVIT

I, Olena Fedorchuk, declare herewith that I am certified translator of English language acting according to diploma PB No.25579585 issued on June 19, 2004 by National University of Ostroh Academy, fluent in both English and Ukrainian. I declare further that the translations of the attached documents from Ukrainian into English were prepared by me personally, that they are correct and correspond to the originals in Ukrainian.

On this sixteenth day of August,
two thousand and seven, city of Kyiv

**Signature**                                                                                   **Olena Fedorchuk**