Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Petitioner

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**TELENOR MOBILE COMMUNICATIONS AS,**

                Petitioner,

-against-

**STORM LLC,**

                Respondent.

07 Civ. 6929 (GEL)(DF)

ECF Case

**DECLARATION OF ROBERT L. SILLS (I)**

---

**ROBERT L. SILLS** declares the following to be true:

1.    I am a member of the bar of this Court and of the firm of Orrick, Herrington & Sutcliffe LLP, attorneys for Petitioner Telenor Mobile Communications AS ("Telenor Mobile" or "Petitioner"). I make this declaration pursuant to 28 U.S.C. § 1746 in support of Telenor Mobile's opposition to the motion of Storm LLC ("Storm" or "Respondent") to vacate and in support of Telenor Mobile's motion to confirm the arbitral award styled "Final Award" dated July 2, 2007 (the "Final Award"), issued on August 1, 2007 by the arbitration tribunal (the "Tribunal") in an arbitration under the UNCITRAL Arbitration Rules between Telenor Mobile and Storm.

2.    Attached hereto as Exhibit A is a copy of a January 16, 2007 letter sent by

Telenor Mobile to the Tribunal regarding two Ukrainian decisions obtained by Storm in December 2006 and its ancillary exhibits (A-C).

3. Attached hereto as Exhibit B is Telenor Mobile's Proposed Findings of Fact and Conclusions of Law submitted to the Tribunal on January 19, 2007.

4. Attached hereto as Exhibit C is a copy of a January 26, 2007 letter from Storm to the Tribunal in response to Telenor Mobile's January 16, 2007 letter.

5. Attached hereto as Exhibit D is a copy of the Tribunal's February 12, 2007 Interim Order Directing Further Briefing.

6. Attached hereto as Exhibit E is a copy of an email sent on February 12, 2007 by Pieter Van Tol to the Tribunal and to me.

7. Attached hereto as Exhibit F is a copy of an email sent on February 26, 2007 by Pieter Van Tol to the Tribunal and to me.

8. Attached hereto as Exhibit G is a copy of an email sent on February 26, 2007 by me to the Tribunal, copying Pieter Van Tol, Gonzalo Zeballos, Lisa Fried and Eric Chang.

9. Attached hereto as Exhibit H is a copy of the Tribunal's February 27, 2007 Interim Scheduling Order.

10. Attached hereto as Exhibit I is a copy of the Tribunal's March 13, 2007 Interim Order.

11. Attached hereto as Exhibit J is a copy of a covering email sent on March 14, 2007 by Eric Chang to the Tribunal, copying me, regarding Storm's response to the Tribunal's February 27, 2007 Interim Order Directing Further Briefing.

12. Attached hereto as Exhibit K is a copy of a March 14, 2007 letter from

Storm to the Tribunal in response to the Tribunal's February 27, 2007 Interim Order Directing Further Briefing, without exhibits.

13. Attached hereto as Exhibit L is a copy of a March 14, 2007 covering email sent by me to the Tribunal, copying Pieter Van Tol, regarding Telenor Mobile's Memorandum in Response to the Panel's February 27, 2007 Interim Order Directing Further Briefing.

14. Attached hereto as Exhibit M is Telenor Mobile's March 14, 2007 Memorandum in Response to the Panel's February 27, 2007 Interim Order Directing Further Briefing.

15. Attached hereto as Exhibit N is the Statement of Oleksiy Didkovskiy in response to the Panel's February 27, 2007 Interim Order Directing Further Briefing, omitting exhibits.

16. Attached hereto as Exhibit O is a copy of an April 24, 2007 letter from Storm to the Tribunal regarding the April 20, 2007 hearing before this Court.

17. Attached hereto as Exhibit P is a copy of an April 25, 2007 letter from Telenor Mobile to the Tribunal in response to Storm's April 24, 2007 letter, including its ancillary exhibits (A-G).

18. Attached hereto as Exhibit Q is a copy of an April 30, 2007 letter from Storm to the Tribunal in response to Telenor Mobile's April 25, 2007 letter to the Tribunal.

19. Attached hereto as Exhibit R is a copy of an email sent on May 3, 2007 by me to the Tribunal, copying Pieter Van Tol.

20. Attached hereto as Exhibit S is a copy of an email sent on May 7, 2007 by Gonzalo Zeballos to the Tribunal, copying Pieter Van Tol, Eric Chang, Karen Thompson and me.

21. Attached hereto as Exhibit T is a copy of the Tribunal's May 8, 2007 Order Closing the Hearing.

22. Attached hereto as Exhibit U is a copy of an email sent on June 22, 2007 by Kenneth Feinberg to Pieter Van Tol and me.

23. Attached hereto as Exhibit V is a copy of an email sent on July 23, 2007 by Peter O'Driscoll to the Tribunal, copying Pieter Van Tol, Gonzalo Zeballos, Lisa Fried and me.

24. Attached hereto as Exhibit W is a copy of an email chain last sent on July 23, 2007 by Gonzalo Zeballos to the Tribunal and Peter O'Driscoll, copying Pieter Van Tol, Lisa Fried and me.

25. Attached hereto as Exhibit X is a copy of an email sent on July 25, 2007 by Peter O'Driscoll to the Tribunal, copying Pieter Van Tol, Gonzalo Zeballos, Lisa Fried and me.

26. Attached hereto as Exhibit Y is a copy of an email sent on July 25, 2007. by Pieter Van Tol to the Tribunal, copying Gonzalo Zeballos, Lisa Fried, Peter O'Driscoll and me.

27. Attached hereto as Exhibit Z is a copy of an email sent on July 26, 2007 by Peter O'Driscoll to the Tribunal, copying Pieter Van Tol, Gonzalo Zeballos, Lisa Fried and me.

28. Attached hereto as Exhibit AA is a copy of an email sent July 26, 2007 by Kenneth Feinberg to the other members of the Tribunal and to Peter O'Driscoll, copying Pieter Van Tol, Gonzalo Zeballos, Lisa Fried and me.

29. Attached hereto as Exhibit BB is a copy of an email sent July 30, 2007 by

Pieter Van Tol to the Tribunal, copying Gonzalo Zeballos, Lisa Fried, Peter O'Driscoll and me.

30. Attached hereto as Exhibit CC is a copy of an email sent July 30, 2007 by Kenneth Feinberg to Pieter Van Tol and the other members of the Tribunal, copying Gonzalo Zeballos, Lisa Fried, Peter O'Driscoll and me.

31. Attached hereto as Exhibit DD is a copy of an email sent July 30, 2007 by Peter O'Driscoll to the Tribunal, copying Pieter Van Tol, Gonzalo Zeballos, Lisa Fried and me.

32. Attached hereto as Exhibit EE is a copy of an email sent July 30, 2007 by Pieter Van Tol to the Tribunal and Peter O'Driscoll, copying Gonzalo Zeballos, Lisa Fried and me.

33. Attached hereto as Exhibit FF is a copy of an email sent July 31, 2007 by Kenneth Feinberg to Pieter Van Tol, Peter O'Driscoll and the other members of the Tribunal, copying Gonzalo Zeballos, Lisa Fried, Camille Biros and me.

34. Attached hereto as Exhibit GG is a copy of an email sent August 1, 2007 by Pieter Van Tol to the Tribunal, copying Peter O'Driscoll and me.

35. Attached hereto as Exhibit HH is a copy of the Tribunal's July 2, 2007 Final Award.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2007 at New York, New York.

*Robert L. Sills*
Robert L. Sills