
**REDACTED**

---

**From:** Van Tol, Pieter [mailto:Pieter.VanTol@LOVELLS.com]
**Sent:** Monday, February 12, 2007 12:01 PM
**To:** Ken Feinberg; Sills, Robert L.; Craig, Gregory; William R. Jentes
**Subject:** RE: Attached Briefing Order

Confidential

---

Chairman Feinberg --

We have received the Tribunal's briefing order from earlier this morning and we are consulting with our client (and Ukrainian counsel) on what steps we may take in response. We will let the Tribunal and Mr. Sills know shortly what our position is.

Also, because we have not been involved in any aspect of the current Ukrainian proceedings (out of an abundance of caution given the various orders from Judge Lynch, which are currently being appealed), we are unaware of the order referred to below. We will endeavor to obtain a copy and translation. If you would send us a copy of the order, that would expedite the translation.

Regards,

Pieter Van Tol
Lovells
590 Madison Avenue
New York, New York  10022
Tel: (212) 909-0661
Fax: (212) 909-0660
pieter.vantol@lovells.com

>   -----Original Message-----
>   **From:** Ken Feinberg [mailto:KFeinberg@thefeinberggroup.com]
>   **Sent:** Monday, February 12, 2007 11:49 AM
>   **To:** Ken Feinberg; Sills, Robert L.; Van Tol, Pieter; Craig, Gregory; William R. Jentes
>   **Subject:** RE: Attached Briefing Order

8/28/2007

Message

To all:
The Tribunal has just received a communication in Ukrainian from a Court in Kiev relating to our matter. We need a translation. Thank you.
Ken
Kenneth R. Feinberg, Esq.
The Feinberg Group, LLP
1455 Pennsylvania Ave., N.W.
Suite 390
Washington, DC  20004-1008
Tel.: 202/962-9280
Fax: 202/962-9290

**From:** Ken Feinberg
**Sent:** Monday, February 12, 2007 10:29 AM
**To:** Sills, Robert L.; 'Van Tol, Pieter'; 'Craig, Gregory'; 'William R. Jentes'
**Subject:** Attached Briefing Order
Everybody:
I attach the latest Interim Order Directing Further Briefing from the Tribunal.  I believe it is self-explanatory. Thank you.
Ken
Kenneth R. Feinberg, Esq.
The Feinberg Group, LLP
1455 Pennsylvania Ave., N.W.
Suite 390
Washington, DC  20004-1008
Tel.: 202/962-9280
Fax: 202/962-9290

Lovells is an international law firm.

CONFIDENTIALITY. This email and any attachments are confidential and may also be pri

8/28/2007