IN THE MATTER OF AN ARBITRATION UNDER
THE UNCITRAL ARBITRATION RULES BETWEEN:

## TELENOR MOBILE COMMUNICATIONS AS,
Claimant,

-and-

## STORM LLC,
Respondent

## INTERIM SCHEDULING ORDER

The members of the Tribunal, having received e-mails from the parties concerning a proposed extension of the current briefing schedule, with a pending deadline of Wednesday, February 28, 2007, issue the following Order:

1. The schedule for filing briefs with the Tribunal is extended until no later than Wednesday, March 14, 2007 at 5:00 p.m.  No further extensions for the filing of briefs will be granted by the Tribunal.

2. The two-week extension is all-inclusive; it includes time for the Respondent Storm to seek permission from the appropriate Ukrainian Court to submit a brief to the Tribunal, as well as time to prepare and file such a brief, if so permitted by the Ukrainian Court.

SO ORDERED this 27th day of February, 2007.

_____/s/_____           _____/s/_____
Gregory B. Craig                              William R. Jentes

_____/s/_____
Kenneth R. Feinberg, Chair