IN THE MATTER OF AN ARBITRATION UNDER
THE UNCITRAL ARBITRATION RULES BETWEEN:

TELENOR MOBILE COMMUNICATIONS AS,
Claimant,

-and-

STORM LLC,
Respondent

**INTERIM ORDER**

The members of the Tribunal, having read and reviewed the parties' recent written submissions and e-mails, have deliberated among themselves and issue the following Interim Order:

1. Respondent Storm is provided until Friday, March 23, 2007 to respond to the latest submission submitted to the Tribunal by Claimant.

2. This decision of the Tribunal is based upon Storm's representation that "given that briefing in response to the Tribunal's Interim Order on choice of law and other issues is due tomorrow, Storm will not be able to focus its efforts on Telenor Mobile's latest gambit until after that filing." (e-mail from Pieter Van Tol, March 13, 2007). The Tribunal, therefore, expects to receive a submission from the Respondent concerning "choice of law and other issues" in a timely fashion no later than Wednesday, March 14, 2007.

3. No further extensions beyond March 23, 2007 will be permitted.

SO ORDERED this 13th day of March, 2007.

_____/s/_____                    _____/s/_____
Gregory B. Craig                     William R. Jentes

                   _____
                   Kenneth R. Feinberg, Chair