**REDACTED**

**REDACTED**

**From:** Chang, Eric [mailto:Eric.Chang@lovells.com]
**Sent:** Wednesday, March 14, 2007 5:58 PM
**To:** Ken Feinberg; Craig, Gregory; adrjentes@rcn.com
**Cc:** Van Tol, Pieter; Fried, Lisa; Zeballos, Gonzalo; Chang, Eric; Sills, Robert L.
**Subject:** Storm/Telenor Mobile

Confidential

Dear Members of the Tribunal, Mr. Chairman,

Please find attached a letter regarding Storm's response to the Tribunal's Interim Order dated February 27, 2007 Directing Further Briefing. Exhibits will follow in a separate e-mail.

We apologize for the slight delay in sending our letter, as we were waiting for the certified translation of the Ukrainian court's response to our request for leave to respond to the Tribunal.

Please do not hesitate to contact us if you have any questions.

Respectfully,

Eric Z. Chang
Associate
Lovells
590 Madison Avenue
New York, NY 10022
tel: +1.212.909.0627

8/28/2007