**REDACTED** 

| | |
|---|---|
| **From:** | Joseph, Diana |
| **Sent:** | Wednesday, March 14, 2007 5:00 PM |
| **To:** | KFeinberg@thefeinberggroup.com; gcraig@wc.com; William R. Jentes |
| **Cc:** | Pieter.VanTol@lovells.com |
| **Subject:** | Memorandum in Response to the Panel's Interim Order Directing Further Briefing |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |
| **Attachments:** | OVD Declaration - 6 pages - signed.pdf; Document.pdf |

Dear Messrs Feinberg, Craig and Jentes:

In accordance with the Panel's Interim Order Directing Further Briefing dated February 12, 2007, I attach Telenor Mobile's papers in response to the questions raised by the Panel.

Because two of the questions posed by the Panel concern, at least in part, questions of Ukrainian law, and because our firm does not practice in Ukraine, we have included in our papers, with respect to those questions, the statement of Oleksiy Didkovskiy, one of Telenor Mobile's Ukrainian attorneys. As the Panel will see, Mr. Didkovskiy's statement, is, in effect, a memorandum on the points of Ukrainian law raised by the Panel; however, because Mr. Didkovskiy does not represent Telenor Mobile in this proceeding, his statement is in the form of a declaration. In accordance with the page limit set in the Interim Order, our memorandum, together with Mr. Didkovskiy's statement, totals thirty pages.

Hard copies of the attached documents, together with appendices of the authorities referred to in the two memoranda, will be sent for delivery to each member of the Panel and to Mr. Van Tol by Federal Express for delivery tomorrow.

Respectfully,

Robert L. Sills

**DIANA D. JOSEPH**

ORRICK, HERRINGTON & SUTCLIFFE LLP

212-506-3706
212-506-5151
*email* djoseph@orrick.com

www.orrick.com

8/28/2007