IN THE MATTER OF AN ARBITRATION UNDER
THE UNCITRAL ARBITRATION RULES BETWEEN:

TELENOR MOBILE COMMUNICATIONS AS,
Claimant,

-and-

STORM LLC,
Respondent

## ORDER CLOSING THE HEARING

The members of the Tribunal, having read and reviewed all of the parties' recent written submissions and e-mails, noting, in particular, the e-mail of Robert L. Sills, Esq., dated May 3, 2007 ("Telenor Mobile does not believe there is any need to again address those issues") and the e-mail of Gonzalo Zeballos, Esq., dated May 7, 2007, ("We respectfully request that the Tribunal order that no further briefing be submitted unless leave is obtained first") have deliberated among themselves and issue the following Order pursuant to Article 29 of the UNCITRAL Arbitration Rules:

It is hereby Ordered, pursuant to Article 29 of the UNCITRAL Arbitration Rules, that the arbitration hearing in the above-captioned matter is deemed to be, and is now officially, closed. Absent special permission from the Tribunal, no further submissions of any type will be delivered to the Tribunal.

SO ORDERED this 8th day of May, 2007.

_____/s/_____              _____/s/_____
Gregory B. Craig                William R. Jentes

_____/s/_____
Kenneth R. Feinberg, Chair