**REDACTED**

---

**From:** Ken Feinberg [mailto:KFeinberg@thefeinberggroup.com]
**Sent:** Friday, June 22, 2007 9:20 AM
**To:** Van Tol, Pieter; Sills, Robert L.
**Subject:** Final Award and Invoices

Robert and Pieter,

The Tribunal has completed its work and is ready to disseminate its Final Award. This cannot be done until all Tribunal invoices have been paid in full. Bill Jentes informs me he has been so paid; Greg Craig tells me that he has just submitted his final invoice for payment. Each of you should have received my final invoice. Once these remaining invoices have been paid ASAP, I will simultaneously send you our Final Award by e-mail and hard copy. Please work with me and the Tribunal in wrapping this up during the next few days. I'm available by e-mail or telephone if you have any questions about the submitted invoices. Thanks.

Ken

Kenneth R. Feinberg, Esq.
The Feinberg Group, LLP
1455 Pennsylvania Ave., N.W.
Suite 390
Washington, DC  20004-1008
Tel.: 202/962-9280
Fax: 202/962-9290

8/28/2007