| | |
|---|---|
| **From:** | O'Driscoll, Peter |
| **Sent:** | Monday, July 23, 2007 6:50 AM |
| **To:** | kfeinberg@thefeinberggroup.com; adrjentes@rcn.com; gcraig@wc.com |
| **Cc:** | pieter.vantol@lovells.com; gonzalo.zeballos@lovells.com; Fried, Lisa; Sills, Robert L. |
| **Subject:** | Telenor Mobile Communications AS v. Storm LLC |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Red |

Dear Chairman Feinberg:

It has now been four weeks since your email of June 22, which requested the parties to satisfy all outstanding invoices "in the next few days" so that the Tribunal could release its final award. Telenor Mobile did so, but it appears that Storm still has not paid either or both of the final invoices sent by you and Mr. Craig. In order to avoid further delay, Telenor Mobile is willing to advance payment on those invoices by wire transfer as soon as copies are sent to Orrick, provided that the Final Award includes such advances as a recoverable cost to Telenor Mobile. We are available to discuss this at the convenience of the Tribunal and of Storm's counsel.

Respectfully,

Peter O'Driscoll


**PETER O'DRISCOLL**
*Partner*

ORRICK, HERRINGTON & SUTCLIFFE
TOWER 42
LEVEL 35
25 OLD BROAD STREET
LONDON EC2N 1HQ

*tel* +44 20 7422 4639
*mobile* +44 7767 348 330
*fax* +44 20 7628 0078
*email* podriscoll@orrick.com

www.orrick.com

8/28/2007