| | |
|---|---|
| **From:** | Zeballos, Gonzalo [gonzalo.zeballos@lovells.com] |
| **Sent:** | Monday, July 23, 2007 10:53 PM |
| **To:** | Ken Feinberg; O'Driscoll, Peter; adrjentes@rcn.com; gcraig@wc.com |
| **Cc:** | Van Tol, Pieter; Fried, Lisa; Sills, Robert L. |
| **Subject:** | RE: Telenor Mobile Communications AS v. Storm LLC |

Confidential

_____

Dear Chairman Feinberg,

We apologize for the delay in our response. Please note that Pieter is out of the office on another matter. We are, however, seeking information from our client and will revert to you as soon as possible.

Respectfully,

Gonzalo Zeballos


**Gonzalo S. Zeballos**
Senior Associate

Lovells LLP
590 Madison Avenue
New York NY 10022

Tel:     +1 212 909 0600
Direct:  +1 212 909 0618
Mobile:  +1 646 320 4201
Fax:     +1 212 909 0660
Email:   gonzalo.zeballos@lovells.com


-----Original Message-----
**From:** Ken Feinberg [mailto:KFeinberg@thefeinberggroup.com]
**Sent:** Monday, July 23, 2007 10:07 AM
**To:** O'Driscoll, Peter; adrjentes@rcn.com; gcraig@wc.com
**Cc:** Van Tol, Pieter; Zeballos, Gonzalo; Fried, Lisa; Sills, Robert L.
**Subject:** RE: Telenor Mobile Communications AS v. Storm LLC

To All,

I would appreciate hearing from Mr. Van Tol about this. It is correct that the panel is ready to issue it's Final Award pending payment from Storm of the remaining outstanding invoices. It is not unprecedented for one party to advance payment in order to assure prompt issuance of such Final Award. Before permitting this, however, the panel would first appreciate hearing from Storm concerning the anticipated timing of Storm's payment obligations. If such payment is not forth coming in a timely fashion, the panel will permit Telenor to advance such payments with an appropriate reference to Storm's obligation to reimburse Telenor in the Final Award. Please advise.

8/28/2007

Thanks,
Ken

---

**From:** O'Driscoll, Peter [mailto:podriscoll@orrick.com]
**Sent:** Monday, July 23, 2007 6:50 AM
**To:** Ken Feinberg; adrjentes@rcn.com; gcraig@wc.com
**Cc:** pieter.vantol@lovells.com; gonzalo.zeballos@lovells.com; Fried, Lisa; Sills, Robert L.
**Subject:** Telenor Mobile Communications AS v. Storm LLC

Dear Chairman Feinberg:

It has now been four weeks since your email of June 22, which requested the parties to satisfy all outstanding invoices "in the next few days" so that the Tribunal could release its final award. Telenor Mobile did so, but it appears that Storm still has not paid either or both of the final invoices sent by you and Mr. Craig. In order to avoid further delay, Telenor Mobile is willing to advance payment on those invoices by wire transfer as soon as copies are sent to Orrick, provided that the Final Award includes such advances as a recoverable cost to Telenor Mobile. We are available to discuss this at the convenience of the Tribunal and of Storm's counsel.

Respectfully,

Peter O'Driscoll


**PETER O'DRISCOLL**
*Partner*

ORRICK, HERRINGTON & SUTCLIFFE
TOWER 42
LEVEL 35
25 OLD BROAD STREET
LONDON EC2N 1HQ

*tel* +44 20 7422 4639
*mobile* +44 7767 348 330
*fax* +44 20 7628 0078
*email* podriscoll@orrick.com

www.orrick.com

==================================================================

Orrick, Herrington & Sutcliffe is a partnership of registered foreign lawyers and English solicitors. It is regulated by the Solicitors Regulation Authority. A list of the partners' names and their professional qualifications is open to inspection at Tower 42, Level 35, 25 Old Broad Street, London EC2N 1HQ.

==================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY