| | |
|---|---|
| **From:** | O'Driscoll, Peter |
| **Sent:** | Monday, July 30, 2007 7:40 PM |
| **To:** | Ken Feinberg; adrjentes@rcn.com; gcraig@wc.com |
| **Cc:** | pieter.vantol@lovells.com; gonzalo.zeballos@lovells.com; Fried, Lisa; Sills, Robert L. |
| **Subject:** | Telenor Mobile Communications AS v. Storm LLC |

Dear Chairman Feinberg:

In order to insure Telenor Mobile's payment by wire transfer by a date certain in the United States, we will need to set up the transfer by mid-afternoon in Europe on the preceding business day. Accordingly, if Storm has not paid its invoices by the close of business in New York on Thursday, August 2, we respectfully request that we be provided by email with copies of those invoices and current wire instructions for you and Mr. Craig, so that payment can be arranged by Telenor Mobile on Friday, August 3, and thereby made in time to adhere to the schedule for issuance of the Final Award set out in your email of this morning. If Storm then pays on August 3, the last available date set by the Tribunal, Telenor Mobile will simply cancel the transfer.

Respectfully,

Peter S. O'Driscoll
Robert L. Sills

8/28/2007