**From:** Ken Feinberg [KFeinberg@thefeinberggroup.com]
**Sent:** Tuesday, July 31, 2007 1:30 PM
**To:** Van Tol, Pieter; O'Driscoll, Peter; adrjentes@rcn.com; gcraig@wc.com
**Cc:** Zeballos, Gonzalo; Fried, Lisa; Sills, Robert L.; Camille Biros
**Subject:** RE: Telenor Mobile Communications AS v. Storm LLC

To All -- Based on representations made by Pieter yesterday, it would appear that Storm will be honoring the final invoices from Greg Craig and myself this week. Of course, per Pieter's email, once the funds are received the Tribunal will immediately issue its Final Award. By this email, I am suggesting that Greg Craig provide both Pieter and Bob Sills with wiring instructions for payment by Storm or Telenor. I will similarly do the same within the next hour or so. Thank you for your cooperation in this matter.

Ken

---

**From:** Van Tol, Pieter [mailto:Pieter.VanTol@LOVELLS.com]
**Sent:** Monday, July 30, 2007 4:20 PM
**To:** podriscoll@orrick.com; Ken Feinberg; adrjentes@rcn.com; gcraig@wc.com
**Cc:** Zeballos, Gonzalo; Fried, Lisa; rsills@orrick.com
**Subject:** Re: Telenor Mobile Communications AS v. Storm LLC


Confidential

---

Dear Chairman Feinberg --

I have additional information from my client, which is that the funds should be received by us later today or tomorrow. It appears, therefore, that the payments could be complete as early as mid-week. Of course, we will let everyone know as soon as we have received the funds.

Under the circumstances, we respectfully request that -- if possible -- the Tribunal issue the final award upon the receipt of funds from Storm rather than waiting until August 6, 2007. We expect that Telenor Mobile will not object to proceeding in that manner. It should also obviate the need for the transfer procedure described below.

Respectfully,

Pieter Van Tol

-----Original Message-----
From: O'Driscoll, Peter <podriscoll@orrick.com>
To: Ken Feinberg <KFeinberg@thefeinberggroup.com>; adrjentes@rcn.com <adrjentes@rcn.com>; gcraig@wc.com <gcraig@wc.com>
CC: Van Tol, Pieter; Zeballos, Gonzalo; Fried, Lisa; Sills, Robert L. <rsills@orrick.com>
Sent: Mon Jul 30 14:39:57 2007
Subject: Telenor Mobile Communications AS v. Storm LLC

Dear Chairman Feinberg:

In order to insure Telenor Mobile's payment by wire transfer by a date certain in the United States, we will need to set up the transfer by mid-afternoon in Europe on the preceding business day. Accordingly, if Storm has not paid its invoices by the

8/28/2007

close of business in New York on Thursday, August 2, we respectfully request that we be provided by email with copies of those invoices and current wire instructions for you and Mr. Craig, so that payment can be arranged by Telenor Mobile on Friday, August 3, and thereby made in time to adhere to the schedule for issuance of the Final Award set out in your email of this morning. If Storm then pays on August 3, the last available date set by the Tribunal, Telenor Mobile will simply cancel the transfer.

Respectfully,

Peter S. O'Driscoll
Robert L. Sills

======================================================================================

Orrick, Herrington & Sutcliffe is a partnership of registered foreign lawyers and English solicitors. It is regulated by the Solicitors Regulation Authority. A list of the partners' names and their professional qualifications is open to inspection at Tower 42, Level 35, 25 Old Broad Street, London EC2N 1HQ.

======================================================================================

NOTICE TO RECIPIENT: THIS E-MAIL IS MEANT FOR ONLY THE INTENDED RECIPIENT OF THE TRANSMISSION, AND MAY BE A COMMUNICATION PRIVILEGED BY LAW. IF YOU RECEIVED THIS E-MAIL IN ERROR, ANY REVIEW, USE, DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS E-MAIL IS STRICTLY PROHIBITED. PLEASE NOTIFY US IMMEDIATELY OF THE ERROR BY RETURN E-MAIL AND PLEASE DELETE THIS MESSAGE FROM YOUR SYSTEM. THANK YOU IN ADVANCE FOR YOUR COOPERATION.
For more information about Orrick, please visit http://www.orrick.com/

======================================================================================

```
Lovells is an international legal practice comprising Lovells LLP and its affiliated
Lovells LLP is a limited liability partnership registered in England and Wales with
number OC323639 and is regulated by the Solicitors Regulation Authority of England a
Wales.  Registered office and principal place of business: Atlantic House, Holborn V
London EC1A 2FG.

The word "partner" is used to refer to a member of Lovells LLP, or an employee or co
with equivalent standing and qualifications, and to a partner, member, employee or c
in any of its affiliated businesses who has equivalent standing.  A list of the memb
Lovells LLP and of the non-members who are designated as partners, and of their resp
professional qualifications, is open to inspection at the above address.  Further im
information about Lovells can be found on www.lovells.com.

CONFIDENTIALITY.  This email and any attachments are confidential and may also be
privileged.  If received in error, please do not disclose the contents to anyone, bu
sender by return email and delete this email (and any attachments) from your system.
```

8/28/2007