| | |
|---|---|
| **From:** | Van Tol, Pieter [Pieter.VanTol@LOVELLS.com] |
| **Sent:** | Wednesday, August 01, 2007 4:57 PM |
| **To:** | Ken Feinberg; Craig, Gregory; William R. Jentes |
| **Cc:** | Sills, Robert L.; O'Driscoll, Peter |
| **Subject:** | Payment of Fees in Telenor/Storm Arbitration |

Confidential

_____

Members of the Tribunal --

We have received the funds for Mr. Craig's invoices and will be wiring them this afternoon. We have also received confirmation that the funds for Chairman Feinberg's final invoice were wired yesterday.

We look forward to the issuance of the award upon the receipt of the outstanding payments.

Respectfully,

**Pieter Van Tol**
Partner

**Lovells LLP**
590 Madison Avenue
New York NY 10022

Tel:      +1 212 909 0600
Direct:   +1 212 909 0661
Fax:      +1 212 909 0660
Email:    pieter.vantol@lovells.com

_____

Lovells is an international legal practice comprising Lovells LLP and its affiliated
Lovells LLP is a limited liability partnership registered in England and Wales with
number OC323639 and is regulated by the Solicitors Regulation Authority of England a
Wales.  Registered office and principal place of business: Atlantic House, Holborn V
London EC1A 2FG.

The word "partner" is used to refer to a member of Lovells LLP, or an employee or co
with equivalent standing and qualifications, and to a partner, member, employee or c
in any of its affiliated businesses who has equivalent standing.  A list of the memb
Lovells LLP and of the non-members who are designated as partners, and of their resp
professional qualifications, is open to inspection at the above address.  Further im
information about Lovells can be found on www.lovells.com.

CONFIDENTIALITY.  This email and any attachments are confidential and may also be
privileged.  If received in error, please do not disclose the contents to anyone, bu
sender by return email and delete this email (and any attachments) from your system.

8/28/2007