Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Petitioner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TELENOR MOBILE COMMUNICATIONS AS,

                Petitioner,

-against-

STORM LLC,

                Respondent.

---

07 Civ. 6929 (GEL)(DF)

ECF Case

**DECLARATION OF ROBERT L. SILLS (II)**

      **ROBERT L. SILLS** declares the following to be true:

      1.     I am a member of the bar of this Court and of the firm of Orrick, Herrington & Sutcliffe LLP, attorneys for Petitioner Telenor Mobile Communications AS ("Telenor Mobile" or "Petitioner"). I make this declaration pursuant to 28 U.S.C. § 1746 in support of Telenor Mobile's opposition to the motion of Storm LLC ("Storm" or "Respondent") to vacate and in support of Telenor Mobile's motion to confirm the arbitral award styled "Final Award" dated July 2, 2007, issued on August 1, 2007 by the arbitration tribunal (the "Tribunal") in an arbitration under the UNCITRAL Arbitration Rules between Telenor Mobile and Storm (the "Arbitration").

      2.     Attached hereto as Exhibit A is a CD-Rom containing the compiled

evidentiary record of the Arbitration, as requested by and provided to the Tribunal.

3. Attached hereto as Exhibit B is an index describing and attaching by hyperlink each exhibit contained in the CD-Rom attached as Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct. Executed on August 30, 2007 at New York, New York.

*Robert L. Sills*
Robert L. Sills

2