| EXHIBIT DESCRIPTION | EXHIBIT NO. | CROSS-REFERENCES |
|---|---|---|
| Claimant's February 7, 2006 Notice of Arbitration | 1 | |
| Claimant's February 7, 2006 Statement of Claim | 2 | |
| Claimant's April 25, 2006 Amended Notice of Arbitration, | 3 | |
| Claimant's April 25, 2006 Amended Statement of Claim | 4 | |
| Respondent's May 30, 2006 Statement of Defense | 5 | |
| Respondent's June 5, 2006 Motion to Dismiss | 6 | |
| Claimant's June 23, 2006 Memorandum in Opposition to Respondent Storm's Motion to Dismiss | 7 | |
| Claimant's June 27, 2006 Supplemental Opposition to Respondent Storm's Motion to Dismiss | 8 | |
| Respondent's August 9, 2006 Evidentiary Brief | 9 | |
| August 9, 2006 Evidentiary Brief in Opposition to Respondent Storm's Motion to Dismiss | 10 | |
| Affidavit of Egil Hansen | 11 | |
| Affidavit of Fredrik Lykke | 12 | |
| Affidavit of Myron Rabij | 13 | |
| Claimant's September 12, 2006 Proposed Findings of Fact and Conclusions of Law | 14 | |
| Respondent's September 12, 2006 Proposed Findings of Fact and Conclusions of Law | 15 | |
| Respondent's November 29, 2006 Pre-Hearing Memorandum | 16 | |
| Legal Opinion of Peter Magnus | 17 | |
| Amendment No. 1 to Schedule 13D of Cukurova Telecom Holdings Limited, Alfa Telecom Turkey Limited, Alfa Finance Holding S.A., OOO "Altimo" and Altimo Holdings & Investments Limited, filed with the SEC on August 15, 2006 | 18 | |
| Claimant's November 29, 2006 Pre-Hearing Memorandum | 19 | |
| Form 6-K, Report of Foreign Issuer, filed with the SEC on January 12, 2007 by Turkcell Iletisim Hizmetleri A.S. | 20 | |
| Affidavit of Thor Asbjørn Halvorsen | 21 | |
| January 16, 2007 Letter from R. Sills to K. Feinberg, G. Craig, and W. Jentes regarding new Ukrainian decisions | 26 | |
| Affidavit of Alexey Khoudyakov | 30 | |
| Affidavit of Andrei Kosogov | 31 | |
| Affidavit of David Wack | 32 | |
| Affidavit of Mikhail Ilyashev | 33 | |
| Affidavit of Pavel Kulikov | 34 | |
| Affidavit of Vadim Klymenko | 35 | Respondent's Evidentiary Brief-EXH. G |
| Affidavit of Yuriy Chuikov | 36 | |
| April 2, 2004 Share Purchase Agreement between Storm, Ukraine Trading LLC, as agent for Storm, Telenor Mobile, and Financial Company "Kliringovyi Dim, LLC, as agent for Telenor Mobile | 37 | EXH. J to Affidavit of Fredrik Lykke |
| April 25, 2006 Decision of the Kyiv Commercial Court Under the Claim of Alpren Limited Against Storm LLC | 38 | Claimant's Pre-Hearing Memorandum-EXH. I; EXH. D to Legal Opinion of Peter Magnus; Motion to Dismiss- EXH. A; Statement of Defense-EXH. A |
| April 27, 2004 Amended and Restated Charter of Kyivstar G.S.M (Ukrainian) | 39 | Amended Statement of Claim-EXH. B; |
| April 27, 2004 Minutes No. 30 of the General Meeting of the Shareholders of Kyivstar G.S.M. | 40 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. DD; Claimant's Pre-Hearing Memorandum-EXH. H |
| April 28, 2005 Minutes No. 33 of the General Meeting of the Shareholders of Kyivstar G.S.M. | 41 | Claimant's Pre-Hearing Memorandum-EXH. K |
| April 29, 2002 Letter Agreement between Telenor Mobile, Alfa Bank and Storm (attaching term sheet) | 42 | EXH. D to Affidavit of Egil Hansen; EXH. A to Affidavit of Fredrik Lykke; Evidentiary Brief in Opposition to Motion to Dismiss-EXH. B |
| April 29, 2002 Letter from A. Johansen to Sputnik IV L.P. | 43 | EXH. I to Affidavit of Egil Hansen |
| April 30, 2002 Fax from A. Tolchinsky at Alfa Bank to E. Hansen at Telenor Mobile, copying D. Wack and P. O'Driscoll | 44 | EXH. E to Affidavit of Egil Hansen |
| April 7, 2005 letter to S. Ekhougen (Head of the Representative Office of Telenor in Ukraine) and Tumanov from Kulikov | 45 | Tab 2 of Torstein Moland Testimony Exhibits |
| April 7, 2005 letter from S. Ekhougen re: meeting of the board to be held on April 8, 2005 (In English) to Tumanov | 46 | Tab 4 of Torstein Moland Testimony Exhibits |
| April 7, 2006 letter to Kenneth Feinberg, William Jentes and Gregory Craig from Lisa Fried | 47 | |
| Article 1 of the Law of Ukraine on Business Entities | 48 | EXH. K to Legal Opinion of Peter Magnus |

| | | |
|---|---|---|
| Article 10 of the Law of Ukraine on Business Entities | 49 | EXH. M to Legal Opinion of Peter Magnus |
| Article 11 of the Law of Ukraine on Business Entities | 50 | EXH. N to Legal Opinion of Peter Magnus |
| Article 116 of the Civil Code of Ukraine | 51 | EXH. R to Legal Opinion of Peter Magnus |
| Article 1166 of the Civil Code of Ukraine | 52 | EXH. DD to Legal Opinion of Peter Magnus |
| Article 117 of the Civil Code of Ukraine | 53 | EXH. Q to Legal Opinion of Peter Magnus |
| Article 145 of the Civil Code of Ukraine: Management of a Limited Liability Company | 54 | EXH. F to Affidavit of Myron Rabij; EXH. H to Legal Opinion of Peter Magnus |
| Article 19 of the Civil Code of Ukraine | 55 | EXH. V to Legal Opinion of Peter Magnus |
| Article 2 of the Law of Ukraine on Protection of Economic Competition | 56 | EXH. Y to Legal Opinion of Peter Magnus |
| Article 216 of the Civil Code of Ukraine | 57 | EXH. J to Legal Opinion of Peter Magnus |
| Article 22 of the Civil Code of Ukraine | 58 | EXH. CC to Legal Opinion of Peter Magnus |
| Article 228 of the Civil Code of Ukraine | 59 | EXH. I to Legal Opinion of Peter Magnus |
| Article 24 of the Law of Ukraine On the State Registration of Legal Entities and Natural Persons - Entrepreneurs | 60 | EXH. S to Legal Opinion of Peter Magnus |
| Article 382 of the Criminal Code of Ukraine | 61 | EXH. U to Legal Opinion of Peter Magnus |
| Article 4 of the Law of Ukraine on Business Entities | 62 | EXH. O to Legal Opinion of Peter Magnus |
| Article 42 of the Constitution of Ukraine | 63 | EXH. Z to Legal Opinion of Peter Magnus |
| Article 6 of the Law of Ukraine on Protection of Economic Competition | 64 | EXH. AA to Legal Opinion of Peter Magnus |
| Article 62 of the Civil Code of Ukraine: Executive Body of a Limited Liability Company | 65 | EXH. G to Affidavit of Myron Rabij |
| Article 81 of the Civil Code of Ukraine | 66 | EXH. L to Legal Opinion of Peter Magnus |
| Article 87 of the Civil Code of Ukraine | 67 | EXH. P to Legal Opinion of Peter Magnus |
| Article 92 of the Civil Code of Ukraine: Legal Capacity of a Legal Entity | 68 | EXH. E to Affidavit of Myron Rabij |
| Article 92 of the Civil Code of Ukraine: Legal Capacity of a Legal Entity | 69 | EXH. I to Affidavit of Myron Rabij |
| Article 96 of the Civil Code of Ukraine | 70 | EXH. BB to Legal Opinion of Peter Magnus |
| August 12, 2005 Letter from Telenor ASA (A. Johansen) to Alfa Telecom Limited (Alexei Reznokovich), Storm LLC (The General Director), Eco Telecom Limited (Franz Wolf), Alfa-Bank (Aleksey Khudyakov) | 71 | Amended Statement of Claim-EXH. D |
| August 14, 2006 excerpt of arbitration transcript | 72 | Claimant's Pre-Hearing Memorandum-EXH. J |
| August 15, 2002 email from Alfa Bank (K. Stein) | 73 | EXH. U to Affidavit of Egil Hansen; Evidentiary Brief in Opposition to Motion to Dismiss-EXH. J |
| August 23, 2002 Email from D. Wack to P. O'Driscoll, E. Hansen and F. Lykke | 74 | EXH. K to Affidavit of Fredrik Lykke; Tab 8 of Fredrik Lykke Testimony Exhibits |
| August 30, 2002 Notice Regarding Resolutions Adopted by Written Polling signed by V. Nilov | 75 | EXH. BB to Affidavit of Egil Hansen; EXH. C to Affidavit of Myron Rabij |
| Chart of Meetings Not Attended by Storm's Representatives or Directors During the Period From March 2005 – Present (December 13, 2006) | 76 | EXH. F to Affidavit of Thor Halvorsen |
| Curriculum Vitae of M. Rabij and a list of M. Rabij's publications and presentations | 77 | EXH. B to Affidavit of Myron Rabij |
| Curriculum Vitae of Peter Magnus | 78 | EXH. A to Legal Opinion of Peter Magnus |
| December 12, 2003 Power of Attorney to Sigmund Ekhougen | 79 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. Z |
| December 12, 2006 Order of Judge Gerard E. Lynch for Preliminary Injunction | 80 | |
| December 12, 2006 Storm Press Release | 81 | EXH. G to Affidavit of Thor Halvorsen |
| December 15, 2006, Storm LLC v. Telenor Mobile Communications AS and Altimo Holdings & Investments Ltd. and Alpren: 06 Civ. 13157 (GEL), ruling by Judge Gerard E. Lynch of the United States District Court Southern District of New York | 82 | |
| December 16, 2003 email re: new shareholders agreement from S. Ekhougen (Telenor Mobile) to Y. Tumanov and A. Kosogov (Storm) and I. Lytovchenko (Kyivstar) | 83 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. R |
| December 17, 2003 letter from S. Ekhougen (Telenor Mobile) to the General Director of Storm | 84 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. S |
| December 18, 2003 letter from Yuri Tumanov and Andrey Kosogov to Kare Gustad | 85 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. T; Claimant's Pre-Hearing Memorandum-EXH. W |
| December 22, 2005 ruling of the Highest Commercial Court of Ukraine decision regarding Storm v. Kyivstar and Telenor Mobile (English) | 86 | Amended Statement of Claim-EXH. E; Claimant's Pre-Hearing Memorandum-EXH. L; EXH. T to Legal Opinion of Peter Magnus |
| December 29, 2006 ruling of Kyiv City Commercial Court issued an injunction prohibiting Kyivstar LLC and Ernst & Young LLC from taking any action aimed at performance of any contracts or agreements the subject matter of which is the provisions of audit services for Kyivstar. | 87 | January 16, 2007 Letter from R. Sills to K. Feinberg, G. Craig and W. Jentes |
| December 29, 2006 State Enforcement Service of Ukraine issued to Storm an order requiring Kyivstar and Ernst & Young to comply with the December 29, 2006 injunction. | 88 | January 16, 2007 Letter from R. Sills to K. Feinberg, G. Craig and W. Jentes; |

| | | |
|---|---|---|
| December 4, 2005 letter from the Executive Vice President of Telenor Mobile (R. Korsaeth) to the General Director of Storm | 89 | Tab 5 of Torstein Moland Testimony Exhibits |
| Declaration of Ann-Marta Khomyak in Support of Storm's Motion to Dismiss for Lack of Jurisdiction | 90 | Respondent's Evidentiary Brief-EXH. F |
| Email from Pal Wien Espen to Svetlana Lobunets | 91 | Tab 18 of Torstein Moland Testimony Exhibits |
| English description of Ukrainian High Technologies Ltd and WiMAX printed from Ukrainian High Technologies' website. | 92 | Claimant's Pre-Hearing Memorandum-EXH. R |
| Explanatory Note to the Draft Law of Ukraine "On Amendment of the Law of Ukraine "On Business Entities" (regarding lowering the quorum of the general meeting of shareholders of business entities) | 93 | EXH. W to Legal Opinion of Peter Magnus |
| February 7, 2006 press release of Turkcell announcing Ukraine subscriber numbers and financing | 94 | Claimant's Pre-Hearing Memorandum-EXH. P |
| January 1, 2002 Letter from S. Riabtsov to Telenor Mobile | 95 | EXH. B to Affidavit of Egil Hansen |
| January 17, 2006 Screenshot of Ilyashev & Partners Website | 96 | |
| January 23, 2004 email from A. Khudyakov to O. Didkovskiy | 97 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. U |
| January 27, 2006 Special Resolution to the Articles of Association of Alpren Limited, 1/27/2006 | 98 | |
| January 28, 2004 email from A. Khudyakov to O. Didkovskiy | 99 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. V; Claimant's Pre-Hearing Memorandum-EXH. Y |
| January 28, 2004 email from O. Didkovskiy to A. Khudyakov | 100 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. W |
| January 29, 2004 email from A. Khudyakov to O. Didkovskiy | 101 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. X; Claimant's Pre-Hearing Memorandum-EXH. Z |
| January 29, 2004 email to O. Didkovskiy from A. Khudyakov | 102 | Claimant's Pre-Hearing Memorandum-EXH. G; Tab 15 of Fredrik Lykke Testimony Exhibits |
| January 30, 2004 Certificate of Incumbency and Authority of Storm, Signed by A. Kosogov | 103 | EXH. M to Affidavit of Fredrik Lykke; Evidentiary Brief in Opposition to Motion to Dismiss-EXH. BB; Opposition to Motion to Dismiss-EXH. A; Claimant's Pre-Hearing Memorandum-EXH. C; Tab 17 of Fredrik Lykke Testimony Exhibits |
| January 30, 2004 Certificate of Incumbency and Authority of Storm, Signed by Y. Tumanov | 104 | EXH. L to Affidavit of Fredrik Lykke; EXH. K to Affidavit of Myron Rabij; Evidentiary Brief in Opposition to Motion to Dismiss-EXH. AA; Opposition to Motion to Dismiss-EXH. B; Claimant's Pre-Hearing Memorandum-EXH. B; Tab 18 of Fredrik Lykke Testimony Exhibits |
| January 30, 2004 Shareholders Agreement | 105 | EXH. I to Affidavit of Fredrik Lykke; Evidentiary Brief in Opposition to Motion to Dismiss-EXH. Y; Amended Statement of Claim-EXH. A; Claimant's Pre-Hearing Memorandum-EXH. A; Tab 16 of Fredrik Lykke Testimony Exhibits; EXH. B to Legal Opinion of Peter Magnus |
| January 30, 2004 Shareholders Agreement Executed in Ukrainian by S. Ekhougen and V. Nilov | 106 | |
| Julian Lew, L. Mistelis, S. Kroll, *Comparative International Commercial Arbitration* (2003), Chapter 17, "Determination of Applicable Law" | 107 | |
| July 1, 2002 fax of Letter from A. Johansen of Telenor Mobile to Y. Tumanov of Storm and A. Kosogov of Alfa Bank | 108 | EXH. P to Affidavit of Egil Hansen; Evidentiary Brief in Opposition to Motion to Dismiss-EXH. F |
| July 16, 2002 Letter from A. Kosogov (on behalf of Alfa Bank) to A. Johansen, H. Torgersen and E. Hansen of Telenor Mobile | 109 | EXH. S to Affidavit of Egil Hansen; Evidentiary Brief in Opposition to Motion to Dismiss-EXH. H |
| July 26, 2002 Email from D. Wack to P. O'Driscoll | 110 | EXH. T to Affidavit of Egil Hansen |
| July 9, 2002 letter re: Notice of Exercise, Acceptance and Consummation of Put Option | 111 | EXH. R to Affidavit of Egil Hansen; Evidentiary Brief in Opposition to Motion to Dismiss-EXH. G |
| July 9, 2002 Share Purchase Agreement | 112 | EXH. Q to Affidavit of Egil Hansen |
| June 11, 1999 Case # 04-0/1-7/28 Supreme Arbitration Court of Ukraine Resolution in the name of Ukraine (See also, Commentary, dated January 10, 2000) | 113 | |
| June 11, 2002 Email from E. Hansen to A. Shtirba of Alfa Bank | 114 | EXH. L to Affidavit of Egil Hansen |
| June 11, 2002 Email from E. Hansen to A. Shtirba of Alfa Bank (17:02) | 115 | EXH. M to Affidavit of Egil Hansen |
| June 20, 2002 Email from E. Hansen to A. Shtirba of Alfa Bank | 116 | EXH. N to Affidavit of Egil Hansen |
| June 26, 2002 Amended and Restated Charter of Storm LLC | 117 | EXH. H to Affidavit of Myron Rabij; EXH. G to Legal Opinion of Peter Magnus |
| June 28, 2002 Letter from Y. Tumanov and A. Kosogov (On Behalf of Storm) to K. Gustad and T. Moland | 118 | EXH. O to Affidavit of Egil Hansen; Evidentiary Brief in Opposition to Motion to Dismiss-EXH. E |
| June, 2002 Participants Agreement between Mobile Telecom Finance LLC | 119 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. P |
| Kyivstar April 8, 2005 Protocol no. 64 Board (Supervisory Board) Meeting | 120 | Tab 6 of Torstein Moland Testimony Exhibits |
| Kyivstar July 1, 2005 Protocol no. 69 Board (Supervisory Board) Meeting | 121 | Tab 12 of Torstein Moland Testimony Exhibits |
| Kyivstar July 1, 2005 Protocol no. 70 Board (Supervisory Board) Meeting | 122 | Tab 13 of Torstein Moland Testimony Exhibits |
| Kyivstar June 15, 2005 Protocol no. 66 Board (Supervisory Board) Meeting | 123 | Tab 9 of Torstein Moland Testimony Exhibits |

| | | |
|---|---|---|
| Kyivstar June 15, 2005 Protocol no. 67 Board (Supervisory Board) Meeting | 124 | Tab 10 of Torstein Moland Testimony Exhibits |
| Kyivstar June 30, 2005 Protocol no. 68 Board (Supervisory Board) Meeting | 125 | Tab 11 of Torstein Moland Testimony Exhibits |
| Kyivstar March 18, 2005 Protocol no. 63 Board (Supervisory Board) Meeting | 126 | Tab 1 of Torstein Moland Testimony Exhibits |
| Kyivstar May 12, 2005 Protocol no. 65 Board (Supervisory Board) Meeting | 127 | Tab 7 of Torstein Moland Testimony Exhibits |
| Kyivstar November 18, 2005 Protocol no. 72 Board (Supervisory Board) Meeting | 128 | Tab 15 of Torstein Moland Testimony Exhibits |
| Kyivstar November 18, 2005 Protocol no. 73 Board (Supervisory Board) Meeting | 129 | Tab 16 of Torstein Moland Testimony Exhibits |
| Kyivstar October 27, 2005 Protocol no. 71 Board (Supervisory Board) Meeting | 130 | Tab 14 of Torstein Moland Testimony Exhibits |
| Legal Opinion by Lyubov Logush | 131 | Respondent's Evidentiary Brief-EXH. D |
| Legal Opinion of Roman Maydanyk | 132 | |
| April 28, 2002 email of Letter Agreement and Term Sheet | 133 | Tab 5 of Fredrik Lykke Testimony Exhibits |
| List of Documents Reviewed (Affidavit of M. Rabij) | 134 | EXH. A to Affidavit of Myron Rabij |
| March 15, 2003 news release printed from Russian Technologies' website regarding Ukrainian High Technologies Company attracting investment for WiMAX projects development and providing wireless Internet access services | 135 | Claimant's Pre-Hearing Memorandum-EXH. Q |
| March 16, 2006 Letter from Robert L. Sills to Joseph P. Cyr | 136 | Amended Statement of Claim-EXH. G; Claimant's Pre-Hearing Memorandum-EXH. M |
| March 16, 2006 Letter from Telenor Mobile to Storm and Kyivstar G.S.M | 137 | Amended Statement of Claim-EXH. H |
| March 26, 1998 Shareholders Agreement | 138 | EXH. A to Affidavit of Egil Hansen; EXH. B to Affidavit of Fredrik Lykke; Evidentiary Brief in Opposition to Motion to Dismiss-EXH. A |
| March 26, 1998 Termination of Shareholders Agreement | 139 | EXH. E to Affidavit of Fredrik Lykke |
| March 27, 2002 Email from K. Stein to E. Hansen | 140 | EXH. C to Affidavit of Egil Hansen |
| March 31, 2004 Amendment to Option Agreement between Telenor Mobile and Storm | 141 | EXH. G to Affidavit of Fredrik Lykke; Evidentiary Brief in Opposition to Motion to Dismiss-EXH. CC |
| May 17, 2002 Share Purchase Agreement | 142 | EXH. J to Affidavit of Egil Hansen; Evidentiary Brief in Opposition to Motion to Dismiss-EXH. C |
| May 20, 2002 letter from Alfa Bank to Telenor | 143 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. D |
| May 23, 2002 Email from E. Hansen to A. Shtirba of Alfa Bank | 144 | EXH. K to Affidavit of Egil Hansen |
| May 25, 2006 Kyiv Appellate Commercial Court ruling | 145 | EXH. E to Legal Opinion of Peter Magnus; Motion to Dismiss- EXH. B |
| May 29, 2006 Altimo Press Release | 146 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. EE; Opposition to Motion to Dismiss-EXH. C |
| May 3, 2002 Email from E. Hansen to A. Tolchinskiy | 147 | EXH. F to Affidavit of Egil Hansen |
| May 6, 2002 Email from A. Tolchinskiy to E. Hansen | 148 | EXH. G to Affidavit of Egil Hansen |
| May 7, 2002 Letter from A. Johansen to P. Aven and A. Tolchinskiy of Alfa Bank | 149 | EXH. H to Affidavit of Egil Hansen |
| Notice of Convocation of the December 12, 2006, 10:00 a.m. Extraordinary Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." | 150 | EXH. B to Affidavit of Thor Halvorsen |
| Notice of Convocation of the December 12, 2006, 2:00 p.m. Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." | 151 | EXH. A to Affidavit of Thor Halvorsen |
| November 1, 2006 Telenor Mobile's Request for Production of Documents | 152 | |
| November 12, 2002 Kyivstar Offering Memorandum | 153 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. O |
| November 12, 2003 email from Alexey Khudyakov to Sigmund Ekhougen | 154 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. Q |
| November 13, 2002 e-mail re: Reg Omega Deal | 155 | Tab 11 of Fredrik Lykke Testimony Exhibits |
| November 15, 2006 letter from Lisa Fried of Lovells to R. Sills of Orrick regarding Storm's objections and responses to Telenor Mobile's Request for Production of Documents | 156 | |
| November 20, 2003 Memorandum and Articles of Association of Alpren Limited | 157 | |
| November 22, 2006 excerpt of transcript from hearing between Storm and Telenor Mobile in the United States District Court Southern District of New York before Judge Gerard E. Lynch | 158 | Claimant's Pre-Hearing Memorandum-EXH. BB |
| November 27, 2006 letter from Pieter Van Tol to K. Feinberg, W. Jentes and G. Craig | 159 | |
| November 28, 2006 letter from R. Sills to K. Feinberg, W. Jentes and G. Craig | 160 | |

| | | |
|---|---|---|
| November 7, 2006 letter from Vadim Klymenko to Sigmund Ekhougen | 161 | Claimant's Pre-Hearing Memorandum-EXH. O; Designated EXH. 1 at December 18, 2006 Hearing |
| November 8, 2006 Kyiv Appellate Commercial Court Ruling | 162 | Respondent's Pre-Hearing Memorandum-EXH. 2; EXH. F to Legal Opinion of Peter Magnus; |
| October 17, 2006 letter to Alexei Reznikovich from Sigmund Ekhougen | 163 | Claimant's Pre-Hearing Memorandum-EXH. N |
| October 21, 2002 Certificate of Senior Officer of Purchaser of Storm signed by V. Nilov | 164 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. L; EXH. AA to Affidavit of Egil Hansen; EXH. J to Affidavit of Myron Rabij; Claimant's Pre-Hearing Memorandum-EXH. E |
| October 29, 2002 Option Agreement between Telenor Mobile and Storm | 165 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. M; EXH. Y to Affidavit of Egil Hansen; EXH. F to Affidavit of Fredrik Lykke |
| October 29, 2002 Pledge Agreement | 166 | EXH. Z to Affidavit of Egil Hansen |
| October 29, 2002 Registration Rights Agreement | 167 | EXH. H to Affidavit of Fredrik Lykke |
| October 3, 2006 Supreme Court of Ukraine Ruling | 168 | Respondent's Pre-Hearing Memorandum-EXH. 1 |
| October 7, 2002 Minutes No. 19 of the Extraordinary Meeting of Participants of Storm LLC | 169 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. N; EXH. CC to Affidavit of Egil Hansen; EXH. D to Affidavit of Myron Rabij; Claimant's Pre-Hearing Memorandum-EXH. F |
| Official Notice of Extraordinary Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." published in Uradovy Kurier newspaper on October 21, 2006. | 170 | EXH. C to Affidavit of Thor Halvorsen |
| Proposals to the Law of Ukraine "On Amendment of the Law of Ukraine "On Business Entities" (regarding lowering the quorum of the general meeting of shareholders of business entities) | 171 | EXH. X to Legal Opinion of Peter Magnus |
| Registration List of the Extraordinary General Meeting of the Shareholders of the Closed Joint Stock Company "Kyivstar G.S.M." to be held on December 12, 2006 at 10:00 a.m. | 172 | EXH. D to Affidavit of Thor Halvorsen |
| Registration List of the Extraordinary General Meeting of the Shareholders of the Closed Joint Stock Company "Kyivstar G.S.M." to be held on December 12, 2006 at 2:00 p.m. | 173 | EXH. E to Affidavit of Thor Halvorsen |
| Schedule 13D of Cukurova Telecom Holdings Limited, Alfa Telecom Turkey Limited, Alfa Finance Holding S.A., CTF Holdings Limited, and Crown Finance Foundation, filed with the SEC on November 25, 2005 | 174 | Amended Statement of Claim-EXH. F |
| Screenshot of Andrei Kosogov Profile, Alfa Group Consortium, Supervisory Board of Directors | 175 | Opposition to Motion to Dismiss-EXH. D |
| Screenshot of major assets from Altimo website | 176 | Claimant's Pre-Hearing Memorandum-EXH. AA |
| Second Affidavit of Alexey Khudyakov | 177 | |
| September 11, 2006 article on Ukrainian High Technologies to expand WiMAX network, printed from Telegeography.com | 178 | Claimant's Pre-Hearing Memorandum-EXH. S |
| September 2, 2002 fax from Alfa Bank (K. Stein) to Telenor (E. Hansen) | 179 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. K; EXH. X to Affidavit of Egil Hansen; Claimant's Pre-Hearing Memorandum-EXH. D |
| September 2, 2002 Share Purchase Agreement | 180 | EXH. V to Affidavit of Egil Hansen; EXH. D to Affidavit of Fredrik Lykke |
| September 2, 2002 Voting Agreement | 181 | Evidentiary Brief in Opposition to Motion to Dismiss-EXH. I; EXH. W to Affidavit of Egil Hansen; EXH. C to Affidavit of Fredrik Lykke; Claimant's Pre-Hearing Memorandum-EXH. U; Tab10 of Fredrik Lykke Testimony Exhibits |
| September 2, 2006 letter from R. Sills to K. Feinberg, W. Jentes and G. Craig | 182 | |
| September 5, 2005 letter from Pal Wien Espen to Yuri Tumanov | 183 | Tab 8 of Torstein Moland Testimony Exhibits |
| September 8, 2006 article on Ukrainian high Technologies to launch WiMAX in 4 cities soon, from cellular-news.com | 184 | Claimant's Pre-Hearing Memorandum-EXH. T |
| Supplemental Legal Opinion by Lyubov Logush | 185 | Respondent's Evidentiary Brief-EXH. E |
| 6/29/2006 Arbitration Transcrpt | 186 | |
| 8/14/2006 Arbitration Transcript | 187 | |
| 9/5/2006 Arbitration Transcript | 188 | |
| 12/18/2006 Arbitration Transcript | 189 | |
| 11/15/2006 Transcript (SDNY) | 190 | |
| 11/22/2006 Transcript (SDNY) | 191 | |
| 12/7/2006 Transcript (SDNY) | 192 | |
| 12/11/2006 Transcript (SDNY) | 193 | |
| 12/15/2006 Transcript (SDNY) | 194 | |
| "Telecombative Oligarch Shares His Vision", by Arkady Ostrovsky, Financial Times, July 7, 2005. | 195 | |
| "The Russian Adventure: The Russian Telecommunications Services Market From a Foreign Investor's Perspective", Goetz Partners | 196 | |

| | | |
|---|---|---|
| April 27, 2004 Amended and Restated Charter of Kyivstar G.S.M. (English) | 197 | Amended Statement of Claim-EXH. C |
| April 27, 2004 Charter of the Closed Joint Stock Company Kyivstar G.S.M. (English & Ukrainian) | 198 | EXH. C to Legal Opinion of Peter Magnus |
| April 7, 2005 letter from P. Kulikov, General Director of Storm to the Chairman of the Board of Directors of Kyivstar (Y. Tumanov) and Head of the Representative Office in Ukraine (S. Ekhougen) | 199 | Tab 3 of Torstein Moland Testimony Exhibits |
| December 4, 2006 email from Pieter Van Tol to the members of the tribunal | 200 | |
| December 1, 2006 Ruling of City of Kyiv District Court | 201 | |
| Partial Final Award Regarding Jurisdiction | 202 | |
| December 28, 2006 ruling of Higher Commercial Court of Ukraine clarifying ruling of December 22, 2005 in Storm v. Kyivstar G.S.M. and Telenor Mobile | 203 | January 16, 2007 Letter from R. Sills to K. Feinberg, G. Craig and W. Jentes |
| November 24, 2006 email from R. Sills to K. Feinberg, G. Craig and A. Jentes re: November 22, 2006 Hearing | 204 | |