Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
ORRICK, HERRINGTON & SUTCLIFFE LLP
666 Fifth Avenue
New York, NY 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------- X
TELENOR MOBILE COMMUNICATIONS AS,     :
                                      
                    Petitioner,       :
                                            07 Civ 6929 (GEL) (DF)
       -against-                      :
                                            **DECLARATION OF SERVICE**
STORM LLC,                            :

                    Respondent.       :

                                      :
------------------------------------- X

       Karen D. Thompson, an attorney duly admitted to practice law in the State of New York, declares as follows:

       1.     I am over the age of 18 years, am not a party to this action, and am associated with the law firm of Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103.

       2.     On the 31st day of August, 2007, I caused to be served true copies of: Petitioner Telenor Mobile Communication AS' Memorandum in Opposition to Respondent's Motion to Vacate and in Support of Petitioner's Motion to Compel; the Declaration of Robert L. Sills (I) and the Declaration of Robert L. Sills (II) upon:

              Pieter Van Tol, Esq.
              Lovells LLP
              590 Madison Avenue
              New York NY 10022

              Attorneys for Storm LLP

by having hand delivered by messenger the aforementioned documents to the address designated by Storm LLC for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
      August 31, 2007

                                      Karen D. Thompson