# Lovells

590 Madison Avenue
New York NY 10022
Tel: +1 212 909 0600
Fax: +1 212 909 0660

September 5, 2007





Direct line 212.909.0661
pieter.vantol@lovells.com
Direct fax 212.909.0666

Our ref 123664.1
Matter ref V2336/00016

Honorable Gerard E. Lynch
United States District Judge for the
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007-1581

**MEMO ENDORSED**

RE:  **TELENOR MOBILE COMMUNICATIONS AS v. STORM LLC**, NO. 07 CIV. 6929 (GEL)

Dear Judge Lynch:

On behalf of Storm LLC ("Storm"), we write to request a brief extension of the deadline for Storm's reply papers on its motion to vacate in the above matter, which was filed in response to the petition (the "Petition") to confirm the final award issued on August 1, 2007 (the "Award") in the arbitration between Storm and Telenor Mobile Communication AS ("Telenor Mobile"). Counsel for Telenor Mobile has consented to Storm's request for an extension of time.

Telenor Mobile served the Petition on August 2, 2007, and Storm moved to vacate the Award on August 16, 2007. Telenor Mobile filed its opposition to the motion to vacate on August 30, 2007, which means that Storm's reply papers are currently due on September 7, 2007. At the request of Storm, counsel for Telenor Mobile agreed to extend the due date for the reply papers to September 12, 2007. No other request for extension of time has been made in connection with the motion to vacate.

Accordingly, we respectfully request that the Court extend the deadline for Storm's reply papers on the motion to vacate from September 7, 2007 to September 12, 2007.

Respectfully submitted,

*Pieter Van Tol*

Pieter Van Tol

cc:   Robert L. Sills, Esq. (by e-mail)

**SO ORDERED**

GERARD E. LYNCH, U.S.D.J.
9/10/07

Lovells LLP is a limited liability partnership registered in England and Wales with registered number OC323639. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. The word "partner" is used to refer to a member of Lovells LLP, or an employee or consultant with equivalent standing and qualifications.
Lovells LLP and its affiliated businesses have offices in: Alicante  Amsterdam  Beijing  Brussels  Chicago  Dubai  Dusseldorf  Frankfurt  Hamburg  Ho Chi Minh City  Hong Kong  London  Madrid  Milan  Moscow  Munich  New York  Paris  Prague  Rome  Shanghai  Singapore  Tokyo  Warsaw         Associated offices: Budapest  Zagreb
Lawyers(USA)  Solicitors  Rechtsanwälte  Avocats  Advocaten  Notarissen  Avvocati  Abogados