UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                                  :
**TELENOR MOBILE COMMUNICATIONS AS,**                             :
                                                                  :
                                 Petitioner,   :
                                                                  :
                          -against-      :    07 Civ. 6929 (GEL)
                                                                  :
**STORM LLC,**                                                    :    ECF Case
                                                                  :
                                 Respondent.   :
------------------------------------------------------------------X

## DECLARATION OF PIETER VAN TOL IN SUPPORT OF STORM LLC'S REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION TO VACATE ARBITRATION AWARD

       I, Pieter Van Tol declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, as follows:

       1.    I am a partner at Lovells, attorneys for petitioner Storm LLC ("Storm") in the above-captioned action. I am a member in good standing of the Bar of the State of New York and of this Court.

       2.    I submit this declaration in support of Storm's Reply Memorandum of Law in Further Support of Motion to Vacate Arbitration Award, and in order to put relevant documents before the Court.

       3.    Attached hereto as Exhibit A is a true and correct copy of the Transcript of the November 22, 2006 hearing before Hon. Gerard E. Lynch in the Southern District of New York.

4. Attached hereto as Exhibit B is a true and correct copy of the Supplemental Legal Opinion by Lyubov Logush and the exhibits thereto, filed on August 9, 2006 by Storm in the UNCITRAL arbitration proceedings between Telenor Mobile and Storm.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 12, 2007 at New York, New York.

_____
Pieter Van Tol (PVT - 2455)