```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/2/07
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
TELENOR MOBILE COMMUNICATIONS AS,

                       Petitioner,                           07 CIVIL 6929 (GEL)

          -against-                                **JUDGMENT**

STORM, LLC,

                       Respondents.
------------------------------------------------------------X

      Petitioner having moved to confirm an arbitration award; respondent having cross-moved to vacate the award, and the matter having been brought before the Honorable Gerard E. Lynch, United States District Judge, and the Court, on November 2, 2007, having issued its Opinion and Order denying Storm's motion, granting Telenor's petition for enforcement of the Final Award, and ordering Storm to comply with the directives of the Final Award, it is,

      **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated November 2, 2007, Storm's motion is denied; Telenor's petition for enforcement of the Final Award is granted; and the Court orders Storm to comply with the directives of the Final Award.

**Dated:** New York, New York
           November 2, 2007

                                                        **J. MICHAEL MCMAHON**
                                                           Clerk of Court

                                   BY: _____
                                                           Deputy Clerk

                              THIS DOCUMENT WAS ENTERED
                              ON THE DOCKET ON _____