UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TELENOR MOBILE COMMUNICATIONS AS,

                  Petitioner,

    - against -                           07 Civ. 6929 (GEL)

STORM LLC                             ECF Case

                  Respondent.
------------------------------------------------------------------x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that respondent Storm LLC ("Storm") hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the United States District Court for the Southern District of New York, the Honorable Gerard E. Lynch, entered on November 2, 2007 (a) granting the petition by petitioner Telenor Mobile Communications AS to confirm a final arbitration award issued on August 1, 2007 (the "Final Award") and (b) denying Storm's motion to vacate the Final Award, as well as from the related Judgment filed by the Clerk of the Court on November 2, 2007.

Dated: November 6, 2007

                                          LOVELLS LLP

                                          By: _____
                                             Pieter Van Tol (PVT-2455)
                                             Gonzalo S. Zeballos (GZ-5994)

                                       590 Madison Avenue
                                       New York, New York 10022
                                       Telephone: (212) 909-0600
                                       Facsimile: (212) 909-0660

                                       *Attorneys for Respondent Storm LLC*

To:   Clerk of the Court
      United States District Court
      Southern District of New York
      500 Pearl Street
      New York, New York  10007

      Robert L. Sills, Esq.
      Orrick, Herrington & Sutcliffe LLP
      666 Fifth Avenue
      New York, New York  10103

      *Attorneys for Telenor Mobile Communications AS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TELENOR MOBILE COMMUNICATIONS AS,

                         Petitioner,

    - against -                              07 Civ. 6929 (GEL)

STORM LLC                                  ECF Case

                        Respondent.
------------------------------------------------------------------x

## AFFIRMATION OF SERVICE

I, Gonzalo S. Zeballos, declare under penalty of perjury that a copy of the attached Notice of Appeal was served upon petitioner Telenor Mobile Communications AS via the Court's ECF filing system.

Dated: November 6, 2007

                                                        LOVELLS LLP

                                                        By: _____
                                                           Gonzalo S. Zeballos (GZ-5994)

                                                       590 Madison Avenue
                                                       New York, New York 10022
                                                       Telephone: (212) 909-0600
                                                       Facsimile: (212) 909-0660

                                                       *Attorneys for Respondent Storm LLC*

To:  Clerk of the Court
     United States District Court
     Southern District of New York
     500 Pearl Street
     New York, New York  10007

     Robert L. Sills, Esq.
     Orrick, Herrington & Sutcliffe LLP
     666 Fifth Avenue
     New York, New York  10103

     *Attorneys for Telenor Mobile Communications AS*