UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x
:
TELENOR MOBILE COMMUNICATIONS AS,            :
:
Petitioner,       :
:
- against -         :        07 Civ. 6929 (GEL)
:
STORM LLC                                     :        ECF Case
:
Respondent.      :
:
-------------------------------------------------------------------x

## NOTICE OF APPEAL

PLEASE TAKE NOTICE that respondent Storm LLC ("Storm") hereby appeals to the United States Court of Appeals for the Second Circuit from the Opinion and Order of the United States District Court for the Southern District of New York, the Honorable Gerard E. Lynch, entered on November 2, 2007 (a) granting the petition by petitioner Telenor Mobile Communications AS to confirm a final arbitration award issued on August 1, 2007 (the "Final Award") and (b) denying Storm's motion to vacate the Final Award, as well as from the related Judgment filed by the Clerk of the Court on November 2, 2007.

Dated: November 6, 2007

LOVELLS LLP

By: *Pieter Van Tol*

Pieter Van Tol (PVT-2455)
Gonzalo S. Zeballos (GZ-5994)

590 Madison Avenue
New York, New York 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660

*Attorneys for Respondent Storm LLC*

To:  Clerk of the Court
     United States District Court
     Southern District of New York
     500 Pearl Street
     New York, New York  10007

     Robert L. Sills, Esq.
     Orrick, Herrington & Sutcliffe LLP
     666 Fifth Avenue
     New York, New York  10103

     *Attorneys for Telenor Mobile Communications AS*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
TELENOR MOBILE COMMUNICATIONS AS,

                          Petitioner,

      - against -                            07 Civ. 6929 (GEL)

STORM LLC                                    ECF Case

                          Respondent.
------------------------------------------------------------------x

## AFFIRMATION OF SERVICE

I, Gonzalo S. Zeballos, declare under penalty of perjury that a copy of the attached Notice of Appeal was served upon petitioner Telenor Mobile Communications AS via the Court's ECF filing system.

Dated: November 6, 2007

                                                                LOVELLS LLP

                                                                By: _____
                                                                      Gonzalo S. Zeballos (GZ-5994)

                                                               590 Madison Avenue
                                                                New York, New York 10022
                                                                Telephone: (212) 909-0600
                                                                Facsimile: (212) 909-0660

                                                                *Attorneys for Respondent Storm LLC*

To:  Clerk of the Court
United States District Court
Southern District of New York
500 Pearl Street
New York, New York  10007

Robert L. Sills, Esq.
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York  10103

*Attorneys for Telenor Mobile Communications AS*