# EXHIBIT B

[Photocopy]　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Case # 2- 5613/06

## Ruling

On December 1, 2006, the judge of the Golosiyiv District Court of the city of Kyiv Goshko O.M., having considered the claim of "Alpren Limited" against Klymenko Vadym Viktorovych on invalidation of actions and obligation to take actions,

### Has found:

Plaintiff has turned to court with a claim against Klymenko V.V. on invalidation of actions and obligation to take actions. The Plaintiff has also submitted an application for interim protective measures whereby the Plaintiff requests the court as an interim protective measure to enjoin until the judgment in the case is rendered Klymenko V.V. in his capacity of the Director General of "Storm, LLC", or any other persons authorized by him, from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York; to enjoin until the judgment in the case is rendered Telenor Mobile Communications AS (a Norwegian legal entity, seated at: Norway, Fornebu Snaroyveien 30 D, 1331) and any persons authorized by it from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting of any explanations, applications, claims, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York.

Under Article 151(1) of the Code of Civil Procedure of Ukraine, the court, upon an application by the parties to the case can take interim protective measures, taking of such measures shall be allowed at any stage of the proceedings if failure to take such measures can complicate or prevent execution of the judgment in the case.

Upon the review of the materials of the case, the court came to the conclusion that failure to take interim protective measures can complicate or prevent execution of the judgment in the case.

Particularly, it is evident from the materials of the case that the Kyiv Commercial Court has applied the consequences of invalidity of a void deed – the Shareholders Agreement dated January 30, 2004 between Storm Limited Liability Company and Telenor Mobile Communications AS. However, execution of this deed hasn't been ceased, some of its participants still are guided by its provisions and thus threaten and violate the rights of the Plaintiff.

With the view to the above, on the basis of Articles 151 (1) and (3), 152 (1) – (3), 153 (1), (5) – (7), (9), (10) of the Code of Civil Procedure of Ukraine, the court,-

### Has held:

To enjoin until the judgment on the merits of case is rendered Klymenko V.V. (residing at *01001, city of Kyiv, Gorkogo st., 17-B, apt. 21*) in his capacity of the Director General of "Storm, LLC", or any other persons authorized by him, from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R.

Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York;

To enjoin until the judgment on the merits of the case is rendered "Storm LLC" (registered at *01001, city of Kyiv, Narodnoho Opolchennia St., 1*, Legal entity ID #23163325) and any persons authorized by it from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York;

To enjoin until the judgment on the merits of the case is rendered "Telenor Mobile Communications AS" (a Norwegian legal entity, seated at: *Norway, Fornebu Snaroyveien 30 D, 1331*) and any persons authorized by it from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, claims, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York.

This Ruling shall be forwarded to the parties of the case, as well as to "Storm LLC" (registered at *01001, city of Kyiv, Narodnoho Opolchennia St., 1*, Legal entity ID #23163325), Telenor Mobile Communications AS" (a Norwegian legal entity, seated at: *Norway, Fornebu Snaroyveien 30 D, 1331*), and respective bodies of the State Enforcement Service.

This Ruling shall be subject to immediate execution.

This Ruling may be appealed to the Kyiv Appellate Court by means of submission within 5 days after the date of this Ruling of the application on subsequent appeal, and submission within 10 days after the date of the application of the appeal complaint. An appeal shall not stop the execution of this Ruling, and it shall not prevent further consideration of the merits of the case.

Judge

[STAMPED]
[True Copy
Judge of the Golosiyiv Ditrict Court
Of the city of Kyiv
Goshko O.M. [signed]
Secretary [signed]]

<u>THE MINISTRY OF JUSTICE OF UKRAINE</u>
**STATE ENFORCEMENT SERVICE**
Golosiyiv District of Kyiv

Lomonosova St., 2/15, Kyiv

December 4, 2006
No. 815/10

        To: Storm LLC
        Gorkogo St., 17B, apt. 21 Kyiv

        CC: Alpren Ltd, 4/12, Chapayev St., Kyiv

        CC: Golosiyiv District Court of Kyiv


    The State Enforcement Service in Golosiyiv District of Kyiv is hereby sending you at your address the **Resolution on Initiation of Enforcement Proceedings**.
    We hereby require informing us on the enforcement of the aforesaid Resolution within 7 days to No._____.


| | | |
|---|---|---|
| Department Head | [signed] | O.I. Grebenyuk |
| State Executive | [signed] | V.A. Ustymenko |

RESOLUTION No.815/10
On Initiation of Enforcement Proceedings

December 4, 2006                                                                                    Kyiv

      I, state enforcement officer V.A. Ustymenko of the State Enforcement Service in Golosiyiv District of the city of Kyiv, have considered the application on compulsory enforcement of the Ruling #2-5613 dated December 1, 2006 of Golosiyiv District Court of City of Kyiv on injunction until the judgment on the merits of case is rendered Klymenko V.V. (residing at *01001, city of Kyiv, Gorkogo st., 17-B, apt. 21*) in his capacity of the Director General of "Storm, LLC", or any other persons authorized by him, from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York,
that entered into legal force on December 1, 2006,

      Taking into account the foregoing, guided by articles 3, 18, 24, 76, 87 of the Law of Ukraine "On Enforcement Proceedings",

HAVE RULED AS FOLLOWS:

      1. To initiate the enforcement proceeding on the Resolution No. 2-5613 dated 1 December 2006 rendered by Golosiyiv District Court of Kyiv on **enjoining until the judgment on the merits of case is rendered the "Storm Limited Liability Company" or any duly authorized persons of the said company from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York.**

      2. The Debtor shall voluntarily comply with the requirements of the enforcement document by _____.

      3. In the event of failure to comply with the decision within the mentioned term, this decision shall be subject to compulsory enforcement. Initiation of compulsory enforcement shall oblige the Debtor to pay a 10 per cent duty and costs related to enforcement execution.

      4. The copy of this Resolution shall be forwarded to the parties thereto and to the court.

      5. This Resolution may be appealed to the head of the State Enforcement Service of Golosiyiv District of the City of Kyiv or alternatively at court within 10 days of the date of the issuance thereof.

State Enforcement Officer           [signature], [seal]              V.A. [surname: *illegible*]

<u>THE MINISTRY OF JUSTICE OF UKRAINE</u>
**STATE ENFORCEMENT SERVICE**
Golosiyiv District of Kyiv
2/15 Lomonosova St., Kyiv

---

5 December 2006

         To:   Storm LLC
                 Office 21, 17-b Horkoho, Kyiv

        Copy:  Alpren Limited
                 4-12, Chapaeva, Kyiv

### DEMAND

The State Enforcement Service of Golosiyiv District of the City of Kyiv is required to enforce the Ruling No.2-5613 of December 1, 2006 issued by Golosiyiv District Court of the City of Kyiv that enjoins until the judgment on the merits of the case is rendered "Storm Limited Liability Company" or any duly authorized persons of the said company from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York. This Ruling shall be enforced immediately.

We hereby oblige the debtor to IMMEDIATELY enforce the court ruling and inform the State Enforcement Service thereof.

*Failure to comply with the court decision shall entail issuance of the Ruling on imposing of the penalty on the person guilty of such failure by the state enforcement officer in accordance with Article 87 of the Law of Ukraine "On the Enforcement Procedure".*

*In the event of repeated failure to comply with the lawful requirements of the state enforcement officer, the Ruling shall be issued on imposing of the penalty in a double amount and the motion will be filed with the Prosecutor's Office on imposition of criminal liability on the guilty persons.*

*We hereby remind that pursuant to articles 6, 87, 88 of the Law of Ukraine "On the Enforcement Procedure", failure to comply with the lawful requirements of the state enforcement officer shall entail responsibility contemplated by Law. In the event of failure to comply with the court decision, the state enforcement officer shall file a motion with the court on imposition of criminal liability in accordance with applicable legislation.*

State enforcement officer       [signed]  [sealed]       V.A. Ustymenko

THE MINISTRY OF JUSTICE OF UKRAINE
**STATE ENFORCEMENT SERVICE**
Golosiyiv District of Kyiv

Lomonosova St., 2/15, Kyiv

December 4, 2006
No. 815/10

> To: V.V. Klimenko
> Gorkogo St., 17B, apt. 21 Kyiv
>
> CC: Alpren Ltd, 4/12, Chapayev St., Kyiv
>
> CC: Golosiyiv District Court of Kyiv

The State Enforcement Service in Golosiyiv District of Kyiv is hereby sending you at your address the **Resolution on Initiation of Enforcement Proceedings**.
We hereby require informing us on the enforcement of the aforesaid Resolution within 7 days to No._____.

| | | |
|---|---|---|
| Department Head | [signed] | O.I. Grebenyuk |
| State Executive | [signed] | V.A. Ustymenko |

**Resolution No.815/10**
**On Initiation of Enforcement Proceedings**

December 4, 2006                                                                                           Kyiv

      I, state enforcement officer V.A. Ustymenko of the State Enforcement Service in Golosiyiv District of the city of Kyiv, have considered the application on compulsory enforcement of the Ruling #2-5613 dated December 1, 2006 of Golosiyiv District Court of City of Kyiv on injunction until the judgment on the merits of case is rendered Klymenko V.V. (residing at *01001, city of Kyiv, Gorkogo st., 17-B, apt. 21*) in his capacity of the Director General of "Storm, LLC", or any other persons authorized by him, from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York,
     that entered into legal force on December 1, 2006,

    Taking into account the foregoing, guided by articles 3, 18, 24, 76, 87 of the Law of Ukraine "On Enforcement Proceedings",

HAVE RULED AS FOLLOWS:

1. **To begin enforcement procedure on enforcing the Ruling No. 2-5613 dated December 1, 2006 issued by Golosiyivskiy District Court of the City of Kyiv on enjoining until the judgment on the merits of case is rendered Klymenko V.V. (residing at *01001, city of Kyiv, Gorkogo st., 17-B, apt. 21*) in his capacity of the Director General of "Storm, LLC", or any other persons authorized by him, from performing any actions aimed at execution of the Shareholders Agreement dated January 30, 2004, and also to enjoin them from signing and submitting on behalf of "Storm LLC" of any explanations, statements, statements of defense, motions, participating in arbitration proceedings, hearings, sittings of the tribunal (arbitrators Gregory B. Craig, William R. Jentes, Presiding Arbitrator Kenneth R. Feinberg) that is being held under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm LLC" in the city of New York.**

2. The Debtor shall voluntarily comply with the requirements of the enforcement document by December 5, 2006.

3. In the event of failure to comply with the decision within the mentioned term, this decision shall be subject to compulsory enforcement. Initiation of compulsory enforcement shall oblige the Debtor to pay a 10 per cent duty and costs related to enforcement execution.

4. The copy of this Resolution shall be forwarded to the parties thereto and to the court.

5. This Resolution may be appealed to the head of the State Enforcement Service of Golosiyiv District of the City of Kyiv or alternatively at court within 10 days of the date of the issuance thereof.

State Enforcement Officer       [signed], [sealed]       V.A. Ustymenko

THE MINISTRY OF JUSTICE OF UKRAINE
STATE ENFORCEMENT SERVICE
Golosiyiv District of Kyiv

Lomonosova St., 2/15, Kyiv

December 5, 2006   No. 815/10

To:   V.V. Klymenko
      17-b, Gorkogo St., apt. 21, Kyiv
Copy: Alpren Limited
      4-12, Chapayeva St., Kyiv

### DEMAND

The State Enforcement Service of Golosiyiv District of the City of Kyiv is required to enforce the Ruling No.2-5613 of December 1, 2006 issued by Golosiyiv District Court of the City of Kyiv that enjoins Vadim Viktorovych Klymenko, General Director of "Storm Limited Liability Company", and any other persons authorized by him from performing any actions aimed at performance of the Shareholders Agreement dated January 30, 2004 until the judgment on the merits of the case is rendered, including signing and submitting on behalf of "Storm LLC" of any exmplanations, applications, statements, statements of defense, motions, participating in arbitration proceedings, hearings and sittings (arbitrators Gregory B. Craig, William R. Jentes, presiding arbitrator Kenneth R.Feinberg) that is taking place under the UNCITRAL Arbitration Rules upon a claim by Telenor Mobile Communications AS against "Storm Limited Liability Company" in the City of New York. This Ruling shall be enforced immediately.

The debtor is hereby obliged to IMMEDIATELY perform the court decision and send the notice informing on the performance to the address of the State Enforcement Service.

*Failure to comply with the court decision shall entail issuance of the Ruling on imposing of the penalty on the person guilty of such failure by the state enforcement officer in accordance with Article 87 of the Law of Ukraine "On the Enforcement Procedure".*

*In the event of repeated failure to comply with the lawful requirements of the state enforcement officer, the Ruling shall be issued on imposing of the penalty in a double amount and the motion will be filed with the Prosecutor's Office on imposition of criminal liability on the guilty persons.*

*We hereby remind that pursuant to articles 6, 87, 88 of the Law of Ukraine "On the Enforcement Procedure", failure to comply with the lawful requirements of the state enforcement officer shall entail responsibility contemplated by Law. In the event of failure to comply with the court decision, the state enforcement officer shall file a motion with the court on imposition of criminal liability in accordance with applicable legislation.*

State enforcement officer       [signed] [sealed]              V.A. Ustymenko



Справа № 2- 5613/06

У х в а л а

01 грудня 2006 р. суддя Голосіївського районного суду міста Києва Гошко О.М., розглянувши матеріали позовної заяви "Альпрен Лімітед" до Клименко Вадима Вікторовича про визнання дій незаконними та зобов"язання вчинити дії

в с т а н о в и в :

Позивач звернувся до суду з позовною заявою до Клименка В.В. про визнання дій незаконними та зобов"язання вчинити дії. Також позивачем подано до суду заяву про забезпечення позову, якою позивач просить суд у якості забезпечення позовних вимог: заборонити до вирішення цієї справи по суті Клименку В.В., як генеральному директору Товариства з обмеженою відповідальністю "Сторм", та будь-яким уповноваженим ним особам вчиняти будь-які дії по виконанню Акціонерної угоди, датованої 30.01.2004 р., в тому числі заборонити підписувати та подавати від імені ТОВ "Сторм" будь-які пояснення, заяви, відзиви на позовні заяви, клопотання, приймати участь у арбітражному процесі, слуханнях, засіданнях арбітражу (арбітри Грегорі Бі. Крейг (Gregory B. Craig), Вільям Р. Дженетс (William R. Jentes), головуючий Кеннет Р. Фейнберг (Kenneth R. Feinberg), який відбувається згідно з арбітражними правилами UNCITRAL, за позовом Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) до Товариства з обмеженою відповідальністю "Сторм" в місті Нью-Йорк; заборонити до вирішення цієї справи по суті Товариству з обмеженою відповідальністю "Сторм" та будь-яким уповноваженим ним особам вчиняти будь-які дії по виконанню Акціонерної угоди, датованої 30.01.2004 р., в тому числі заборонити подавати будь-які пояснення, заяви, відзиви на позовні заяви, клопотання, приймати участь у арбітражному процесі, слуханнях, засіданнях арбітражу (арбітри Грегорі Бі. Крейг (Gregory B. Craig), Вільям Р. Дженетс (William R. Jentes), головуючий Кеннет Р. Фейнберг (Kenneth R. Feinberg), який відбувається згідно з арбітражними правилами UNCITRAL, за позовом Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) до Товариства з обмеженою відповідальністю "Сторм" в місті Нью-Йорк; заборонити до вирішення цієї справи по суті Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) ( юридична особа за законодавством Норвегії Місцезнаходження: Норвегія (Norway), Fornebu Snaroyveien 30 D, 1331) та будь-яким уповноваженим нею особам вчиняти будь-які дії по виконанню Акціонерної угоди, датованої 30.01.2004 р., в тому числі заборонити подавати будь-які пояснення, заяви, позовні заяви, клопотання, приймати участь у арбітражному процесі, слуханнях, засіданнях арбітражу ( арбітри Грегорі Бі. Крейг (Gregory B. Craig), Вільям Р. Дженетс (William R. Jentes), головуючий Кеннет Р. Фейнберг (Kenneth R. Feinberg), який відбувається згідно з арбітражними правилами UNCITRAL, за позовом Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) до Товариства з обмеженою відповідальністю "Сторм" в місті Нью-Йорк.

Відповідно до ч.1 ст.151 ЦПК України суд за заявою осіб, які беруть участь у справі, може вжити заходи забезпечення позову, забезпечення позову допускається на будь-якій стадії розгляду справи, якщо невжиття заходів забезпечення може утруднити чи зробити неможливим виконання рішення суду.

Дослідивши матеріали справи, суд приходить до висновку, що невжиття заходів забезпечення позову призведе до неможливості виконання рішення суду у справі.

Зокрема, з наданих суду матеріалів вбачається, що господарським судом міста Києва застосовано наслідки недійсності нікчемного правочину – Акціонерної угоди від 30.01.2004 р. за участю Товариства з обмеженою відповідальністю "Сторм" та Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS). Проте його виконання не припинилось, деякі з його учасників продовжують керуватись його положеннями, що ставить під загрозу та порушує права позивача.

Враховуючи викладене, керуючись ч.ч. 1, 3 ст. 151, ч.ч. 1-3 ст. 152, ч.ч. 1, 5, 6, 7, 9, 10 ст. 153 ЦПК України, суд

1

**У Х В А Л И В:**

Заборонити до вирішення цієї справи по суті Клименку Вадиму Вікторовичу *(01001, м. Київ, вул. Горького, буд.17-Б, кв.21)*, як генеральному директору Товариства з обмеженою відповідальністю "Сторм", та будь-яким уповноваженим ним особам вчиняти будь-які дії по виконанню Акціонерної угоди, датованої 30.01.2004 р., в тому числі заборонити підписувати та подавати від імені ТОВ "Сторм" будь-які пояснення, заяви, відзиви на позовні заяви, клопотання, приймати участь у арбітражному процесі, слуханнях, засіданнях арбітражу (арбітри Грегорі Бі. Крейг (Gregory B. Craig), Вільям Р. Дженетс (William R. Jentes), головуючий Кеннет Р. Фейнберг (Kenneth R. Feinberg), який відбувається згідно з арбітражними правилами UNCITRAL, за позовом Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) до Товариства з обмеженою відповідальністю "Сторм" в місті Нью-Йорк;

Заборонити до вирішення цієї справи по суті Товариству з обмеженою відповідальністю "Сторм" *(01001, м. Київ, вул. Народного ополчення, буд.1, ідентифікаційний код юридичної особи 23163325)* та будь-яким уповноваженим ним особам вчиняти будь-які дії по виконанню Акціонерної угоди, датованої 30.01.2004 р., в тому числі заборонити подавати будь-які пояснення, заяви, відзиви на позовні заяви, клопотання, приймати участь у арбітражному процесі, слуханнях, засіданнях арбітражу (арбітри Грегорі Бі. Крейг (Gregory B. Craig), Вільям Р. Дженетс (William R. Jentes), головуючий Кеннет Р. Фейнберг (Kenneth R. Feinberg), який відбувається згідно з арбітражними правилами UNCITRAL, за позовом Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) до Товариства з обмеженою відповідальністю "Сторм" в місті Нью-Йорк;

Заборонити до вирішення цієї справи по суті Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) *(юридична особа за законодавством Норвегії Місцезнаходження: Норвегія (Norway), Fornebu Snaroyveien 30 D, 1331)* та будь-яким уповноваженим нею особам вчиняти будь-які дії по виконанню Акціонерної угоди, датованої 30.01.2004 р., в тому числі заборонити подавати будь-які пояснення, заяви, позовні заяви, клопотання, приймати участь у арбітражному процесі, слуханнях, засіданнях арбітражу (арбітри Грегорі Бі. Крейг (Gregory B. Craig), Вільям Р. Дженетс (William R. Jentes), головуючий Кеннет Р. Фейнберг (Kenneth R. Feinberg), який відбувається згідно з арбітражними правилами UNCITRAL, за позовом Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) до Товариства з обмеженою відповідальністю "Сторм" в місті Нью-Йорк.

Ухвалу направити сторонам, Товариству з обмеженою відповідальністю "Сторм" *(01001, м. Київ, вул. Народного ополчення, буд.1 код в ЄДРПОУ 23163325)*, Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) *(юридична особа за законодавством Норвегії) (Місцезнаходження: Норвегія (Norway), Fornebu Snaroyveien 30 D, 1331)* та відповідним органам державної виконавчої служби.

Ухвала підлягає негайному виконанню.

На ухвалу суду може бути подана апеляційна скарга до Апеляційного суду м. Києва шляхом подання протягом 5 днів з дня її проголошення заяви про наступне апеляційне оскарження та подання протягом 10 днів після подання заяви апеляційної скарги. Оскарження ухвали не зупиняє її виконання, а також не перешкоджає подальшому розгляду справи.

Суддя:

[Stamp: З ОРИГІНАЛОМ ЗГІДНО / Суддя Волосіївського / районного суду м. Києва / Гошко О.М. / Секретар] [signature]

2



# МІНІСТЕРСТВО ЮСТИЦІЇ УКРАЇНИ

## ДЕРЖАВНА ВИКОНАВЧА СЛУЖБА

У Голосіївському районі міста Києва

м. Київ, вул. Ломоносова, 2/15

04.12.06
№ 85/10.

Кому: ТОВ «Сторм»
м. Київ, Горького, 17-б, кв.21.

Копія: «Альпрен Лімітед»,
м. Київ, вул.. Чапаєва, 4-12

Копія: Голосіївський р/с м.Києва

Державна виконавча служба у Голосіївському районі м. Києва направляє на Вашу адресу постанову про відкриття виконавчого провадження.
Про хід виконання вищезазначеної постанови вимагаємо повідомити в 7-денний термін на № _____.

Начальник відділу

Державний виконавець

ПОСТАНОВА № 115/10
про відкриття виконавчого провадження

04. 12.   2006 року                                                                                               м. Київ

    Мною, державним виконавцем _А.В. Якименко_ Державної виконавчої служби у Голосіївському районі м. Києва, розглянута заява про примусове виконання ухвали № 2- 5613 від 01.12.2006 року Голосіївського районного суду м. Києва про заборону до вирішення справи по суті Товариству з обмеженою відповідальністю «Сторм» та будь-яким уповноваженим ним особам вчиняти будь-які дії по виконанню Акціонерної угоди, датованої 30.01.2004 р., в тому числі заборонити подавати будь-які пояснення, заяви, відзиви на позовні заяви, клопотання, приймати участь у арбітражному процесі, слуханнях, засіданнях арбітражу (арбітри Григорі Бі. Крейг (Gregory B. Craig), Вільям Р. Дженетс (William R. Jentes), головуючий Кеннет Р. Фейнберг ( Kenneth R. Feinberg), який відбувається згідно з арбітражними правилами UNCITRAL, за позовом Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS)  до Товариства з обмеженою відповідальністю «Сторм» в місті Нью-Йорк,
    що вступив у законну силу (набрав чинності) 01 грудня 2006 року,

    Враховуючи вищевикладене, керуючись статтями 3, 18, 24, 76, 87 Закону України "Про виконавче провадження".

П О С Т А Н О В И В :

    1. Відкрити виконавче провадження по примусовому виконанню ухвали № 2- 5613 від 01.12.2006 року Голосіївського районного суду м. Києва про заборону до вирішення справи по суті Товариству з обмеженою відповідальністю «Сторм» та будь-яким уповноваженим ним особам вчиняти будь-які дії по виконанню Акціонерної угоди, датованої 30.01.2004 р., в тому числі заборонити подавати будь-які пояснення, заяви, відзиви на позовні заяви, клопотання, приймати участь у арбітражному процесі, слуханнях, засіданнях арбітражу (арбітри Григорі Бі. Крейг (Gregory B. Craig), Вільям Р. Дженетс (William R. Jentes), головуючий Кеннет Р. Фейнберг ( Kenneth R. Feinberg), який відбувається згідно з арбітражними правилами UNCITRAL, за позовом Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) до Товариства з обмеженою відповідальністю «Сторм» в місті Нью-Йорк.
    2. Боржнику добровільно виконати виконавчий документ  в строк  до _____2006 р.
    3. При невиконанні рішення в наданий строк, виконати його в примусовому порядку. Стягнути за примусове виконання рішення з боржника 10% виконавчого збору та витрати, пов"язані з провадженням виконавчих дій.
    4. Копію постанови направити сторонам та в суд.
    5. Постанова може бути оскаржена начальнику Державної виконавчої служби у Голосіївському районі м Києва або до  суду в 10-денний строк з моменту її одержання.


Державний виконавець

МІНІСТЕРСТВО ЮСТИЦІЇ УКРАЇНИ

**ДЕРЖАВНА ВИКОНАВЧА СЛУЖБА**

У Голосіївському районі міста Києва

м. Київ, вул. Ломоносова, 2/15

05.12.06 № _____

Кому: ТОВ «Сторм»,
м. Київ, Горького, 17-б, кв.21.

Копія: «Альпрен Лімітед»,
м. Київ, вул.. Чапаєва, 4-12

**В И М О Г А**

    На виконанні у Державній виконавчий службі Голосіївського району м. Києва перебуває ухвала № 2- 5613 від 01.12.2006 року Голосіївського районного суду м. Києва про заборону до вирішення справи по суті Товариству з обмеженою відповідальністю «Сторм» та будь-яким уповноваженим ним особам вчиняти будь-які дії по виконанню Акціонерної угоди, датованої 30.01.2004 р., в тому числі заборонити подавати будь-які пояснення, заяви, відзиви на позовні заяви, клопотання, приймати участь у арбітражному процесі, слуханнях, засіданнях арбітражу (арбітри Григорі Бі. Крейг (Gregory B. Craig), Вільям Р. Дженетс (William R. Jentes), головуючий Кеннет Р. Фейнберг ( Kenneth R. Feinberg), який відбувається згідно з арбітражними правилами UNCITRAL, за позовом Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) до Товариства з обмеженою відповідальністю «Сторм» в місті Нью-Йорк. Ухвала підлягає негайному виконанню.

    Зобов'язуємо боржника НЕГАЙНО виконати рішення суду та повідомити про виконання на адресу Державної виконавчої служби.

    *За невиконання рішення суду, відповідно до ст..87 Закону України "Про виконавче провадження", державний виконавець виносить постанову про накладення штрафу на винну у невиконанні рішення суду особу.*

    *У разі повторного невиконання законних вимог державного виконавця виноситься постанова про накладення штрафу у подвійному розмірі і порушується клопотання перед Прокуратурою про притягнення винних осіб до кримінальної відповідальності.*

    *Нагадуємо, що згідно ст..6, 87, 88 Закону України "Про виконавче провадження", невиконання законних вимог державного виконавця тягне за собою відповідальність згідно Закону. При невиконанні рішення суду державний виконавець порушує клопотання перед судом про кримінальну відповідальність відповідно до чинного законодавства.*

Державний виконавець                                                               



МІНІСТЕРСТВО ЮСТИЦІЇ УКРАЇНИ

## ДЕРЖАВНА ВИКОНАВЧА СЛУЖБА

У Голосіївському районі міста Києва

м. Київ, вул. Ломоносова, 2/15

№ 815/10
№ 01.18.06

Кому: Клименко В.В.
м. Київ, Горького, 17-б, кв.21.

Копія: «Альпрен Лімітед»,
м. Київ, вул. Чапаєва, 4-12

Копія: Голосіївський р/с м.Києва

Державна виконавча служба у Голосіївському районі м. Києва направляє на Вашу адресу **постанову про відкриття виконавчого провадження**.
Про хід виконання вищезазначеної постанови вимагаємо повідомити в 7-денний термін на № _____.

**Начальник відділу**

Державний виконавець

ПОСТАНОВА № 815/10
про відкриття виконавчого провадження

04. 12. 2006 року                                                                    м. Київ

Мною, державним виконавцем _____ Державної виконавчої служби у Голосіївському районі м. Києва, розглянута заява про примусове виконання ухвали № 2- 5613 від 01.12.2006 року Голосіївського районного суду м. Києва про заборону до вирішення справи по суті Клименку Вадиму Вікторовичу, як генеральному директору Товариства з обмеженою відповідальністю «Сторм» та будь-яким уповноваженим ним особам вчиняти будь-які дії по виконанню Акціонерної угоди, датованої 30.01.2004 р., в тому числі заборонити підписувати та подавати від імені ТОВ «Сторм» будь-які пояснення, заяви, відзиви на позовні заяви, клопотання, приймати участь у арбітражному процесі, слуханнях, засіданнях арбітражу (арбітри Григорі Бі. Крейг (Gregory B. Craig), Вільям Р. Дженетс (William R. Jentes), головуючий Кеннет Р. Фейнберг ( Kenneth R. Feinberg), який відбувається згідно з арбітражними правилами UNCITRAL, за позовом Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) до Товариства з обмеженою відповідальністю «Сторм» в місті Нью-Йорк,

що вступив у законну силу (набрав чинності) 01 грудня 2006 року,

Враховуючи вищевикладене, керуючись статтями 3, 18, 24, 76, 87 Закону України "Про виконавче провадження".

П О С Т А Н О В И В :

1. Відкрити виконавче провадження по примусовому виконанню ухвали № 2- 5613 від 01.12.2006 року Голосіївського районного суду м. Києва про заборону до вирішення справи по суті Клименку Вадиму Вікторовичу, як генеральному директору Товариства з обмеженою відповідальністю «Сторм» та будь-яким уповноваженим ним особам вчиняти будь-які дії по виконанню Акціонерної угоди, датованої 30.01.2004 р., в тому числі заборонити підписувати та подавати від імені ТОВ «Сторм» будь-які пояснення, заяви, відзиви на позовні заяви, клопотання, приймати участь у арбітражному процесі, слуханнях, засіданнях арбітражу (арбітри Григорі Бі. Крейг (Gregory B. Craig), Вільям Р. Дженетс (William R. Jentes), головуючий Кеннет Р. Фейнберг ( Kenneth R. Feinberg), який відбувається згідно з арбітражними правилами UNCITRAL, за позовом Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) до Товариства з обмеженою відповідальністю «Сторм» в місті Нью-Йорк,

2. Боржнику добровільно виконати виконавчий документ в строк до 05.12. 2006 р.

3. При невиконанні рішення в наданий строк, виконати його в примусовому порядку. Стягнути за примусове виконання рішення з боржника 10% виконавчого збору та витрати, пов"язані з провадженням виконавчих дій.

4. Копію постанови направити сторонам та в суд.

5. Постанова може бути оскаржена начальнику Державної виконавчої служби у Голосіївському районі м Києва або до суду в 10-денний строк з моменту її одержання.

Державний виконавець                                         _____



МІНІСТЕРСТВО ЮСТИЦІЇ УКРАЇНИ

## ДЕРЖАВНА ВИКОНАВЧА СЛУЖБА

У Голосіївському районі міста Києва

м. Київ, вул. Ломоносова, 2/15

_05.10.06_ № _814/10_

Кому: Клименко В.В.
м. Київ, Горького, 17-б, кв.21.

Копія: «Альпрен Лімітед»,
м. Київ, вул.. Чапаєва, 4-12

### В И М О Г А

На виконанні у Державній виконавчий службі Голосіївського району м. Києва перебуває ухвала № 2- 5613 від 01.12.2006 року Голосіївського районного суду м. Києва про заборону до вирішення справи по суті Клименку Вадиму Вікторовичу, як генеральному директору Товариства з обмеженою відповідальністю «Сторм» та будь-яким уповноваженим ним особам вчиняти будь-які дії по виконанню Акціонерної угоди, датованої 30.01.2004 р., в тому числі заборонити підписувати та подавати від імені ТОВ «Сторм» будь-які пояснення, заяви, відзиви на позовні заяви, клопотання, приймати участь у арбітражному процесі, слуханнях, засіданнях арбітражу (арбітри Григорі Бі. Крейг (Gregory B. Craig), Вільям Р. Дженетс (William R. Jentes), головуючий Кеннет Р. Фейнберг ( Kenneth R. Feinberg), який відбувається згідно з арбітражними правилами UNCITRAL, за позовом Теленор мобайл ком"юнікейшнз АС (Telenor Mobile Communications AS) до Товариства з обмеженою відповідальністю «Сторм» в місті Нью-Йорк. Ухвала підлягає негайному виконанню.

Зобов'язуємо боржника НЕГАЙНО виконати рішення суду та повідомити про виконання на адресу Державної виконавчої служби.

*За невиконання рішення суду, відповідно до ст..87 Закону України "Про виконавче провадження", державний виконавець виносить постанову про накладення штрафу на винну у невиконанні рішення суду особу.*

*У разі повторного невиконання законних вимог державного виконавця виноситься постанова про накладення штрафу у подвійному розмірі і порушується клопотання перед Прокуратурою про притягнення винних осіб до кримінальної відповідальності.*

*Нагадуємо, що згідно ст..6, 87, 88 Закону України "Про виконавче провадження", невиконання законних вимог державного виконавця тягне за собою відповідальність згідно Закону. При невиконанні рішення суду державний виконавець порушує клопотання перед судом про кримінальну відповідальність відповідно до чинного законодавства.*

Державний виконавець