# EXHIBIT D



# KYIVSTAR G.S.M. JSC
## Condensed Consolidated Statements of Income and Comprehensive Income
### for the nine months ended September 30, 2006 and 2005 and
### for the year ended December 31, 2005
### US GAAP
*(thousands of US Dollars)*

|  | **Nine months ended September 30, 2006** | Nine months ended September 30, 2005 | Year 2005 |
|---|---|---|---|
|  | *(unaudited)* | *(unaudited)* | *(audited)* |
| **Net revenues** | 1,233,968 | 773,637 | 1,136,187 |
| Cost of services and products | (295,131) | (200,820) | (287,793) |
| **Gross profit** | 938,837 | 572,817 | 848,394 |
| Operating expenses | (186,368) | (144,591) | (213,330) |
| Depreciation and amortisation | (168,154) | (126,286) | (172,369) |
|  | (354,522) | (270,877) | (385,699) |
| **Operating profit** | 584,315 | 301,940 | 462,695 |
| Financial and other expenses, net | (25,495) | (9,551) | (23,842) |
| **Income before income taxes** | 558,820 | 292,389 | 438,853 |
| Income tax expense | (150,882) | (78,941) | (116,001) |
| **Net income** | 407,938 | 213,448 | 322,852 |
| Other comprehensive (loss)/income, net of tax | - | - | 23,733 |
| **Comprehensive income** | 407,938 | 213,448 | 346,585 |
|  |  |  |  |
| Income tax paid [1] | 104,827 | 54,497 | 124,833 |
| EBITDA [2] | 752,469 | 428,226 | 635,064 |
| EBITDA margin [3] | 61% | 55% | 56% |
| EBIT [4] | 584,315 | 301,940 | 462,695 |

---

[1] The amount of income tax paid differs from the income tax expense by the change in the income tax liabilities at the beginning and at the end of the period and translation difference. Income tax expense represents the charge for the period, whereas the repayment of income tax results in the decrease of the accrued income tax.

[2] EBITDA is defined as income before financial and other income/(expenses), provisions for income taxes and depreciation and amortisation expenses.

[3] EBITDA margin represents EBITDA as a percentage of net revenues.

[4] EBIT is defined as income before financial and other income/(expenses) and provisions for income tax, which is equal to operating profit.



## KYIVSTAR G.S.M. JSC
### Condensed Consolidated Balance Sheets
### as at September 30, 2006 and 2005 and
### as at December 31, 2005
### US GAAP
*(thousands of US Dollars)*

|  | September 30, 2006 | December 31, 2005 | September 30, 2005 |
|---|---:|---:|---:|
|  | *(unaudited)* | *(audited)* | *(unaudited)* |
| Intangible assets, net | 224,715 | 206,212 | 182,869 |
| Tangible assets, net | 1,168,190 | 966,382 | 888,559 |
| Financial assets | 7,641 | 10,521 | 11,135 |
| Other non-current assets | 15,273 | 19,551 | - |
| **Total non-current assets** | **1,415,819** | **1,202,666** | **1,082,563** |
| Deferred tax asset | 25,889 | 28,519 | 33,539 |
| Other current assets | 145,217 | 134,224 | 157,738 |
| Cash and cash equivalents | 473,142 | 184,114 | 238,551 |
| Financial assets | 4,224 | 4,170 | 3,980 |
| **Total current assets** | **648,472** | **351,027** | **433,808** |
| **Total assets** | **2,064,291** | **1,553,693** | **1,516,371** |
| **Shareholders equity** | **1,180,261** | **772,323** | **662,914** |
| Long-term interest bearing debt | 510,039 | 511,079 | 512,641 |
| Deferred tax liability | 1,203 | 1,218 | 13,825 |
| Other non-current liabilities | 24,945 | 28,611 | - |
| **Total non-current liabilities** | **536,187** | **540,908** | **526,466** |
| Short-term non-interest bearing liabilities | 347,843 | 240,462 | 286,487 |
| Short-term interest bearing debt | - | - | 40,504 |
| **Total short-term liabilities** | **347,843** | **240,462** | **326,991** |
| **Total liabilities and shareholders' equity** | **2,064,291** | **1,553,693** | **1,516,371** |



# KYIVSTAR G.S.M. JSC
## Consolidated Statements of Shareholders' Equity
## for the nine months ended September 30, 2006
## US GAAP
*(thousands of US Dollars)*

|  | Share Capital | Retained earnings | Accumulated other comprehensive income | Total |
|---|---|---|---|---|
| **December 31, 2005** *(audited)* | 123,201 | 635,298 | 13,824 | 772,323 |
| Net income |  | 407,938 |  | 407,938 |
| **September 30, 2006** *(unaudited)* | 123,201 | 1,043,236 | 13,824 | 1,180,261 |



# KYIVSTAR G.S.M. JSC
## Condensed Consolidated Statements of Cash Flows
### for the nine months ended September 30, 2005 and 2006 and
### for the year ended December 31, 2005
### US GAAP
*(thousands of US Dollars)*

|  | Nine months ended September 30, 2006 | Nine months ended September 30, 2005 | Year 2005 |
|---|---:|---:|---:|
|  | *(unaudited)* | *(unaudited)* | *(audited)* |
| Net cash provided by operating activities | 677,265 | 358,598 | 449,296 |
| Net cash used in investing activities | (386,330) | (423,538) | (530,222) |
| Net cash (used in)/ provided by financing activities | (1,907) | 241,860 | 204,384 |
| **Net increase in cash and cash equivalents** | **289,028** | 176,920 | **123,458** |
| Effect of foreign exchange rate changes on cash and cash equivalents | - | 4,703 | **3,728** |
| Cash and cash equivalents at the beginning of the period | **184,114** | 56,928 | **56,928** |
| Cash and cash equivalents at the end of the period | **473,142** | 238,551 | **184,114** |

|  | Nine months ended September 30, 2006 | Nine months ended September 30, 2005 | Year 2005 |
|---|---:|---:|---:|
|  | *(unaudited)* | *(unaudited)* | *(audited)* |
| **Supplemental disclosure of cash flow information** |  |  |  |
| Cash paid during the period for: |  |  |  |
| Interest | **38,600** | 30,501 | **40,578** |
| Income taxes | **104,827** | 54,690 | **124,833** |

KYIVSTAR G.S.M. JSC

Analytical information for 2004, 2005 and the nine months period of 2006
*(amounts in thousands of US Dollars if not otherwise indicated)*

|  | 2004 | | | | 2005 | | | | 2006 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 1-st quarter | 2-nd quarter | 3-rd quarter | 4-th quarter | 1-st quarter | 2-nd quarter | 3-rd quarter | 4-th quarter | 1-st quarter | 2-nd quarter | 3-rd quarter |
| Net revenues | 120,971 | 144,725 | 185,680 | 189,315 | 192,652 | 258,248 | 322,737 | 362,550 | 348,735 | 408,535 | 476,698 |
| EBITDA[1] | 73,099 | 86,952 | 113,867 | 102,860 | 109,344 | 133,359 | 185,523 | 206,838 | 214,622 | 247,221 | 290,626 |
| Operating profit | 58,742 | 71,267 | 96,395 | 81,348 | 82,298 | 68,770 | 150,872 | 160,755 | 161,643 | 190,821 | 231,851 |
| Income before income taxes | 53,533 | 66,115 | 89,687 | 74,137 | 68,276 | 80,060 | 144,053 | 146,464 | 151,725 | 182,386 | 224,709 |
| Equity RATIO[2] | 54.8% | 49.3% | 47.2% | 47.4% | 49.0% | 42.5% | 43.7% | 49.7% | 52.1% | 55.4% | 57.2% |
| Interest bearing debt[3] | 171,138 | 169,938 | 316,863 | 311,813 | 316,813 | 483,182 | 553,145 | 511,079 | 507,759 | 505,313 | 510,039 |
| Net debt/ EBITDA[4] | 0.5 | 0.4 | 0.7 | 0.7 | 0.7 | 0.7 | 0.6 | 0.5 | 0.3 | 0.2 | 0.04 |

[1] EBITDA is defined as income before financial and other income/(expenses), provisions for income taxes and depreciation and amortisation expense.
[2] Equity RATIO is determined by dividing the amount of shareholder's equity at the end of the period by the amount of total assets at the end of the period.
[3] At period end and including fair value adjustment of hedged item.
[4] Net debt/ EBITDA is determined by dividing the total amount of net debt at the end of the period by the amount of EBITDA for the four most recent quarters. Net debt is defined as interest bearing debt, including fair value adjustment of the hedged item, less cash and cash equivalents at period end.

KYIVSTAR G.S.M. JSC

## Analytical information for 2004, 2005 and the nine months period of 2006 *(continued)*

| | 2004 | | | | 2005 | | | | 2006 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1-st quarter | 2-nd quarter | 3-rd quarter | 4-th quarter | 1-st quarter | 2-nd quarter | 3-rd quarter | 4-th quarter | 1-st quarter | 2-nd quarter | 3-rd quarter |
| EBITDA/Net interest expenses[1] | 15.5 | 20.1 | 21.6 | 12.8 | 14.6 | 14.5 | 16.8 | 18.2 | 19.7 | 23.2 | 26.4 |
| EBITDA/Interest expenses[2] | 12.1 | 14.1 | 15.6 | 16.3 | 13.0 | 13.8 | 14.0 | 14.4 | 17.6 | 18.0 | 19.5 |
| Funds from operations/Net debt[3] | 46.4% | 53.2% | 38.2% | 31.2% | 26.9% | 38.0% | 45.4% | 46.6% | 68.5% | 139.1% | 603.9% |
| Free operating cash flow/Net debt[4] | 12.7% | (4.3)% | (38.0)% | (11.0)% | (11.0)% | (8.7)% | (2.0)% | (4.8)% | 35.7% | 73.6% | 285.5% |
| Net debt/Shareholders equity[5] | 0.4 | 0.4 | 0.6 | 0.6 | 0.6 | 0.6 | 0.5 | 0.4 | 0.3 | 0.1 | 0.03 |
| Subscriber acquisition cost[6] | $24.7 | $22.3 | $12.7 | $13.1 | $11.3 | $20.8 | $18.1 | $11.4 | $19.8 | $27.0 | $21.6 |

---

[1] EBITDA/Net interest expenses is determined by dividing EBITDA by the amount of interest expenses, net of capitalised interest and excluding interest income/expense from derivative financial instrument, for the quarter.
[2] EBITDA/Interest expenses is determined by dividing EBITDA for the four most recent quarters by the amount of interest expenses, including capitalised interest and interest income/expense from derivative financial instrument, for the four most recent quarters.
[3] Funds from operations/Net debt is determined by dividing the amount of net income adjusted for depreciation and amortisation expenses for the period by the amount of net debt. Net debt is defined as interest bearing debt, including fair value adjustment of the hedged item, less cash and cash equivalents at period end.
[4] Free operating cash flow/Net debt is determined by dividing the amount of the operating cash flow for the period adjusted for cash used in investing activities and dividends payments by the amount of net debt, including fair value adjustment of the hedged item, less cash and cash equivalents at period end.
[5] Net debt/Shareholders equity is determined by dividing the amount of net debt by the amount of shareholders equity at the end of the period. Net debt is defined as interest bearing debt, including fair value adjustment of the hedged item, less cash and cash equivalents at period end.
[6] Subscriber acquisition cost is determined by dividing the amount of advertising and marketing expenses, dealers' discounts and fees on start packages and scratch cards, and dealers' fees for contract subscribers connection incurred during the period by the number of new subscribers connected to the network during that period.

KYIVSTAR G.S.M. JSC

## Analytical information for 2004, 2005 and the nine months period of 2006 (continued)

| | 2004 | | | | 2005 | | | | 2006 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 1-st quarter | 2-nd quarter | 3-rd quarter | 4-th quarter | 1-st quarter | 2-nd quarter | 3-rd quarter | 4-th quarter | 1-st quarter | 2-nd quarter | 3-rd quarter |
| No. of mobile subscriptions[1]: | 3,220,735 | 3,610,319 | 4,856,181 | 6,252,022 | 7,662,177 | 9,334,793 | 10,942,865 | 13,924,966 | 14,965,162 | 16,005,433 | 17,708,973 |
| - of which Pre-paid[1]: | 2,674,520 | 3,031,217 | 4,211,008 | 5,531,662 | 6,892,385 | 8,500,326 | 10,020,712 | 12,901,399 | 13,895,015 | 14,885,977 | 16,535,438 |
| Annualized churn rate[2]: | 22.5% | 25.6% | 23.0% | 28.4% | 30.8% | 26.5% | 25.7% | 28.0% | 30.5% | 26.4% | 22.7% |
| Average monthly minutes of usage per subscriber (AMPU)[3]: | 68 | 80 | 90 | 95 | 92 | 90 | 104 | 107 | 110 | 118 | 123 |
| Average monthly service revenue per subscriber (ARPU)[4]: | | | | | | | | | | | |
| -Total | $12.4 | $13.7 | $14.3 | $11.1 | $8.9 | $9.7 | $10.1 | $9.6 | $7.9 | $8.6 | $9.1 |
| -Contract | $27.8 | $30.7 | $32.6 | $29.3 | $26.5 | $29.4 | $30.4 | $29.6 | $26.2 | $28.7 | $31.1 |
| -Pre-Paid | $9.1 | $10.3 | $11.1 | $8.4 | $6.8 | $7.6 | $8.2 | $7.9 | $6.4 | $7.1 | $7.5 |
| No. of SMS (in mln.): | 178 | 149 | 240 | 550 | 481 | 415 | 518 | 722 | 950 | 962 | 978 |
| Average monthly No. of SMS sent per subscriber: | 16 | 15 | 19 | 33 | 23 | 16 | 17 | 20 | 22 | 21 | 19 |

---

[1] End of period.
[2] Churn rate represents a percentage of the total number of churned subscribers to the average number of subscribers during a certain period. Contract subscribers with negative account balance and prepaid subscribers are considered to have churned after three months of inactivity, contract subscribers with positive account balance - after four months of inactivity.
[3] Average monthly minutes of usage per subscriber (AMPU) is calculated by dividing the total number of charged minutes of usage during a given period by the average number of subscribers during that period and dividing by the number of months in that period.
[4] The average monthly service revenue per subscriber (ARPU) is determined by dividing the service revenues for a given period, including revenues from roaming by the Company's subscribers and excluding roaming revenues from visiting users and non-core revenue, by the average number of subscribers during that period and dividing by the number of months in that period.