# EXHIBIT N
# PART 4

VOTING AGREEMENT dated September 2, 2002 between and among TELENOR MOBILE COMMUNICATIONS AS, a company organized under the laws of Norway ("Telenor Mobile"), and STORM LLC, a limited liability company organized under the laws of [...] ("Storm" and, together with Telenor Mobile and such other holders of shares of [...] Securities (as hereinafter defined) as shall be party hereto from time to time, [collective]ly, the "Shareholders" and each, individually, a "Shareholder").

### WITNESSETH

WHEREAS, Telenor Mobile and Storm are party to the Shareholders Agreement [dated] March 26, 1998 (the "Shareholders Agreement") between and among Telenor Mobile, [...], Omega LLC, Sputnik IV, L.P., Sputnik V Holdings Limited and Closed Joint Stock [Comp]any "Kyivstar G.S.M.", a closed joint stock company organized under the laws of [Ukrai]ne (the "Company");

WHEREAS, Telenor Mobile and Storm have entered into the Share Purchase [Agree]ment dated the date hereof (the "Share Purchase Agreement") pursuant to which [Storm] has agreed to purchase 536,557 shares of Common Stock (as hereinafter defined) of [the C]ompany, representing approximately 7.7% of the issued and outstanding share capital of [the C]ompany (the "Storm Transaction");

WHEREAS, after the consummation of the Storm Transaction, Storm and Telenor [Mobi]le will be the owners, beneficially and of record, of the issued and outstanding shares of [Comm]on Stock (as hereinafter defined) described in Schedule I hereto opposite their [respe]ctive names;

WHEREAS, due to Omega LLC remaining a shareholder of the Company and [refus]ing to consent to the termination or amendment of the Shareholders Agreement, the [Share]holders are unable to terminate or amend the Shareholders Agreement; and

WHEREAS, in view of the foregoing, the Shareholders believe it is in the best [intere]sts of the Company that further provision be made for the voting and disposition of their [shares] of Common Stock under the terms of the Shareholders Agreement in a manner which [will] provide for the continuity and stability of the business and management of the Company;

NOW, THEREFORE, to implement the foregoing and in consideration of the mutual [agreement]s, conditions and covenants contained herein and for other good and valuable [cons]ideration, the receipt and sufficiency of which are hereby acknowledged, the parties [here]to agree as follows:

### ARTICLE I  DEFINITIONS AND INTERPRETATION

Definitions

[As u]sed herein, the following terms shall have the following meanings:

"[Acti]ons or Proceedings" shall mean any action, suit, proceeding or arbitration commenced, [bro]ught, conducted or heard by or before any Governmental or Regulatory Authority;

"[Affe]cted Shareholder" shall have the meaning specified in Section 2.01(a)(iv).

"[Affi]liate" shall mean, with respect to any Person, any other Person which directly or

...tly controls, or is under common control with, or is controlled by, such Person, ...ding, if such Person is an individual, any relative or spouse of such Person, or any ...ive of such spouse of such Person, any one of whom has the same home as such Person, ...also including any trust or estate for which any such Person or Persons specified herein, ...tly or indirectly, serves as a trustee, executor or in a similar capacity (including, without ...tation, any protector or settlor of a trust) or in which any such Person or Persons specified ..., directly or indirectly, has a substantial beneficial interest, and any Person who is ...olled by any such trust or estate. As used in this definition, "control" (including, with ...rrelative meanings, "controlled by" and "under common control with") shall mean, ... respect to any Person, the possession, directly or indirectly, of power to direct or cause ...direction of management or policies (whether through ownership of securities or ...nership or other ownership interests, by contract or otherwise) of a Person.

..."...reement" shall mean this Voting Agreement and the Schedules and Exhibits hereto

..."...a" shall mean Alfa Telecom Limited, a company organized under the laws of the British ...in Islands.

..."...pproved Bankers" shall mean the investment banks specified in Schedule 3.

..."...ets and Properties" shall mean, with respect to any Person, all assets and properties of ...y kind, nature, character and description (whether real, personal or mixed, whether ...ible or intangible, whether absolute, accrued, contingent, fixed or otherwise and ...ever situated), including the goodwill related thereto, used, operated, owned or leased by ... Person, including, without limitation, cash, cash equivalents, investments, accounts and ...s receivable, chattel paper, documents, instruments, general intangibles, real estate, ...pment, inventory, goods and Intellectual Property.

..."...rd" shall mean the Board of Directors of the Company.

..."...iness" shall mean the wireless mobile telecommunications business.

..."...iness Day" shall mean a day other than a Saturday, a Sunday or any day on which banks ...ed in Oslo, Norway, London, England, Kiev, Ukraine or New York, New York are ...orized or obliged to close.

..."...arter" shall mean the most recent version of the charter of the Company, as approved by ...GMS on March 26, 1998, with the amendments thereto registered on May 11, 1998, ...ber 8, 1998, February 9, 1999, April 20, 1999, March 22, 2000, June 9, 2000, June 20, ..., May 24, 2001 and December 20, 2001, and as it may be further amended or amended ...estated from time to time.

..."...mmon Stock" shall mean the common stock of the Company, par value fifty (50) ...bles per share, as established in Article 6.1 of the Charter.

..."...mpany" shall have the meaning specified in the first recital hereto.

..."...nsolidated Subsidiary" shall mean, at any time, a consolidated subsidiary of a Person, as ...tified in such Person's financial statements for the prior fiscal year audited in accordance ... GAAP.

tract" shall mean any agreement, letter of intent, lease, license, evidence of Debt, options, mortgage, indenture, security agreement or other contract or understanding (whether written or oral), in each case, to the extent legally binding.

"trolled Affiliate" shall mean, with respect to any Person, any Affiliate of such Person in which such Person owns or controls, directly or indirectly, more than fifty percent (50%) of securities having ordinary voting power for the election of directors or other governing thereof or more than fifty percent (50%) of the partnership or other ownership interests in (other than as a limited partner).

"trolling Interest" shall mean the ownership or control, direct or indirect, of more than percent (50%) of the securities having ordinary voting power for the election of directors her governing body of a Person or more than fifty percent (50%) of the partnership or ownership interest therein (other than as a limited partner of such Person).

"trolling Person" shall mean, with respect to any Person, any other Person which owns controls, directly or indirectly, more than fifty percent (50%) of the securities having ary voting power for the election of directors or other governing body of such first or more than fifty percent (50%) of the partnership or other ownership interests in (other than as a limited partner of such first Person).

"t Obligations" shall mean, with respect to any Person, any obligations of such Person borrowed money; (b) evidenced by notes, bonds, debentures or similar instruments; (c) the deferred purchase price of goods or services (other than trade payables or accruals red in the ordinary course of business); (d) arising out of any credit facility or financial mmodation; (e) in respect of any liabilities and obligations of third parties (referred to in definition or otherwise) to the extent that they are guaranteed by such Person or such an has otherwise assumed or become liable for the payment of such liabilities or gations or to the extent that they are secured by any Lien upon property owned by such on, whether or not such Person has assumed or become liable for the payment of such ties or obligations; (f) arising under any lease that would be capitalized on the balance t of such Person in accordance with GAAP that is otherwise in substance a financing ; (g) arising in respect of any security, any acceptance or documentary credit or any ivables sold or discounted other than on a non-recourse basis; (h) for trade payables rred in the ordinary course of business; (i) arising in connection with damages, fines, lties, compensatory damages and other charges of similar kind or nature that may be sed, charged or appraised against such Person under any loan agreement, sale-purchase ment, delivery of goods (works, services) agreement, lease agreement or any other ement of commercial nature; (j) arising in connection with any other transaction that, in rdance with GAAP, results in such obligation being treated as "indebtedness"; (k) any r monetary obligation of a Person to pay an amount of money in excess of US$1,000,000 counter-party either under an agreement or on another basis, including without limitation the basis of a normative act of a state body (including without limitation payments to state ... uch as taxes, fees or fines) or a judicial decree or Order; and (l) any other obligations liabilities of a Person (whether absolute, accrued, contingent, fixed or otherwise; and her due or to become due).

"ebt Transaction" means any transaction by which a Standstill Party directly or indirectly ... any loan or extends any credit to any Protected Party (other than a Shareholder Loan) ...erwise becomes an obligee or holds or is a beneficiary of any Debt Obligation of any c... d Party (other than a Shareholder Loan).

3

"…Transaction Offer Notice" shall have the meaning specified in Section 5.01(b)(i).

"…ctor" shall mean a member of the Board.

"…ctive Date" shall mean the date on which the Closing under (and as defined in) the …Purchase Agreement has occurred.

"…orsement" shall mean an endorsement to this Agreement, in the form of Exhibit A.

"…ity Interest" in a Person shall mean any share of capital stock of such Person.

"…sson" shall mean Ericsson AB.

"…sson Debt" shall mean the Debt Obligations of the Company arising from time to time …(a) the commodity credit facility agreements dated March 27, 1997, March 27, 1998 …April 19, 2000, as amended and as consolidated into a single multi-tranche commodity …facility agreement, as amended and restated under a deed of amendment and …ment dated December 18, 2001 between the Company, Ericsson Credit AB and …son, (b) the commodity credit facility agreement dated April 19, 2001 between the …pany, Ericsson Credit AB and Ericsson, as amended and restated by the deed of …shment and restatement dated November 8, 2001, (c) the commodity credit facility …ment dated December 18, 2001 between the Company, Ericsson Credit AB and Ericsson …d) any other agreement entered into by the Company, Ericsson Credit AB and Ericsson …time to time.

"…rcise Notice" shall have the meaning specified in Section 5.1 of the Shareholders …ement.

"…rcise Period" shall have the meaning specified in Section 5.1 of the Shareholders …ement.

"…hange Act" shall mean the United States Securities Exchange Act of 1934, as amended, …the rules and regulations of the SEC promulgated thereunder.

"…sting Agreements" shall mean the Project Funds, Share Retention and Subordination …dated June 14, 2000 between and among the Company, Storm, Telenor Mobile, Sputnik …Ericsson Credit AB, as assignee of the European Bank for Reconstruction and …elopment, and the Share Pledge Agreement dated June 27, 2000 between and among the …pany, Storm, Telenor Mobile, Sputnik and Ericsson Credit AB, as assignee of the …pean Bank for Reconstruction and Development.

"…PA" shall have the meaning specified in Section 3.01(e).

"…AP" shall mean generally accepted accounting principles in the United States, as in …from time to time.

"…MS" shall mean any general meeting of the shareholders of the Company, as defined in …le 8.1 of the Charter.

"…ernmental or Regulatory Authority" shall mean any court, tribunal, arbitrator, …lature, government, ministry, committee, inspectorate, authority, agency, commission, …uter, district attorney, official or other competent authority of Ukraine, or any other …try of any state, as well as any county, city or other political subdivision of any of the …oing.

...ment Official" shall mean any Person holding office with any Governmental or ...ry Authority (or any member of such Person's immediate family) or any Person ...ed by, or performing services for, any entity under the administrative control of, or ... by, any Governmental or Regulatory Authority even if such entity conducts ...cial activities.

..."nias" shall mean the legal currency of Ukraine.

..."ectual Property" shall mean patents and patent rights, licenses, inventions, copyrights ...opyright rights, know-how (including trade secrets and other unpatented and/or ...alable proprietary or confidential information, systems or procedures), trademarks and ...ark rights, service marks and service mark rights, trade names and trade name rights, ... names and service name rights, brand names, processes, formulae, trade dress, ... and product names, logos, slogans, industrial models, processes, designs, ...dologies, software programs (including all source codes) and related documentation, ...cal information, manufacturing, engineering and technical drawings, and all pending ...ations for and registrations of patents, trademarks, service marks and copyrights.

..." shall mean the initial underwritten public offering of the Common Stock which results ...listing of the Common Stock (or Securities evidencing beneficial ownership interests in ...ommon Stock) on a national or international stock exchange or securities trading ...y.

..."nses" shall mean all licenses, permits, certificates of authority, authorizations, ...vals, registrations, franchises and similar consents granted or issued by any ...rnmental or Regulatory Authority.

..." shall mean any mortgage, pledge, assessment, security interest, lease, lien, adverse ... levy, charge or other encumbrance of any kind, or any conditional sale Contract, title ...ion Contract or other Contract to grant any of the foregoing.

..."nagement" shall mean the executive body of the Company, having such authority as is ...th in the Charter.

..." Securities" shall have the meaning specified in Section 2.04(c)(i).

..." Shareholders Agreement" shall mean the shareholders agreement in the form of ...bit B.

..."ered Shares" shall have the meaning specified in the Shareholders Agreement.

..."ega" shall mean Omega LLC, a limited liability company organized under the laws of ...ine.

..."ega Transaction" shall have the meaning specified in Section 2.05.

..."tion Agreement" shall mean the Option Agreement in the form of Exhibit F to the Share ...hase Agreement, to be entered into by Telenor Mobile and Storm.

..."der" shall mean any writ, judgment, decree, injunction, indictment, complaint or similar ...of any Governmental or Regulatory Authority (in each case, whether preliminary or ...

"...tanding Voting Securities" shall mean, collectively, (a) shares of Common Stock that are... and in the absence of contingencies, entitle their holder to vote at any GMS, and ... at the time specified in the context in which such term is used (issued and ...), and (b) Securities that are, at the time specified in the context in which such term ...ed issued and outstanding and convertible into, or exercisable or exchangeable for, any ... of Common Stock described in clause (a).

"...itted Transferee" shall mean, with respect to any Shareholder, any "Affiliate" of such ...holder, as such term is defined in the Shareholders Agreement.

"...on" shall mean any natural person, corporation, general partnership, simple partnership, ...d partnership, limited liability partnership, limited liability company, proprietorship, ...siness organization, trust, union, association or Governmental or Regulatory ...ity, whether incorporated or unincorporated.

"...dge Agreement" shall mean the Pledge Agreement in the form of Exhibit G to the Share...ase Agreement, to be entered into by Telenor Mobile and Storm.

"...sident" shall mean the Chairman of the Management, whether the title of such officer is ...ident", "General Director" or otherwise, having the authority described in the Charter ...uired by applicable Ukrainian law.

"...ce Notice" shall have the meaning specified in Section 5.01(b)(ii).

"...posed Transfer Notice" shall have the meaning specified in the Shareholders ...ement.

"...posed Transferee" shall have the meaning specified in the Shareholders Agreement.

"...tected Party" shall mean the Company or any of its Controlled Affiliates.

"...gistration Rights Agreement" shall mean a Registration Rights Agreement to be entered ...to by and among the Shareholders and the Company.

"...quired Sale Right" shall have the meaning specified in Section 4.03.

"...levant Obligation" shall have the meaning specified in Section 5.01(b)(i).

"...C" shall mean the Securities and Exchange Commission of the United States of America, ...y successor thereto.

"...curities" shall mean shares of Common Stock or other capital stock of the Company, ...ther or not authorized, or any option, right, subscription, warrant, phantom stock right or ...ntract right to receive shares of Common Stock or such other capital stock, or any ..., notes, debentures or other securities of any kind whatsoever, that are, or may become, ...rtible into or exchangeable or exercisable for, shares of Common Stock.

"...curities Act" shall mean the United States Securities Act of 1933, as amended, and the ...ted regulations of the SEC promulgated thereunder.

"...re Purchase Agreement" shall have the meaning specified in the second recital hereto.

"...Retention and Subordination Deed" shall mean the Share Retention and ...nation Deed entered into on July 9, 2002 by and among the Company, Storm, Telenor ...Telenor Credit AB and Ericsson.

"...eller Loan" shall mean a loan made to the Company or any of its Consolidated ...aries by Telenor Mobile or any of its Affiliates, or the acquisition of any Debt ...ion of the Company or any of its Consolidated Subsidiaries by Telenor Mobile or any ...ffiliates.

"...holder" and "Shareholders" shall have the meaning specified in the preamble hereto.

"...holders Agreement" shall have the meaning specified in the first recital hereto.

"...ik" shall mean, collectively, Sputnik IV, L.P. and Sputnik V Holdings Limited.

"...nik Parties" shall mean, with respect to a Shareholder, such Shareholder, its ...lling Persons, its Controlled Affiliates, any Controlled Affiliate of any Controlling ...of such Shareholder and any Person acting on behalf of any of the foregoing, in each ...suant to a Contract.

"...m" shall have the meaning specified in the preamble hereto.

"...m Participants Agreement" shall mean the agreement dated June 26, 2002 between ...nong Alfa and the other participants in Storm, as amended from time to time.

"...ct Transaction" shall have the meaning specified in the second recital hereto.

"...nor Mobile" shall have the meaning specified in the preamble hereto.

"...nsfer" shall mean any direct or indirect sale, exchange, transfer (including, without ...tion, any transfer by gift or operation of law, or any transfer of an economic interest in ...derivative security of any Security), assignment, distribution or other disposition, or ...ance or creation of any option or any voting proxy, voting trust or other voting agreement ...spect of any Person or instrument (including, without limitation, any of the Securities), ...her in a single transaction or a series of related transactions, including, without ...ation, the direct or indirect enforcement or foreclosure of any Lien; provided, that ...alization, expropriation, confiscation, bankruptcy (other than any bankruptcy initiated ...e petition of any Shareholder, or any Affiliate of such Shareholder), arrest or any similar ...ion or Proceeding initiated by any Governmental or Regulatory Authority in respect of ...erson or instrument shall not constitute a Transfer.

"...nsferring Shareholder" shall have the meaning specified in the Shareholders ...ement.

"...CITRAL Rules" shall have the meaning specified in Section 9.01(a).

"...ing Securities" shall mean, collectively, shares of Common Stock, shares of preferred ...k and any other Securities that ordinarily, and in the absence of contingencies, entitle ...holder to vote in any GMS and that are, at the time specified in the context in which ...rm is used, issued and outstanding.

"...Retention and Subordination Deed" shall mean the Share Retention and ...ination Deed entered into on July 9, 2002 by and among the Company, Storm, Telenor, ...Ericsson Credit AB and Ericsson.

"...eholder Loan" shall mean a loan made to the Company or any of its Consolidated ...aries by Telenor Mobile or any of its Affiliates, or the acquisition of any Debt ...ion of the Company or any of its Consolidated Subsidiaries by Telenor Mobile or any ...ffiliates.

"...eholder" and "Shareholders" shall have the meaning specified in the preamble hereto.

"...eholders Agreement" shall have the meaning specified in the first recital hereto.

"...nik" shall mean, collectively, Sputnik IV, L.P. and Sputnik V Holdings Limited.

"...ding Parties" shall mean, with respect to a Shareholder, such Shareholder, its ...lling Persons, its Controlled Affiliates, any Controlled Affiliate of any Controlling ...f such Shareholder and any Person acting on behalf of any of the foregoing, in each ...rsuant to a Contract.

"...m" shall have the meaning specified in the preamble hereto.

"...m Participants Agreement" shall mean the agreement dated June 26, 2002 between ...mong Alfa and the other participants in Storm, as amended from time to time.

"...m Transaction" shall have the meaning specified in the second recital hereto.

"...nor Mobile" shall have the meaning specified in the preamble hereto.

"...nsfer" shall mean any direct or indirect sale, exchange, transfer (including, without ...tion, any transfer by gift or operation of law, or any transfer of an economic interest in ...rivative security of any Security), assignment, distribution or other disposition, or ...ce or creation of any option or any voting proxy, voting trust or other voting agreement ...pect of any Person or instrument (including, without limitation, any of the Securities), ...her in a single transaction or a series of related transactions, including, without ...tion, the direct or indirect enforcement or foreclosure of any Lien, provided, that ...alization, expropriation, confiscation, bankruptcy (other than any bankruptcy initiated ...a petition of any Shareholder, or any Affiliate of such Shareholder), arrest or any similar ...n or Proceeding initiated by any Governmental or Regulatory Authority in respect of ...Person or instrument shall not constitute a Transfer.

"...nsferring Shareholder" shall have the meaning specified in the Shareholders ...ement.

"...CITRAL Rules" shall have the meaning specified in Section 9.01(a).

"...ting Securities" shall mean, collectively, shares of Common Stock, shares of preferred ...k and any other Securities that ordinarily, and in the absence of contingencies, entitle ...holder to vote in any GMS and that are, at the time specified in the context in which ...term is used, issued and outstanding.

7

Interpretation

If context of this Agreement otherwise requires, the following rules of interpretation apply to this Agreement:

(a) the singular shall include the plural, and the plural shall include the singular;

(b) words of any gender shall include the other gender;

(c) the words "hereof", "herein", "hereby", "hereto" and similar words refer to this entire Agreement and not to any particular Section or any other subdivision of this Agreement;

(d) a reference to any "Article", "Section", "Schedule" or "Exhibit" is a reference to a specific Article or Section of, or Schedule or Exhibit to, this Agreement;

(e) a reference to any law, statute, regulation, notification or statutory provision shall include any amendment, modification or re-enactment thereof, any regulations promulgated thereunder from time to time, and any interpretations thereof from time to time by any regulatory or administrative authority;

(f) a reference to any agreement, instrument, contract or other document shall include any amendment, amendment and restatement, supplement or other modification thereto;

(g) a reference to any Person shall include such Person's successors and permitted assigns under any agreement, instrument, contract or other document;

(h) a reference to any dollar amount shall include its equivalent in another currency; and

(i) as used herein, "beneficial owner" (and the plural thereof) shall have the same meaning as in Rule 13d-3 under the Exchange Act (17 C.F.R. § 240.13d-3).

### ARTICLE II   MANAGEMENT OF THE COMPANY

Board of Directors

1.0 Composition; Election.

(i) Notwithstanding Section 2.2 of the Shareholders Agreement, subject to Section 2.01(a)(ii), (iii) and (iv):

(A) Telenor Mobile shall be entitled to designate and nominate four (4) candidates for election to the Board; and

(B) Storm shall be entitled to designate and nominate two (2) candidates for election to the Board (of which one (1) shall be designated by Alfa pursuant to the terms of the Storm Participants Agreement).

and the Shareholders agree to take all action necessary from time to time (including, without limitation, the voting of their respective Voting Securities, the execution of written consents, the calling of special meetings of the GMS