# EXHIBIT N
# PART 8

63

вої кредиторської заборгованості або нарахованих витратах, понесених у ході ання звичайної діяльності); (d) по зобов'язаннях, які виникають у результаті кого механізму кредитування чи фінансування; (e) стосовно будь-яких 'язань та зобов'язань третіх сторін (на які зроблено посилання у цьому нні або іншим чином), якщо вони гарантовані такою Особою або така Особа м чином взяла на себе зобов'язання щодо погашення таких зобов'язань, або якщо забезпечені будь-якою Заставою майна, яке знаходиться у власності такої Особи, залежно на те, чи взяла така Особа на себе зобов'язання щодо погашення таких 'язань, чи ні; (f) унаслідок будь-якої оренди, яка буде капіталізована у балансі Особи відповідно до ЗПБУ США, що іншим чином по суті являтиме собою ну оренду; (g) по зобов'язаннях, що виникають стосовно будь-кого іншого ду, прийнятого до сплати платіжного доручення або документарного кредиту, чи кої проданої або дисконтованої дебіторської заборгованості, за винятком дня без права регресу; (h) по торговій кредиторській заборгованості, яка виникає зультаті здійснення звичайної діяльності; (i) по зобов'язаннях у зв'язку (з ками, штрафами, пенею, фактичними збитками та іншими витратами подібного чи характеру, які можуть бути оцінені, накладені або виставлені до сплати такій ї) по кредитному договору, договору купівлі-продажу, поставки товарів (робіт, уг), договору оренди або будь-якому іншому договору комерційного характеру; (j) 'язку з будь-якою операцією, яка, відповідно до ЗПБУ США, призводить до вникнення такого зобов'язання, яке трактується як "заборгованість"; (k) будь-якого ого фінансового зобов'язання Особи сплатити контрагенту суму коштів, яка вищує 1,000,000 доларів США, відповідно до договору або на іншій підставі, у числі включаючи на підставі нормативного акту державної установи (включаючи, обмежень, платежі державним установам, такі як податки, збори або штрафи) або підставі рішення суду чи Наказу; а також (l) будь-які інші зобов'язання Особи ків, такі, що виникли, умовні, тверді або інші зобов'язання, строк сплати по яких ває або настане).

**рова Операція"** – означає будь-яку операцію, за допомогою якої Пов'язана рона отримує будь-яку позику або надає будь-який кредит будь-якій Захищеній роні (за винятком Кредиту Акціонера), або іншим чином стає кредитором за ов'язанням, або утримує чи є бенефіціарієм будь-якого Боргового Зобов'язання ь-якої Захищеної Сторони (окрім Кредиту Акціонера).

**овідомлення і Пропозицією про Боргову Операцію"** – має значення згідно з значенням, наведеним у Частині 5.01(b)(i).

**ректор"** – означає члена Ради.

**та Набрання Чинності"** – означає дату остаточного завершення операції по говору Купівлі Акцій (згідно з визначенням, наведеним у Договорі Купівлі Акцій).

**ідтвердження"** – означає підтвердження цього Договору у формі Доповнення А.

**астка в Акціонерному Капіталі"** Особи означає будь-яку частку простих акцій кої Особи.

**рікссон"** - означає компанію Ерікссон АБ (Ericsson AB).

**аборгованість Компанії Ерікссон"** – означає Боргові Зобов'язання Компанії, які фактично виникають за (а) договорами про надання товарного кредиту від 27 березня

64

[illegible], 27 березня 1998 року та 19 квітня 2000 року зі змінами та доповненнями, які [illegible] в один багатосторонній договір про надання товарного кредиту із [illegible] та доповненнями, внесеними відповідно до Угоди про внесення доповнень і [illegible] формулювань від 18 грудня 2001 року, укладеної між Компанією, Ерікссон [illegible] АБ (Ericsson Credit AB) та компанією Ерікссон; (b) договором про надання [illegible] кредиту від 19 квітня 2001 року, укладеного між Компанією, Ерікссон [illegible] АБ та компанією Ерікссон, зі змінами та доповненнями відповідно до Угоди про [illegible] доповнень і змін формулювань від 18 листопада 2001 року; (c) договором [illegible] надання товарного кредиту від 18 грудня 2001 року, укладеного між Компанією, [illegible] Кредит АБ та компанією Ерікссон, а також (d) будь-яким іншим договором, [illegible] на відповідний час Компанією, Ерікссон Кредит АБ та компанією Ерікссон.

"[illegible] Повідомлення про Виконання" – має значення згідно з визначенням, наведеним у [illegible] 5.1. Договору Акціонерів.

"[illegible] Виконання" – має значення згідно з визначенням, наведеним у Частині 5.1. Договору Акціонерів.

"Закон "Про Фондові Біржі"" – означає Закон про Фондові Біржі Сполучених Штатів [illegible] 1934 року зі змінами та доповненнями, а також опубліковані Комісією з [illegible] паперів та біржових операцій США правила та положення, що відносяться до [illegible] Закону.

"[illegible] Договори" – означають Фонди Проекту, Угоду про Перереєстрування та [illegible] Акцій від 14 червня 2000 року, які укладені між Компанією, ТОВ "[illegible]", "Телесистемс Мобайл", компанією "Спутнік" та Ерікссон Кредит АБ, у якості [illegible] особи Європейського Банку Реконструкції та Розвитку, і Договір про [illegible] Акцій від 27 червня 2000 року, укладений між Компанією, ТОВ "Сторм", [illegible] Мобайл", компанією "Спутнік" та Ерікссон Кредит АБ, у якості [illegible] Європейського Банку Реконструкції та Розвитку.

"Закон США "Про корупцію у зовнішньоекономічній діяльності" (FCPA)" – має значення згідно з визначенням, поданим у Частині 3.01(e).

"[illegible] США" – означає чинні на відповідний час Загальноприйняті принципи бухгалтерського обліку США.

"Загальні Збори Акціонерів (ЗЗА)" – означають будь-які загальні збори акціонерів [illegible] відповідно до визначення у Статті 8.1 Статуту.

"Державний або Регламентуючий Орган" – означає будь-який суд, суд спеціальної [illegible], арбітражний суд, орган виконавчої влади, уряд, міністерство, комітет, [illegible], державну установу, агентство, комісію, прокуратуру, прокурора округу, [illegible] або інший компетентний орган України чи будь-якої іншої країни або будь-[illegible] штату, а також будь-якого округу, міста або іншої політичної структури підрозділи [illegible] з вищенаведеного.

"Державний Службовець" – означає будь-яку Особу, яка обіймає посаду у будь-якому [illegible] або Регламентуючому Органі (або будь-якого іншого члена родини [illegible] найближчих родичів такої Особи), або будь-яку Особу, найняту на роботу або [illegible] будь-якому підприємству під адміністративним контролем, або яке [illegible] у власності будь-якого Державного або Регламентуючого Органу, навіть [illegible] підприємство здійснює комерційну діяльність.

66

**…ня"** – означають офіційну валюту України.

**…ектуальна Власність"** – означає патенти та патентні права, ліцензії, винаходи, …ські права, ноу-хау (включаючи комерційні таємниці та іншу непатентовану …ацію, системи чи процедури та/або конфіденційну та власну інформацію, …ми чи процедури, які неможливо запатентувати), торгові марки і права на торгові …и, знаки обслуговування і права на знаки обслуговування, фірмові назви і права на …ові назви, фірмові знаки обслуговування і права на фірмові знаки обслуговування, …ди, процеси, формулювання, упаковки або фірмовий стиль, фірмові найменування …ини товарів, логотипи, товарні знаки у вигляді рекламного лозунгу, промислові …ди, процеси, промислові розробки, методології, програмне забезпечення …чаючи всі вихідні коди) та відповідну документацію, технічну інформацію, …ічні, промислові та технічні креслення, а також всі заяви, які знаходяться у …дії розгляду на реєстрацію патентів, торгових марок, знаків обслуговування та …льших прав.

**…винне Розміщення Акцій (IPO)"** – означає первинне гарантоване розміщення …стих Акцій, що призводить до лістингу Простих Акцій (або Акцій, які …верджують право бенефіціарів на частку у Простих Акціях) на вітчизняних або …народних фондових біржах або площадках для торгівлі цінними паперами.

**…ензії"** – означає всі ліцензії, дозволи, довіреності, погодження, реєстрації, …нення та подібні згоди, надані або видані будь-яким Державним або …омпетентуючим Органом.

**…става"** – означає будь-яку іпотеку, заставу, оціночну вартість, заставне право, …ргу, право утримання власності, зворотний позов, стягнення, нарахування або інше …меження будь-якого роду, або будь-який умовний Контракт на продаж, Контракт на …во утримання чи інший Контракт на надання будь-чого з вищенаведеного.

**…авління"** – означає виконавчий орган Компанії, який має такі повноваження, які …задені у Статуті.

**…ні Акції"** – має значення згідно з визначенням, наведеним у Частині 2.04(c)(і).

**…вий Договір Акціонерів"** – означає договір акціонерів у формі Доповнення В.

**…кції, що Пропонуються"** – має значення згідно з визначенням, наведеним у …говорі Акціонерів.

**…мега"** – означає ТОВ "Омега", товариство з обмеженою відповідальністю, засноване …повідно до законодавства України.

**…перація з Відступлення Частки Участі в Акціонерному Капіталі Компанії …"** – має значення згідно з визначенням, наведеним у Частині 2.05.

**…ціонний Договір"** – означає Опціонний Договір у формі Доповнення Г до …говору Купівлі Акцій, який має бути укладено компаніями "Теленор Мобайл" та …В "Сторм".

**…"** – означає будь-який судовий наказ, рішення, розпорядження, судову заборону, …ипоручення, скаргу або подібний наказ будь-якого Державного або …омпетентуючого органу (у кожному випадку – попередній або остаточний).



...[illegible], боргових цінних паперів чи інших цінних паперів будь-якого роду, які є або ...[illegible] таким, що їх можна конвертувати, використати або обміняти на частки ...их Акцій.

...**"Про Цінні Папери"** – означає Закон "Про Цінні Папери" США 1933 року із ...ми та доповненнями, а також оприлюднені Комісією по цінних паперах та ...ржи США правила і положення, які відносяться до цього Закону.

...**вір Купівлі Акцій"** – має значення згідно з визначенням, наведеним у другій ...[illegible] частині цього Договору.

...**а про Невідчуження та Підпорядкування Акцій"** – означає Угоду про ...уження та Підпорядкування Акцій, укладену 9 липня 2002 року Компанією, ..."Сторм", "Теленор Мобайл", "Ерікссон Кредит АБ" та компанією "Ерікссон".

...**рит Акціонера"** – означає кредит, виданий Компанії або будь-якому з її ...лідованих Дочірніх Підприємств компанією "Теленор Мобайл" або будь-якою з ...[illegible] Осіб, або придбання будь-якого Боргового Зобов'язання Компанії чи ...якого її Консолідованого Дочірнього підприємства компанією "Теленор Мобайл" ...будь-якою її Афілійованою Особою.

...**ціонер"** і **"Акціонери"** – має значення згідно з визначенням, наведеним у ...мбулі до цього Договору.

...**говір Акціонерів"** – має значення згідно з визначенням, наведеним у першій ...ларативній частині цього Договору.

...**утнік"** – разом означає компанії "Спутнік IV Л.П." і "Спутнік V Холдингз Лімітед".

...**в'язані Сторони"** – по відношенню до Акціонера означають такого Акціонера, ...з Осіб, які Контролюють, його Контрольованих Афілійованих Осіб, будь-яку ...[illegible] Афілійовану Особу будь-якої Особи, яка Контролює, яка діє від імені ...іонера, та будь-яку Особу, яка діє від імені будь-яких вищезазначених осіб, у ...кому випадку відповідно до Контракту.

...**рм"** – має значення згідно з визначенням, наведеним у преамбулі до цього ...овору.

...**тановчий Договір ТОВ Сторм"** – означає договір від 26 червня 2002 року із ...подальшими змінами та доповненнями, укладений між компанією "Альфа" та іншими ...[illegible] ТОВ "Сторм".

...**перація Купівлі Акцій Компанією "Сторм"** – має значення згідно з визначенням, ...веденим у другій декларативній частині цього Договору.

...**ленор Мобайл"** – має значення згідно з визначенням, наведеним у преамбулі до ...го Договору.

..."**ступлення"** – означає прямий або непрямий продаж, обмін, відступлення (у тому ...[illegible] включаючи будь-яку передачу через дарування або дією закону, або будь-яку ...[illegible] економічних інтересів у будь-якому похідному інструменті будь-якої Акції), ...ступку, розподіл чи інше розпорядження, або випуск чи створення будь-якого ...[illegible] або будь-якої довіреності на голосування, передачу права голосу за

[illegible] або іншу угоду про голосування стосовно будь-якої Особи чи інструмента (у тому числі, включаючи будь-які Акції) в окремій операції або серії пов'язаних дій, включаючи, без обмежень, пряме чи непряме примусове виконання або [illegible] стягнення на будь-яку Частину, за умови, що націоналізація, експропріація, [illegible] банкрутство (окрім банкрутства, ініційованого за позовом будь-якого [illegible] або будь-якої Афілійованої Особи такого Акціонера), арешт або будь-який [illegible] Позов або Провадження, ініційований будь-яким Державним або [illegible] Органом стосовно будь-якої Особи чи інструмента, не являтиме собою [illegible].

**"[illegible] який Здійснює Відступлення"** – має значення згідно з визначенням, [illegible] у Договорі Акціонерів.

**"[illegible] ЮНІСТРА.Г"** – має значення згідно з визначенням, наведеним у Частині [illegible].

**"[illegible] з Правом Голосу"** – разом означають частки Простих Акцій, частки [illegible] акцій та будь-які інші Акції, які за звичайних умов та за відсутності [illegible] непередбачених обставин надають їхньому утримувачу право голосувати [illegible] будь-яких Загальних Зборах Акціонерів, і на певний час у контексті використання [illegible] терміну, з випущеними і обертаються на ринку.

Тлумачення

[illegible] інше спеціально не вимагається контекстом цього Договору, у цьому договорі [illegible] наступні правила та тлумачення:

(a) однина включає множину, а множина включає однину;

(b) слова будь-якого роду включають й інший рід;

(c) словосполучення "цього Договору", "у цьому Договорі", "цим Договором", "до цього Договору" та аналогічні слова і словосполучення відносяться до всього цього Договору, а не до будь-якої окремої Частини або будь-якого підрозділу цього Договору;

(d) посилання на будь-яку "Статтю", "Частину", "Доповнення" або "Додаток" є посиланням на певну Статтю або Частину Доповнення або Додаток до цього Договору;

(e) посилання на будь-який закон, законодавчий акт, положення, повідомлення або законоположення включає будь-які зміни, доповнення або їх повторне встановлення у законодавчому порядку, будь-які положення, впроваджені на певний час, та будь-які тлумачення будь-яких регулюючих або адміністративних органів стосовно зазначених положень;

(f) посилання на будь-який договір, інструмент, контракт або інший документ включає будь-які доповнення, зміни і нові формулювання, додатки або інші зміни до зазначених документів;

(g) посилання на будь-яку Особу включає наступників та дозволених правонаступників такої Особи за будь-яким договором, інструментом, контрактом або іншим документом;

(x) посилання на будь-яку суму в доларах включає еквівалентну суму в іншій валюті; а також

(xi) відповідно до вживання у цьому Договорі, "бенефіціарій" (включаючи множину цього слова) має таке ж значення, як і в Положенні 13d-3 Закону "Про фондові біржі" (17 C.F.R. § 240.13d-3).

## СТАТТЯ II УПРАВЛІННЯ КОМПАНІЄЮ

Рада Директорів

(a) Склад; Обрання.

(i) Незважаючи на положення Частини 2.2 Договору Акціонерів, з урахуванням положень пунктів Частини 2.01(a)(ii), (iii) і (iv):

(A) компанія "Теленор Мобайл" має право визначати і пропонувати чотирьох (4) кандидатів для обрання до складу Ради; і

(B) ТОВ "Сторм" має право визначати і пропонувати двох (2) кандидатів для обрання до складу Ради (з яких одну (1) особу визначає "Альфа" згідно з умовами Установчого Договору Учасників ТОВ "Сторм"),

при цьому Акціонери погоджуються вживати весь час від часу необхідні дії (включаючи, без обмеження, голосування своїми відповідними Акціями з Правом Голосу, оформлення письмових згод, скликання спеціальних Загальних Зборів Акціонерів та/або Ради, відмову від прав на отримання повідомлення про Загальні Збори Акціонерів і на присутність та участь у засіданнях Загальних Зборів Акціонерів та/або Ради, в кожному разі дотримуючись положень законодавства України) з метою (1) забезпечити обрання таких кандидатів і (2) підтримання членства у Раді як визначено у цій Частині 2.01(a)(i).

(ii) Якщо у період з Дати Набрання Чинності до дати Відступлення будь-яких Акцій з Правом Голосу будь-якій Особі, що не є Дозволеним Цесіонарієм, або до дати розбавлення своєї Частки в Акціонерному Капіталі Компанії компанія "Теленор Мобайл" перестане володіти, разом із будь-яким своїм Дозволеним Цесіонарієм, пакетом розміром, як мінімум, п'ятдесят (50%) відсотків плюс одна (1) акція (1) Акцій з Правом Голосу Компанії, то компанія "Теленор Мобайл" зобов'язується вжити всіх зусиль для того, щоб із себе склала повноваження директорів, або була звільнена Загальними Зборами Акціонерів, така кількість Директорів, запропонованих компанією "Теленор Мобайл", щоб загальна кількість решти Директорів, запропонованих компанією "Теленор Мобайл", дорівнювала кількості Директорів, якою є, що її компанія "Теленор Мобайл" могла б обрати шляхом голосування рештою своїх Акцій з Правом Голосу, якщо такі будуть, згідно з умовами Статуту.

(iii) Якщо у період з Дати Набрання Чинності до дати Відступлення

будь-яких Акцій із Правом Голосу будь-якій Особі, що не є Дозволеним Цесіонарієм, або за дане розбавлення своєї Частки в Акціонерному Капіталі Компанії ТОВ "Сторм" перестане володіти щонайменше [illegible] тридцять сім і сім десятих відсотків (37.7%) Акцій з Правом Голосу Компанії, то ТОВ "Сторм" зобов'язується вжити всіх заходів для того, щоб із себе склали повноваження директорів, або були звільнені Загальними Зборами Акціонерів, така кількість Директорів, запропонованих ТОВ "Сторм", щоб загальна кількість решти Директорів, запропонованих ТОВ "Сторм", дорівнювала кількості Директорів, яких є, що її ТОВ "Сторм" могло б обрати шляхом голосування рештою своїх Акцій із Правом Голосу, якщо такі будуть, згідно з умовами Статуту.

(iv) У разі подання будь-яким Акціонером ("**Заявник Відводу Акціонер**") у будь-який момент часу повідомлення Компанії з копією Акціонерам про те, що будь-яка Особа, що була запропонована таким Заявником Відводу Акціонером і призначена в подальшому обов'язки Директора, більше не є належною особою, призначеною таким Заявником Відводу Акціонером, то такий Заявник Відводу Акціонер і інші Акціонери зобов'язані будуть вжити всі дії, необхідні для того, щоб усунути з посади такого члена призначеного Директора.

(v) У разі смерті, звільнення за власним бажанням або звільнення з посади Директора, запропонованого на посаду Директора будь-яким Акціонером згідно з положеннями Частини 2.01(a)(iv), інші Акціонери зобов'язані вжити дії, необхідні для обрання Директором будь-якої Особи, що в подальшому її визначить і запропонує Акціонер, чия призначена посадова особа померла, звільнилася за власним бажанням або була звільнена.

(b) Голова. Незважаючи на положення Частини 2.2 Договору Акціонерів, після звільнення за власним бажанням або припинення повноважень діючого Голови Ради, Акціонери вживають дії, необхідні для того, щоб Директори, запропоновані ними, проголосували за запропоновану кандидатуру на посаду Голови Ради, обрану зі складу Директорів, запропонованих (або згідно з інструкціями) компанією "Теленор Мобайл", і також може бути запропонована будь-яким одним або кількома Директорами, за умови, однак, що компанія "Теленор Мобайл" зобов'язана отримати попередню згоду ТОВ "Сторм" щодо персональної кандидатури на посаду Голови Ради від компанії "Теленор Мобайл", при цьому надання такої згоди не може затримуватися без законних підстав. Якщо два (2) кандидати компанії "Теленор Мобайл" на посаду Голови Ради не будуть затверджені товариством "Сторм", компанія "Теленор Мобайл" отримає право запропонувати третього кандидата на посаду Голови Ради без отримання попередньої згоди з боку ТОВ "Сторм". Голова Ради не має жодних спеціальних повноважень, за винятком повноваження організовувати роботу Ради, а також повноважень, визначених застосовним законодавством і Статутом. Голова Ради не має права вирішального голосу.

(c) Кворум. Незважаючи на положення Частини 2.3 і зміст першого речення Частини 2.4 Договору Акціонерів, кворум на зборах Ради складають

будь-яка п'ять (5) із семи (7) Директорів, за умови що при цьому для наявності кворуму на зборах у будь-якому випадку має бути присутній мінімум один (1) Директор, призначений ТОВ "Сторм", а також за умови що у разі неможливості зібрати кворум в результаті будь-яких двох (2) послідовних спроб скликати Раду, питання, включені до порядку денного такого засідання Ради, повинні бути передані для вирішення Загальними Зборами Акціонерів, і що, з урахуванням положень законодавства України і положень Статуту, будь-який Акціонер, що утримує більше десяти відсотків (10%) Акцій з Правом Голосу, може вимагати скликання Загальних Зборів Акціонерів для вирішення таких питань.

(d) Голосування. Незважаючи на положення Частини 2.4 Договору Акціонерів, з урахуванням вимог законодавства України і за винятком випадків, коли цим Статутом визначено інше, всі рішення Ради (або, якщо це застосовується, рекомендації Ради Загальним Зборам Акціонерів) (включаючи, без обмеження, будь-яке рішення або рекомендацію Ради з будь-якого питання, визначеного у Частині 2.4(iii), (vii), (x), (xi), (xii), (xiii), (xiv) і, за винятком питань, що мають відношення до ліцензій на телекомунікації, (xv) Договору Акціонерів) приймаються простою більшістю Директорів, за винятком випадків голосування по зазначених нижче рішеннях, за які мають проголосувати п'ять (5) із семи (7) Директорів, включаючи мінімум одного (1) Директора, призначеного ТОВ "Сторм":

(i) будь-яка рекомендація Загальним Зборам Акціонерів внести будь-яку зміну чи доповнення до Статуту (за винятком будь-якої зміни чи доповнення до Статуту згідно з Частиною 2.00, будь-якої зміни Статуту, необхідної у зв'язку з будь-яким збільшенням дозволеного акціонерного капіталу Компанії згідно з Частиною 2.04, і будь-якої зміни Статуту, вказаної у Частині 5.03, що її вимагає застосовне законодавство);

(ii) за винятком випадків, передбачених Частиною 2.04(b) і (c), будь-яка рекомендація Загальним Зборам Акціонерів щодо збільшення дозволеного акціонерного капіталу Компанії та/або випуску будь-яких Акцій;

(iii) за винятком випадків, передбачених Частиною 2.04(c)(ii)(A), будь-яке питання з прийняття на себе Компанією або будь-яким з її Консолідованих Дочірніх Підприємств будь-якого Боргового Зобов'язання на загальну основну суму понад 50 мільйонів доларів США;

(iv) за винятком випадків, передбачених Частиною 2.04(c)(ii)(A), будь-яка окрема передача в Заставу, або виникнення іншим чином будь-якої Застави щодо будь-яких Активів чи Власності Компанії та/або будь-якого з її Консолідованих Дочірніх Підприємств, загальна вартість яких перевищує 50 мільйонів доларів США;

(v) будь-яке придбання Компанією або будь-яким із її Консолідованих Дочірніх Підприємств будь-якої Особи або укладення Компанією або будь-яким із її Консолідованих Дочірніх Підприємств угоди про створення спільного підприємства з будь-якою Особою, якщо

загальна ринкова справедлива або бухгалтерська вартість такої Особи, включаючи будь-яке Боргове Зобов'язання, у тому числі із зазначеним, перевищує (перевищують) 50 мільйонів доларів США;

(vi) будь-яка рекомендація Загальним Зборам Акціонерів щодо злиття або консолідації Компанії або будь-якого з її Консолідованих Дочірніх Підприємств із будь-якою Особою, загальна вартість якої перевищує 50 мільйонів доларів США;

(vii) започаткування Компанією або будь-яким із її Консолідованих Дочірніх Підприємств будь-якого нового виду діяльності, відмінного від Діяльності;

(viii) проведення будь-якої операції між Компанією чи будь-яким із її Консолідованих Дочірніх Підприємств і будь-яким Акціонером або будь-якою Афілійованою Особою будь-якого Акціонера, включаючи будь-яку Боргову Операцію (за винятком будь-якої операції, визначеної Частиною 2.04, і будь-якого Кредиту Акціонера, виключаючи випадки, коли такий Кредит Акціонера попередньо затверджено Радою згідно з пунктом (iii) цієї Частини 2.01(d));

(ix) внесення будь-яких змін до будь-якої Ліцензії, що є суттєвими для ведення Діяльності Компанією або будь-яким із її Консолідованих Дочірніх Підприємств;

(x) призначення зовнішніх аудиторів Компанії; і

(xi) будь-яка рекомендація Загальним Зборам Акціонерів щодо заміни несертифікованих бездокументарних Акцій на сертифіковані документарні Акції,

і, без порушення загального характеру положень Частини 10.02 і в тій мірі, в якій положення пунктів Частини 2.4(i) до (xvii) (включно) Договору Акціонерів можуть суперечити положенням цієї Частини 2.01(d), положення цієї Частини 2.01(d) (включаючи, без обмеження, застереження і обмеження, викладені у цьому Договорі) матимуть переважну силу. Для уникнення сумніву, будь-яке рішення або рекомендація Ради щодо будь-якого питання, визначеного у пунктах Частини 2.4(i) до (xvii) (включно) Договору Акціонерів, але не описаного спеціально і точно у пунктах з (i) по (xi) (включно) цього Розділу 2.01(d), затверджується, якщо за нього (за неї) проголосує проста більшість Директорів.

e <u>Президент</u>

[illegible] на положення Частини 2.2 Договору Акціонерів, після звільнення за [illegible] бажанням або припинення повноважень діючого Президента Акціонери вживуть дій, необхідних для того, щоб Директори, запропоновані ними, проголосували за кандидатуру на посаду Президента, запропоновану компанією "Теленор Мобайл". Президент має права і обов'язки, визначені для генеральних директорів законодавством України і Статтею 10 Статуту, при цьому такі права і обов'язки можуть розширюватися або обмежуватися рішенням Ради згідно з положеннями

[illegible]

Зміни і доповнення до Статуту

[illegible] дотримання вимог законодавства України і якщо не менше чотирьох (4) [illegible] нададуть таку рекомендацію, під час Загальних Зборів Акціонерів, що [illegible] скликаються і проводяться не пізніше (10) Робочих Днів після Дати [illegible] Чинності, кожен Акціонер зобов'язаний голосувати своїми Акціями з [Правом] Голосу і дати запропонованим ним Директорам інструкцію голосувати, а [також] [вжити] інші дії для зазначеного нижче, за затвердження змін і доповнень до [illegible] Статуту з метою забезпечити, щоб його форма, з урахуванням вимог [законо]давства України, відображала умови цього Договору і Договору Акціонерів.

Збільшення розміру капіталу; Фінансування; IPO (первинне розміщення акцій)

(a) Наміром Акціонерів є проведення Компанією IPO (первинного розміщення акцій) у Сполучених Штатах впродовж двох (2) років після Дати Набрання Чинності за умови наявності відповідної ринкової кон'юнктури, затвердження такого первинного розміщення акцій Радою, а також залучення Компанією до цього процесу одного або кількох гарантів розміщення випуску акцій; за умови що, але за винятком випадків, коли цією Частиною 2.04 передбачено інше, ані Компанія, ані будь-який Акціонер не нестимуть жодного зобов'язання вжити будь-які дії для проведення такого IPO (первинного розміщення акцій).

(b) На засіданнях Ради і Загальних Зборів Акціонерів, належним чином скликаних і проведених після Дати Набрання Чинності, кожен Акціонер зобов'язаний голосувати своїми Акціями з Правом Голосу і дати запропонованим ним Директорам інструкцію голосувати, а також вжити інші дії, для забезпечення затвердження будь-якого збільшення дозволеного акціонерного капіталу Компанії в розмірі 40 мільйонів США і, у зв'язку з таким збільшенням дозволеного акціонерного капіталу Компанії і випуском Простих Акцій на таку суму, кожен Акціонер зобов'язаний буде придбати кількість Простих Акцій, що дорівнюватиме такому числу: (i) загальна кількість Простих Акцій, що випускаються, мінус кількість Простих Акцій, що придбаваються компанією "Омега" у зв'язку з таким збільшенням дозволеного акціонерного капіталу Компанії і випуском Простих Акцій, помножена на (ii) на дріб, чисельник якого дорівнює кількості Акцій з Правом Голосу, що належать такому Акціонеру безпосередньо перед таким випуском акцій, а знаменник – загальній кількості Випущених Акцій із Правом Голосу (до початку такої емісії) мінус кількість Акцій з Правом Голосу, що знаходяться у власності компанії "Омега" безпосередньо перед таким випуском акцій; за умови що ТОВ "Сторм" матиме право виділити "Альфі" або будь-якій з її Контрольованих Афілійованих Осіб будь-яку частину Простих Акцій, що їх ТОВ "Сторм" матиме право придбати згідно з цією Частиною 2.04(b), відповідно до взаємної угоди, що може бути досягнута між ТОВ "Сторм" і "Альфою" або будь-якою з її Контрольованих Афілійованих Осіб, за умови що до завершення підписки на [такі] Прості Акції вони надішлють Компанії та іншим Акціонерам повідомлення про такий розподіл акцій.

(c) За умови що таку рекомендацію нададуть не менше чотирьох (4)