# EXHIBIT N
# PART 9

**СТАТТЯ III ЗАЯВИ І ГАРАНТІЇ**



Також, від управління за довіреністю, від угод, порозумінь або договорів щодо передавання права голосу у голосуючому трасті, за винятком тих, що передбачені цим Договором, Статутом, Опційним Договором, Договором Застави, Договором Акціонера, Договором про Реєстрацію Прав, Установчим Договором ТОВ "Стора", Існуючими Договорами і Угодою про Невідчуження та Підпорядкування Акцій.

(е)      У зв'язку з Компанією або її Діяльністю, ані такий Акціонер, ані його Консолідовані Дочірні Підприємства чи його Афілійовані Особи, чи будь-який директор, керівник, агент, співробітник чи інша Особа, що діє від імені такого Акціонера чи будь-кого з його Консолідованих Дочірніх Підприємств або Афілійованих Осіб, в процесі своєї діяльності на користь або від імені такого Акціонера, (і) не робив, і не організовував зазначеного инакше, жодного незаконного внеску, подарунку, не влаштовував розваг і не надавав інших вигод, на користь будь-якої політичної партії або її офіційного представника або кандидата на державну посаду, (іі) не здійснював жодного платежу, прямо або непрямо, на користь будь-якого офіційного Державного Службовця, (ііі) жодним іншим чином не порушував будь-якого положення Закону США "Про корупцію у зовнішньоекономічній діяльності" 1977 року, зі змінами та доповненнями ("FCPA"), чи будь-яких інших антикорупційних законів чи нормативних актів України або юрисдикції країни реєстрації такого Акціонера або країни, де такий Акціонер веде свою основну господарську діяльність, і (iv) не давав жодного хабара, знижки чи винагороди, не робив платежів з метою вплинути на обставини, не сплачував співучаснику частини незаконно отриманих грошей і не робив жодних інших незаконних платежів будь-якому клієнту або іншій третій особі;

(f)      Власники - бенефіціарі такого Акціонера зазначені у Додатку 5; і

(g)      Жодний акції, що його такий Акціонер вніс до капіталу або іншим чином надав Компанії, і жодні кошти, сплачені або іншим чином передані будь-якому іншому Акціонеру або Дочірньому Підприємству або Афілійованій Особі Акціонера або Компанії, не були придбані таким Акціонером (і) в результаті операції, що передбачала, прямо або непрямо, незаконний платіж на користь будь-якого офіційного Державного Службовця або (іі) за рахунок надходжень від будь-якої незаконної діяльності.

12    Заяви і гарантії Наступних Акціонерів

Кожна Особа (крім Акціонерів, що є сторонами цього Договору на Дату Набрання Чинності), яка в подальшому стане стороною цього Договору після Дати Набрання Чинності, зобов'язана, після надання Підтвердження такою Особою, надати заяви і гарантії, подані у Доповненні 1 до Підтвердження, і такі заяви і гарантії будуть інкорпоровані до цього Договору шляхом посилання, так наче вони є частиною цього Договору.

СТАТТЯ IV. ОБМЕЖЕННЯ НА ВІДСТУПЛЕННЯ

### Загальна частина

Положення Частини 5 Договору Акціонерів є застосовними до всіх Акцій, що є чи опосередковано належать Акціонеру або були відступлені Акціонеру будь-яким способом. Жоден з Акціонерів не має права відступати будь-які свої Акції на користь будь-якої особи, крім випадків відступлення згідно з Частиною 5 Договору акціонерів і цією статтею IV.

У разі рішення компанії "Теленор Мобайл" відступити всі або частину своїх Акцій Запропонованому Цесіонарію, і якщо інші Акціонери (крім ТОВ "Сторм") і праве не надають компанії "Теленор Мобайл" Повідомлення про Виконання протягом Періоду Виконання або надають письмову відмову від використання своїх права першого придбання, як передбачено Частиною 5 Договору Акціонерів, ТОВ "Сторм" отримає право відступити всі або частину своїх прав на придбання Акцій, що пропонуються, групі "Альфа" або будь-якій з її Контрольованих Афілійованих Осіб, за умови надання нового Повідомлення про Запропоноване Відступлення компанією "Теленор Мобайл" компанії "Омега" і іншим Акціонерам і, на отримані відмови від зазначених прав або після завершення Періоду Виконання щодо зазначеного, після "Теленор Мобайл" буде зобов'язана продати визначену частину Акцій, що пропонуються, групі "Альфа" або призначеній нею Контрольованій Афілійованій Особі. Для цілей будь-якого Відступлення групі "Альфа" або її Контрольованій Афілійованій Особі, і тільки для таких Відступлень, ТОВ "Сторм" цим відмовляється свого переважного придбання, що виникає згідно з Частиною 5 Договору акціонерів.

### 2. Відступлення Дозволеним Цесіонаріям

У разі відступлення будь-яким Акціонером будь-якої кількості або всіх його Акцій будь-якому Дозволеному Цесіонарію, такий Дозволений Цесіонарій зобов'язаний, у момент такого Відступлення, підписати Підтвердження і Договір Приєднання, як передбачено Частиною 5.7 Договору Акціонерів, і підписати Існуючі Договори або щодо про Невідступлення та Підпорядкування Акцій, що будуть діяти на відповідний лад.

### 3. Право вимоги щодо Продажу

Якщо після частини другої (2-ої) річниці після Дати Набрання Чинності компанія "Теленор Мобайл" отримає Пропозицію щодо всіх своїх Акцій з боку Запропонованого Цесіонарія (незалежно від того, чи вимагалася така Пропозиція з боку компанії "Теленор Мобайл"), а інші Акціонери і компанія "Омега" не матимуть наміру придбати разом всі Акції, що Пропонуються, відповідно до умов Частини 5.1 Договору акціонерів, то, за умови дотримання прав компанії "Омега" щодо переважного придбання відповідно до Частини 5.1 Договору Акціонерів, компанія "Теленор Мобайл" має право ("Право Вимоги щодо Продажу") вимагати від усіх, але не менше, як від усіх інших Акціонерів продати такому Запропонованому Цесіонарію всі Акції, що належать таким іншим Акціонерам. Компанія "Теленор Мобайл" реалізує своє Право Вимоги щодо Продажу шляхом здійснення відповідного посилання у своєму Повідомленні про Запропоноване Відступлення, в якому зазначається кількість Акцій.

20

## СТАТТЯ V ОКРЕМІ КОРПОРАТИВНІ ПИТАННЯ

дотримання порядку, визначеного Частиною 5.01(b)(i) та 5.01(b)(ii).

(d)     Якщо Акціонер або будь-яка з його Пов'язаних Сторін ініціюють або беруть участь в ініціації будь-якого заходу примусового правозастосування чи процедури банкрутства щодо будь-якої Захищеної Сторони стосовно будь-якого Боргового Зобов'язання (без порушення положень Частини 5.01(c), та такий Акціонер зобов'язується забезпечити та докласти зусиль, щоб його Пов'язані Сторони забезпечили вчасне оформлення всіх документів, необхідних для припинення чи забезпечення припинення такого правозастосування протягом п'яти (5) Робочих Днів з дати отримання повідомлення від Захищеної Сторони, Компанії або будь-якого Акціонера, які підтверджували б факт того, що компанія, проти якої розпочато процедуру банкрутства, є Захищеною Стороною, та вжиті зобов'язуються вжити всі можливі заходи, щоб забезпечити припинення примусового правозастосування або процедури банкрутства, і негайно після цього чи одночасно з такими заходами відповідна Пов'язана Сторона зобов'язується зробити пропозицію стосовно продажу такій Захищеній Стороні (при цьому така пропозиція матиме обов'язкову силу для Пов'язаної Сторони після прийняття такою Захищеною Стороною або Компанією, або уповноваженою особою Компанії від імені такої Захищеної Сторони) і у разі прийняття такої Пропозиції, зобов'язується продати таке Відповідне Зобов'язання відповідній Захищеній Стороні, Компанії або уповноваженому представнику Компанії, залежно від обставин, відповідно до положень Частини 5.01(b).

(e)     Будь-яке порушення положень Частини 5.01(b) вважається усуненим і не це порушення Частини 5.01(b) не вважається таким, що виникло або існує, якщо положення Частини 5.01 (b) були дотримані відразу після того, як відповідний Акціонер, який дізнався про таке порушення, або будь-яка з його Пов'язаних Сторін уклали угоду про Боргову Операцію.

(f)     Будь-яке порушення положень Частини 5.01(b) вважається усуненим і жодне порушення Частини 5.01(b) не вважається таким, що виникло або існує, якщо Пов'язана Сторона дотримуються положень Частини 5.01(d), і відповідне примусове правозастосування чи процедури банкрутства є надалі припиненими.

(g)     Компанія своєчасно інформуватиме, та зобов'язується забезпечити, щоб кожна Захищена Сторона вчасно інформувала кожного Акціонера у разі отримання інформації про будь-яке порушення умов цієї Частини 5.01.

2     Відсутність конкуренції

Відповідно до положень Частини 5.02(b), жоден Акціонер чи будь-яка з його Афілійованих Осіб без попереднього письмового повідомлення Компанії та інших Акціонерів (і) не будуть брати участь у Діяльності у будь-якому регіоні України, (іі) не володітимуть чи контролюватимуть, прямо чи опосередковано, більше ніж п'ять відсотків (5%) акцій статутного капіталу з правом голосу будь-якої Особи (за винятком Компанії чи будь-якої з її Контрольованих Афілійованих Осіб), залученої до Діяльності у будь-якому регіоні України, або (ііі) не допускатимуть залучення будь-яких своїх Контрольованих Афілійованих Осіб (за винятком Компанії чи будь-якої з її Контрольованих Афілійованих Осіб) до діяльності у будь-якому регіоні України, або прямого чи опосередкованого володіння чи здійснення контролю за більш ніж п'ятьма відсотками (5%) акцій статутного капіталу з правом голосу будь-якої Особи (за винятком Компанії чи