# EXHIBIT N
# PART 10

[Page too faded/illegible to transcribe reliably.]

Договорам Акціонерів, за умови, що кожному Акціонеру дозволяється здійснити Відступлення своїх Акцій відповідно до умов цього Договору та Договору Акціонерів.

(b) Не порушуючи будь-яких інших прав чи засобів правового захисту будь-якого Акціонера за цим Договором, якщо щодо будь-якої заяви чи будь-якої гарантії, наданої і відображеної будь-яким Акціонером у Статті III, доведено, що при їх здійсненні чи підтвердженні вони є неправдивими або оманливими, або якщо будь-який Акціонер порушує положення Статті IV чи цієї Статті V, права такого Акціонера за цим Договором та Договором про Реєстраційні Права негайно припиняються, але всі інші зобов'язання такого Акціонера за цим та зазначеними договорами залишаються обов'язковими до виконання.

Повноваження Акціонера

[illegible] особа, яка виконує цей Договір, яка є чи яка протягом його дії стає Директором, [illegible] будь-які договори чи домовленості маючи повноваження Директора, і [illegible] обумовлені у цьому документі, ніяким чином не обмежують будь-якого [illegible] Директора при виконанні його або її фідуціарних обов'язків в якості Директора. Кожен [illegible] Акціонер одноосібно реалізує та виконує цей Договір у рамках своїх повноважень та [illegible] зареєстрованого та офіційного бенефіціарія-власника таких Акцій Акціонера [illegible] Голосу.

## СТАТТЯ VI КОНФІДЕНЦІЙНІСТЬ

[illegible] Акціонер зобов'язується зберігати та зобов'язується вжити всі можливі заходи [illegible] того, щоб його Афілійовані Особи та їхні відповідні представники зберігали у [illegible] конфіденційності від інших осіб (окрім будь-якої такої Афілійованої Особи чи [illegible] або добросовісного заставодержателя у зв'язку з будь-якою дією, [illegible] Статтею IV цього Договору), доки (a) вони не будуть змушені [illegible] інформацію внаслідок судового чи адміністративного провадження [illegible], без обмежень, вимогу розкриття інформації на підставі Закону "Про [illegible] Біржі" або діючих правил фондової біржі) або у зв'язку з іншими [illegible] вимогами або (b) розкрити інформацію під час судової справи чи [illegible], розпочатого Акціонером на захист своїх прав чи з метою забезпечення засобів [illegible] захисту, всі документи та інформація стосовно Компанії чи будь-якого [illegible] Акціонера або будь-яких їхніх Афілійованих Осіб, надані Компанією або [illegible] іншим Акціонером чи їхніми відповідними представниками такому Акціонеру у [illegible] статусі, за винятком випадків, якщо стосовно таких документів чи інформації [illegible] довести, що вони були і) попередньо відомими Акціонеру, який отримує такі [illegible] чи інформацію, (ii) загальнодоступними (до чи після надання таких [illegible] чи інформації відповідно до цього Договору) не з вини такого Акціонера, [illegible] їх отримує, або (iii) пізніше отримані Акціонером, який отримує документи чи [illegible], з іншого джерела, якщо Акціонеру, який їх отримує, не було відомо, що [illegible] джерело пов'язане зобов'язаннями з іншим Акціонером, який є стороною цього [illegible], на предмет збереження конфіденційності такої інформації та документів. [illegible] розірвання цього Договору, на підставі запиту іншого Акціонера, кожен Акціонер, [illegible] є стороною цього Договору, зобов'язується повторно направити, а також вжити [illegible] для забезпечення того, щоб його Афілійовані Особи та їхні відповідні [illegible], якщо інше не вимагається законом, негайно повторно направили чи [illegible] повторне направлення всіх копій документів та інформації, наданої [illegible] Акціонерами у зв'язку з цим Договором чи операціями, передбаченими цим

[illegible]ором, та знищити або забезпечити знищення всіх записів, меморандумів, [illegible] аналізів, компіляцій, що відносяться або базуються на цій інформації або [illegible], які підготовлені Акціонером або його представниками, які надали такі [illegible] та інформацію.

## СТАТТЯ VII ЕТИЧНІ АСПЕКТИ ВЕДЕННЯ БІЗНЕСУ

[illegible] Платежі Державним Службовцям

[illegible] Акціонер (a) не оплачує, не обіцяє сплатити і не пропонує будь-яку винагороду, [illegible] або інші цінні предмети будь-якому Державному Службовцю, політичній [illegible] або її офіційному представнику чи претенденту на політичну посаду або на їх [illegible] з метою здійснення корупційного впливу на діяльність чи рішення такої Особи [illegible] здійсненні нею своїх посадових обов'язків, спонукати таку Особу діяти чи не [illegible] певних дій в порушення його або її законного обов'язку або з метою [illegible] таку Особу впливати на дії та рішення уряду з метою сприяння такому [illegible] або будь-якій його Афілійованій Особі в отриманні або утриманні бізнесу [illegible] в отриманні будь-якої несправедливої переваги, а також (b) не порушує [illegible] Закон США "Про Корупцію у Зовнішньоекономічній Діяльності" (FCPA) чи [illegible] інші антикорупційні закони України чи інших країн, які застосовуються до [illegible] Акціонера, його Афілійованих Осіб чи їх відповідних Директорів, [illegible] осіб, працівників, консультантів або агентів. При цьому жодне положення [illegible] Договору не може тлумачитися як таке, що забороняє будь-якому Акціонеру [illegible] чи здійснювати будь-який допоміжний платіж чи платіж за терміновість [illegible] прискорити або додатково забезпечити виконання рутинної державної роботи [illegible] Службовцем відповідно до положень Закону США "Про Корупцію у [illegible]економічній Діяльності" (FCPA) або будь-який інший платіж Державному [illegible], дозволений законодавством України та іншими законами, які [illegible] до такого Акціонера.

[illegible] Облікові Реєстри та Документи

[illegible] зв'язку з цим Договором, всі операції, включаючи, зокрема, відчуження активів, [illegible] зобов'язань, реєстрацію витрат та документальне оформлення контрактних [illegible], що здійснюються будь-яким Акціонером у зв'язку з цим Договором, [illegible] відповідно до діючого законодавства і детально, точно та об'єктивно [illegible] операції (включаючи ціль кожної операції та найменування відповідного [illegible]) в облікових реєстрах та документах такого Акціонера.

[illegible] Агенти, Субпідрядники та Консультанти

[illegible] зв'язку з цим Договором, жоден Акціонер не наймає та не оплачує послуг жодного [illegible], субпідрядника чи консультанта, якщо такому Акціонеру відомо або він має [illegible] вважати, що існують підстави, які уможливлюють те, що такий агент, [illegible] чи консультант будуть залучені до діяльності, яка порушуватиме будь-[illegible] положення Частини 7.01 або Частини 7.02 у випадку, якщо такий агент, [illegible], чи консультант будуть стороною цього Договору. Кожен Акціонер [illegible] достатні зусилля/заходи, щоб примусити своїх агентів, субпідрядників та [illegible] дотримуватися вимог Частин 7.01 та 7.02.

[illegible]

Відступлення активів чи коштів на користь Компанії

[illegible] активів, які його такий Акціонер вніс до капіталу Компанії або іншим чином [illegible] Компанії, і жодні кошти, що будуть сплачені або іншим чином передані будь-[illegible] іншому Акціонеру або Дочірньому Підприємству або Афілійованій Особі [illegible] Акціонера або Компанії, не можуть бути придбані таким Акціонером (і) в результаті [illegible], що передбачає, прямо або непрямо, незаконний платіж на користь будь-якого [illegible] Державного Службовця або (іі) за рахунок надходжень від будь-якої [illegible] діяльності.

Афілійовані Особи, Директори, Посадові особи та Працівники

[illegible] з цим Договором, кожен Акціонер зобов'язаний вимагати від своїх [illegible] Осіб та своїх та їх відповідних Директорів, посадових осіб та [illegible] виконувати зобов'язання, прийняті таким Акціонером згідно з цією [illegible] VII. Це зобов'язання включає, зокрема, створення прийнятних запобіжних [illegible] для убезпечення таких Афілійованих Осіб, Директорів, посадових осіб та [illegible] від отримання пільг чи подарунків, платежів, кредитів або інших [illegible] від директорів, посадових осіб, працівників або агентів Компанії, будь-якого [illegible] Акціонера чи Державних Службовців, а також для запобігання організації, [illegible] чи пропонуванню пільг чи подарунків, платежів, кредитів або інших [illegible] директорам, посадовим особам, працівникам або агентам Компанії, будь-[illegible] іншого Акціонера чи Державним Службовцям з порушенням чинного [illegible] законодавства, включаючи, зокрема, антикорупційне законодавство.

8 Правила Відповідності

[illegible] Акціонери погоджуються вжити дій, спрямовані на те, щоб Компанія прийняла і [illegible] в своїй діяльності належні правила відповідності для цілей реалізації [illegible] цієї Статті VII, включаючи забезпечення належної підготовки посадових [illegible], директорів та працівників стосовно їхніх зобов'язань дотримання стандартів [illegible], передбачених такими правилами.

17 Доступ до Ринків Капіталу; IPO (первинне розміщення акцій)

[illegible] порушення будь-яких інших положень цієї Статті VII, жоден Акціонер не здійснює [illegible] стосовно участі у будь-яких діях, та не дозволяє будь-якій з своїх Афілійованих [illegible] чи своїх та їх відповідним Директорам, посадовим особам, працівникам, агентам, [illegible] чи консультантам здійснювати будь-які дії чи залучатись у будь-яку [illegible], прямим чи опосередкованим наслідком якої буде недопущення Компанії на [illegible] капіталу Сполучених Штатів Америки та інших міжнародних ринків капіталу [illegible] перешкоджання проведенню Компанією IPO (первинного розміщення акцій).

08 Припинення дії Договору Акціонером, що не порушив законодавство

[illegible] залучення Акціонера чи будь-кого з його Афілійованих Осіб, Компанії чи будь-[illegible] з їх відповідних Директорів, посадових осіб, працівників, агентів, субпідрядників [illegible] консультантів до дій, що порушують положення Частини 7.01, 7.02, 7.04 або 7.07 [illegible] Компанія чи будь-яка з таких Афілійованих Осіб чи будь-який директор, [illegible] особа, працівник, агент, субпідрядник чи консультант є стороною цього [illegible], і якщо в результаті таких дій такий Акціонер, будь-яка з його Афілійованих [illegible], Компанія чи будь-хто з їх відповідних директорів, посадових осіб, працівників,

28

[illegible] у Пункті [illegible] будь-яким [illegible] Регулюючим Органом, [illegible] з порушенням [illegible] законодавства, [illegible] Акціонера [illegible] законодавства [illegible] цей Договір [illegible] Акціонерам [illegible] факти, що складають порушення Частини 7.01, 7.02, 7.04 або [illegible]

## СТАТТЯ VIII СТРОК ДІЇ ТА ПРИПИНЕННЯ ДІЇ

Договір вступає в силу з Дати Набрання Чинності і залишається чинним до [illegible] що настане раніше:

(a) дата, коли всі Акціонери погодять у письмовій формі про припинення дії цього Договору;

(b) дата через тридцять (30) днів з дати, коли будь-який Акціонер, [illegible] законодавства, розірве цей Договір згідно з Пунктом 7.08;

(c) дата, коли Акціонери та їхні Афілійовані Особи перестануть володіти щонайменше п'ятдесятьма відсотками (50%) плюс одна (1) акція випущених простих акцій Компанії в обігу;

(d) дата, коли у Договорі залишиться лише один (1) Акціонер;

(e) дата, коли вступить в силу Новий Договір Акціонерів [illegible]

(f) дата припинення дії Договору Купівлі Акцій згідно з Пунктом 6.2 цього договору.

[illegible] що (i) будь-який Акціонер, який на певну дату буде володіти принаймні десятьма відсотками (10%) чи більшою кількістю Випущених Акцій з Правом Голосу, [illegible] перестає володіти щонайменше десятьма відсотками (10%) Випущених Акцій з Правом Голосу, перестає бути стороною цього Договору і стороною, яка є [illegible] умовами цього Договору, з дати відповідного Відступлення (зменшення акцій в акціонерному капіталі) і після неї; та (ii) жодне Відступлення чи припинення не звільняє будь-якого Акціонера від його зобов'язань за цим Договором, які виникають чи є результатом діяльності чи [illegible] такого Акціонера до дати такого Відступлення чи припинення дії.

## СТАТТЯ IX ВИРІШЕННЯ СПОРІВ

9. Арбітраж; Домовленість про вибір Юрисдикції

(a) Будь-які та всі спори та розбіжності, що виникають за цим Договором чи у зв'язку з ним, вирішуються виключно у складі трьох (3) арбітрів за Арбітражними правилами Комісії ООН з Міжнародного Права Торгівлі, чинними на той момент (**"Правила ЮНСІТРАЛ"**) відповідно до нижчезазначених умов:

(i) У випадку виникнення будь-якої суперечки між Правилами ЮНСІТРАЛ та положеннями цього Договору, положення цього Договору мають переважну силу.

29



(ii) Місцем Арбітражного розгляду є м. Нью-Йорк, штат Нью-Йорк, Сполучені Штати Америки.

(iii) У разі наявності лише одного позивача та одного відповідача кожна сторона призначає одного арбітра відповідно до Правил ЮНСІТРАЛ, і два арбітри, призначені таким чином, призначають третього (головуючого) арбітра відповідно до Правил ЮНСІТРАЛ протягом тридцяти (30) днів з моменту призначення другого арбітра. У випадку неможливості досягти згоди щодо кандидатури третього арбітра органом, який здійснює призначення, вважається Міжнародний Арбітражний Суд Міжнародної Торгово-Промислової Палати, який діє відповідно до таких правил, які він може встановити для таких цілей. У разі наявності більшої кількості позивачів або більшої кількості відповідачів, всі позивачі та/або всі відповідачі намагаються домовитись про відповідні призначення. У випадку якщо всі позивачі та всі відповідачі не зможуть домовитись про відповідні призначення протягом тридцяти (30) Робочих Днів з дати повідомлення про арбітражний розгляд, всі призначення здійснює Міжнародний Арбітражний Суд Міжнародної Торгово-Промислової Палати.

(iv) Англійська мова використовується письмово та усно для вирішення усіх питань, пов'язаних з арбітражним розглядом.

(v) Арбітри мають повноваження надавати будь-які засоби захисту прав чи звільнення від них, які вони можуть вважати справедливими та які відповідають умовам цього Договору, включаючи спеціальне виконання та [illegible], зокрема, засоби тимчасового або остаточного засобу судового захисту, і будь-який такий засіб захисту та будь-яка проміжна, умовна чи запобіжна міра, присуджених арбітрами, може бути виконана примусово будь-яким судом належної юрисдикції. Кожен Акціонер зберігає за собою право на витребування проміжних, умовних та запобіжних засобів від судових органів, і будь-який такий запит не вважається таким, що не відповідає умовам Договору щодо здійснення арбітражних дій, або відмовою від права здійснення арбітражних дій.

(vi) Рішення арбітрів є остаточним і обов'язковим для виконання Акціонерами.

(vii) Рішення арбітрів може бути виконане будь-яким судом належної юрисдикції і може бути виконане проти Особи та активів Сторони, що програла справу, у будь-якій належній юрисдикції.

(b) Окрім арбітражно-процесуальних дій, передбачених у Частині 9.01(a), жодна дія, позов чи інше провадження (окрім примусового виконання арбітражного рішення, дій, спрямованих на порушення арбітражного розгляду або заяви щодо отримання проміжних, умовних чи запобіжних засобів захисту прав у зв'язку з арбітражним провадженням) не повинні здійснюватися чи вестися Акціонерами чи проти Акціонерів стосовно будь-якого питання, що виникає з цього Договору.

10

80

Арбітражний Позов

[illegible] Акціонер безвідкличио призначає СТ Корпорейшн Систем, яка на момент [illegible] цього Договору знаходиться за адресою: 111 Восьма Авеню, 13-й поверх, м. [illegible]орк, штат Нью-Йорк 10011, США, як свого справжнього та законного агента та [illegible]це для прийняття та підтвердження будь-якого та всіх процесів проти нього у [illegible]якому судовому розгляді, позові чи провадженні, що дозволяється Пунктом 9.01, [illegible] тим самим результатом, якби такий Акціонер був резидентом штату Нью-Йорк та [illegible] виступав у такому процесі та у такій юрисдикції, та відмовляється від усіх [illegible] поданих позовів внаслідок такого провадження, за умови що Акціонер, [illegible] здійснює таке провадження, також надає копію про призначення на дату [illegible] такого провадження іншим Акціонерам факсимільним повідомленням [illegible]ідно до Пункту 10.01. Кожен Акціонер укладає з таким агентом такі договори, які [illegible]ть бути необхідними для визначення та подальшого призначення такого агента за [illegible] договором. Якщо такий агент чи повірений звільняється чи іншим чином стає [illegible]можним діяти, Акціонер, який зазнав ушкодження внаслідок цього, призначає [illegible]го агента та повіреного у Нью-Йорку, що буде прийнятним для кожного іншого [illegible]онера, з тими самими повноваженнями. Кожен Акціонер цим безвідкличио надає [illegible]ключну юрисдикцію Сполучених Штатів Америки у Південному Окрузі Нью-[illegible]у та будь-якого суду штату Нью-Йорк, Район Менхеттена, у зв'язку з будь-якою [illegible]ю справою, позовом чи провадженням та погоджуються, що будь-яка така дія [illegible] чи провадження можуть бути подані до такого суду за умови, однак, що така [illegible]ність щодо юрисдикції існує виключно для цілей, зазначених у цьому Пункті [illegible], і не вважається загальним вибором юрисдикції зазначених судів чи у штаті Нью-[illegible]к, ні для чого іншого, окрім цієї причини. Кожен Акціонер цим безвідкличио [illegible]ляється у максимально можливому обсязі, передбаченому чинним [illegible]одавством, від будь-якого оскарження щодо місця розгляду такої справи, позову [illegible] провадження, поданого у такий суд, і від будь-якого права на подання заяви про те, [illegible] така справа, позов або провадження, подані у такий суд, передані на розгляд до [illegible]льної юрисдикції. Ніщо у цьому положенні не впливає на право будь-якого [illegible]іонера брати участь у процесі у будь-якій іншій формі, дозволеній чинним [illegible]нодавством, або розпочати судове провадження чи іншим чином провадити процес [illegible]ти будь-якого іншого Акціонера у будь-якій іншій юрисдикції у спосіб, який не [illegible]чить цьому Пункту 9.02.

[illegible] Відмова від Імунітету Суверена

[illegible] Акціонер цим заявляє та підтверджує, що він діє одноосібно як самостійне [illegible]ійне підприємство при укладанні та передачі цього Договору та при виконанні [illegible]їх зобов'язань за ним, і кожен Акціонер цим безвідкличио відмовляється у [illegible]падках виникнення будь-яких спорів, вимог, розбіжностей та всіх інших питань [illegible]якого характеру, які можуть виникати за цим Договором чи у зв'язку з ним чи за [illegible] іншого документа чи акту, які передбачені цим Договором, від імунітету, який [illegible] може мати як суверенна, квазі-суверенна чи державна юридична особа (або подібна [illegible]ктура) в ході будь-яких та всіх проваджень (правових, майнових, арбітражних, [illegible]іністративних чи інших), арештів, затримань та примусового виконання судових та [illegible]ітражних рішень.

СТАТТЯ X. РІЗНЕ

Повідомлення

[illegible]

а) "Теленор Мобайл", то для:

Теленор Мобайл Комюнікейшнз АС
Снарьойвеєн 30
N-1331 Форнебу
Норвегія

Номер факсу: +47-67-58-10-53
До уваги: [illegible] Хансена

З копією для:

Адвокатська [illegible] Теленор
Снарьойвеєн 30, 1А
N-1331 Форнебу

Номер факсу: +47-96-252-216
До уваги: Фредріка Лінд, Есе

або для ТОВ "Сторм", то для:

ТОВ "Сторм"
вул. Народного Ополчення, 1
Київ 03067
Україна
Факс: +380-44-235-3909

До уваги: Генерального Директора

З копією для:

ВАТ "Альфа Груп"
Проспект Сахарова, 12, 4-ий поверх
107078 Москва, Росія
Тел: (7-095) 788-03-85
Факс: (7-095) 928-86-19

До уваги: п. Петрова Александра

32



[illegible] інше не передбачено у цьому Договорі, усі такі зв'язки та обміни інформацією [illegible]ються проведеними належним чином і чинними, якщо вони передаються [illegible] факсимільного зв'язку, з рук в руки, або, у випадку будь-якого повідомлення, [illegible]редається кур'єром, після їх отримання, у кожному випадку, якщо вони надані [illegible]ресовані як зазначено вище.

[illegible] Цілісність Договору; Переважна сила Договору

Договір припиняє дію всіх попередніх переговорів та домовленостей між [illegible] стосовно предмету цього Договору, включаючи, зокрема, Договір у формі [illegible] від 29 квітня 2002 року, укладений між ВАТ "Альфа-Банк", ТОВ "Сторм" та [illegible] Мобайл", але виключаючи Договір Акціонерів, і він є єдиним та повним [illegible]ором між Сторонами стосовно його предмету. У випадку невідповідності між [illegible] цього Договору і положеннями Договору Акціонерів, що приводить до [illegible] між Акціонерів, переважну силу мають положення цього Договору.

[illegible] Відмова

[illegible]-яка умова цього Договору може бути відхилена у будь-який час стороною, яка [illegible] право на отримання вигоди за нею, але жодна така відмова не вступає в силу до [illegible] належного оформлення письмового акту стороною, яка відхиляє таку умову, [illegible] від її імені. Жодна відмова будь-якого Акціонера за будь-якою умовою цього [illegible]вору, яка здійснювалась один чи декілька разів, не вважається і не тлумачиться як [illegible] від однієї і тієї ж чи різних умов Договору в майбутньому. Усі засоби захисту [illegible], передбачені цим Договором чи чинним законодавством, чи які здійснюються [illegible] чином, вважаються сукупними і не передбачають альтернативних можливостей.

[illegible]4 Внесення Змін

[illegible] Договір можуть вноситись зміни, доповнення або виправлення лише на підставі [illegible] оформлення письмового документу кожним Акціонером або від його імені.

[illegible]5 Заборона Переуступки; Зобов'язальна Дія; Недопущення Бенефіціаріїв з числа [illegible]тіх Осіб

[illegible] інше прямо не передбачене у цьому Договорі, ані цей Договір, ані будь-яке [illegible], інтерес чи зобов'язання за ним не можуть уступатись будь-якому Акціонеру без [illegible]переднього письмового погодження інших Акціонерів, і будь-яка спроба такої [illegible]реуступки вважатиметься недійсною. З урахуванням попереднього речення, цей [illegible] має обов'язкову силу, надає переваги та є обов'язковим для виконання [illegible] та їхніми відповідними правонаступниками та призначеними особами. [illegible] цього Договору призначені виключно для отримання вигод кожним [illegible], його правонаступниками та призначеними особами, і Акціонери не мають [illegible] наділяти правами третьої особи - бенефіціарія будь-яку іншу Особу.

[illegible]06 Право, що застосовується

[illegible] Договір регулюється та тлумачиться відповідно до законів Штату Нью-Йорк, [illegible] Штати Америки, виключаючи при цьому виникнення будь-яких суперечок [illegible] правовими принципами, які б могли виникнути при застосуванні таких законів в [illegible] юрисдикції.


[illegible]

[illegible]

7 Подальші Запевнення

[illegible] ... Договором.

8 Заголовки

[illegible] ... цього Договору.

9 Примірники

Договір може укладатись в одному чи більшій кількості примірників, кожен з яких [illegible] ... документ.

**НА ПОСВІДЧЕННЯ ЧОГО,** кожна Сторона [illegible] ... цього Договору.

ТЕЛЕНОР МОБАЙЛ КОМЬЮНІКЕЙШНЗ АС

---

Арве Йоханесен
Голова Правління

ТОВ "СТОРМ"

---

Валерій В. [illegible]
Генеральний Директор

*Я переклад з англійської мови на українську [illegible] ... Група А.Ш.*