# EXHIBIT N
# PART 14



If to: 

[address illegible]

Attn: The General Director

With a copy to:

OAO "Alfa-Bank"
[illegible] Sachurova, [illegible] Floor
[illegible] Moscow, Russia
Tel: [illegible]
Fax: [illegible]

Attn: Mr. [illegible] Khabarov

If to Company B:

CJSC "Kyivstar G.S.M."
51 Chervonozoryany Prospect
Kyiv 03110
Ukraine
Fax: +380-44-[illegible]

Attn: The Finance Director

Except as otherwise provided in this Agreement, all such communications shall be deemed to have been duly given and shall be effective when transmitted by facsimile, personally delivered or, in the case of any notice delivered by courier, upon receipt, in each case given or addressed as aforesaid.

9.2  Entire Agreement

This Agreement supersedes all prior discussions and agreements among the Parties with respect to the subject matter hereof, including, without limitation, the Letter Agreement dated April 29, [illegible] between and among OAO "Alfa-Bank", Storm and Telenor Mobile and the Voting Agreement, and contains the sole and entire agreement between the Parties with respect to the subject matter hereof.

18

[...] party

[...] condition of this Agreement may be waived at any time by the party that is entitled [...] benefit thereof, but no such waiver shall be effective unless set forth in a written [...] duly executed by or on behalf of the party waiving such term or condition. No waiver [...] any term or condition of this Agreement, in one or more instances, shall be [...] or construed as a waiver of the same or any other term or condition [...] on any future occasion. All remedies, either under this Agreement or by applicable [...] otherwise afforded, will be cumulative and not alternative.

### [...] Amendment

[...] Agreement may be amended, supplemented or modified only by a written instrument duly [...] by or on behalf of each Party hereto.

### [...] No Assignment; Binding Effect; No Third Party Beneficiary

[...] as expressly provided herein, neither this Agreement nor any right, interest or obligation [...] may be assigned by any Party without the prior written consent of the other Parties [...] attempt to do so will be void. Subject to the preceding sentence, this Agreement is [...] upon, inures to the benefit of and is enforceable by the Parties and their respective [...] and assigns. The terms and provisions of this Agreement are intended solely for the [...] of each Party and its successors and permitted assigns, and it is not the intention of the [...] to confer third party beneficiary rights upon any other Person other than any Person [...] to indemnity under Article X.

### [...] Governing Law

[...] Agreement shall be governed by, and construed in accordance with, the laws of the State of [...] York, United States of America, without giving effect to any conflicts of laws principles [...] which would result in the application of the laws of another jurisdiction.

### [...] Severability

[...] any provision in this Agreement or any other document executed in connection herewith is or [...] become invalid, illegal or unenforceable in any jurisdiction, the invalidity, illegality or [...] enforceability of such provision in such jurisdiction shall not affect or impair the validity, [...] or enforceability of (a) any other provision of this Agreement or any such other [...] in such jurisdiction or (b) such provision or any other provision of this Agreement or [...] such other document in any other jurisdiction.

### [...] Further Assurances

From time to time, at any Party's reasonable request and without further consideration, each [...] shall execute and deliver such additional documents and take all such further action as may [...] reasonably necessary or desirable to consummate and make effective, in the most expeditious [...] practicable, the transactions contemplated by this Agreement.

34



### Headings

The headings contained in this Agreement are for convenience of reference only, and do not form part hereof and in no way interpret or construe the provisions hereof.

### Counterparts

This Agreement may be executed in one or more counterparts, each of which shall be deemed to be an original, but all of which shall constitute one and the same instrument.



IN WITNESS WHEREOF, each of the Parties has caused this Shareholders Agreement to be executed by its duly authorized officer as of the day and year first above written.

The Shareholders

TELENOR MOBILE COMMUNICATIONS

By: _____
Sigmund Ekhougen
Attorney-in-Fact

STORM LLC

By: _____
Valeriy V. Nilov
General Director

The Company

CLOSED JOINT STOCK COMPANY "KYIVSTAR G.S.M."

By: _____
Igor V. Litovchenko
President

16



IN WITNESS WHEREOF, each of the Parties has caused this Shareholders Agreement to be executed by its duly authorized officer as of the day and year first above written.

The Shareholders

TELENOR MOBILE
COMMUNICATIONS AS

By _____
Sigmund Ekhougen
Attorney-in-Fact

STORM LLC

By _____
Valeriy V. Nilov
General Director

The Company

OPEN JOINT STOCK COMPANY
"KYIVSTAR G.S.M."

By _____
Igor Lytovchenko
President



IN WITNESS WHEREOF, each of the Parties has caused this Shareholders Agreement to be executed by its duly authorized officer as of the day and year first above written.

The Shareholders

TELENOR MOBILE
COMMUNICATIONS AS

By _____
Sigmund Ekhougen
Attorney-In-Fact

STORM LLC

By _____
Valeriy V. Nilov
General Director

The Company

CLOSED JOINT STOCK COMPANY
"KYIVSTAR G.S.M."

By _____
Igor V. Lytovchenko
President



## Procedures for Determination of Fair Market Value

**Fair Market Value of Securities Not Listed, Quoted or Traded on a National or International Securities Exchange or Market**

[The parties] having an interest in the determination of the Fair Market Value of a security which [is not] listed, quoted or traded on a national or international securities exchange or market shall [use] good faith and reasonable best efforts to mutually agree upon the Fair Market Value of [the security as soon as possible.]

[The following] procedure shall be applied assuming that the parties cannot agree on the [determination] of Fair Market Value within fourteen (14) days (the "Initial Period") of a request [being made] for the determination of Fair Market Value of a specific item:

[Each party] shall select one Appraiser from the list set forth below (the "Appraiser"). Within [fourteen (14)] days of the termination of the Initial Period, each such Appraiser independently [shall determine] the Fair Market Value of the security having equal access to information. Each [Appraiser] shall not be aware of the results of the other one before it has submitted its own [report]. (If a party does not timely choose an Appraiser, or such Appraiser has not [submitted] its valuation within the fourteen (14) day period, then the Appraiser that has been [duly selected] and which has completed its valuation on time shall be final and binding on the [parties and enforceable] as a final arbitral award.)

[If the higher] valuation is not more than 115% of the lower valuation, then the item shall be [valued at] the average of both valuations and such average shall be final and binding on the [parties and enforceable] as a final arbitral award.

[If the higher] valuation is more than 115% of the lower valuation, then the Appraisers selected by [the parties] shall select a third Appraiser (which Appraiser shall be selected from the list of [Appraisers] set forth below) that on its turn shall as soon as reasonably practicable but within [fourteen (14)] days from its selection determine the Fair Market Value of the item having the [same access] to information.

[Such Appraiser] shall not be informed of results of the previous reports before it has submitted its [own final report].

[Then the] lower of the three valuations shall be excluded and the item shall be valued at the [average] of the two higher valuations. Such valuation shall be final and binding on the parties [and enforceable] as a final arbitral award.

[For the purposes] of this Section 1, the Fair Market Value of a Security shall be determined by [one of] the following five (5) Appraisers (which entity shall meet the requirements of an [Appraiser, as] defined in this Agreement, at the time of its selection):





