# EXHIBIT N
# PART 15



Exhibit 1

Beneficial Ownership

Shareholder: Telenor Mobile Communications AS

Beneficial Owners and Description of Ownership Interests:

Telenor Mobile Communications AS is a wholly-owned subsidiary (100%) of Telenor Mobile Holding AS.

Telenor Mobile Holding AS is a wholly-owned subsidiary (100%) of Telenor ASA.

The Norwegian state, represented by the Department of Industry and Trade (Nærings og Handels-departementet), owns 62.69% of the shares of Telenor ASA. The remainder of the shares of Telenor ASA are held by the public and listed on the Oslo Stock Exchange (OSE) and The New York Stock Exchange (NYSE). Set forth below is a list of Telenor ASA's 20 largest shareholders as of November 28, 2003:

| Shareholder | Shares | Country | % |
|---|---|---|---|
| DEPT. OF TRADE & INDUSTRY (NÆRINGS OG HANDELSD.) | 1,129,942,400 | NOR | 62.69% |
| STATE STREET BANK | 75,121,572 | USA | 4.17% |
| FOLKETRYGDFONDET | 49,404,000 | NOR | 2.74% |
| STOREBRAND | 28,103,172 | NOR | 1.56% |
| MORGAN STANLEY AND CLIENTS | 22,040,564 | GBR | 1.22% |
| SKANDINAVISKA ENSKILDA BANKEN | 15,021,681 | SWE | 0.84% |
| JP MORGAN CHASE BANK | 14,065,912 | GBR | 0.78% |
| DEUTSCHE BANK AG | 12,906,859 | ARE | 0.72% |
| MELLON BANK NA | 11,934,234 | USA | 0.66% |
| NORTHERN TRUST CO | 11,763,274 | GBR | 0.65% |
| KLP | 11,400,000 | NOR | 0.63% |
| JP MORGAN CHASE BANK | 10,813,482 | USA | 0.60% |
| GJENSIDIGE NOR SPAREBANK | 9,259,893 | NOR | 0.51% |





...bcom Limited, a British Virgin Islands company, owns 50.15% of the participation... Alfa Telecom Limited is a wholly-owned subsidiary (100%) of Alfa Finance ...SA, a Luxembourg 1929 holding company, which is 75.6628% owned by the ...ee companies: (i) Cotesmore Holdings Ltd., a Bahamas Corporation beneficially ...Michael Fridman, (ii) Laketown Services Ltd., an Isle of Man corporation, beneficially ...Alexey Kuzmichev, and (iii) Bardsley Investment Corp., a British Virgin Islands ...beneficially owned by German Khan. The remaining 24.3372% has been ...to the top managers of OAO "Alfa-Bank" by way of incentives or options.



Form of Endorsement                                                      Exhibit A

[Date]

The undersigned, a transferee (the "Transferee") of shares of Closed Joint Stock Company "[ ]" (the "Company"), hereby agrees to the terms and conditions of the Shareholders Agreement dated January 30, 2004 (the "Shareholders Agreement", with terms used in the Shareholders Agreement used herein as therein defined) between and among the Company, Telenor Mobile Communications AS, Storm LLC and certain other shareholders of the Company that are party thereto from time to time, and (a) agrees to be fully bound by the terms and conditions of the Shareholders Agreement as if the undersigned were an original party thereto, (b) makes as of the date hereof (and as of the date of the effectiveness of this Endorsement upon the commencement of any Foreclosure Action), for the benefit of each of the parties to the Shareholders Agreement, each of the representations and warranties set forth in Annex 1 to this Endorsement, (c) represents that it owns the beneficial interest in the shares specified below and (d) agrees to deliver to each other party to the Shareholders Agreement as soon as practicable (and in any event not later than seven (7) days after the date hereof) an original copy of this Endorsement. If the Transferee is a pledgee of shares of the Company, this Endorsement shall automatically become effective upon the commencement of a Foreclosure Action.


[Name of Transferee]

By _____
Name:
Title:

Total Number of Securities:



ANNEX [ ] TO ENDORSEMENT

Representations and Warranties

[Transferee] hereby represents and warrants as of the date hereof that:

[Organization]

[a.] [If the Transferee is not a natural Person, the Transferee is duly organized and validly existing under the laws of its jurisdiction of organization, with corporate power and authority to carry on its business as it is now conducted and to own, lease and operate its Assets and Properties.]

[Power]

a.   The Transferee has full power and authority to enter into the Endorsement and the [Shareholders] Agreement.  The execution and delivery of the Endorsement by the Transferee has been duly and validly authorized and, if the Transferee is not a natural Person, no other corporate action on the part of the Transferee, its board of directors or its shareholders is necessary therefor.

b.   The Endorsement and the Shareholders Agreement have been duly and validly executed and delivered by the Transferee and constitute the legal, valid and binding obligations of the Transferee, enforceable against the Transferee in accordance with their terms, except as such enforceability may be limited by bankruptcy, insolvency, reorganization, moratorium or similar laws affecting creditors' rights and remedies generally or by general equitable principles (whether applied by a court of law or equity).

c.   The Transferee has full power and authority to perform its obligations under the Endorsement and the Shareholders Agreement.

[No Conflicts]

[The execution,] delivery and performance by the Transferee of the Endorsement and the [Shareholders] Agreement, the compliance by the Transferee with all of the provisions hereof and [thereof and the consummation] by the Transferee of the transactions contemplated hereby and [thereby:]

a.   if the Transferee is not a natural Person, will not conflict with or constitute a breach of any of the terms or provisions of, or a default under, its charter, memorandum of association, articles of association, certificate of incorporation, by-laws or other like constitutive documents, as the case may be;

b.   will not conflict with or constitute a breach of any Contract or License to which the Transferee is a party or by which it or any of its Assets and Properties is bound, in each case, as in effect on the date hereof; and

46

136

(ii) will not violate or conflict with any Orders or laws of any Governmental or Regulatory Authority applicable to the Transferee, in each case, as in effect on the date hereof.

### Governmental Approvals and Filings

The execution, delivery and performance by the Transferee of the Endorsement and this Agreement, the compliance by the Transferee with all of the provisions hereof and the consummation by the Transferee of the transactions contemplated hereby, do not require any consent, approval, authorization, other Order or action of, filing with or notice to any Governmental or Regulatory Authority, except for such consents, approvals, authorizations or other Orders as have been obtained and which are in full force and effect on the date hereof.

### Legal Proceedings; Liability

a) To the knowledge of the Transferee, there are no material Actions or Proceedings pending to which the Transferee is a party or to which any of the Securities it owns or controls, beneficially or otherwise, is subject, which would, or would reasonably be expected to, result in the issuance of an Order which questions the validity of the Endorsement or the Shareholders Agreement or which would, or would reasonably be expected to, result in the issuance of an Order which materially adversely affects the ability of the Transferee to perform its obligations hereunder and thereunder and, to the knowledge of the Transferee, no such proceedings are threatened.

b) There are no facts or circumstances known to the Transferee that would reasonably be expected to give rise to any material Action or Proceeding that would be required to be disclosed pursuant to clause (a) above.

### Shareholding; Securities Laws

The Transferee hereby represents and warrants as of the date hereof that:

(i) it is the record holder and beneficial owner of the Securities described opposite its name on its Endorsement;

(ii) the Securities described opposite its name on its Endorsement constitute all of the Securities of capital stock of the Company owned of record or beneficially by the Transferee;

(iii) except for any rights of the Transferee's spouse, if any, arising by operation of law, the Transferee has sole power of disposition and sole voting power with respect to all of the Securities described opposite its name on its Endorsement, as the case may be, with no restrictions on such rights, other than such restrictions on the Transfer as arise under applicable United States federal securities laws, Ukrainian securities laws, this Agreement, the Charter, the Option Agreement, the Pledge Agreement and the

47







