# EXHIBIT N
# PART 16



ЗАСВІДЧУЮТЬ СВОЇМИ ПІДПИСАМИ

ОСКІЛЬКИ Акціонери є на умовах вигодонабувачами офіційно зареєстрованих ... випущених Простих Акцій за Простих Акцій, які перебувають в обігу (станом ... дата відповідних імен; і

ОСКІЛЬКИ Акціонери вважають, що інтереси Компанії полягають у продовженні ... стабільної діяльності й управління Компанією;

У ЗВ'ЯЗКУ З ЦИМ І НАДАЛІ для забезпечення вищезазначеного та з урахуванням ... термінів, умов з зобов'язань, які містяться у цьому Договорі, а також для іншої ... вигоди, отримання й достатність якої визнається цим Договором, сторони цією ... домовляються про наступне:

## СТАТТЯ I  ВИЗНАЧЕННЯ І ТЛУМАЧЕННЯ

Визначення

При вживанні у цьому Договорі, подані далі терміни мають наступне значення:

"Позов або Провадження" – означають будь-який позов, судовий процес, провадження ... дії, розпочатий, поданий, проведений або такий, що знаходиться у процесі ... будь-яким Державним або Регламентуючим Органом.

"Значний Вплив Акціонер" – має значення згідно з визначенням, поданим у Частині ...

"Контрольна Особа" – по відношенню до будь-якої Особи означає будь-яку іншу Особу, ... або опосередковано контролює або знаходиться під спільним контролем, або ... є такою Особою, якщо така Особа є фізичною особою, будь-якими родичем ... з дружиною такої Особи, або будь-яким родичем такого чоловіка/дружини, ... які мають однакове місце постійного проживання з такою Особою, а також ... будь-яке розпорядження майном або власністю на засадах довірчої власності ... будь-яка Особа або Особи, визначені у цьому Договорі, прямо або ... наступник, як довірчий власник, розпорядник або у позивній позиції у тому ... гаранта або особу, яка здійснює акти розпорядження завірчою ... або у якій будь-яка така Особа чи Особи, визначені у цьому Договорі, прямо ... операцію, мають значне право вигодонабування, а також будь-яку Особу, яка





"Дочірнє Підприємство" — означає, у будь-який час, юридичну особу Особи згідно з визначенням у фінансовій звітності такої Особи за відповідний фінансовий рік, підготовленій відповідно до ЗПБО США і перенесеної ...

"Договір" — означає будь-який договір, лист про наміри, оренду, ліцензію, ... контракт чи домовленість (у письмовій або усній формі) у кожному випадку ...

"Контрольована Афілійована Особа" — по відношенню до будь-якої Особи, означає будь-яку Особу, в якій така Особа володіє або контролює, прямо ... голосів ... п'ятдесяти відсотків (50%) акцій з правом голосу при виборі директорів або іншого органу управління такої Особи, або володіє чи контролює більше п'ятдесяти відсотків (50%) ... або іншої частки участі у капіталі (окрім партнера з обмеженою ...

"Контрольний Пакет Акцій" — означає пряме чи опосередковане володіння або контроль ... п'ятдесяти відсотків (50%) акцій з правом голосу ... або іншого органу управління особи, або володіння чи контроль більше ... відсотків (50%) товариства чи іншої частки участі у капіталі (окрім партнера з ... відповідальністю такої Особи).

"... яка Контролює" — по відношенню до будь-якої Особи означає будь-яку Особу, яка ... або контролює, прямо чи опосередковано, більше п'ятдесяти відсотків (50%) ... правом голосу стосовно вибору директорів або іншого органу управління ... Особи, або володіє чи контролює більше п'ятдесяти відсотків (50%) товариства чи ... частки участі у капіталі (окрім партнера з обмеженою відповідальністю такої юридич...

"Заявлення про Право Продажу Акцій на Однакових Умовах" — має значення ... визначенням, поданим у Частині 4.07(b).

"Дата Стабілізації" — має значення згідно з визначенням, поданим у Частині 11.02(a)(i).

"Випуск" — має значення згідно з визначенням, поданим у Статті X.

"Боргові Зобов'язання" — по відношенню до будь-якої Особи означають боргові ... такої Особи (a) по позикових коштах; (b) що забезпечені, підтверджені ... облігаціями, незабезпеченими облігаціями або подібними інструментами; (c) ... цінах на придбання товарів чи послуг (окрім торгової кредиторської ... або нарахованих витратах, понесених у ході здійснення звичайної ...); (d) по зобов'язаннях, які виникають у результаті будь-якого механізму ... фінансування; (e) стосовно будь-яких зобов'язань та зобов'язань третіх ... (на які зроблено посилання у цьому визначенні або іншим чином), якщо вони ... такою Особою або така Особа іншим чином взяла на себе зобов'язання ... таких зобов'язань, або якщо вони забезпечені (будь-якою Заставою) майна, яке ... у власності такої Особи, незважаючи на те, чи взяла така Особа на себе ... ... у власності такої Особи.



примусового виконання своїх прав стосовно будь-яких Акцій, віддання у заставу таких акцій держателем (у тому числі включаючи примусове правонаступництво щодо частини активної сторони), продаж або отримання прав на такі Акції.

**"ЦПБ США"** – означає закон про відповідні так загальноприйняті принципи бухгалтерського обліку США.

**"Загальні Збори Акціонерів (ЗЗА)"** – означає будь-які загальні збори акціонерів Компанії відповідно до визначення у Статті 8.1 Статуту.

**"Державний або Регламентуючий Орган"** – означає будь-яку суд, суд спеціальної юрисдикції, арбітражний суд, орган законодавчої влади, уряд, міністерство, комітет, включаючи, державну установу, агентство, комісію, прокуратуру, прокурора округу, офіційний або інший компетентний орган України чи будь-якої іншої країни або будь-якого штату, а також будь-якого округу, міста або іншої політичної структури підрозділу будь-чого з вищезазначеного.

**"Державний Службовець"** – означає будь-яку Особу, яка обіймає посаду у будь-якому Державному або Регламентуючому Органі (або будь-якого іншого члена родини з числа найближчих родичів такої Особи), або будь-яку Особу, найняту на роботу або яка надає послуги будь-якому підприємству під адміністративним контролем або що неповністю у власності будь-якого Державного або Регламентуючого Органу, навіть якщо така юридична особа здійснює комерційну діяльність.

**"Гривні"** – означають офіційну валюту України.

**"Особа, яка Убезпечується"** – має значення згідно з визначенням, наведеним у ст. Статті X.

**"Інформаційний Лист"** – має значення згідно з визначенням, наведеним у Частині ...

**"Інтелектуальна Власність"** – означає патенти та патентні права, дизайни, винаходи, авторські права, ноу-хау (включаючи комерційні таємниці та іншу незапатентовану інформацію, системи чи процедури та/або конфіденційну та власну інформацію, системи чи процедури, які неможливо запатентувати), торгові марки і права на торгові марки, знаки обслуговування і права на знаки обслуговування, фірмові назви і права на фірмові назви, фірмові знаки обслуговування і права на фірмові знаки обслуговування, бренди, дизайни, формулювання, упаковки або фірмовий стиль, фірмові найменування та назви товарів, логотипи, товарні знаки у вигляді рекламного доступу, промислові зразки, процеси, промислові розробки, методологія, програмне забезпечення (включаючи всі методи ведення) та відповідну документацію, технічну інформацію, виробничі, промислові та технічні креслення, а також всі заявки, які знаходяться у процесі розгляду на реєстрацію патентів, торгових марок, знаків обслуговування та авторських прав.

**"Первинне Розміщення Акцій (ПРО)"** – означає первинне гарантоване розміщення Простих Акцій, що призводить до лістингу Простих Акцій (або Акцій, які підтверджують право бенефіціарів на участь у Простих Акціях) на вітчизняних або міжнародних фондових біржах або площадках для торгів цінними паперами.

5









14