# EXHIBIT N
# PART 17

[illegible] з урахуванням вимог законодавства України та положень цього Статуту [illegible] Загальних Зборів Акціонерів [illegible] Директорів [illegible] одного (1) Директора, призначеного [illegible]

(iv) будь-яка рекомендація Загальним Зборам Акціонерів щодо будь-якої зміни чи доповнення до Статуту (за винятком будь-яких змін Статуту, необхідних у зв'язку з будь-якими збільшеннями зареєстрованого акціонерного капіталу [illegible] Частиною 2.05, і будь-якої зміни Статуту згідно з Частиною 6.03 [illegible]);

(v) за винятком випадків, передбачених Частиною 2.05(b), будь-яка рекомендація щодо збільшення зареєстрованого акціонерного капіталу Компанії або випуску будь-яких Акцій;

(vi) будь-який позичок і прийняття на себе Компанією або будь-яким з її Консолідованих Дочірніх Підприємств будь-якого боргу, який в сукупності перевищує загальну основну суму понад 50 мільйонів доларів США;

(vii) будь-який продаж, передача в заставу, або відчуження іншим чином будь-якої [illegible] будь-яких Активів [illegible] власності Компанії та/або будь-якого з її Консолідованих Дочірніх Підприємств, загальна вартість яких перевищує 50 мільйонів доларів США;

(viii) будь-яке придбання Компанією або будь-яким з її Консолідованих Дочірніх Підприємств будь-якої Особи або укладання Компанією або будь-яким з її Консолідованих Дочірніх Підприємств угоди про створення спільного підприємства з будь-якою Особою, якщо загальна [illegible] або придбана вартість такої Особи, включаючи будь-які Борги/Зобов'язання у зв'язку із [illegible], перевищує 50 мільйонів доларів США;

(ix) будь-яка рекомендація Загальним Зборам Акціонерів щодо злиття або консолідації Компанії або будь-якого з її Консолідованих Дочірніх Підприємств із будь-якою Особою, загальна вартість якої перевищує 50 мільйонів доларів США;

(x) диверсифікування Компанією або будь-яким з її Консолідованих Дочірніх Підприємств будь-якого нового виду діяльності, [illegible] Діяльність;

(xi) проведення будь-якої операції між Компанією чи будь-яким з її Консолідованих Дочірніх Підприємств і будь-яким Акціонером або [illegible] Афілійованою Особою будь-якого Акціонера, [illegible] Частини [illegible] Операцію (за винятком будь-якої операції [illegible] 2.?), будь-який Кредит Акціонера, [illegible] Кредит Акціонера підлягає [illegible]

## СТАТТЯ III   ЗАЯВИ ТА ГАРАНТІЇ





461.3