# EXHIBIT N
# PART 18



[illegible] шістдесятиденного (60-денного) терміну. Кожен Акціонер має право на [illegible] свою пропорційну частку Нових Акцій на основі кількості Акцій з Правом [illegible] він безпосередньо володіє перед випуском таких Нових Акцій. Якщо будь-[illegible] не реалізує свого переважного права за цим договором щодо придбання [illegible] Нових Акцій, то інші Акціонери, якщо вони заявили про свій намір придбати [illegible] максимальну кількість Нових Акцій у своєму повідомленні Компанії, мають право [illegible] відповідної пропорційної частки.

## [illegible] V ОБМЕЖЕННЯ ЩОДО ВІДСТУПЛЕННЯ, ЯКІ ЗАСТОСОВУЮТЬСЯ ПІСЛЯ IPO (ПЕРВИННОГО РОЗМІЩЕННЯ АКЦІЙ)

[illegible] положення

[illegible] цієї Статті V застосовуються до всіх Акцій, які прямо чи опосередковано [illegible] Акціонеру після IPO (первинного розміщення акцій).

[illegible] Визначеного Відсотку після IPO (первинного розміщення акцій)

[illegible] IPO (первинного розміщення акцій) будь-який Акціонер пропонує Відступити [illegible] Особі, шляхом здійснення одноразової операції, кількість Акцій з Правом [illegible] що дорівнює чи переважає Визначений Відсоток, то такий Акціонер не Відступає [illegible] з Правом Голосу такій Особі доти, доки такий Акціонер попередньо не надасть [illegible] Акціонерам письмове повідомлення за (30) днів до моменту здійснення такого [illegible] Відступлення відповідно до Пункту 13.01.

[illegible] Відступлення після IPO (первинного розміщення акцій)

[illegible] У будь-який момент після IPO (первинного розміщення акцій), у разі будь-[illegible] Відступлення Акцій (протягом однієї чи декількох поєднаних операцій, за [illegible] чи іншим чином) від Акціонера іншому Акціонеру чи Дозволеному [illegible] Цесіонарію, Цесіонарій отримує та зберігає всі Акції, відступлені таким чином [illegible] до умов цього Договору та прав і обов'язків, у разі наявності таких, [illegible] на користь якої здійснено відступлення за цим договором, та негайно [illegible] і надає іншим Акціонерам Підтвердження. Кожен з Акціонерів цим [illegible] зобов'язати кожного свого Дозволеного Цесіонарія, на користь [illegible] відступлені Акції з Правом Голосу, здійснити та надати Підтвердження [illegible] з інших Акціонерів.

[illegible] У разі здійснення будь-якого Відступлення після IPO (первинного [illegible] акцій) Акцій з Правом Голосу у розмірі меншому, ніж Визначений [illegible] Акціонером або будь-яким його Дозволеним Цесіонарієм на користь [illegible] особи, яка не є Акціонером чи Дозволеним Цесіонарієм, то така особа не [illegible] не є суб'єктом будь-яких зобов'язань за цим Договором.

[illegible] Якщо Акціонери, або будь-хто з них, загалом відступають таку кількість [illegible] з Правом Голосу, яка дорівнює чи перевищує Визначений Відсоток (під час [illegible] однієї чи декількох поєднаних операцій) будь-якій Особі, окрім іншого [illegible] чи Дозволеного Цесіонарія, за умови, якщо таке Відступлення здійснене

СТАТТЯ VI ОКРЕМІ КОРПОРАТИВНІ ПИТАННЯ

162

[illegible]представник Компанії повідомляють Пов'язаних Сторін про те, чи вони [illegible] Пропозицію протягом такого часу, і, якщо так, чи купує таке Відповідне Зобов'язання протягом такого часу. Якщо Захищена Сторона, Компанія або уповноважений представник Компанії, якщо доречно, не підтверджують такої Пропозиції протягом такого часу, положення цього Пункту 6.01(b) залишаються в силі стосовно такого Відповідного Зобов'язання.

[illegible] Пов'язані Сторони не мають обмежень щодо продажу чи іншого відчуження Відповідним Зобов'язанням у будь-який час перед прийняттям Повідомлення про Надання Пропозиції щодо Боргової Операції у відповідності до умов цього договору, за умови, однак, що Пов'язані Сторони надають письмове повідомлення Захищеній Стороні (з копією для Компанії) протягом десяти (10) днів до здійснення такого продажу чи відчуження.

[illegible] У разі, якщо Акціонер чи будь-які його Пов'язані Сторони виступають [illegible] у Борговій Операції, то такий Акціонер та його Пов'язані Сторони [illegible] те, що перед ініціюванням чи участю у будь-якому заході [illegible] стягнення чи у процесі банкрутства проти будь-якої Захищеної [illegible] стосовно будь-якого Боргового Зобов'язання, вони надають попереднє [illegible] повідомлення принаймні за дев'яносто (90) днів Захищеній Стороні (з [illegible] для Компанії) та дотримуються порядку, визначеного Пунктом 6.01(b)(i) та [illegible].

[illegible] Якщо Акціонер або будь-які його Пов'язані Сторони ініціюють або беруть [illegible] в ініціації будь-якого заходу примусового стягнення чи процедури [illegible] проти будь-якої Захищеної Сторони стосовно будь-якого Боргового Зобов'язання без дотримання умов Пункту 6.01(c), то такий Акціонер та його Пов'язані Сторони забезпечують негайне оформлення документів, необхідних для [illegible] чи забезпечення припинення такого припинення стосовно такого [illegible] чи процедури протягом п'яти (5-ти) Робочих Днів з моменту отримання [illegible] від Захищеної Сторони, Компанії чи будь-який Акціонер, якщо [illegible] банкрутства була розпочата проти Захищеної Сторони, застосовують всі [illegible] засоби для припинення примусового стягнення чи процедури банкрутства, [illegible] після цього чи одночасно з такими заходами, відповідні Пов'язані Сторони роблять Пропозицію стосовно продажу такій Захищеній Стороні (і така [illegible] має обов'язкову силу для Пов'язаних Сторін після прийняття такої [illegible] Стороною, Компанією або уповноваженим представником Компанії) і продають таке [illegible] від обставин, від імені такої Захищеної Сторони чи Компанії, або [illegible] Зобов'язання відповідній Захищеній Стороні чи Компанії, відповідно до [illegible] уповноваженому представнику Компанії, залежно від обставин, відповідно до Пункту 6.01(b), у разі прийняття такої Пропозиції.

[illegible] Будь-яке порушення Пункту 6.01(b) вважається усуненим і [illegible] порушення Пункту 6.01(b) не вважається таким, що виникло чи існує, якщо умови Пункту 6.01 (b) дотримані відразу після того, як відповідний Акціонер дізнався про [illegible] порушення або, якщо його Пов'язані Сторони стали стороною Боргової [illegible].

[illegible]

Акціонери підтверджують, що в жодному разі цей Пункт 6.02 не обмежує [illegible] право Акціонера чи його Афілійованої Особи на:

(i) утримання, збільшення розміру чи іншого [illegible] інвестуванню у Компанію чи у будь-якій її Контрольованій Афілійованій Особі; або

(ii) набувати, утримувати, збільшувати розмір, чи іншим чином [illegible] інвестуванню в Особу, яка зазначена у Додатку 4, або в її Афілійовану [illegible] Директор чи працівник такого Акціонера чи будь-яких його Афілійованих Осіб не виконує функцій члена Ради Директорів Української Афілійованої Особи такої Особи або іншим чином не бере участі у Правлінні Української Афілійованої Особи такої Особи; за умови, якщо для цілей цього Пункту 6.02(b)(ii) жодна особа, зазначена у Додатку 4, не вважатиметься Афілійованою Особою будь-якого Акціонера.

Зміни до Статуту

[illegible]

[illegible] [illegible] (іншої) чинним законодавством, або від Акціонерів, які не дотримуються та порушують умови цього Договору.

(b) У межах, передбачених чинним законодавством, законність, чинність чи примусове застосування будь-якого положення цього Договору зараз чи у будь-який час у майбутньому вимагає, щоб таке положення, чи положення, на якому [illegible] положення було передбачене у Статуті, або вимагає внесення будь-яких змін до Статуту, і тоді Акціонери голосують за своїми Акціями з Правом Голосу для затвердження будь-яких змін та зобов'язання Компанії прийняти необхідні дії для реєстрації таких змін до Статуту, які вимагаються всіма відповідними Державними або Регламентуючими Органами, і кожен Акціонер цим погоджується на внесення таких змін у максимально дозволеному обсязі законодавством.

6.04 Права Купівлі Теленор Мобайл

Протягом самостійного (чи, разом з своїми Афілійованими Особами, колективного) володіння принаймні 50% плюс однією акцією Акцій з Правом Голосу Компанії, Теленор Мобайл матиме право, але не обов'язок, приймати рішення про придбання у Компанії за ціною, запропонованою Інвесторам у IPO (первинному розміщенні акцій), такої кількості Нових Акцій, випущених у зв'язку з будь-яким збільшенням статутного капіталу Компанії стосовно IPO (первинного розміщення акцій), яка може вимагатись Теленор Мобайл для забезпечення свого індивідуального (чи, разом з своїми Афілійованими Особами, колективного) володіння 50% плюс однією акцією Акцій з Правом Голосу Компанії. Компанія надає Теленор Мобайл письмове повідомлення щонайменше за шістдесят (60) днів про випуск будь-яких Акцій Компанії з Правом Голосу у зв'язку з IPO (первинним розміщенням акцій). Таке повідомлення містить (a) приблизну кількість та клас Нових Акцій, запропонованих для випуску та продажу Компанією та відповідні майнові умови та (b) запропоновану ціну чи діапазон цін, за якими пропонується продаж таких Нових Акцій, а також умови здійснення відповідних платежів. Теленор Мобайл має тридцять (30) днів після прийняття такого повідомлення, щоб повідомити Компанію про свій намір придбати такі Нові Акції. У разі не повідомлення Теленор Мобайл Компанії про такий намір протягом тридцяти (30) днів, вважається, що Теленор Мобайл не має наміру реалізовувати таке право.

6.05 Розкриття Власності Бенефіціаріїв у зв'язку з Цінними Паперами, які Пропонуються

Кожен Акціонер зобов'язується та погоджується, що протягом десяти (10) днів після отримання письмового запиту від Компанії чи її зовнішнього юридичного консультанта стосовно того, що Компанія готується здійснити IPO (первинне розміщення акцій) чи будь-яких інших Цінних Паперів, які Пропонуються, такий Акціонер надає Компанії та її зовнішньому юридичному консультанту правдивий та правильний письмовий опис включаючи (та будь-яких тимчасових) Бенефіціаріїв такого Акціонера та застосовує усі розумні заходи для здійснення співпраці з Компанією та її зовнішнім юридичним консультантом при формулюванні відповідей та наданні додаткової інформації стосовно таких Бенефіціаріїв.

6.06 Інші Домовленості



(a) За винятком цього Договору, Опціонного Договору, Договору Застави, Договору про Реєстрацію Прав та Установчого Договору ТОВ «Сторм», жоден Акціонер не надає довіреності та не вступає і не погоджується на будь-яку домовленість про передачу права голосу, не видає довіреність про передачу свого права голосу або не укладає інших Угоду про Голосування стосовно будь-якої Акції, а також жоден Акціонер не укладає будь-який Договір Акціонерів чи домовленість (усну чи письмову) будь-якого виду з будь-якою Особою стосовно будь-якої Акції, включаючи, зокрема будь-який Договір, зобов'язання чи домовленість стосовно придбання прав власності, Відступлення чи іншого відчуження права голосування за Акції, і жоден Акціонер не має права діяти, з будь-якої причини, як член групи чи спільно з іншою Особою стосовно придбання, Відступлення чи іншого відчуження права голосування по Акції у будь-який спосіб, який не відповідає будь-якому зобов'язанню такого Акціонера за цим Договором, за умови, що кожен Акціонер також Відступити свої Акції відповідно до умов цього Договору.

(b) Не порушуючи будь-яких інших прав чи засобів їх захисту будь-якого Акціонера за цим Договором, якщо будь-який Акціонер зробив будь-яке запевнення чи надав будь-яку гарантію у Статті III, які виявилися неправдивими чи оманливими при їх здійсненні чи підтвердженні, або якщо будь-який Акціонер порушує положення Статті IV, Статті V або п. 6.1 Статті VI, права такого Акціонера за цим Договором та Договором про Реєстрацію Прав негайно припиняються, проте такий Акціонер відповідає за відповідними зобов'язаннями.

6.07 Повноваження Акціонера

Жодна особа, яка виконує цей Договір, яка є чи яка протягом його дії стає Директором, не укладає будь-які договори чи домовленості маючи повноваження Директора, і домовленості, обумовлені у цьому документі, жодним чином не обмежують будь-якого Директора при виконанні його довірчих зобов'язань в якості Директора. Кожен Акціонер одноособово виконує та передає цей Договір в рамках своїх повноважень та в якості бенефіціарів таких Акцій з Правом Голосу.

## СТАТТЯ VII КОНФІДЕНЦІЙНІСТЬ

Кожна Сторона вживатиме всі можливі заходи для того, щоб зобов'язати своїх Афілійованих Осіб та їхніх відповідних представників зберігати у суворій конфіденційності від інших осіб (окрім будь-якої такої Афілійованої Особи чи представника або добросовісного заставодержателя у відповідності з будь-якою діяльністю, передбаченою Статтею IV), доки (а) вони не будуть змушені розкрити інформацію внаслідок судового чи адміністративного процесу (включаючи, зокрема, вимогу розкриття інформації на підставі Закону «Про Фондові Біржі» або діючих правил фондової біржі або у зв'язку з іншими законодавчими вимогами або (b) розкрити інформацію під час судової справи чи процесу, який розпочала Сторона переслідуючи свої права чи з метою забезпечення засобів їх законного захисту, всі документи та інформація щодо Компанії чи будь-якої іншої Сторони або будь-якому їхніх Афілійованих Осіб надаються Компанією або такою іншою Стороною чи їхніми відповідними представниками такої Сторони у такому статусі, за винятком випадків виявлення того, що такі документи чи інформація були її попередньо відомими Стороні, яка отримує такі

[illegible]

## СТАТТЯ VIII ПИТАННЯ БІЗНЕС-ЕТИКИ

8.1 Пропозиція Державному Службовцеві

Жодна Сторона (а) не оплачує, не обіцяє оплатити, чи не пропонує будь-яку суму, послуги, матеріальне відшкодування або іншу річ чи цінність на користь будь-якого Державного Службовця, політика чи службовця чи претендента на політичну посаду з метою здійснення корупційного впливу на діяльність чи рішення такої Особи при здійсненні нею своїх посадових зобов'язань, не закликає таку Особу діяти чи не здійснювати жодних дій з метою порушення її законних обов'язків, або сприяти тому, щоб вплинути на дії та рішення уряду, з метою сприяння такій Особі чи будь-якій її Афілійованим Особам отримувати чи зберігати діяльність, або отримувати будь-які ненадлежні переваги, або (b) іншим чином порушує Закон США «Про Корупцію у Зовнішньоекономічній Діяльності» (FCPA) чи будь-які інші антикорупційні закони, які застосовуються до будь-якої Сторони, її Афілійованих Осіб чи їх відповідних Директорів, посадових осіб, працівників, консультантів або агентів. Проте, жодне положення цього Договору не тлумачиться з метою заборонити Компанії чи будь-якому Акціонеру від здійснення прийнятої чи дозволеної будь-якого [illegible] платежу з метою пришвидшити або убезпечити виконання рутинної державної роботи Державним Службовцем відповідно до значення Закону США «Про Корупцію у Зовнішньо-Економічній Діяльності» (FCPA), чи будь-якого іншого платежу, на який є уповноважений Державний Службовець за законодавством України та іншими законами, які застосовуються до такого Акціонера.

8.2 Облікові Реєстри та Документи

У зв'язку з цим Договором всі операції, включаючи здійснення активів, взяття зобов'язань, реєстрація витрат та документації контрактних домовленостей кожної Сторони у зв'язку з цим Договором, обліковуються відповідно до [illegible] точно та об'єктивно відображають операції [illegible] Сторони [illegible] в облікових реєстрах та документах такої Сторони.

8.3 Агенти, Субпідрядники та Консультанти

У зв'язку з цим Договором, жодна Сторона не наймає та не залучає [illegible] субпідрядника чи консультанта, якщо такій стороні відомо, чи вона має підстави вважати,



[illegible]

[illegible]

8.05 Афілійовані Особи, Директори, Посадові особи та Працівники

[illegible]

8.06 Розподіл Відповідальності

[illegible]

8.07 [illegible]

[illegible]

**СТАТТЯ IX ОБЛІКОВІ РЕЄСТРИ ТА ДОКУМЕНТИ КОМПАНІЇ**

9.01 Ведення Облікових Реєстрів та Документів Компанії