# EXHIBIT N
# PART 19

[Компанія] веде такі корпоративні облікові реєстри та документи, які є необхідними для здійснення її діяльності. Такі облікові реєстри та документи, а також [протоколи] дій та/або зборів Акціонерів та Директорів Компанії, зберігаються в головному [офісі] Компанії, або в іншому належному місці, яке визначає Рада.

[illegible] <u>Право на Перевірку Облікових Реєстрів та Документів</u>

[Кожний] Акціонер має право за власний рахунок перевіряти, проводити аудит та робити [копії] облікових реєстрів та документів Компанії особисто або через належно уповноваженого агента чи повіреного на підставі обґрунтованого повідомлення Компанії протягом робочого дня.

## СТАТТЯ X ВІДШКОДУВАННЯ

Компанія відшкодовує, захищає та убезпечує відповідних директорів Акціонерів, посадових осіб та працівників, які діють як Директори чи посадові особи Компанії чи як будь-які інші Контрольовані Афілійовані Особи, та як будь-які інші директори чи посадові особи Компанії або інших її Контрольованих Афілійованих Осіб, з виконанням такою Особою повноважень Директора чи посадової особи компанії чи будь-яких її Контрольованих Афілійованих Осіб (кожна окремо **«Особа, яка Убезпечується»** та разом **«Особи, які Убезпечуються»**), від та проти будь-яких та всіх зобов'язань, втрат, збитків, вимог, штрафів, неустойок, сум та витрат, включаючи обґрунтовані суми та витрати на оплату послуг радника, якого обирає Особа, яка Убезпечується (разом, «**Збитки**») щодо яких Особа, яка Убезпечується може мати відношення внаслідок чи у зв'язку із здійсненням будь-якої діяльності або не веденням такої діяльності будь-яким чином, що випливає із статусу такої Особи як Директора чи посадової особи Компанії або однієї з її Контрольованих Афілійованих Осіб, у максимально можливому обсязі, що допускається законодавством, за винятком випадків, коли Компанія не убезпечує будь-яку Особу, яка Убезпечується стосовно будь-яких Збитків, які (а) виникають внаслідок умисного правопорушення чи умисної діяльності Особи, яка Убезпечується, або які (б) не підлягають відшкодуванню відповідно до чинного законодавства. Оплати та витрати послуг радника оплачуються Компанією по мірі їх здійснення після отримання у кожному окремому випадку зобов'язання від імені Особи, яка Убезпечується, відшкодувати такі суми, якщо однозначно встановлено, що така Особа, яка Убезпечується, не має право на відшкодування у такій ситуації.

Компанія страхує зобов'язання Директора та посадових осіб або забезпечує іншу подібну страховку за власний рахунок, забезпечуючи, що така Особа, яка Убезпечується проти будь-яких Збитків щодо яких Компанія зобов'язана здійснювати відшкодування будь-якій Особі, яка Убезпечується відповідно до цієї Статті X. Незважаючи на будь-яке інше положення цієї Статті X, Компанія зобов'язується відшкодовувати Особі, яка Убезпечується і має право на отримання відшкодування за цим Договором лише у тому обсязі, в якому платежі за таким страховим полісом є недостатніми для убезпечення такої Особи, яка Убезпечується стосовно будь-яких таких Збитків (чи дій в такій ситуації).

## СТАТТІ XI СТРОК ДІЇ ТА РОЗІРВАННЯ

11.01 <u>Строк Дії та Розірвання Договору</u>

167

[illegible] Договір вступає в силу з моменту його підписання і залишається чинним до, в залежності від того, що станеться раніше:

(а) Дати, коли всі Акціонери та Компанія погоджуються у письмовій формі про розірвання цього Договору,

(b) Дати, коли цей Договір розривається відповідно до Пункту 11.02,

(с) Дати, коли Акціонери та їхні Афілійовані Особи відмовляються від права власності щонайменше на п'ятдесят відсотків (50%) плюс (1) акція випущеного статутного капіталу Компанії, та

(d) Дати, коли у Договорі залишається лише одна Сторона;

з умовою, якщо (і) будь-який Акціонер який на дату підписання цього договору володіє щонайменше десятьма відсотками (10%) чи більшою кількістю Випущених Акцій з Правом Голосу і після цього відмовляється від права власності щонайменше на десять відсотків [illegible] Випущених Акцій з Правом Голосу і відмовляється бути Стороною, та є [illegible] [illegible] цього Договору, починаючи та після дати відповідного Вступу [illegible] [illegible] в акціонерному капіталі; та (іі) жодне чи розірвання не вважається таким, що звільняє будь-яку Сторону від її зобов'язань за цим Договором, які виникають на с [illegible] діяльності чи упущень такої Сторони перед датою такого Вступу [illegible] чи розірвання.

11.02 <u>Розірвання Договору внаслідок Суттєвого Порушення Умов</u>

(а) Відповідно до Пункту 11.02(b) та (c), якщо будь-який Акціонер (або у разі порушення Пункту 8.01, 8.02, 8.04 або 8.07, будь-яка його Афілійована Особа чи будь-хто з відповідних Директорів або будь-хто з його/їх представників або будь-хто з їхніх відповідних Директорів, посадових осіб, працівників, агентів, субпідрядників чи консультантів) (у будь-якому такому випадку, «**Акціонер, який Порушив**») порушує будь-які свої зобов'язання відповідно до Статей III, IV або VII чи Пунктів 2.05, 6.01, 6.02, 8.01, 8.02, 8.04 або 8.07 та (x) стосовно будь-якого порушення (чи ряду порушень) Статей III, IV або VII або Пунктів 2.05, 6.01 або 6.02, на розумний розсуд Акціонера, який не Порушує Умов, таке порушення (чи ряд порушень) сталося внаслідок чи [illegible] [illegible] [illegible] прямі витрати чи збитки Акціонера, який не Порушує Умов, або Компанії у розмірі, що загалом перевищує 50 000 000 доларів США; або (у) у випадку будь-якого порушення Пунктів 8.01, 8.02, 8.04 або 8.07, то наслідком такого порушення є видання Наказу будь-якого Державного або Регламентуючого Органу, в якому стверджується, що Акціонер, який Порушив, будь-яка його Афілійована Особа, Компанія чи будь-який з їхніх відповідних Директорів, посадових осіб, працівників, агентів, субпідрядників чи консультантів, які порушили чинне законодавство (кожне будь-яке таке порушення відповідає критеріям, визначеним у пункті (x) чи пункті (y) вище, називається «**Суттєвим Порушенням Умов**»).

(i) Акціонер, який не Порушує Умов може надати письмове повідомлення («**Повідомлення про Порушення Умов**») Акціонеру, який Порушив та Компанії про факти, які становлять таке Суттєве Порушення

34

Умов, та Акціонеру, який не Порушує Умов, та на вибір Акціонера, який не Порушує Умов, розірвати цей Договір, якщо таке Суттєве Порушення Умов не усувається протягом тридцяти (30) днів з моменту отримання Повідомлення про Порушення Умов Акціонером, який Порушив, та Компанією (**«Період Стабілізації»**);

(ii) після прийняття такого Повідомлення про Порушення Умов Акціонер, який Порушив, має право стабілізувати (чи спричинити стабілізацію) Суттєвого Порушення Умов протягом Періоду Стабілізації;

(iii) Суттєве Порушення Умов вважається стабілізованим, якщо (1) у разі будь-якого Суттєвого Порушення Умов, що виникають внаслідок порушення Статті III, IV або VII або Пункту 2.05, 6.01 або 6.02, перед закінченням Періоду Стабілізації Акціонер, який Порушив, виплачує Компанії чи Акціонерові, який не Порушує Умов, залежно від обставин, суму, що дорівнює сумі прямої втрати чи шкоди, яку підтверджує Акціонер, який не Порушує Умов, яка виникає з такого Суттєвого Порушення Умов чи іншим чином відшкодовує таку пряму втрату чи збитки або (2) у випадку будь-якого Суттєвого Порушення Умов, що виникають з порушення Пунктів 8.01, 8.02, 8.04 або 8.07 та видання Наказу Державним або Регламентуючим Органом у цьому зв'язку, такий Наказ відмінений чи не діє з інших причин (і жоден інший Наказ не виданий у зв'язку таким порушенням) до завершення Періоду Стабілізації;

(iv) якщо Суттєве Порушення Умов не стабілізувалося протягом Періоду Стабілізації, Акціонер, який не Порушує Умов, має право розірвати цей Договір, передавши Акціонерові, який Порушив, та Компанії не пізніше п'ятнадцяти (15) днів з моменту завершення Періоду Стабілізації письмове Повідомлення про Припинення (**«Повідомлення про Припинення»**);

(v) не надання Акціонером, який не Порушує Умов, Повідомлення про Припинення Акціонеру, який Порушив, та Компанії не пізніше як за п'ятнадцять (15) днів з моменту завершення Періоду Стабілізації, становить відмову такого Акціонера, який не Порушує Умов, від права розірвання цього Договору в результаті такого Суттєвого Порушення Умов; та

(vi) якщо Акціонер, який не Порушує Умов надає Повідомлення про Припинення Акціонерові, який Порушив, та Компанії не пізніше п'ятнадцяти (15) днів з моменту закінчення Періоду Стабілізації, то цей припиняє свою дію після завершення тридцяти (30) днів після завершення Періоду Стабілізації.

(b) Протягом наступного періоду Акціонер, який не Порушив Умов, надавши Повідомлення про Порушення Умов Акціонерові, який Порушив, та Компанії відповідно до Пункту 11.02(a)(ii) та перед датою завершення дії цього Договору відповідно до цього Пункту 11.02 (включаючи, зокрема, під час будь-якого арбітражного процесу, який згадується у Пункті 11.02(c)), Сторони продовжують виконувати свої відповідні обов'язки за цим Договором відповідно до його умов.

(c) Якщо Акціонер оскаржує факт виникнення Суттєвого Порушення Умов чи його стабілізації, такий Акціонер може розпочати арбітражний процес відповідно до Пункту 12.01. Якщо до моменту завершення дії цього Договору відповідно до Пункту 11.02(a)(vi) Акціонер розпочинає арбітражний процес щодо факту виникнення Суттєвого Порушення Умов чи його стабілізації, тоді, незважаючи на Пункт 11.02(a), цей Договір не припиняється відповідно до Пункту 11.02 на підставі такого спірного Суттєвого Порушення Умов або його стабілізації до моменту, коли колегія арбітрів, що обирається у зв'язку з таким процесом, винесла остаточне та безапеляційне рішення про те, що таке спірне Суттєве Порушення Умов виникло та/або не було стабілізовано, залежно від обставин.

## СТАТТЯ XII ВИРІШЕННЯ СПОРІВ

12.01 Арбітраж; Домовленість про вибір Юрисдикції

(a) Будь-які та всі спори та розбіжності, що виникають за цим Договором чи у зв'язку з ним, вирішуються колегією у складі трьох (3) арбітрів за чинними на той момент арбітражними правилами Комісії ООН з Міжнародного Комерційного Права («**Правила ЮНСІТРАЛ**») у відповідності до нижчезазначених умов.

(i) У випадку виникнення будь-якої суперечки між Правилами ЮНСІТРАЛ та положеннями цього Договору, положення цього Договору мають переважну силу.

(ii) Місцем Арбітражного розгляду є м. Нью-Йорк, штат Нью-Йорк, Сполучені Штати Америки.

(iii) В разі наявності лише одного позивача та одного відповідача, кожна зі сторін призначає одного арбітра відповідно до Правил ЮНСІТРАЛ, і два арбітри, призначені таким чином, призначають третього (головуючого) арбітра відповідно до Правил ЮНСІТРАЛ протягом тридцяти (30) днів з моменту призначення другого арбітра. У випадку неможливості досягти згоди щодо кандидатури третього арбітра, органом, який здійснює призначення, вважається Міжнародний Арбітражний Суд Міжнародної Торгово-Промислової Палати, який діє відповідно до таких правил, які він може встановити для такої цілі. У разі наявності більшої кількості позивачів або більшої кількості відповідачів, позивачі та/або відповідачі намагаються домовитись про відповідні призначення. У випадку, якщо всі позивачі та відповідачі не можуть домовитись про відповідні призначення протягом тридцяти (30) Робочих Днів, починаючи з дати повідомлення про арбітражний розгляд, всі призначення здійснює Міжнародний Арбітражний

116

[illegible] Міжнародної Торгово-Промислової Палати.

(iv) Англійська мова використовується письмово та усно для вирішення [illegible] питань, пов'язаних з арбітражним розглядом.

(v) Арбітри мають повноваження надавати будь-які засоби захисту прав чи запобігання від них, які вони можуть вважати вирішальними, [illegible] відповідають умовам цього Договору, включаючи виконання зобов'язань [illegible] арбітражний форми та включаючи, зокрема, [illegible] [illegible] засобу судового захисту, та будь-який такий засіб [illegible] будь-яка проміжна, умовна чи запобіжна міра, присудження арбітрами [illegible] для виконання примусово будь-яким судом належної юрисдикції. Кожна Сторона зберігає за собою права на витребування проміжних, умовних чи запобіжних засобів від судових органів і будь-який такий запит не вважається таким, що не відповідає умовам Договору що [illegible] арбітражних дій або відмови від права здійснення арбітражних дій.

(vi) Рішення арбітрів є остаточним і є обов'язковим для виконання Сторонами.

(vii) Рішення арбітрів може бути виконане будь-яким судом належної юрисдикції і може бути виконане проти Особи та активів відповідної Сторони у будь-якій належній юрисдикції.

[illegible] Окрім арбітражно-процесуальних дій, передбачених у Пункті 12.01(a) [illegible] позов, чи інше провадження (окрім примусового виконання [illegible] арбітражного рішення, дія спрямована на порушення арбітражного розгляду або [illegible] щодо отримання проміжних, умовних чи запобіжних засобів захисту прав у [illegible] з арбітражним провадженням) не повинні подаватися Сторонами чи [illegible] стосовно будь-якого питання, що виникає з цього Договору.

[illegible] Процес

[illegible] Сторона беззаперечно призначає СТ Корпорейшн Систем, яка на момент [illegible] договору знаходиться за адресою 111 Еіт Авеню, 13th поверх, м. Нью-Йорк, Нью-Йорк 10011, США, як свого справжнього та законного агента та повіреного для [illegible] та підтвердження отримання будь-яких повідомлень про порушення проти неї [illegible], позови чи провадження, що довелися за Пунктом 12.01, з таким самим [illegible], либи така Сторона проживала у Нью-Йорку та законно отримала би таке [illegible] щодо судового процесу у такій юрисдикції, та відмовляється від усіх [illegible] позовів внаслідок такого провадження, за умови, що Сторона, яка [illegible] таке судове повідомлення, також надсилає його копію на дату отримання [illegible] іншій Стороні факсимільним повідомленням відповідно до Пункту 12.01. [illegible] Сторона укладатиме такі Договори з таким агентом, який може бути необхідним [illegible] та призначення такого агента за цим договором. Якщо рішення [illegible] [illegible] стає неспроможним діяти, Сторона яка зазнала [illegible] [illegible] іншого агента чи повіреного у Нью-Йорку, що буде прийнятним для [illegible] з тими самими повноваженнями. Кожна Сторона цим беззаперечно [illegible] неключеній юрисдикції Сполучених Штатів Америки у Південному Окрузі

...Йорку та будь-якого суду штату Нью-Йорк, Район Манхеттена, у зв'язку з будь-якою справою, позовом чи провадженням, та погоджується, що будь-яка така справа, позов чи провадження можуть бути подані до суду за умови, що [illegible] Пункту 12.02 [illegible] Нью-Йорк [illegible]. Кожна Сторона цим безвідклично відмовляється у максимально [illegible] чинним законодавством, від будь-якого заперечення, що може виникнути на цей момент або в майбутньому, щодо місця розгляду такої справи, позову або провадження, поданих у такий суд і будь-яке [illegible] такої справи, позову або судового провадження у [illegible] судовій установі. Ніщо [illegible] не впливає на право будь-якої Сторони брати участь у процесах у будь-якій формі, дозволеній чинним законодавством або розпочати судове провадження чи іншим чином проводити процес проти будь-якої іншої Сторони у будь-якій іншій [illegible] у спосіб, який не відповідає цьому Пункту 12.02.

12.03 Відмова від Суверенної Відповідальності

Кожна Сторона цим свідомо та підтверджує, що вона діє в якості суб'єкта при здійсненні комерційної діяльності при виконанні та передачі цього Договору та при виконанні зобов'язань за ним, і будь-яка сторона цим безвідклично відмовляється щодо всіх спорів, вимог, розбіжностей та всіх інших таких спорів будь-якого характеру, які можуть виникати за цим Договором чи у зв'язку з ним та на підставі іншого документа чи акту, які передбачені цим Договором, імунітету, який вона може мати як суверенна, квазі-суверенна чи державна юридична особа (або подібна структура) від будь-яких та всіх проваджень (правових, майнових, арбітражних, адміністративних чи інших), і арешту активів та примусового виконання судових та арбітражних рішень.

СТАТТЯ XIII РІЗНЕ

13.01 Повідомлення

Усі Повідомлення та інший зв'язок за цим Договором (включаючи, потреба будь-які зміни, відмови чи погодження за цим Договором) надаються чи здійснюються факсимільним повідомленням або передаються з рук в руки у письмовій формі та передаються факсом чи кур'єром і доставляються за адресами, які вказані нижче, чи за адресою, яку кожна Сторона у повідомленні для іншої Сторони.

Акціонери:

Якщо Теленор Мобайл, то для:

Теленор Мобайл Комюнікейшнз АС
Снарейвеєн 30
N-1331 Форнебу
Норвегія

Номер факсу: +47-67-89-48-18
До уваги: п. Рагнара Корсета

[illegible]

[illegible] і Теленор
[illegible] 30, 1А
[illegible] Форнебу

[illegible] +47-96-212-216
[illegible] Фредріка Вікке, Еск.

[illegible]

[illegible] Опо[illegible] 1
[illegible]
[illegible] +380-44-235-3008

До уваги Генерального Директора

[illegible]

ВАТ «Альфа-Банк»
Проспект Сахарова 12, 4-ий Поверх
107078 Москва, Росія
Тел: (7-495) 795-36-42
Факс: (7-095) 928-86-10

До уваги п. Олексія Худякова

Факс для Компанії, як для:

ЗАТ «Кийвстар Дж.Ес.Ем»
Проспект Червонозоряний 51,
Київ 03110
Україна
Факс: +380-44-245-72-08

До уваги Фінансового Директора

Якщо інше не передбачено у цьому Договорі, усі зв'язки здійснюються письмово та вважаються чинними, якщо вони передаються засобами факсимільного зв'язку, з рук в [illegible] у випадку будь-якого повідомлення, передаються кур'єром, рекомендованим [illegible] у іншому випадку, або надсилаються на вищезазначені адреси сторін.

[illegible] Дійсність Договору

179

[illegible] Договір [illegible] всіх попередніх переговорів та домовленостей між Сторонами [illegible] предмету цього Договору, включаючи [illegible] Договір у формі листа від 24 [illegible] 2002 року, [illegible] ВАТ «Альфа-Банк», [illegible] та [illegible] Мобайл [illegible] [illegible] та є єдиним та цілісним Договором між Сторонами [illegible] [illegible].

13.03 Відмова

[illegible] умова цього Договору може бути відкликана у будь-який час між Сторонами, [illegible] право на отримання вигоди за нею, але жодна така відмова не набуває в силу до [illegible] належного оформлення письмового акту Стороною, яка відмовляє таку [illegible] відмова будь-якої Сторони за цим Договором, яка здійснюється [illegible] [illegible], не вважається і не тлумачиться як відмова однієї і тієї ж чи різних умов [illegible] [illegible] здійснення відмови. Усі засоби захисту прав, передбачені цим Договором чи [illegible] законодавством, чи які здійснюються іншим чином, вважаються сукупними не [illegible] альтернативних можливостей.

13.04 Внесення Змін

У цей Договір можуть вноситись зміни, доповнення або виправлення лише на підставі належного оформлення письмового документу Стороною, яка здійснює відповідні зміни.

13.05 Заборона Переуступки Зобов'язання Для Незалучених Бенефіціаріїв у числі Третіх Осіб

Якщо інше прямо не передбачене у цьому договорі, ані цей Договір, ані будь-яке право, інтерес чи зобов'язання за ним не можуть уступатись будь-якій Стороні без попереднього письмового погодження іншої Сторони і будь-яка спроба такої переуступки [illegible] не дійсною. З врахуванням попереднього речення, цей Договір має обов'язкову силу, надає переваги та є обов'язковим для виконання Сторонами та [illegible] відповідними правонаступниками та призначеними особами. Умови цього Договору призначені виключно для отримання вигод кожною Стороною, її правонаступниками та призначеними особами, і Сторони не мають наміру надати правами третьої особи бенефіціарія будь-яку іншу Особу, окрім будь-якої з Осіб, які уповноважені на [illegible] та Статтею X.

13.06 Право, що застосовується

Цей договір регулюється за тлумачиться у відповідності до законів Штату Нью-Йорк, Сполучені Штати Америки, виключаючи при цьому вирішення будь-яких суперечок між правовими принципами, які б могли виникатись при застосуванні таких законів в іншій юрисдикції.

13.07 Подільність

Якщо будь-яке положення цього Договору або будь-якого іншого документу, укладеного у зв'язку з цим Договором, стають недійсними, незаконними або втрачають юридичну силу у такій юрисдикції, то це не впливає і не зашкоджує чинність, законності чи юридичній силі (а) будь-якого іншого положення цього Договору або такого іншого документу у такій юрисдикції або (b) таке положення чи будь-яке інше положення цього

[illegible] чи іншого документу в будь-якій іншій юрисдикції.

[illegible] Подальші Запевнення

[illegible] часу, на підставі обґрунтованого запиту однієї зі Сторін та без винагороди, кожна Сторона оформлює та передає такі додаткові документи та здійснює такі дії, які можуть бути обґрунтовано необхідними чи бажаними для виконання [illegible] у найбільш практичний спосіб операцій, які передбачені цим Договором.

[illegible] Заголовки

Заголовки у цьому Договорі використовуються виключно з метою забезпечення зручності в процесі посилання, і не становлять частини цього Договору, а також жодним чином не інтерпретують і не тлумачать положень цього Договору.

[illegible].18 Примірники

Цей Договір може укладатись в одному чи більшій кількості примірників, кожен з яких вважається оригінальним примірником, а всі разом вони становлять один і той самий документ.

**НА ПОСВІДЧЕННЯ ЧОГО,** кожна Сторона належним чином уклала цей Договір Акціонерів в особі своєї належним чином уповноваженої посадової особи у день та рік, які вперше зазначені у цьому договорі.

Акціонери

ТЕЛЕНОР МОБАЙЛ КОМЬЮНІКЕЙШНЗ АС

By____________________
Зігмунд Екхойген
Довірена особа

ТОВ СТОРМ

By____________________
Валерій В. Нілов
Генеральний Директор

Компанія

ЗАКРИТЕ АКЦІОНЕРНЕ ТОВАРИСТВО «КИЇВСТАР Дж. Ес. Ем»





187

Акціонери

Додаток 1

| Назва Акціонера | Кількість акцій | Частка Участі у відсотках |
|---|---|---|
| [illegible] КОМЬЮНІКЕЙШНЗ | 5 913 944 | [illegible] |
| [illegible] | 4 773 445 | [illegible] |
| | 10 687 389 | 100% |



Додаток 2

Процедура Визначення Справедливої Ринкової Вартості

**Справедлива Ринкова Вартість Цінних Паперів, які не є зареєстрованими, не котуються або не перебувають в обігу на Національних або Міжнародних Фондових біржах або Ринках**

[illegible] будучи зацікавленими у визначенні Справедливої Ринкової Вартості цінних паперів, [illegible] не є зареєстрованими, не котуються або не перебувають в обігу на національних і [illegible] фондових біржах або ринках, зобов'язуються сумлінно докласти всіх зусиль в [illegible] взаємовигідного спільного визначення Справедливої Ринкової Вартості таких цінних [illegible].

[illegible] те, що сторони можуть не дійти згоди стосовно визначення Справедливої [illegible] Вартості протягом чотирнадцяти (14) днів (надалі – „**Початковий Період**"), наступна [illegible] повинна бути застосована до визначення Справедливої Ринкової Вартості окремого [illegible] паперу на підставі запиту однієї зі сторін:

[illegible] сторона повинна призначити Оцінювача з числа осіб, список яких наводиться нижче [illegible] – „**Оцінювач**"). Протягом чотирнадцяти (14) днів після завершення Початкового [illegible] кожний такий Оцінювач повинен незалежно і самостійно визначити Справедливу [illegible] Вартість цінного паперу і мати належний доступ до відповідної інформації. Кожний [illegible] Оцінювач не може бути проінформований про результати оцінки, здійсненої іншим [illegible] до подання свого власного остаточного звіту. (Якщо Сторона не призначила вчасно [illegible] Оцінювача, або якщо такий Оцінювач не закінчив свою оцінку протягом [illegible] (14) днів, оцінка, здійснена у встановлений термін вчасно призначеним іншим [illegible] буде остаточною і обов'язковою для обох сторін і буде запроваджена в [illegible] порядку як остаточне арбітражне рішення).

[illegible] оцінка не перевищує найнижчу оцінку більш ніж на 115%, оцінка такого [illegible] паперу вважатиме собою середнє значення цих двох оцінок. Оцінка, отримана в [illegible] цього, буде остаточною і обов'язковою для визнання сторонами і буде запроваджена [illegible] порядку як остаточне арбітражне рішення.

[illegible] найвища оцінка перевищує найнижчу оцінку більше ніж на 115%, Оцінювачі, призначені [illegible] повинні призначити третього оцінювача (такий Оцінювач повинен бути обраний з [illegible] осіб, список яких наводиться нижче), який в свою чергу повинен незалежно і [illegible] протягом чотирнадцяти (14) днів з моменту свого призначення визначити [illegible] Ринкову Вартість цінного паперу, маючи такий самий доступ до необхідної [illegible], що й інші оцінювачі.

[illegible] оцінювач не може бути проінформований про результати, зазначені у звітах попередніх [illegible] до подання свого власного остаточного звіту.

[illegible]

[ABN AMRO]
[Deutsche Bank AG]
[J.P. Morgan Chase & Co.]
[Schroder Salomon Smith Barney]
[Morgan Stanley]

**Справедлива Ринкова Вартість Цінних Паперів, які не є зареєстрованими, не котуються або не перебувають в обігу на Національних або Міжнародних Фондових Біржах або Ринках:**

[illegible]

**Справедлива Ринкова Вартість Винагороди, зазначеної у Повідомленні про Пропозицію, і Відмінних Зобов'язань:**

[illegible]