# EXHIBIT N
# PART 20







Бенефіціарна Власність

Додаток 5

Акціонера: „Теленор Мобайл КОМ'ЮНІКЕЙШНЗ АС"

Бенефіціарних Власників і Опиесання Часток Участі:

...нор Мобайл КОМ'ЮНІКЕЙШНЗ АС" є дочірньою компанією із стовідсотковою (100%)
...ор „Теленор Мобайл Холдинг АС"

... Мобайл Холдинг АС" є дочірньою компанією із стовідсотковою (100%) участю
... АСА"

...ва Норвегія в особі Міністерства Промисловості і Торгівлі [Nærings og Handels-
...rtementet] є власником 62,65% акцій Теленор АСА. Решта акцій Теленор АСА належить
...мільйони компаніям. Ці акції котуються на фондовій біржі в Осло (ФБО) і Нью-Йоркській
...вий Біржі (НФБ). У таблиці, що наводиться нижче, зазначені 20 найкрупніших акціонери
...нор АСА станом на 28 листопада 2003 року:

| МІНІСТЕРСТВО ПРОМИСЛОВОСТІ І ТОРГІВЛІ [NÆRINGS OG HANDELSD.] | 1 128 842 400 | НОРВЕГІЯ | 62,65% |
|---|---|---|---|
| СТЕЙТ СТРІТ БЕНК [STATE STREET BANK] | 75 121 572 | США | 4,17% |
| ФОЛКЕТРИГДФОНДЕТ [FOLKETRYGDFONDET] | 49 404 000 | НОРВЕГІЯ | 2,74% |
| ТЕЛЕНОР АСА | 28 103 172 | НОРВЕГІЯ | 1,56% |
| МОРГАН СТЕНЛІ ЕНД КЛАЙЕНТС [MORGAN STANLEY AND CLIENTS] | 22 040 564 | ВЕЛИКОБРИТАНІЯ | 1,22% |
| СКАНДИНАВІСКА ЕНСКІЛДА БАНКЕН [SKANDINAVISKA ENSKILDA BANKEN] | 15 071 683 | ШВЕЦІЯ | 0,84% |
| Дж. П. МОРГАН ЧЕЙЗ БАНК | 14 005 912 | ВЕЛИКОБРИТАНІЯ | 0,78% |
| ДОЙЧЕ БАНК АГ | 12 984 859 | АРЕ | 0,72% |
| МЕЛОН БЕНК НА [MELLON BANK NA] | 11 934 234 | США | 0,66% |
| ПІВНІЧНА ТРАСТОВА КОМПАНІЯ [THE NORTHEN TRUST CO] | 11 763 214 | ВЕЛИКОБРИТАНІЯ | 0,65% |
| ОРКЛА АСА [ORKLA ASA] | 11 400 000 | НОРВЕГІЯ | 0,63% |
| Дж. П. МОРГАН ЧЕЙЗ БЕНК | 10 813 482 | США | 0,60% |
| СЕБ МЕРЧАНТ БЕНКІНГ [SEB MERCHANT BANKING] | 9 259 893 | НОРВЕГІЯ | 0,51% |

| | | | | 8 868 750 | НОРВЕГІЯ | 0,46% |
|---|---|---|---|---|---|---|
| FORSKRING ASA V/DNB ASSET | | | | | | |
| MGMT | | | | 8 177 188 | США | |
| ...НА | | | | 6 898 114 | НІМЕЧЧИНА | 0,44% |
| ...ТА | | | | 6 805 493 | ВЕЛИКОБРИТАНІЯ | 0,38% |
| ...ТАСТОВА КОМПАНІЯ | | | | 6 654 035 | НОРВЕГІЯ | 0,35% |
| ...БНК ЕНД ТРАСТ | | | | | | |
| ...S BENK & TRUST) | | | | | | |
| ...КС ІНТЕРНЕШНЛ | | | | 6 492 388 | ВЕЛИКОБРИТАНІЯ | 0,30% |
| (SACHS INTERNATIONAL) | | | | | | |
| ...ГІ БАНК | | | | 6 391 322 | США | 0,34% |

...ил Акціонера: ТОВ „Сторм"

...ан Бенефіціарних Власників і Опис Часток Участі:

„... Венче Капітал СА" [EC Venture Capital SA], швейцарська компанія, яка володіє часткою ... в розмірі 5,93945% в ТОВ „Сторм". Компанія „ЕС Венче Капітал СА" була заснована ... Андре Валковіцем [Anre Walkowicz], громадянином Швейцарії і мешканцем м. Женева ... з паном Франсуа Пайотом [Francois payot], громадянином Швейцарії і мешканцем м. ... та паном Бенедіктом Баумером [Benedikt Baumer], громадянином Швейцарії і ... мешканцем м. Ніон [Nyon]. Роль пана Пайота і Баумера в діяльності компанії полягала у ... наданні установчих зборів із паном Валковічем відповідно до вимог законодавства ... Швейцарії. Кожна з цих осіб була власником тільки однієї з 250 акцій, при цьому вони ... вернули свої акції пану Валковічу після цих зборів. Компанія зареєстрована у Торговому ... м. Женева за номером СН-660-1594997-4. Пан Валковіч є єдиним директором компанії ... ЕС Венче Капітал СА". Штат компанії не нараховує інших працівників. Всі рішення приймає ... тільки пан Валковіч.

„... „Мобайл Телеком Файненс" [Mobile Telecom Finance L.L.C.], грузинське товариство з ... обмеженою відповідальністю, яке володіє часткою участі в розмірі 9,00721% в ТОВ „Сторм". ... пані Сюзані Пегард [Susane Pegard], громадянка Швейцарії, мешканка м. Цюрих, є власником ... частки участі в розмірі в п'ятдесят відсотків (50%) в ТОВ „Мобайл Телеком Файненс". Решта ... належить багамській компанії „Юнайтед Оверсіз Трейдінг Лтд." [United Overseas Trading Ltd.]. ... компанія „Юнайтед Оверсіз Трейдінг Лтд." є компанією, сто відсотків (100%) участі в якій ... належать компанії „Павато Інвест енд Трейд" [Pavatol Invest & Trade] (Британські Віргінські ... острови).

„...роквест Коммерс Лтд." [Euroquest Commerce Ltd.], кіпрська компанія, яка є власником ... частки участі в розмірі 34,94426% в ТОВ „Сторм". Компанія „Євроквест Коммерс Лтд." є ... холдинговою компанією, 100% участі в якій належать компанії „Євроквест Коммерс Лтд.", ... компанія, що розташована на території Британських Віргінських Островів (надалі - „Євроквест ... БВО"). Власником компанії „Євроквест БВО" є компанія „Ледра Трасті Сервісі Лімітед для ... Франклін Траст" [Ledra Trustee Services for Franklin Trust] (1 акція) і Ледра Трасті Сервісі ... Лімітед для Ліберті Траст" [Ledra Trustee Services for Liberty Trust] (1 акція). Функції

49



...кого представника компаній „Франклін Траст" з „Ліберті Траст" і... Олександр
...кий, громадянин України і мешканець м. Харків.

...а Телеком Лімітед" [Alfa Telecom Limited], компанія, розташована на території
...их Віргінських Островів, яка є власником частки участі в розмірі 50,1% в ТОВ
...Компанія „Альфа Телеком Лімітед" є дочірньою компанією, 100% участі в якій
...ж компанія „Альфа Файненс Холдінгс СА", люксембурзька компанія, 75,6239% акції
...і наступним трьом компаніям: (і) „Котемор Холдінгс Лтд" [Cotemore Holdings Ltd],
...ка компанія, бенефіціарним власником якої є Мікаєл Фрідман [Michael Fridman], (іі)
...н Сервісіз Лтд" [Laketown Services Ltd], компанія, розташована на острові Мен,
...арним власником якої є Олексій Кузьмічов і (ііі) „Бардслі Інвестмент Корп." [Bardsley
...vestment Corp.], компанія, розташована на території Британських Віргінських Островів,
...іціарним власником якої є Герман Кан [German Khan]. Решта 24,3372% акції
...овідають у посадці топ-менеджерів ВАТ „Альфа-Банк", які придбали певну частку участі
...ачали ці акції в якості винагороди.

50



Форма підтвердження

ДОПОМОГА "А"

[Назва Цесіонарія]

Ким: _____
Прізвище:
Посада:

Категорія та Кількість Цінних Паперів:

31



ДОДАТОК 1 ДО ПІДПІ ... УГОДИ

Включення і Гарантії

... на дату укладення цього документу Цесіонарій под ... ні наступні Гарантії:

Організація

... не фізична особа: Організація Цесіонарія є належним чином створеною і зареєстр ...
... ним за ... законодавства, в юрисдикції якого вона перебуває, а також має відповідне право ...
... повідомлення для здійснення діяльності, яку вона зараз здійснює, а також має право володіти ...
... майном і використовувати свої Основні Засоби.

Повноваження

(а)    Цесіонарій має всі необхідні права і повноваження на укладення цього
Підтвердження і Договору Акціонерів. Оформлення і виконання Підтвердження
Цесіонарію здійснюється на підставі належним чином наданих повнова ... якщо
Цесіонарій не є фізичною особою, не існує необхідності у здійсненні інших погоджень ...
дій разом директора і акціонерами організації Цесіонарія.

(b)    Підтвердження і Договір Акціонерів були належним чином оформлені і підписані
Цесіонарієм і є законним ... дійсними і зобов'язують Цесіонарія виконувати відповідні
зобов'язан ..., а також можуть бути у примусовому порядку запроваджені проти Цесіонарія
відповідно до їх умов, крім тих випадків, коли таке примусове запровадження може бути
обмежене у зв'язку з банкрутством, неплатоспроможністю, реорганізацією, мораторієм і
подібними застосуваннями, актами, які обмежують права кредиторів і способи судового
захисту; або у зв'язку з іншими загальним правовими принципами (в залежності від рішення
суду загальної юрисдикції або на підставі окремого вияву юридичної особи).

(с)    Цесіонарій має всі необхідні права і повноваження для виконання своїх зобов'язань
в рамках цього Підтвердження і Договору Акціонерів.

Відсутність Колізій

Оформлення, вручення та виконання Цесіонарієм Підтвердження і Договору Акціонерів,
виконання Цесіонарієм всіх вимог інвестиційних документів і виконання Цесіонарієм всіх ...
дій, передбачених цими документами:

(а)    якщо Цесіонарій не є фізичною особою, не суперечитиме і не порушуватиме
будь-яке положення його статусу, установчого договору, свідоцтва про заснування,
свідоцтва про створення та інші відповідно установчі документи, в залежності від
випадку;

(b)    не суперечитиме і не порушуватиме будь-який Контракт або Ліцензію,
стороною яких є Цесіонарій, або зачіпає він або його Активи та Майно пов'язані
з фінансовим станом на дату укладення цього документу. )

51



не конфіденціювати і не порушувати будь-які розпорядження і обмеження буль- ... яких урядових організацій і регуляторних органів, що застосовуються до Цесіонарія ... ... на дату укладення цього документу.

... та Дозволи Оформлення

..., підписання і виконання Цесіонарієм Підтвердження і Договору Акціонера ... ... Цесіонарієм всіх положень цих документів і виконання Цесіонарієм всіх Операцій, ... яких передбачається цими документами не потребує отримання будь-яких згод, ... ... жодного іншого Розпорядження або дії, оформлення отримання і подання повідомлення ... органу державної влади або регуляторному органу, крім таких згод, затверджень, ... або інших Розпоряджень, всі були отримані і є дійсними станом на дату укладення ... документу.

### Судові Процесуальні Дії Відповідальність

(а)    Наскільки це відомо Цесіонарію, наразі не діятиметься жодних суттєвих Дій або Процесуальних Дій по відношенню до Цесіонарія або будь-яких Цінних Паперів, які перебувають під контролем або у власності Цесіонарія, бенефіціарний чи ні, які можуть ... або обґрунтовано вважаються такими, що можуть призвести до прийняття Рішення, які ... може поставити під сумнів дійсність підтвердження або Договору Акціонера або які ... можуть або обґрунтовано вважаються такими, що можуть мати суттєвий негативний ... вплив на платність Цесіонарія і таким чином, поставити під загрозу виконання Цесіонарієм своїх зобов'язань, передбачених вищезазначеними документами. Наскільки ... не відомо Цесіонарію, наразі не існує жодних таких загрозливих процесуальних дій.

(b)    Цесіонарію наразі не відомі будь-які факти або обставини, на підставі яких можуть бути розпочаті будь-які судові процесуальні дії, які необхідно зазначити відповідно до положень підпункту (а), наведеного вище.

### Акціонери, Закон про Цінні Папери

... станом на дату укладення цього документу засвідчує і гарантує що:

(а)    він є офіційним держателем і бенефіціарним власником Цінних Паперів, зазначених напроти його назви на відповідному бланку Підтвердження, ... Цесіонарієм;

(b)    Цінні Папери, зазначені напроти назви Цесіонарія на відповідному бланку Підтвердження, підписаного Цесіонарієм, являють собою всі без виключення акціонерний капітал Компанії, офіційним і бенефіціарним власником якого є Цесіонарій;

(c) Окрім будь-яких прав, якими наділяються чоловік або дружина Цесіонарія, якщо Цесіонарій перебуває у шлюбі, які можуть виникнути на підставі закону, виключно Цесіонарій має право розпоряджатися і право голосу, якими наділяються всі Цінні папери, зазначені напроти назви Цесіонарія на відповідному бланку Підтвердження, в залежності ...

53







Місто Київ, 17 червня 2005 року, я Лячина О.В., приватний нотаріус Київського міського нотаріального округу, засвідчую вірність цієї фотокопії.

Зареєстровано в реєстрі за № 2316у
Стягнуто плати за домовленістю.
Приватний нотаріус      [підпис]

[печатка]

В цьому документі прошито, пронумеровано та скріплено печаткою 53 (п'ятдесят три) аркуші
Приватний нотаріус      [підпис]

Цей переклад з англійської мови на українську виконаний перекладачем Ісмаіловою Юлією Юріївною.

