# EXHIBIT N
# PART 23

9

[illegible] до чинного законодавства у зв'язку з погашенням такої заборгованості [illegible] такого банку чи фінансової установи.

Передача та застава з порушенням умов цієї Статті. Будь-який продаж, відступлення, застава чи інше відчуження частки власності або будь-які дії продати, відступити, передати у заставу або іншим чином відчужити частку Учасника, який не дотримується умов положень цієї Статті 8, вважаються [illegible] і не мають законної сили, а особа, для якої така передача була призначена, [illegible] у Товаристві і по відношенню до якості чи у зв'язку з будь-якою такою [illegible].

## СТАТТЯ 9
## РЕЗЕРВНИЙ ФОНД ТА ІНШІ ФОНДИ ТОВАРИСТВА

Створення окремих фондів. Крім Статутного фонду, Товариство створює [illegible] фонди:

. Резервний фонд;

. Інші фонди згідно з вимогами чинного законодавства України або за [illegible] Зборів Учасників Товариства.

Резервний фонд. З метою відшкодування можливих збитків Товариства, [illegible] Резервний фонд Товариства у розмірі 25% (двадцять п'ять відсотків) [illegible] фонду. Щорічні відрахування до Резервного фонду Товариства повинні [illegible] 5% (п'ять відсотків) чистого прибутку Товариства, але тільки до [illegible] протягом періоду, коли Резервний фонд є меншим ніж 25% (двадцять п'ять [illegible]) Статутного фонду.

Інші фонди. Товариство може створювати та утримувати інші фонди, які [illegible] необхідними для діяльності Товариства; такі фонди формуються згідно з [illegible]давством України.

Використання фондів. Будь-які збитки, понесені в процесі діяльності [illegible] в першу чергу відшкодовуються за рахунок коштів Резервного фонду. Якщо [illegible] фонду недостатньо для покриття таких збитків, Товариство, на основі [illegible] Генерального директора Товариства та за наявності згоди Зборів [illegible] використовує альтернативні джерела відшкодування таких збитків.

## СТАТТЯ 10
## КЕРІВНІ ОРГАНИ ТОВАРИСТВА

[illegible] органами Товариства є:

. Збори Учасників,

. Генеральний директор, та

. Ревізійна комісія.

З ОРИГІНАЛОМ [illegible]

10

## СТАТТЯ 11
## ЗБОРИ УЧАСНИКІВ ТОВАРИСТВА

11.1 Найвищий орган. Найвищим органом Товариства, уповноваженим приймати рішення, є Збори Учасників, які можуть проводитися у формі Загальних зборів або Позачергових зборів. У межах, встановлених законодавством України та цим Статутом, Учасники користуються всіма правами та повноваженнями, які не надані іншим органам Товариства.

11.2 Голова Товариства. Збори Товариства обирають Голову Товариства. Голова Товариства може бути обраним Головою Зборів Товариства при проведенні Зборів [illegible]. Голова Товариства уповноважений скликати Збори Учасників згідно пункту [illegible], забезпечує проведення письмових опитувань для прийняття рішень [illegible] Товариства без проведення Зборів Учасників.

11.3 Загальні та Позачергові збори.

11.3.1 Загальні збори. Загальні збори Учасників (далі - Загальні збори) проводяться принаймні один (1) раз на рік. Учасники також можуть приймати рішення методом проведення письмового опитування згідно з порядком, викладеним у пункті 11.11 цього Статуту.

11.3.2 Позачергові збори. Позачергові збори Учасників проводяться у випадку неплатоспроможності Товариства, на вимогу Голови Товариства та/або Ревізійної комісії та/або Генерального директора, у будь-якому випадку, якщо цього вимагають інтереси Товариства, а також на вимогу Учасників Товариства, що у сукупності володіють більш як 20 (двадцятьма) відсотками голосів. Якщо протягом 25 (двадцяти п'яти) днів після отримання такої вимоги Учасників Голова не скликає Позачергові збори, такі Учасники вправі самі скликати Позачергові збори.

11.4 Компетенція Зборів Учасників. Згідно з законодавством України, будь-які Загальні або Позачергові збори Учасників мають компетенцію розглядати наступні питання:

а) визначення основних напрямків діяльності Товариства, затвердження його планів і звітів про їх виконання;

б) внесення змін до Статуту Товариства, включаючи, але не обмежуючись, зміни Статутного фонду Товариства;

в) виключення Учасника з Товариства;

г) обрання та відкликання Генерального директора та членів Ревізійної комісії;

д) затвердження річних результатів діяльності Товариства, включаючи його дочірні підприємства, затвердження звітів і висновків Ревізійної комісії, порядку розподілу прибутку, строку та порядку виплати частки прибутку (дивідендів), визначення порядку покриття збитків;

З ОРИГІНАЛОМ ЗГІДНО

є) створення, реорганізація та ліквідація повністю належних дочірніх підприємств, філій та представництв, затвердження їх статутів та положень;

ж) винесення рішень про притягнення до відповідальності посадових осіб Товариства за їх неправомірні дії проти Товариства;

з) затвердження правил процедури та інших внутрішніх документів Товариства, визначення організаційної структури Товариства;

і) визначення умов оплати праці Генерального директора та посадових осіб Товариства;

к) встановлення розміру, форми і порядку внесення Учасниками додаткових вкладів;

л) затвердження рішення про реорганізацію, ліквідацію та припинення діяльності Товариства, призначення ліквідаційної комісії, затвердження ліквідаційного балансу;

м) затвердження рішення про придбання Товариством частки Учасника.

(н) прийняття рішення про підписання, укладення або вчинення будь-якого правочину, трансакції чи угоди, що може призвести до перевищення розміру сукупних зобов'язань Товариства (тобто всіх його пасивів за винятком власного капіталу) суми 490 000 000 доларів США (чотириста дев'яносто мільйонів доларів Сполучених Штатів Америки) або її еквіваленту у будь-якій іншій валюті (за офіційним курсом обміну або за крос-курсом, визначеним за посиланням на офіційний курс обміну Національного банку України, який є чинним хоча б на одну з наступних дат: на дату розгляду питання про укладення такого правочину, трансакції чи угоди або на дату, коли такий правочин, трансакція чи угода укладається, підписується або вчиняється, далі - "Офіційний курс обміну НБУ");

(о) прийняття рішення про підписання, укладення або вчинення будь-якого правочину, трансакції чи угоди (або низки правочинів, трансакцій або угод з однією і тією ж особою або з однією або більше пов'язаними особами), що передбачає:

(і) зобов'язання Товариства (пряме або під умовою, як головного позичальника або як поручителя або іншим чином) сплатити кошти (включаючи, без обмеження, надання будь-якої позики або внесення депозиту), або продати чи іншим чином передати або розпорядитися будь-яким майном або іншими активами, у сумі, що, або вартість яких дорівнює або перевищує, 10 000 доларів США (десять тисяч доларів Сполучених Штатів Америки) або її еквівалент у будь-якій іншій валюті (за Офіційним курсом обміну НБУ);





13

...вання цього зобов'язання, Учасник не може посилатися на неотримання повідомлення ...едення Зборів Учасників за новою адресою.

11.6. Порядок денний. Будь-хто з Учасників Товариства вправі вимагати розгляду ... на Зборах Учасників, за умови, що воно було ним поставлено не пізніше як за 25 ... початку Зборів.

...итань, не включених до Порядку денного, рішення можуть прийматися лише за згодою ...сників присутніх на Зборах.

...пізніше як за 7 (сім) днів до проведення Зборів Учасникам Товариства повинна бути ...можливість ознайомитися з документами, внесеними до Порядку денного Зборів. Ці ...ти можна переглянути і скопіювати у приміщенні Товариства, крім випадків, коли ці ...адаються разом із повідомленням про скликання Зборів.

7. Кворум. На будь-яких Зборах Учасників кворумом вважається присутність, ... чи через уповноважених представників, тих Учасників, що володіють у сукупності 60 (шістдесятьма) відсотками голосів.

...що на визначену дату, у визначений час та у визначеному місці проведення ...Учасників кворуму не досягнуто, Збори Учасників скликаються повторно, але за ...що Учасники повідомляються про це не пізніше, ніж за 30 (тридцять) днів до ...ня таких повторних Зборів Учасників. Вимоги щодо кворуму, викладені у ...реченні цього пункту 11.7, застосовуються без змін до будь-яких та всіх ...скликаних Зборів Учасників.

Представники (довірені особи) Учасників. На будь-яких Зборах Учасників ...може бути представлений уповноваженим представником (довіреною особою), за ...що всі призначення таких представників оформлені у відповідності з вимогами ...конодавства України.

Протоколи. Голова очолює Збори і призначає секретаря, не обов'язково зі ...Учасників, для ведення протоколів, і такі протоколи вносяться у журнал ...в. Голова та секретар Зборів Учасників підтверджують, що протоколи точно та ...ають зміст питань, винесених на розгляд Зборів Учасників.

... Голосування. Учасники мають кількість голосів, пропорційну розміру їх ...Статутному фонді. Всі рішення приймаються простою більшістю голосів ...присутніх на Зборах, крім випадків, коли згідно з пунктом 11.4 цього Статуту ...ття рішення вимагається більша кількість голосів.

Форма Зборів. Дії без проведення Зборів Учасників. Впродовж 10 (десяти) ...з отримання письмового повідомлення про рішення або голосування із певного ...ід всіх Учасників, Голова Зборів Учасників (обраний на попередніх Зборах ...або за рішенням Учасників, прийнятим шляхом опитування) повідомляє всіх ...про рішення, прийняте шляхом такого опитування.

...тягом 10 (десяти) днів з моменту одержання останнього повідомлення ...голосування, всі Учасники повинні бути проінформовані Генерали ...Товариства про прийняте рішення.



13

…вання цього зобов'язання, Учасник не може посилатися на неотримання повідомлення …ведення Зборів Учасників за новою адресою.

11.6. Порядок денний. Будь-хто з Учасників Товариства вправі вимагати розгляду … на Зборах Учасників, за умови, що воно було ним поставлено не пізніш як за 25 … початку Зборів.

…итань, не включених до Порядку денного, рішення можуть прийматися лише за згодою …ників присутніх на Зборах.

… пізніше як за 7 (сім) днів до проведення Зборів Учасникам Товариства повинна бути …можливість ознайомитися з документами, внесеними до Порядку денного Зборів. Ці …ти можна переглянути і скопіювати у приміщенні Товариства, крім випадків, коли їх …силаються разом із повідомленням про скликання Зборів.

…7. Кворум. На будь-яких Зборах Учасників кворумом вважається присутність, … чи через уповноважених представників, тих Учасників, що володіють у сукупності 60 (шістдесятьма) відсотками голосів.

…що на визначену дату, у визначений час та у визначеному місці проведення …Учасників кворуму не досягнуто, Збори Учасників скликаються повторно, але за …що Учасники повідомляються про це не пізніше, ніж за 30 (тридцять) днів до …ня таких повторних Зборів Учасників. Вимоги щодо кворуму, викладені у … реченні цього пункту 11.7, застосовуються без змін до будь-яких та всіх …скликаних Зборів Учасників.

…. Представники (довірені особи) Учасників. На будь-яких Зборах Учасників … може бути представлений уповноваженим представником (довіреною особою), за …що всі призначення таких представників оформлені у відповідності з вимогами …законодавства України.

… Протоколи. Голова очолює Збори і призначає секретаря, не обов'язково зі …Учасників, для ведення протоколів, і такі протоколи вносяться у журнал …в. Голова та секретар Зборів Учасників підтверджують, що протоколи точно та …мають зміст питань, винесених на розгляд Зборів Учасників.

…1. Голосування. Учасники мають кількість голосів, пропорційну розміру їх … Статутному фонді. Всі рішення приймаються простою більшістю голосів …, присутніх на Зборах, крім випадків, коли згідно з пунктом 11.4 цього Статуту …яття рішення вимагається більша кількість голосів.

…. Форма Зборів. Дії без проведення Зборів Учасників. Впродовж 10 (десяти) …я отримання письмового повідомлення про рішення або голосування із певного …ня всіх Учасників, Голова Зборів Учасників (обраний на попередніх Зборах … або за рішенням Учасників, прийнятим шляхом опитування) повідомляє всіх … про рішення, прийняте шляхом такого опитування.

…тягом 10 (десяти) днів з моменту одержання останнього повідомлення … голосування, всі Учасники повинні бути проінформовані Генерали…і Товариства про прийняте рішення.

З ОРИГІНАЛОМ ЗГІДНО



...шення, прийняті без проведення Зборів Учасників, заносяться разом із записами про ...ення до відповідного протокольного журналу та зачитуються на наступних Зборах ...ів.

## СТАТТЯ 12
## ГЕНЕРАЛЬНИЙ ДИРЕКТОР ТОВАРИСТВА

12.1. Виконавчий орган. Функції виконавчого органу Товариства виконує ...ьний директор. Генеральний директор вирішує усі питання діяльності ...тва, за винятком тих, що належать до компетенції Зборів Учасників, якщо інше ...дбачене рішеннями самих Зборів Учасників чи цим Статутом. Генеральний ...р не має права приймати рішення, обов'язкові для Учасників Товариства.

12.2. Призначення та Строк. Генеральний директор призначається згідно ...ого у пункті 11.3 цього Статуту порядку. Генеральний директор ...ється строком на 3 (три) роки і може переобиратися необмежену кількість

12.3. Обов'язки. До компетенції Генерального директора належать такі питання:

(i) здійснення контролю за поточною діяльністю Товариства та ведення справ Товариства;

(ii) прийняття рішень з усіх та будь-яких питань, які стосуються ведення поточної діяльності Товариства, крім питань, віднесених до компетенції будь-якого іншого органу Товариства відповідно до законодавства України, цього Статуту чи рішення Зборів Учасників;

(iii) підготовка річних звітів, бізнес-планів та річного бюджету;

(iv) керівництво та управління процесом впровадження бізнес-планів, звітування про результати перед Зборами Учасників;

(v) представництво інтересів Товариства та здійснення дій від його імені без довіреності по відношенню до всієї діяльності Товариства в згідно з умовами Установчого договору Товариства та цього Статуту, з урахуванням обмежень, встановлених у пункті 12.4 цього Статуту;

(vi) підписання та забезпечення виконання всіх контрактів, угод та документів, які мають відношення до діяльності Товариства, згідно з обмеженнями, наведеними у пункті 12.4 цього Статуту;

(vii) розробка критеріїв відбору працівників; прийняття на роботу та наймання працівників; визначення їх функцій та посадових обов'язків; контроль та спостереження за їх роботою; заохочення, накладення дисциплінарних стягнень та звільнення працівників;

(viii) забезпечення виконання всіх правил та постанов в сфері управління та функціонування Товариства;

(ix) представлення інтересів Товариства в судах та арбітражах;



(x) представлення інтересів Товариства на загальних зборах акціонерів Київстар чи інших юридичних осіб, власником акцій чи часток яких є Товариство, і голосування акціями чи частками власності таких юридичних осіб, якими володіє Товариство, з урахуванням обмежень, встановлених у пункті 12.4 цього Статуту;

(xi) реалізація додаткових повноважень та виконання додаткових функцій, які можуть бути покладені на нього рішенням Зборів Учасників, виконання своїх основних обов'язків згідно з вказівками Зборів Учасників.

4. Обмеження повноважень Генерального директора щодо укладення правочинів. ...чи на будь-яке положення цього Статуту про інше, Генеральний директор не має ...з чіткого та спеціального попереднього схвалення шляхом письмового рішення ...часників, укладати, підписувати або вчиняти будь-який правочин, трансакцію чи ...о низку правочинів, трансакцій, угод з однією і тією ж стороною або з однією або ...ов'язаними сторонами), або здійснювати будь-яку іншу дію, яка передбачається ...з (н) по (р) (включно) Статті 11.4 цього Статуту. Будь-який правочин, трансакція ...а, укладена, підписана або вчинена, або будь-яка дія, виконана Генеральним ...м з будь-яким порушенням вимог цієї Статті 12.4 не створює будь-яких зобов'язань ...відальності для Товариства. Генеральний директор зобов'язаний повідомляти про ...що містяться у цій Статті 12.4, будь-яку фізичну або юридичну особу, з якою ...ний директор проводить обговорення або переговори щодо будь-яких правочинів, ...й, угод або дій, визначених у цій Статті.

5. Підписання від імені Товариства. Згідно з положеннями п. 12.4 цього Статуту ...утності інших рішень Зборів Учасників, Генеральний директор, діючи одноосібно, ...особа, письмово призначена Генеральним директором, мають право підписувати ...и від імені Товариства.

6. Заборона суміщення посад. Генеральний директор Товариства, не може бути ...візійної комісії та/або Головою Зборів Учасників Товариства.

## СТАТТЯ 13
## РЕВІЗІЙНА КОМІСІЯ

1. Склад. Товариство має Ревізійну комісію, що складається щонайменше з (трьох) ...і якої призначаються (і можуть бути звільнені) Зборами Учасників.

2. Обов'язки. Ревізійна комісія засвідчує річні бухгалтерські і фінансові звіти, ...звіти про отримані прибутки і загальні збитки, а також податкові декларації, ...далі - Річні звіти), та, крім цього, надає допомогу Генеральному директорові та ...садовим особам з питань податкового та фінансового менеджменту Товариства ...комісія також перевіряє законність діяльності Генерального директора, ...осіб та працівників Товариства. Ревізійна комісія може вимагати скликання ...их Зборів Учасників у випадках, коли нею виявлена загроза життєво важливим ...Товариства або встановлено факт зловживання майном Товариства його ...ами.

... Звітність. Протягом 3 (трьох) місяців після закінчення кожного фінансового ...йна комісія засвідчує і подає на розгляд Генерального директора та Загальних ...зовнішній Аудиторський звіт з детальним аналізом і коментарем Річних звітів ...На вимогу Зборів Учасників Ревізійна комісія подає інші звіти.

З ОРИГІНАЛОМ ЗГІДНО

1/6

## СТАТТЯ 14
## ФІНАНСОВА ДОКУМЕНТАЦІЯ, БУХГАЛТЕРСЬКА ЗВІТНІСТЬ І АУДИТОРСЬКІ ПЕРЕВІРКИ

нансовий рік. Фінансовий рік Товариства починається 1 січня і грудня. Принципи бухгалтерського обліку та аудиторських перевірок нні відповідати вимогам цього Статуту, рішенням Зборів Учасників та вства України.

нансова звітність. Товариство веде повний і точний фінансовий і облік згідно з основними принципами, встановленими Генеральним затвердженими Зборами Учасників, і такий облік точно відображає всі ки, доходи, витрати, активи і пасиви Товариства. Крім бухгалтерської ка ведеться відповідно до українського законодавства про здійснення діяльності, щоквартально і щорічно готуються і розповсюджуються серед й баланс, звіт про прибутки і збитки, звіт про розміщення коштів та інші менти, підготовлені згідно з міжнародними стандартами бухгалтерського ві звіти Товариства складаються і підписуються Генеральним директором і галтером і щорічно засвідчуються Ревізійною комісією. На вимогу надається доступ до всієї фінансової і бухгалтерської документації

ві аудитори. Крім аудиторських перевірок, які можуть проводитися аудиторськими організаціями згідно з вимогами законодавства України, є право за власний рахунок призначати незалежних аудиторів, які можуть дь-якої країни, для проведення річних та інших періодичних аудиторських рства згідно з міжнародними стандартами бухгалтерського обліку.

## СТАТТЯ 15
## ВИХІД З ТОВАРИСТВА

почись положень цього Статуту та вимог чинного законодавства, Учасник може вийти у будь-який час шляхом продажу його частки у Товаристві іншим або третім особам, та/або Товариству, за умови що такий Учасник повністю вніс

## СТАТТЯ 16
## ВИКЛЮЧЕННЯ УЧАСНИКА З ТОВАРИСТВА

кавчи на положення Статті 17 Установчого Договору, Учасника Товариства, що не виконує, або неналежним чином виконує обов'язки або перешкоджає досягненню цілей Товариства, може бути виключено з Товариства на основі в Учасників, за яке проголосували Учасники, що володіють у сукупності більш як на) відсотками загальної кількості голосів Учасників Товариства. При цьому цей представник) у голосуванні участі не бере.



СТАТТЯ 17

[illegible]ЕННЯ ДІЯЛЬНОСТІ (РЕОРГАНІЗАЦІЯ) ТА ЛІКВІДАЦІЯ ТОВАРИСТВА

1. Загальні положення. Припинення діяльності Товариства здійснюється [illegible] його реорганізації (злиття, приєднання, поділу, виділення, перетворення) або [illegible]. У випадку реорганізації, всі права та зобов'язання Товариства переходять до [illegible] наступника.

2. Підстави для ліквідації. Товариство може бути ліквідоване у таких випадках:

(i) за рішенням Зборів Учасників згідно з підпунктом [illegible] пункту 11.4 цього Статуту; або

(ii) на підставі рішення суду або арбітражного суду згідно з законодавством України.

[illegible] Ліквідаційна комісія. Питання припинення діяльності Товариства та [illegible] його активів належать до компетенції Ліквідаційної комісії, яка призначається Зборами [illegible] судом або арбітражним судом.

[illegible] Управління, яке здійснюється Ліквідаційною комісією. Починаючи з дати [illegible] Ліквідаційної комісії, до неї переходять всі повноваження щодо управління Товариства. У строки, що визначаються або дозволяються законодавством України, [illegible] комісія публікує інформацію про ліквідацію Товариства в одному офіційних [illegible] і місцевому органів преси, визначає граничні строки подання [illegible] претензій та повідомляє про них кредиторів, здійснює оцінку наявного майна [illegible] Товариства, публікує список дебіторів і кредиторів Товариства та [illegible] з ними, вживає заходів щодо сплати заборгованості Товариства перед [illegible], третіми особами та Учасниками, складає ліквідаційний баланс і [illegible] на розгляд Зборів Учасників, та виконує інші функції, передбачені [illegible] України.

[illegible] Ліквідаційний баланс. Ліквідаційна комісія готує до запропонованої дати [illegible] фінансовий звіт (далі - Ліквідаційний баланс), в якому показані всі активи, [illegible] після розрахунків по неоплачених зобов'язаннях, включаючи, зокрема, податки [illegible], заборгованості банкам і постачальникам з терміном сплати до або після дати [illegible]. Ліквідаційна комісія подає на розгляд Зборів Учасників Ліквідаційний баланс разом [illegible] звітом про хід ліквідації і пропозиціями щодо розрахунків по будь-яким [illegible], що залишилися, а також стосовно розпорядження залишком активів Товариства.

[illegible] Розподіл активів/надходжень від ліквідації Товариства. Після затвердження [illegible] балансу Зборами Учасників, Ліквідаційна комісія розпочинає ліквідацію [illegible]. Після припинення діяльності Товариства Ліквідаційна комісія, за рішенням [illegible], повинна продати всі активи Товариства з метою отримання коштів на [illegible] витрат, пов'язаних з ліквідацією Товариства, врегулювання всіх інших [illegible] та розподілу коштів, що залишилися (за наявності), між Учасниками [illegible] їх відповідними частками у Товаристві, за умови, однак, що якщо грошових [illegible] активів Товариства достатньо для того, щоб врегулювати всі невиконані [illegible], а Акції Київстар не були продані до прийняття рішення про ліквідацію [illegible], Ліквідаційна комісія не повинна продавати Акції Київстар, а мусить [illegible] їх між Учасниками пропорційно розміру їх відповідних часток у Статутному

[illegible] ОРИГІНАЛОМ [illegible]

[illegible]згідно з умовами установчих документів Київстар та будь-якого відповідного [illegible]у між акціонерами.

17.7 Припинення діяльності Товариства. Ліквідаційна комісія

(i) забезпечує надійне зберігання усієї бухгалтерської та облікової документації [illegible] встановленого законодавством строку; та

(ii) вживає заходів щодо вилучення Товариства з відповідного реєстру [illegible] мета.

[illegible] Товариства вважається закінченою, а Товариство вважається таким, що [illegible] діяльність з моменту відображення цього факту у відповідному державному [illegible]

**СТАТТЯ 18.**
**ПОВІДОМЛЕННЯ**

[illegible] повідомлення або інша інформація, які повинні надаватися за цим Статутом, [illegible] у письмовій формі. Така інформація або повідомлення вважається [illegible] наданим, якщо воно доставляється методом прямо визначеним цим [illegible] такий метод прямо не визначено у цьому Статуті, то повідомлення [illegible] належним чином наданим, якщо воно доставляється особисто, авіапоштою, [illegible]ксом чи факсом Учаснику, якому воно повинно або може надаватися, на [illegible] адресу такого Учасника або на іншу адресу, про яку такий учасник сповіщає [illegible] та Товариство. Такі повідомлення або інша формація надсилаються [illegible] їх адресами та факсами, вказаними в Установчому договорі Товариства.

[illegible] товариства з обмеженою відповідальністю «СТОРМ»:

[illegible] "Альпрен Лімітед" (Кіпр),
[illegible] Олександри Сергіївни Мальцевої, що [illegible] довіреності від 05 січня 2006 року, [illegible] приватним нотаріусом Київського міського [illegible] округу Левченко В.М. 05 січня 2006 року за [illegible] № 33

[illegible] „Хіралтій Лімітед" (Кіпр),
[illegible] Катерини Сергіївни Коваль, що діє на [illegible] довіреності, виданої 11 листопада 2005 року та [illegible] регіональним уповноваженим міста Нікосія [illegible] 18 листопада 2005 року за номером 142140/05.

З ОРИГІНАЛОМ [illegible]

м. Ки-

Левицький Р.В.