# EXHIBIT N
# PART 25











СТАТТЯ 10
**КЕРІВНІ ОРГАНИ ТОВАРИСТВА**

Керівними органами Товариства є:

(i)     Збори Учасників;

(ii)    Генеральний директор; та

(iii)   Ревізійна комісія.

СТАТТЯ 11
**ЗБОРИ УЧАСНИКІВ ТОВАРИСТВА**

11.1.   Найвищий орган. Найвищим органом Товариства, уповноваженим приймати рішення, є Збори Учасників, які можуть проводитися – форм Загальних Збори або Збори Учасників проводяться всіх правами та повноваженнями, які не надані іншим статутним органам Товариства.

11.2. Голова Товариства. Збори Товариства «Зборах Голова Товариства. Голова Товариства може бути обраним Головою Збори Товариства при проведенні Збори Учасників. Голова Товариства уповноважений скликати Збори Учасників згідно пункту 11.3.2 нижче, забезпечує проведення письмових опитувань для прийняття рішень Учасниками Товариства без проведення Збори Учасників.

11.3   Загальні та Позачергові збори

11.3.1  Загальні збори. Загальні збори Учасників (далі – Загальні збори) проводяться принаймні один (1) рік на рік. Учасники також можуть приймати рішення методом проведення письмового опитування згідно з правилами, викладеними у пункті 11.11 цього Статуту.

11.3.2  Позачергові збори. Позачергові збори Учасників організуються з метою непередбачуваності Товариства, на вимогу Голови Товариства за/або Ревізійної комісії та/або Генерального директора, у будь-якому випадку коли цього вимагають інтереси Товариства, а також на вимогу Учасника Товариства, що у сукупності володіють більш як 20 (двадцятьма) відсотками голосів. Якщо протягом 25 (двадцяти п'яти) днів після отримання такої вимоги Учасників Голова не скликав Позачергові збори, такі Учасники вправі самі скликати Позачергові збори.

11.4    Компетенція Збори Учасників. Згідно з законодавством України будь-чи Загальні або Позачергові Збори Учасників мають виключними правами наступне:

(i)     визначення основних напрямків діяльності Товариства, затвердження планів і звітів про їх виконання;

(ii)    внесення змін до Статуту Товариства, включаючи зміни розміру Статутного фонду Товариства.

12









[illegible]

## СТАТТЯ 15
### ВИХІД З ТОВАРИСТВА

Дотримуючись положень цього Статуту та вимог чинного законодавства України, може вийти з Товариства у будь-який час шляхом продажу його частки ... або іншим Учасникам та/або третім особам, якщо Товариству, за умови що такий ... повідомить він свій намір ...

## СТАТТЯ 16
### ВИКЛЮЧЕННЯ УЧАСНИКА З ТОВАРИСТВА

За винятком зі положень Статті 12 Установчого Договору, Учасник Товариства відмовляється не виконує, або неналежний чином виконує обов'язки, або своїм діями перешкоджає досягненню цілей Товариства, може бути виключений з ... на основі рішення Збору Учасників, за яке проголосували Учасники, що є у сукупності більш ніж 50 (п'ятдесят) відсотків загальної кількості голосів ... Товариства. При цьому цей Учасник (його представник) у голосуванні участі не ...

## СТАТТЯ 17
### ЗМІНА ДІЯЛЬНОСТІ (РЕОРГАНІЗАЦІЯ) ТА ЛІКВІДАЦІЯ ТОВАРИСТВА

17.1. **Загальні положення.** Припинення діяльності Товариства здійснюється з його реорганізацією (злиття, приєднання, поділ, виділення, перетворення) або ... . У випадку реорганізації, всі права та зобов'язання Товариства переходять за ... .

17.2. **Підстави для ліквідації.** Товариство може бути ліквідованим у таких ...:

(i)   за рішенням Збору Учасників відповідно з параграфом ... пункту 11.4 цього Статуту; або

(ii)  на підставі рішення суду або арбітражного суду згідно з законодавством України.

17.3. **Ліквідаційна комісія.** Питання припинення діяльності Товариства і ... його активів належить до компетенції Ліквідаційної комісії, яка призначається за Учасники, судом або арбітражним судом.

17.4. **Управління, що здійснюється Ліквідаційною комісією.** Починаючи з дати ... Ліквідаційної комісії, до неї переходять всі повноваження щодо управління ... Товариства. У строки що визначаться або дозволяються законодавством ... Ліквідаційна комісія публікує інформацію про ліквідацію Товариства в одному з ... (загальнодержавному) місцевому органи преси, визначає граничні строки ... кредиторами претензій та позивачам про них зверненню, здійснює опис ... майна (активне і пасивне) Товариства, публікує списки, дебіторів та кредиторів ... та розраховується з ними, вклад, заходи для ... ..., перед працівниками, третьої чергою та Учасниками, ...



