# EXHIBIT N
# PART 26

# EXHIBIT 12

*PHOTOCOPY*
*40*

REGISTERED

By the State Administration of
Solomyansky District in Kyiv
Registration № _____
"___" _____ 2004

APPROVED

by Meeting of the Equity Holders
of the Limited Liability Company "Storm"
Minutes № 24
dated "3" September 2004
These amendments and addenda № 3 is the
integral part of Charter
*[Seal of the "Storm" LLC]*

State registration of the amendments
to the statutory documents is PERFORMED
Date of registration *24.09.2004*
Number of the record *1073105002000003*
State registrar *[Signature]*

*[Stamp of the State Registrar of the State Administration
of Solomyansky district in Kyiv]*

## AMENDMENTS AND ADDENDA № 3
### of the September 3, 2004

### to Charter
### of "Storm" Limited Liability Company

### (in the new edition of June 26, 2002)

**Kyiv-2004**

IN ACCORDANCE WITH THE ORIGINAL

41

**AMENDMENTS AND ADDENDA № 3**
**to Charter**
**of "Storm" Limited Liability Company**

Ukraine, Kyiv, September 3, 2004

*These Amendments and addenda № 3 to Charter of "Storm" Limited Liability Company* in the new edition as of June 26, 2002, as amended and supplemented on October 7, 2002, registered at the State Administration of Solomyansky district in Kyiv on July 5, 2002, and October 10, 2002, (hereinafter – "Charter") provide as follows:

Article 4 of Charter shall read as follows:

"The Equity holders of the Company are:

*Alfa Telecom Limited*, a legal entity incorporated under the laws of the British Virgin Islands, its registered office being: POB 3339, Geneva Place, 2nd floor, 333 Waterfront Drive, Road Town, Tortola, British Virgin Islands; and

*Alpren Limited,* a legal entity incorporated under the laws of Cyprus, its registered office being: *3 Themistocles Dervis Street, Julia House, 1st Floor, 1066, Nicosia, Cyprus*

Hereinafter referred to as "the Equity Holders".

Section 7.3 of Article 7 of Charter shall be read as follows:

"7.3    Shares and contributions of the Equity Holders.

7.3.1   Share of *Alfa Telecom Limited* in the Statutory Fund of the Company amounts to 50,1 %.

Contribution of *Alfa Telecom Limited* to the Statutory Fund of the Company amounts to 175,311,512.97 hryvnas (one hundred and seventy five million three hundred and eleven thousand five hundred and twelve hryvnas and ninety-seven kopiykas), which equals to USD 34,346,244.25 (thirty four million three hundred and forty six thousand two hundred and forty four US dollars, twenty five cents).

7.3.2   Share of *Alpren Limited* in the Statutory Fund of the Company amounts to 49,9 %.

Contribution of *Alpren Limited* to the Statutory Fund of the Company amounts to 174,611,666.61 hryvnas (one hundred and seventy four million six hundred and eleven thousand six hundred and sixty six hryvnas, sixty one kopiykas), which equals to USD 34,209,133.71 (thirty four million two hundred and nine thousand one hundred and thirty three US dollars, seventy one cents).

Each and any other term and provision of Charter remains in force and is valid under the Ukrainian law.

These Amendments and addenda № 3 to Charter constitute its integral part, and are valid and mandatory for the Equity Holders and their respective legal successors.

These Amendments and addenda № 3 to Charter are concluded in Ukrainian language.

IN ACCORDANCE WITH THE ORIGINAL

*42*

IN WITNESS THEREOF, the Equity Holders entrusted their duly authorized undersigned representatives to amend and supplement Charter and to sign these Amendments and addenda № 3 dated September 3, 2004, in two copies, each of them being equally authentic.

**THE EQUITY HOLDERS OF "STORM" LIMITED LIABILITY COMPANY**

*The correction made in the second paragraph of section 1 shall be read: 3 Themistocles Dervis Street, Julia House, 1st Floor, 1066, Nicosia, Cyprus, while what is crossed out shall not be read.*

Company ***Alfa Telecom Limited,*** represented                    *[Signature]*
by Mr. Modin Oleksy Mykolayovich acting
on the grounds of Power of Attorney of September 2, 2004


Company ***Alpren Limited,*** represented                          *[Signature]*
by Ms. Fedorova Nataliya Gennadyivna acting
on the grounds of Powers of Attorney of July 8, 2004


                                                        Ky-

IN ACCORDANCE WITH THE ORIGINAL

*[Certified, signed and sealed by Notary]*

*[round stamp of Private Notary Kravchenko Inessa Volodymyrivna]*

> *[Sealed]*
> Stitched and numbered
> On four pages on December 7, 2005
> Private Notary Sydorkina V.G. *[signature]*

*[Signature and the round seal of Private Notary Sydorkina Viktoriya Grygorivna]*

On December 7, 2005, I, Sydorkina V.G., private Notary of the Kyiv city notary district, certify the authenticity of this photocopy.

Registered in the Register under № 1767
*Payment charged according to Article 31 of the Law of Ukraine "On Notariate"*

Private Notary Sydorkina V.G. *[signature]*
*[the round seal of Private Notary Sydorkina Viktoriya Grygorivna]*

> *[Sealed]*
> According to original
> *[Signature]*

IN ACCORDANCE WITH THE ORIGINAL



ЗАРЕЄСТРОВАНО

Солом'янською районною державною
адміністрацією м. Києва
Реєстраційний № _____
"___" _____ 2004 р.

ЗАТВЕРДЖЕНО

Зборами учасників
Товариства з обмеженою
відповідальністю „Сторм"
Протокол № 24
від 3 вересня 2004 р.

Державну реєстрацію змін до установчих
документів ПРОВЕДЕНО
Дата реєстрації 24.09.2004р
Номер запису 1023.105.0002.000003
Державний реєстратор

ЗМІНИ ТА ДОПОВНЕННЯ № 3
від 3 вересня 2004 р.

до Статуту
Товариства з обмеженою відповідальністю "Сторм"

(у новій редакції від 26 червня 2002 р.)

м. Київ – 2004 р.



**ЗМІНИ ТА ДОПОВНЕННЯ № 3**
до Статуту
Товариства з обмеженою відповідальністю "Сторм"

Україна, м. Київ, 3 вересня 2004 р.

Ці Зміни та доповнення № 3 до Статуту Товариства з обмеженою відповідальністю "Сторм" у новій редакції від 26 червня 2002 року, із змінами і доповненнями від 7 жовтня 2002 року, зареєстрованими Солом'янською районною державною адміністрацією м. Києва відповідно 5 липня 2002 року і 10 жовтня 2002 року – "Статут"), укладені про наступне:

Статтю 4 Статуту викласти у такій редакції:

"Учасниками Товариства є:

**Альфа Телеком Лімітед** (англійською мовою - "Alfa Telecom Limited"), юридична особа, яка створена згідно із законодавством Британських Віргінських Островів, з місцезнаходженням за адресою: п/с 3339, Женева Плейс, 2-й поверх, 333 Вотерфрант Драйв, Роуд Таун, Тортола, Британські Віргінські Острови (англійською мовою - P.O. Box 3339, Geneva Place, 2nd Floor, 333 Waterfront Drive, Road Town, Tortola, British Virgin Islands); та

**Альпрен Лімітед** (англійською мовою –"Alpren Limited"), юридична особа, яка створена у встановленому порядку згідно із законодавством Кіпру, з місцезнаходженням за адресою Еленіон білдінг, Темістоклє Дервіс Стріт, 2-й поверх, CY-1066, Нікосія 1066, Кіпр, (англійською мовою - Alpren Limited, Elenion Building, 5 Themistocles Dervis Street 2nd Floor, CY-1066 Nicosia 1066 Cyprus)

надалі разом – "Учасники".

Викласти п. 7.3 статті 7 Статуту у такій редакції:

7.3    Частки і вклади Учасників.

7.3.1    Частка **Альфа Телеком Лімітед** у Статутному фонді Товариства становить 50,1 відсотку.

Вклад **Альфа Телеком Лімітед** у Статутний фонд Товариства складає 175 311 512.97 гривень (сто сімдесят п'ять мільйонів триста одинадцять тисяч п'ятсот дванадцять гривень дев'яносто сім копійок), еквівалентних 34 346 244.25 доларів США (тридцяти чотирьом мільйонам трьомстам сорока шести тисячам двомстам сорока чотирьом доларам США і двадцяти п'яти центам).

2

З ОРИГІНАЛОМ
ЗГІДНО

7.3.2  Частка *Альпрен Лімітед* у Статутному фонді Товариства становить 49,9 відсотку.

Вклад *Альпрен Лімітед* у Статутний фонд Товариства складає 174 611 666.61 гривень (сто сімдесят чотири мільйони шістсот одинадцять тисяч шістсот шістдесят шість гривень шістдесят одна копійка), еквівалентних 34 209 133.71 доларів США (тридцяти чотирьом мільйонам двомстам дев'яти тисячам ста тридцяти трьом доларам США і сімдесят одному центу)."

Будь-які та всі інші умови та положення Статуту залишаються в силі і зберігають чинність відповідно до законодавства України.

Ці Зміни та доповнення № 3 до Статуту становлять його невід'ємну частину і є обов'язковими і дійсними для Учасників та їх відповідних правонаступників.

Ці Зміни та доповнення № 3 до Статуту укладаються українською мовою.

А ПІДТВЕРДЖЕННЯ ЦЬОГО, Учасники доручили своїм належним чином овноваженим представникам, які підписалися нижче, внести зміни та доповнення до гатуту та підписали ці Зміни та доповнення № 3 від 3 вересня 2004 року у двох зимірниках, кожний з яких має однакову юридичну силу.

ЧАСНИКИ ТОВАРИСТВА З ОБМЕЖЕНОЮ ВІДПОВІДАЛЬНІСТЮ "СТОРМ"

ompанія "Альфа Телеком Лімітед"
особі Модіна Олексія Миколайовича, який
на підставі довіреності від 2 вересня 2004 р.

Компанія "Альпрен Лімітед"

особі Федорової Наталії Геннадіївни, яка
на підставі довіреності від 8 липня 2004 р.

Місто Ки-



З ОРИГІНАЛОМ
ЗГІДНО

3



Із третього вересня дві тисячі четвертого року я, Ракитянський В.А., ...
Київського міського нотаріального округу, засвідчую справжність ...
компанії „Альфа Телеком Лімітед" громадянина Росії Модіна Олекса...
представника компанії „Альврен Лімітед" громадянина Росії Федорової Н...
які зроблено у моїй присутності.

Особу представників встановлено, повноваження їх переві...

Зареєстровано в реєстрі за № 2200, 2201.

Стягнуто ... відповідно згідно зі ст. 31 Закону Укра...

АРЕЕСТРОВ...

07 грудня 2005 року я, Сидоркіна В.Г.,
приватний нотаріус Київського міського
нотаріального округу, засвідчую вірність цієї
фотокопії.

Зареєстровано в реєстрі за № 1331
Стягнуто плати згідно ст.31 Закону
України „Про нотаріат".

Приватний нотаріус ___ /Сидоркіна В.Г./

Прошито та ...
на 3 (три) ...
аркушах ...

Приватний нотар...
/Сидоркіна В.Г./

В цьому документі пронумеровано,
прошито та скріплено печаткою
3 (три) аркуші.

Приватний
нотаріус ___ В.А. Ракитянський

# EXHIBIT 13

*Photocopy*
*43*

REGISTERED
State Administration of Solomyansky region
Registration № _____
of " __ " _____ 2004

APPROVED
By Decision of the Meeting of the Equity Holders
Of "Storm" Limited Liability Company
Minutes № 23 of June 7, 2004

*[Sealed]*
State registration of amendments
to foundational documents is
made
Date: 13.07.04
Record N: 1073 105 001 000003
State registrator ___ *[Signature]*

*[Round seal of the State Registrar]*

## AMENDMENTS № 2
## TO
## CHARTER
## of "Storm" Limited Liability Company
## (new edition of June 26, 2002)

*[Sealed]*
According to original
*[Signature]*

Kyiv – 2004

The present AMENDMENTS № 2 to Charter of "Storm" Limited Liability Company (new edition of June 26, 2002) registered by the State Administration of Solomyansky District of Kyiv on July 5, 2002, adopted by Decision of the Meeting of the Equity Holders of "Storm" Limited Liability Company (Minutes №23 of June 7, 2004).

I.    *Article 7.3 of the Charter shall amended as follows:*

   "Shares and contributions of the Equity Holders.

7.3.1    The share of Tumanova S.Y. in the Statutory Fund of the company amounts to 0.00717 percent.

The contribution of Tumanova S.Y. into the Statutory Fund of the Company amounts to 22,149.54 hryvnas (twenty two thousand one hundred and forty nine hryvnas, fifty four kopiykas), which equals to US Dollars 4,915.8 (four thousand nine hundred and fifteen US Dollars, eighty cents).

7.3.2    The share of Lytovchenko V.V. in the Statutory Fund of the Company amounts to 0.00191 per cent.

The contribution of Lytovchenko V.V. into the Statutory Fund of the Company amounts to 5,900.02 hryvnas (five thousand nine hundred hryvnas, two kopiykas), which equals to US Dollars 1,309.34 (one thousand three hundred and nine US Dollars, thirty four cents).

7.3.3    The share of Mobile Telecom Finance in the Statutory Fund of the Company amounts to 9.00721 per cent.

The contribution of Mobile Telecom Finance into the Statutory Fund of the Company amounts to 31,518,987.65 hryvnas (thirty one million five hundred and eighteen thousand nine hundred and eighty seven hryvnas, sixty five kopiykas), which equals to US Dollars 6,174,926.81 (six million one hundred seventy four thousand nine hundred and twenty six US Dollars, eighty one cents).

7.3.4    The share of E.C. Venture Capital in the Statutory Fund of the Company amounts to 23,98467 per cent.

The contribution of E.C. Venture Capital into the Statutory Fund of the Company amounts to 83,928,362.90 hryvnas (eighty three million nine hundred and twenty eight thousand three hundred and sixty two hryvnas, ninety kopiykas), which equals to US Dollars 16,442,781.12 (sixteen million four hundred and forty two thousand seven hundred and eighty one US Dollars, twelve cents).

*[Sealed]*
According to original
*[Signature]*

7.3.5    The share of Euroquest Commerce Limited in the Statutory Fund of the Company amounts to 16.89904 per cent.

The contribution of Euroquest Commerce Limited into the Statutory Fund of the Company amounts to 59,136,266.50 hryvnas (fifty nine million one hundred and thirty six thousand two hundred and sixty six hryvnas, fifty kopiykas), which equals to US Dollars 11,585,200.64 (eleven million five hundred and eighty five thousand two hundred US Dollars, sixty four cents).

7.3.6    The share of Alfa Telecom Limited in the Statutory Fund of the Company amounts to 50.1 per cent.

The contribution of Alfa Telecom Limited into the Statutory Fund of the Company amounts to 175,311,512.97 hryvnas (one hundred and seventy five million three hundred and eleven thousand five hundred and twelve hryvnas, ninety seven kopiykas), which equals to US Dollars 34,346,244.25 (thirty four million three hundred and forty six thousand two hundred and forty four US Dollars, twenty five cents).

**EQUITY HOLDERS of "Storm" Limited Liability Company:**

| | |
|---|---|
| Tumanova S.Y. | *[Signature]* |
| Lytovchenko V.V. | *[Signature]* |
| Company "Mobile Telecom Finance"(USA)<br>Represented by Borys Gudyma,<br>acting under proxy of October 10, 2003 | *[Signature]* |
| E.C. Venture Capital (Switzeland)<br>Represented by Yuriy Tumanov,<br>acting under proxy of October 13, 2003 | *[Signature]* |
| Euroquest Commerce Limited (Cyprus)<br>Represented by Yuriy Zhukov,<br>acting under proxy of January 14, 2002 | *[Signature]* |

*[Sealed]*
According to original
*[Signature]*

3

*46*

On June 8, 2004, I, Kravchenko I.V. private Notary of the Kyiv city notary district, certify the authenticity of the signatures of Ms. Tumanova Svitlana Yuriyivna, Ms. Lytovchenko Vladlena Volodymyrivna, Mr. Gudyma Borys, acting under proxy of Company "Mobile Telecom Finance" (USA), Mr.Tumanov Yuriy, acting under proxy of Company "E.C. Venture Capital" (Switzerland), Mr. Zhukov Yuriy, acting under proxy of Company "Euroquest Commerce Limited" (Cyprus), Mr. Modin Alaksej, acting under proxy of Company "Alfa Telecom Limited" (British Virgin Islands), done in my presence. The identity of Ms. Tumanova S.Y., Ms. Lytovchenko V.V., Mr. Gudyma B., Mr.Tumanov Y., Mr. Zhukov Y., Mr. Modin A., who have signed the document, is confirmed, the authority of the representatives is verified.

　　　Registered in the Register under № 1792, 1793, 1794.

　　　The payment charged – according to Article 31 of the Law of Ukraine "On Notariate" and the State Tax rate under the Decree of the President of Ukraine of 10.07.1998 № 762/98.

　　　PRIVATE NOTARY

*[Signature and the round seal of Private Notary Kravchenko Inessa Volodymyrivna]*

*[round stamp of Private Notary Kravchenko Inessa Volodymyrivna]*

*[Sealed]*
Stitched and numbered
On four pages on December 7, 2005
Private Notary Sydorkina V.G. *[signature]*

*[Signature and the round seal of Private Notary Sydorkina Viktoriya Grygorivna]*

On December 7, 2005, I, Sydorkina V.G., private Notary of the Kyiv city notary district, certify the authenticity of this photocopy.

Registered in the Register under № 1767
Payment charged according to Article 31 of the Law of Ukraine "On Notariate"

Private Notary Sydorkina V.G. *[signature]*
*[the round seal of Private Notary Sydorkina Viktoriya Grygorivna]*

*[Sealed]*
According to original
*[Signature]*

4

Company "Alfa Telecom Limited" (British Virgin Islands)          *[Signature]*
Represented by Aleksey Modin,
acting under proxy of June 4, 2004



ЗАРЕЄСТРОВАНО

Солом'янська районна
держадміністрація м. Києва
реєстраційний № _____
" ___ " _____ 2004 р.

ЗАТВЕРДЖЕНО

Рішенням Зборів учасників
Товариства з обмеженою відповідальністю
"СТОРМ"
Протокол № 23 від 7 червня 2004 р.

Державну реєстрацію змін до установчих
документів ПРОВЕДЕНО
Дата реєстрації 13.07.04
Номер запису 1 073 105 001 000003
Державний реєстратор _____

# ЗМІНИ №2
## ДО
## СТАТУТУ
### ТОВАРИСТВА З ОБМЕЖЕНОЮ ВІДПОВІДАЛЬНІСТЮ
### "СТОРМ"
(нова редакція від 26 червня 2002 року)

З ОРИГІНАЛОМ
ЗГІДНО

м. Київ - 2004 р.

тексті ЗМІНИ №2 до Статуту товариства з обмеженою відповідальністю "СТОРМ" (нова редакція від 26 червня 2002 року), зареєстрованого Солом'янською районною державною адміністрацією м. Києва 5 липня 2002 року, затверджені рішенням Зборів учасників товариства з обмеженою відповідальністю "Сторм" (Протокол №23 від 7 липня 2004 року).

1. *Статтю 7.3 Статуту викласти у наступній редакції:*

   "*Частки та вклади Учасників.*

   7.3.1.   Частка *Туманової С.Ю.* у Статутному фонді Товариства становить 0,00717 процентів.

      Вклад *Туманової С.Ю.* до Статутного фонду Товариства складає 22 149,54 гривень (двадцять дві тисячі сто сорок дев'ять гривень та п'ятдесят чотири копійки), що дорівнює 4 915,8 доларам США (чотирьом тисячам дев'ятсот п'ятнадцяти доларам США та вісімдесяти центам).

   7.3.2.   Частка *Литовченко В.В.* у Статутному фонді Товариства становить 0,00191 процентів.

      Вклад *Литовченко В.В.* до Статутного фонду Товариства складає 5 900,02 гривень (п'ять тисяч дев'ятсот гривень та дві копійки), що дорівнює 1 309,34 доларам США (одній тисячі триста дев'яти доларам США та тридцяти чотирьом центам).

   7.3.3.   Частка *Мобайл Телеком Файненс* у Статутному фонді Товариства становить 9,00721 процентів.

      Вклад *Мобайл Телеком Файненс* до Статутного фонду Товариства складає 31 518 987,65 гривень (тридцять один мільйон п'ятсот вісімнадцять тисяч дев'ятсот вісімдесят сім гривень та шістдесят п'ять копійок), що дорівнює 6 174 926,81 доларам США (шести мільйонам сто семидесяти чотирьом тисячам дев'ятсот двадцяти шести доларам США та восьмидесяти одному центу).

   7.3.4.   Частка *Е.С. Венчер Кепітал* у Статутному фонді Товариства становить 23,98467 процентів.

      Вклад *Е.С. Венчер Кепітал* до Статутного фонду Товариства складає 83 928 362,90 гривень (вісімдесят три мільйони дев'ятсот двадцять вісім тисяч триста шістдесят дві гривні та дев'яносто копійок), що дорівнює 16 442 781,12 доларам США (шістнадцяти мільйонам чотириста сорок двом тисячам сімсот вісімдесят одному долару США та дванадцяти центам).

2



7.3.5. Частка *Юроквест Комерс Лімітед* у Статутному фонді Товариства становить 16,89904 процента.

Вклад *Юроквест Комерс Лімітед* до Статутного фонду Товариства складає 59 136 266,50 гривень, (п'ятдесят дев'ять мільйонів сто тридцять шість тисяч двісті шістдесят шість гривень 50 копійок), що дорівнює 11 585 200,64 доларам США (одинадцять мільйонів п'ятсот вісімдесят п'ять тисяч двісті доларам США та шістдесяти чотирьом центам).

7.3.6. Частка *Альфа Телеком Лімітед* у Статутному фонді Товариства становить 50,1 процента.

Вклад *Альфа Телеком Лімітед* до Статутного фонду Товариства 175 311 512,97 гривень, (сто сімдесят п'ять мільйонів триста одинадцять тисяч п'ятсот дванадцять гривень та дев'яносто сім копійок), що є еквівалентом 34 346 244,25 доларам США (тридцять чотирьом мільйонам триста сорока шести тисячам двісті сорока чотирьом доларам США та двадцяти п'яти центам)."

**УЧАСНИКИ товариства з обмеженою відповідальністю «СТОРМ»:**

Туманова Світлана Юріївна

Звягінцево Владлена Володимирівна

Компанія "Мобайл телеком файненс" (США)
в особі представника Бориса Гуліми,
що діє на підставі доручення від 10 жовтня 2003 р.

Компанія "Е.С. Венчер Кепітал" (Швейцарія)
в особі представника Юрія Туманова,
що діє на підставі доручення від 13 жовтня 2003 р.

Компанія "Юроквест комерс лімітед" (Кіпр)
в особі представника Юрія Жукова,
що діє на підставі доручення від 14 січня 2002 р.

3



"08" червня 2004 року я, *Кравченко І.В.,* приватний нотаріус Київського міського нотаріального округу, засвідчую справжність підписів гр. Туманової Світлани Юріївни, гр.Литовченко Владлени Володимирівни, гр.Гудими Бориса, котрий діє за дорученням Компанії "Мобайл телеком файненс" (США), гр.Туманова Юрія, котрий діє за дорученням Компанії Е.С.Венчер Кепітал" (Швейцарія), гр.Жукова Юрія, котрий діє за дорученням Компанії "Юроквест комерс лімітед" (Кіпр), гр Модіна Алексєя, котрий діє за дорученням Компанії "Альфа Телеком Лімітед" (Британські Вірджінські Острови), які зроблено у мой присутності. Особу гр. Туманової С.Ю., гр.Литовченко В.В., гр.Гудими Б., гр.Туманова Ю., гр.Жукова Ю., Модіна ...., гр., які підписали документ, встановлено, повноваження представників перевірено.

Зареєстровано в реєстрі за № 1792, 1793, 1794.

Стягнуто плату - відповідно до статті 31 Закону України «Про нотаріат», а також розмір ставки державного мита відповідно до вимог Указу Президента України від 10.07.1998 року №762/98.

ПРИВАТНИЙ НОТАРІУС

Прошито та пронумеровано на 4 (чотири) аркушах .......... 2005 року.

Приватний нотаріус /Сидоркіна В.Г./

... грудня 2005 року я, Сидоркіна В.Г., ...ватний нотаріус Київського міського ...аріального округу, засвідчую вірність цієї ...копії.

...еєстровано в реєстрі за № 1768

...мнення плати згідно ст.31 Закону ...аїни "Про нотаріат".

...атний нотаріус /Сидоркіна В.Г./

З ОРИГІНАЛОМ ЗГІДНО