# EXHIBIT N
# PART 27



Компанія "Альфа Телеком Лімітед" (Британські Вірджінські Острови), в особі представника Алексея Моліна, що діє на підставі Довіреності від 4 червня 2004 р.

ЗАРЕЄСТРОВАНО

Солом'янська районна держадміністрація м. ...
реєстраційний №
від " "

Ця редакція устано...
зареєстро...
" 10 " 10. ...
Заступник голови ...

ТОВАРИ...

4

# EXHIBIT 14

COPY *47*

| REGISTERED | APPROVED |
|---|---|
| By the State Administration of Solomyansky District in Kyiv Registration № _____ " __ " _____ 2002 | by Meeting of the Equity Holders of the Limited Liability Company "Storm" Minutes № 19 dated October 7, 2002 |

**This edition of the foundational document is registered**
« _10_ » _10._ _2002_ _____

Deputy Head _____
            M.G. Yakymovich

**This document is the integral part of the foundational documents and registered**
« _10_ » _10._ _2002_ _____
Deputy Head _____
            M.G. Yakymovich

# AMENDMENTS № 1

## TO

## CHARTER

## OF LIMITED LIABILITY COMPANY

## "STORM"

(new edition of June 26, 2002)

[Sealed]
According to original
[Signature]

Kyiv – 2002

48

The present AMENDMENTS № 1 to Charter of "Storm" Limited Liability Company (new edition), adopted by Decision of the Meeting of the Equity Holders of "Storm" (Minutes №18 of June 26, 2002), registered by the State Administration of Solomyansky District of Kyiv on July 5, 2002.

1. *Article 7.1 of the Charter shall be read as follows:*

"Statutory Fund. Statutory Fund of the Company (hereinafter "Statutory Fund") amounts to 349,923,179.58 hryvnas (three hundred and forty nine million nine hundred and twenty three thousand one hundred and seventy nine hryvnas, fifty eight kopiykas), which equals to 68,555,377.96 US Dollars (sixty eight million five hundred and fifty five thousand three hundred and seventy seven US Dollars, ninety six cents) according to the official exchange rate of the National Bank of Ukraine:

- 2.0591 hryvnas for 1 US Dollar as of June 24, 1998. Consequently 6,392,585 (six million three hundred and ninety two thousand five hundred and eighty five) hryvnas, which equals to 3,104,552.96 US Dollars (three million one hundred and four five hundred and fifty two US Dollars, ninety six cents),

- 3.428 hryvnas for 1 US Dollar as of October 27, 1998. Consequently 5,957,949.70 (five million nine hundred and fifty seven thousand nine hundred and forty nine hryvnas, seventy kopiykas) hryvnas, which equals to 1,738,025 US Dollars (one million seven hundred and thirty eight thousand twenty five US Dollars),

- 3.9414 hryvnas for 1 US Dollar as of April 9, 1999. Consequently 9,774,672 (nine million seven hundred and seventy four thousand six hundred and seventy two) hryvnas, which amounts to 2,480,000 US Dollars (two million four hundred and eighty thousand US Dollars),

- 5.4396 hryvnas for 1 US Dollar as of June 14, 2000. Consequently 35,209,442.88 (thirty five million two hundred and nine thousand four hundred and forty two hryvnas, eighty eight kopiykas) hryvnas, which equals to 6,472,800 US Dollars (six million four hundred and seventy two thousand eight hundred US Dollars),

- 5.4163 hryvnas for 1 US Dollar as of April 26, 2001. Consequently 19,498,680 (nineteen million four hundred and ninety eight thousand six hundred and eighty) hryvnas, which equals to 3,600,000 US Dollars (three million six hundred thousand US Dollars),

- 5.4150 hryvnas for 1 US Dollar as of May 8, 2001. Consequently 27,399,900 (twenty seven million three hundred and ninety nine thousand nine hundred) hryvnas, which equals to 5,060,000 US Dollars (five million sixty thousand US Dollars),

- 5.3295 hryvnas for 1 US Dollar as of October 2, 2001. Consequently 245,689,950 (two hundred and forty five million six hundred and eighty nine thousand nine hundred and fifty) hryvnas, which equals to 46,100,000 (forty six million one hundred thousand US Dollars)."

2. *Article 7.3 of the Charter shall be read as follows:*

> [Sealed]
> According to original
> [Signature]

"Shares and contributions of the Equity Holders.                                          49

7.3.1    The share of Tumanova S.Y. in the Statutory Fund of the company amounts to 0.00717 percent.

The contribution of Tumanova S.Y. into the Statutory Fund of the Company amounts to 22,149.54 hryvnas (twenty two thousand one hundred and forty nine hryvnas, fifty four kopiykas), which equals to US Dollars 4,915.8 (four thousand nine hundred and fifteen US Dollars, eighty cents).

7.3.2    The share of Lytovchenko V.V. in the Statutory Fund of the Company amounts to 0.00191 per cent.

The contribution of Lytovchenko V.V. into the Statutory Fund of the Company amounts to 5,900.02 hryvnas (five thousand nine hundred hryvnas, two kopiykas), which equals to US Dollars 1,309.34 (one thousand three hundred and nine US Dollars, thirty four cents).

7.3.3    The share of Mobile Telecom Finance in the Statutory Fund of the Company amounts to 9.00721 per cent.

The contribution of Mobile Telecom Finance into the Statutory Fund of the Company amounts to 31,518,987.65 hryvnas (thirty one million five hundred and eighteen thousand nine hundred and eighty seven hryvnas, sixty five kopiykas), which equals to US Dollars 6,174,926.81 (six million one hundred seventy four thousand nine hundred and twenty six US Dollars, eighty one cents).

7.3.4    The share of E.C. Venture Capital in the Statutory Fund of the Company amounts to 5.93945 per cent.

The contribution of E.C. Venture Capital into the Statutory Fund of the Company amounts to 20,783,955.31 hryvnas (twenty million seven hundred and eighty three thousand nine hundred and fifty five hryvnas, thirty one kopiykas), which equals to US Dollars 4,071,812.35 US Dollars (four million seventy one thousand eight hundred and twelve US Dollars, thirty five cents).

7.3.5    The share of Euroquest Commerce Limited in the Statutory Fund of the Company amounts to 34.94426 per cent.

The contribution of Euroquest Commerce Limited into the Statutory Fund of the Company amounts to 122,280,674.09 hryvnas (one hundred and twenty two million two hundred and eighty thousand six hundred and seventy four hryvnas, nine kopiykas), which equals to US Dollars 23,956,169.41 (twenty three million nine hundred and fifty six thousand one hundred and sixty nine US Dollars, forty one cents).

7.3.6    The share of Alfa Telecom Limited in the Statutory Fund of the Company amounts to 50.1 per cent.

[Sealed]
According to original
[Signature]

On October 7, 2002, I, Kravchenko I.V. *Private Notary of the Kyiv city notary district*, certified the authenticity of the signatures of Ms. Tumanova Svitlana Yuriyivna, Ms. Lytovchenko Vladlena Volodymyrivna, National of France, Borys Gudyma, acting under proxy of Company "Mobile Telecom Finance" (USA), National of the RF, Kyshenin Volodymyr Mykolayovych, acting under proxy of Company "E.C. Venture Capital" (Switzerland), Mr. Zhukov Yuriy, acting under proxy of Company "Euroquest Commerce Limited" (Cyprus), Director of Company "Alfa Telecom Limited" (British Virgin Islands) – Pavlo Nazaryan, put in my presence. The identity of Ms. Tumanova S.Y., Ms. Lytovchenko V.V., National of France, Borys Gudyma, National of the RF, Kyshenin V.M., Mr. Zhukov Y., Mr. Pavlo Nazaryan, *who have signed the document, is confirmed, the authority of the representatives is verified.*

Registered in the Register under № **1-3344, 1-3345.**

*The payment charged – according to Article 31 of the Law of Ukraine "On Notariate" and the State Tax rate under the Decree of the President of Ukraine of 10.07.1998 № 762/98.*

PRIVATE NOTARY

*[Signature and the round seal of Private Notary Kravchenko Inessa Volodymyrivna]*

*[round stamp of Private Notary Kravchenko Inessa Volodymyrivna]*

*[Sealed]*
Stitched and numbered
On 4 (four) pages
Private Notary *[signature]*

*[Signature and the round seal of Private Notary Sydorkina Viktoriya Grygorivna]*

On December 7, 2005, I, Tymoshenko L.A., Private Notary of the Kyiv city notary district, certify the authenticity of this photocopy.

Registered in the Register under № 9611
Payment charged according to Article 31 of the Law of Ukraine "On Notariate"

Private Notary  *[signature]*
*[the round seal of Private Notary Tymoshenko Lyudmyla Anatoliivna]*

*[Sealed]*
According to original
*[Signature]*

*51*

The contribution of Alfa Telecom Limited into the Statutory Fund of the Company amounts to 175,311,512.97 hryvnas (one hundred and seventy five million three hundred and eleven thousand five hundred and twelve hryvnas, ninety seven kopiykas), which equals to US Dollars 34,346,244.25 (thirty four million three hundred and forty six thousand two hundred and forty four US Dollars, twenty five cents).

**EQUITY HOLDERS of "STORM" Limited Liability Company:**

Tumanova Svitlana Yuriyivna                                 *[Signature]*

Lytovchenko Vladlena Volodymyrivna                         *[Signature]*

Company "Mobile Telecom Finance"(USA)                      *[Signature]*
Represented by Borys Gudyma,
acting under proxy of October 15, 2002

E.C. Venture Capital (Switzeland)                          *[Signature]*
Represented by Kyshenin V.M.,
acting under proxy of April 9, 2002

Euroquest Commerce Limited (Cyprus)                        *[Signature]*
Represented by Yuriy Zhukov,
acting under proxy of January 14, 2002

Company "Alfa Telecom Limited" (British Virgin Islands)    *[Signature]*
Represented by Director Pavlo Nazaryan,                    *[Round seal of Alfa*
acting under Charter                                        *Telecom Limited]*



КОПІЯ

ЗАРЕЄСТРОВАНО

Солом'янська районна
держадміністрація м. Києва
реєстраційний №
від _____ 2002 р.

Ця редакція установчого документу
зареєстрована
16. 10. 2002.
Заступник голови
М.Г. Якимович

ЗАТВЕРДЖЕНО

Рішенням Зборів учасників
Товариства з обмеженою відповідальністю
"СТОРМ"
Протокол № 19 від 7 жовтня 2002 р.

Цей документ є новій смаою частиною
установчих документів та
зареєстрований
в 16. _____
Заступник голови
М.Г. Якимович

# ЗМІНИ №1
## ДО
## СТАТУТУ
## ТОВАРИСТВА З ОБМЕЖЕНОЮ ВІДПОВІДАЛЬНІСТЮ
## "СТОРМ"
(нова редакція від 26 червня 2002 року)

З ОРИГІНАЛОМ
ЗГІДНО

м. Київ - 2002 р.

Внести ЗМІНИ №1 до Статуту товариства з обмеженою відповідальністю "СТОРМ" (нова редакція), затвердженого рішенням зборів учасників "Сторм" ... №18 від 26 червня 2002 року), зареєстрованого Солом'янською районною ... державною адміністрацією м. Києва 5 липня 2002 року.

*Статтю 7.1 Статуту викласти у наступній редакції:*

"**Статутний фонд.** Статутний фонд Товариства (далі – "Статутний фонд") ... 349 923 179,58 гривень (триста сорок дев'ять мільйонів дев'ятсот двадцять ... сто сімдесят дев'ять гривень та п'ятдесят вісім копійок), що є еквівалентом ... триста сімдесяти семи доларам США та дев'яносто шести центам) згідно з ... курсом Національного Банку України:

• 2,059? гривень за 1 долар США, встановленим на 24 червня 1998 року. Відповідно ... 6 392 585 (шість мільйонів триста дев'яносто дві тисячі п'ятсот вісімдесят п'ять) ... гривень, що дорівнює 3 104 552,96 доларів США (три мільйони сто чотири тисячі ... п'ятсот п'ятдесят два долари США та дев'яносто шість центів).

• 3,428 гривень за 1 долар США, встановленим на 27 жовтня 1998 року. Відповідно ... 5 857 949,70 (п'ять мільйонів дев'ятсот п'ятдесят сім тисяч дев'ятсот сорок дев'ять ... гривень сімдесят копійок) гривень, що дорівнює 1 738 025 доларів США (один ... мільйон сімсот тридцять вісім тисяч двадцять п'ять доларів США).

• 3,4414 гривень за 1 долар США, встановленим на 9 квітня 1999 року. Відповідно ... 9 774 672 (дев'ять мільйонів сімсот сімдесят чотири тисячі шістсот сімдесят дві) ... гривні, що дорівнює 2 480 000 доларів США (два мільйони чотириста вісімдесят ... тисяч доларів США).

• 5,4396 гривень за 1 долар США, встановленим на 14 червня 2000 року. Відповідно ... 35 209 442,88 (тридцять п'ять мільйонів двісті дев'ять тисяч чотириста сорок дві ... гривні вісімдесят вісім копійок) гривень, що дорівнює 6 472 800 доларів США ... (шість мільйонів чотириста сімдесят дві тисячі вісімсот доларів США).

• 5,4163 гривень за 1 долар США, встановленим на 26 квітня 2001 року. Відповідно ... 19 498 680 (дев'ятнадцять мільйонів чотириста дев'яносто вісім тисяч шістсот ... вісімдесят) гривень, що дорівнює 3 600 000 доларів США (три мільйони шістсот ... тисяч доларів США).

• 5,4150 гривень за 1 долар США, встановленим на 8 травня 2001 року. Відповідно ... 27 399 900 (двадцять сім мільйонів триста дев'яносто дев'ять тисяч дев'ятсот) ... гривень, що дорівнює 5 060 000 доларів США (п'ять мільйонів шістдесят тисяч ... доларів США),

та

• 5,3295 гривень за 1 долар США, встановленим на 2 жовтня 2001 року. Відповідно ... 245 689 950 (двісті сорок п'ять мільйонів шістсот вісімдесят дев'ять тисяч дев'ятсот ... п'ятдесят) гривень, що дорівнює 46 100 000 (сорок шість мільйонів сто тисяч) ... доларів США."

*Статтю 7.3 Статуту викласти у наступній редакції:*

2

З ОРИГІНАЛОМ ЗГІДНО



Права та обов'язки Учасників.

7.1. Частка Пімчової С.Ю. у Статутному фонді Товариства становить 0,00217 процентів.

Вклад Пімчової С.Ю. до Статутного фонду Товариства складає 22 149,54 гривень (двадцять дві тисячі сто сорок дев'ять гривень та п'ятдесят чотири копійки), що дорівнює 4 915,8 доларам США (чотирьом тисячам дев'ятсот п'ятнадцяти доларам США та вісімдесяти центам).

7.2. Частка Литовченко В.В. у Статутному фонді Товариства становить 0,00191 процентів.

Вклад Литовченко В.В. до Статутного фонду Товариства складає 5 900,02 гривень (п'ять тисяч дев'ятсот гривень та дві копійки), що дорівнює 1 309,34 доларам США (одній тисячі триста дев'яти доларам США та тридцяти чотирьом центам).

7.3. Частка Мобайл Телеком Файненс у Статутному фонді Товариства становить 9,00721 процентів.

Вклад Мобайл Телеком Файненс до Статутного фонду Товариства складає 31 518 987,65 гривень (тридцять один мільйон п'ятсот вісімнадцять тисяч дев'ятсот вісімдесят сім гривень та шістдесят п'ять копійок), що дорівнює 6 174 926,81 доларам США (шість мільйонів сто сімдесят чотири тисячі дев'ятсот двадцять шість доларам США та вісімдесят одному центу).

7.4. Частка Е.С. Венчер Kenmas у Статутному фонді Товариства становить 5,93945 процентів.

Вклад Е.С. Венчер Kenmas до Статутного фонду Товариства складає 20 783 955,31 гривень (двадцять мільйонів сімсот вісімдесят три тисячі дев'ятсот п'ятдесят п'ять гривень та тридцять одна копійка), що дорівнює 4 071 812,35 доларам США (чотирьом мільйонам сімдесят одній тисячі вісімсот дванадцяти доларам США та тридцяти п'яти центам).

7.5. Частка Юрокоаст Комерс Лімітед у Статутному фонді Товариства становить 34,94425 процентів.

Вклад Юрокоаст Комерс Лімітед до Статутного фонду Товариства складає 122 280 674,09 гривень (сто двадцять два мільйони двісті вісімдесят тисяч шістсот сімдесят чотири гривні та дев'ять копійок), що дорівнює 23 956 169,41 доларам США (двадцяти трьом мільйонам дев'ятсот п'ятдесят шести тисячам сто шістдесят дев'яти доларам США та сорок одному центу).

7.6. Частка Альфа Телеком Лімітед у Статутному фонді Товариства становить 50,1 процентів.

Вклад Альфа Телеком Лімітед до Статутного фонду Товариства складає 175 311 512,97 гривень (сто сімдесят п'ять мільйонів триста одинадцять тисяч п'ятсот дванадцять гривень та дев'яносто сім копійок), що є





еквівалентом 34 346 244,25 доларам США (тридцять чотири, триста сорока шести тисячам двісті сорока чотирьом доларам, двадцяти п'яти центам)."

УЧАСНИКИ товариства з обмеженою відповідальністю «СТОРМ»

Туманова Світлана Юріївна

Литовченко Владлена Володимирівна

Компанія "Мобайл телеком файненс" (США)
в особі представника Бориса Гудими,
що діє на підставі доручення від 15 жовтня 2002 р.

Компанія "Е.С. Венчер Кепітал" (Швейцарія)
в особі представника Кишенніна В.М.,
що діє на підставі доручення від 9 квітня 2002 р.

Компанія "Юроквест комерс лімітед" (Кіпр)
в особі представника Юрія Жукова,
що діє на підставі доручення від 14 січня 2002 р.

Компанія "Альфа Телеком Лімітед" (Британські
Віргінські Острови), в особі директора Павла Назаряна,
що діє на підставі Статуту

4

# EXHIBIT 15

*51*

*[On the letterhead of the State Registrator*
*of the State Administration of Solomyansky District in Kyiv]*

Series A00                                                                                      № 000006

# CERTIFICATE
## ON STATE REGISTRATION
## OF A LEGAL ENTITY

### LIMITED LIABILITY COMPANY
### "STORM"

| | |
|---|---|
| Identification code of the legal entity: | 23163325 |
| Seat of the legal entity: | 03110, SOLOMYANSKY DISTRICT KYIV, 1 NARODNOGO OPOLCHENNYA STREET |
| Place of the state registration: | THE STATE ADMINISTRATION OF SOLOMYANSKY DISTRICT IN KYIV |
| Date of the state registration: | 23.06.1995 № 1 073 120 0000 000003 |

**State Registrator**          *[Signature]*          **O.A. KUDRIASHOVA**

*[Round seal of the State Registrator*
*of the State Administration of*
*Solomyansky District in Kyiv]*

*According to original*
*[Signature]*



Серія АОО

# СВІДОЦТВО

№000000

## ПРО ДЕРЖАВНУ РЕЄСТРАЦІЮ ЮРИДИЧНОЇ ОСОБИ

## ТОВАРИСТВО З ОБМЕЖЕНОЮ ВІДПОВІДАЛЬНІСТЮ

### " СТОРМ "

Ідентифікаційний код юридичної особи    **23163325**

Місцезнаходження юридичної особи    **03110, СОЛОМ'ЯНСЬКИЙ РАЙОН, МІСТО КИЇВ,ВУЛ. НАРОДНОГО ОПОЛЧЕННЯ, Б.1**

Місце проведення державної реєстрації    **СОЛОМ'ЯНСЬКА РАЙОННА У МІСТІ КИЄВІ ДЕРЖАВНА АДМІНІСТРАЦІЯ**

Дата проведення державної реєстрації    **23.06.1995 р.    №1 073 120 0000 000003**

Державний реєстратор    О.Л. КУДРЯШОВА

# EXHIBIT 16

COPY *52*

*[ON THE LETTERHEAD OF THE STATE COMMITTEE OF STATISTICS OF UKRAINE]*

The form of the reference is approved by the Order of
the State Committee of Statistics of Ukraine dated 01.08.2005 № 216

REFERENCE № *1260*
FROM THE UNIFIED STATE REGISTER OF ENTERPRISES
AND ORGANIZATIONS OF UKRAINE (USREOU)


LIMITED LIABILITY COMPANY "STORM"


Identification code    23163325            Legal status LEGAL ENTITY

Head  KLYMENKO VADYM VIKTOROVYCH  Telephone 80394916618

Classification data    803890000    03110    Kyiv,    SOLOMYANSKY    DISTRICT,    1
NARODNOGO OPOLCHENNYA STREET

Corporate form of management      240 LIMITED LIABILITY COMPANY

Property category            10 PRIVATE PROPERTY



Types of activity under the Types of Commercial Activities Classification:

65.23.0 other types of financial agency, which are not listed under other classification groups

51.17.0 agency in sales of foodstuff, beverages and tobacco products

51.19.0 agency in sales of different kinds of merchandise

52.12.0 retail sale in the non-specialized shops without majority of foodstuffs

51.70.0 other types of wholesale

51.39.0 non-specialized wholesale of foodstuff, beverages and tobacco products


Institutional sector of economy (KISE):    S.12303 other financial agents under foreign control,
except for insurance companies, and non-state pension
funds;




*agrees with the original [Signature]*

Date and initial registration number: 23.06.1995 № 23163325

Date and the number of the latest registration action: 09.02.2006  № 10731070004000000

Certificate of State Registration: AOO № 000006

Place of the registration action SOLOMYANSKA  REGIONAL  STATE ADMINISTRATION IN KYIV;

Date of input of the data with respect to this company to the USREOU 10.02.2006;

Date of issue of the reference: 10.02.200 *[unreadable]*

Executed by: Lyzogub O.M. Telephone 4820080

*[Certified, sealed and signed by Notary, Levitsky R.V. in Kyiv 21.02.2006]*

Deputy Director of the General Department *[signed and sealed]* Vilenchuk R.G.
*[unreadable]*



