# EXHIBIT N
# PART 28

# EXHIBIT 17



MINUTES №__
OF THE EXTRAORDINARY MEETING OF EQUITY HOLDERS OF LIMITED LIABILITY COMPANY "STORM"

[Extra]ordinary Meeting of Equity Holders of Limited Liability Company "STORM" ("Company") was held in the city of Nicosia as of 8th day of February 2006.

**EQUITY HOLDERS PRESENT:**

■ Hardlake Limited, a company incorporated under the laws of Cyprus with registered number 163009, whose registered office is at Elenion Building, 2nd Floor, 5 Themistocles Dervis Street, CY-1066 Nicosia, Cyprus, represented by Stella Raouna (50.1 % of total votes) ("Hardlake Limited");

■ Alpren Limited, a company incorporated under the laws of Cyprus, with registered number 143441, whose registered office is at: Elenion Building, 2nd Floor, 5 Themistocles Dervis Street, CY-1066 Nicosia, Cyprus, represented by Stella Herodotou (49.9 % of total votes) ("Alpren Limited").

All Equity Holders of the Company ("Equity Holders") are present at this meeting of the Company's Equity Holders ("Meeting"). The Meeting is qualified to make decision on the issues listed below under Agenda.

Stella Raouna was appointed as the Chairman of the Meeting. Stella Herodotou was appointed as the Secretary of the Meeting.

**AGENDA:**

Election of new Director General.

**ITEM 1**

**LISTENED TO:**

Stella Raouna who proposed:

(1) to approve the discharge of Mr. Kulikov Pavlo Valentynovych from the position of Director General at his own request;

(2) to appoint Mr. Klymenko Vadym

Protocol - Appointment Klymenko

ПРОТОКОЛ №__ ПОЗАЧЕРГОВИХ ЗБОРІВ УЧАСНИКІВ ТОВАРИСТВА З ОБМЕЖЕНОЮ ВІДПОВІДАЛЬНІСТЮ "СТОРМ"

Ці Позачергові Збори Учасників Товариства з обмеженою відповідальністю "СТОРМ" ("Товариство") були проведені у місті Нікосія цього 8 дня лютого місяця 2006 року.

**ПРИСУТНІ УЧАСНИКИ:**

■ Компанія "Хардлейк Лімітед", юридична особа, яка створена згідно із законодавством Кіпру та зареєстрована за номером 163009, зареєстрований офіс якої знаходиться за адресою: Еленіон Білдінг, 2-й поверх, 5 Темістоклес Дервіс Стріт, Р.С. 1066, Нікосія, Кіпр в особі Stella Raouna (50,1% голосів) ("Хардлейк Лімітед");

■ Компанія "Альпрен Лімітед", юридична особа, яка створена згідно із законодавством Кіпру та зареєстрована за номером 143441, зареєстрований офіс якої знаходиться за адресою: Еленіон Білдінг, 2-й поверх, 5 Темістоклес Дервіс Стріт, Р.С. 1066, Нікосія, Кіпр, в особі Stella Herodotou (49,9% голосів) ("Альпрен Лімітед").

На цих Зборах Учасників Товариства ("Збори") присутні всі Учасники Товариства ("Учасники"). Збори правомочні приймати рішення з приведеного нижче питання порядку денного.

Головою Зборів було призначено Stella Raouna. Секретарем Зборів було призначено Stella Herodotou.

**ПОРЯДОК ДЕННИЙ:**

1. Обрання нового Генерального Директора.

**ПИТАННЯ 1**

**СЛУХАЛИ:**

Stella Raouna який запропонував:

(1) затвердити звільнення пана Кулікова Павла Валентиновича з посади Генерального Директора за власним бажанням;

(2) призначити на посаду Генерального



...ovych as Director General of Company.

**RESOLVED:**

...approve the discharge of Mr. Kulikov ...Valentynovych from the position of ...General at his own request;

...appoint Mr. Klymenko Vadym ...ovych as Director General of Company.

..."FOR" – unanimously.

...WITNESS WHEREOF, the Equity Holders ...caused their duly authorized ...representatives to execute these Minutes on the ...and in the year first above written.

"Hardlake Limited"/ За Компанію

Директора Товариства Клименка Вадима Вікторовича.

**ВИРІШИЛИ:**

1. Затвердити звільнення пана Кулікова Павла Валентиновича з посади Генерального Директора за власним бажанням;

2. Призначити на посаду Генерального Директора Товариства Клименка Вадима Вікторовича.

Голосували: "ЗА" – одностайно.

НА ПОСВІДЧЕННЯ ЦЬОГО, належним чином уповноважені представники Учасників підписали цей Протокол у дату та рік, що вперше зазначені вище.

For "Alpren Limited"/ За Компанію "Алпрен Лімітед"

Kelly Herodotou
Director

Signed and sealed this day in my presence
by _____
who is/are personally known to me. In testimony whereof I have hereto set my hand and official seal this 9th day of February 2006.

(A. S. Savvides)
Certifying Officer, Nicosia, Cyprus

This is to certify that the signature appearing above/overleaf is the signature of Mr. _____ Savvides a Certifying Officer of Nicosia, appointed by the Council of Ministers of the Republic of Cyprus under the Certifying Officer Law Cap 39, to certify signatures and seals, and that the seal opposite the said signature is that of the Certifying Officer of Nicosia.

Nicosia, Cyprus 2006
District Officer
Nicosia

0 1 MAR 2006    E. IOANNIDOU

2

# EXHIBIT 18











**АПОСТИЛЬ**
(Гаазька Конвенція від 5 жовтня 1961 року)

Країна: Кіпр

Цей офіційно-правовий документ

підписаний   МАРІСІО ВОСКОУ [MARIA VOSKOU]

який займає   Окружної посадової особи

виконує обов'язки

засвідчений печаткою/штампом  Окружної посадової особи.

Засвідчено

у м. Нікосія                 6. 7 квітня 2006 року

Д. Ксенофонтос [D. Xenophontos]

за номером 53136/06

Деталь печатка:                 10.   Підпис:
Кругла печатка: Міністерство юстиції         [підпис]
та громадського порядку

[гербова марка]
[гербова марка]
                         Постійний секретар
                 Міністерства юстиції та громадського порядку

Переклад з англійської мови на українську виконаний перекладачем Доброскок Оленою.

[підпис]  [штамп: З ОРИГІНАЛОМ ЗГІДНО]





Power of Attorney

By

Alpren Limited

In this power of Attorney given on the 5 day of April 2006

By

Alpren Limited

a company incorporated and registered in the Republic of Cyprus, under registration No. HE844 having its registered office at 5 Themistocles Dervis Street, Elenion Building, 2nd floor, CY-1066 Nicosia, Cyprus, (hereinafter called "the company") hereby appoints

Attorney at Law, Mr. Mikhail E. Ilyashev, resident of Kiev, Leiptzigskaya Street, 1/37, 11, and/or

Attorney at Law, Mr. Roman V. Marchenko, resident of Kiev, Volgodonskaya Street, 58, 121, and/or

Attorney at Law, Mrs. Galina I. Lefor, resident of Kiev, Lesi Ukrainki Boulevard, 10-a, 30, and/or

Attorney at Law, Mr. Oleg L. Trokhimchuk, resident of Kiev, Geroyiv Stalingrada Avenue, 19, 48, and/or

Mrs. Irina Mishanina, resident of Kiev, Lesnoy Avenue, 33, 129,

(hereinafter called "the attorney") the true and lawful attorney of the company for and in the name of and on behalf of the company to represent the Company in Ukraine with the following authorities:

to represent the Company in the Courts of Ukraine, State Executive Service of Ukraine with all rights which are given to the Company by the laws, including: to sign on behalf of the Company all documents including claims and settlement agreements, to file documents, to claim for setting aside court rulings, decisions, awards, actions of officials of State Executive Service of Ukraine, in courts, including Courts of Appeal, Highest Commercial Court of Ukraine, Supreme Court of Ukraine, to accomplish any relevant actions or procedures that may appear necessary for implementation of the present Power of Attorney.

This Power of Attorney is issued for the period of one year.

(A) It is hereby declared that:

(a) The company hereby ratifies and confirms and agrees to ratify and confirm whatsoever the attorney shall do or purport to do by virtue of this power of



# EXHIBIT 19

*61*

To: Kyiv Commercial Court
<u>Judge Smirnova L.G.</u>

№ 25/04
dated 21.04.2006

**Claimant**
"Alpren Limited"

**Defendant**
"Storm" LLC

## APPLICATION
### in case № 40/242

In pursuance with Order of the Court on commencement of the proceeding in case, we hereby submit to the Esteemed Court the evidence of legal capacity of Claimant as a legal entity.

Respectfully Yours,

Representative of Claimant          *[Signature]*          Marchenko R.V.
(Power of Attorney can be found in the case file),   *[Seal of Attorney Marchenko R.V.]*
Attorney

Кому: Господарський суд м. Києва
**судді Смірнова Л.Г.**

Позивач:
"Альпрен Лімітед"

Відповідач:
ТОВ "Сторм"

# КЛОПОТАННЯ
у справі №40/242

На виконання ухвали суду про порушення провадження надаємо Шановному Суду
... правоздатності позивача як юридичної особи.

...ставник позивача
...рність у справі), адвокат                                              Марченко Р.В.





APOSTILLE

(Convention de La Haye du 5 octobre 1961)

1. Country: UNITED KINGDOM OVERSEAS TERRITORY - GIBRALTAR

   This public document

2. has been signed by OSCAR ERIC PRESCOTT
3. acting in the capacity of Notary Public
4. bears the seal stamp of the said Notary Public

CERTIFIED

5. at GIBRALTAR     6. the 2 8 DEC 2005
7. by THE GOVERNOR AND COMMANDER-IN-CHIEF OF THE CITY OF GIBRALTAR
8. No ....... 258355 ..
9. Seal/Stamps:     10. Signature:

For The Governor and Commander-in-Chief of the City of Gibraltar.

З ОРИГІНАЛОМ ЗГІДНО