

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/26/07

----------------------------------------------------------------------

TELENOR MOBILE COMMUNICATIONS AS,

                   Petitioner,

          -against-

STORM LLC,

                   Respondent.

----------------------------------------------------------------------X

:
:
:
:      **07 Civ. 6929 (GEL)**
:
:      ECF Case
:
:

## NOTICE OF MOTION FOR STAY
## PENDING APPEAL OR TEMPORARY STAY

     **PLEASE TAKE NOTICE,** that upon the accompanying declaration of Pieter Van Tol, the respective exhibits thereto, and the accompanying memorandum of law, Storm LLC ("Storm"), by its attorneys Lovells LLP, shall move this Court for an order, pursuant to Rule 62(c) of the Federal Rules of Civil Procedure, staying the enforcement of the Court's November 2, 2007 Opinion and Order (the "Order") and judgment entered the same day (the "Judgment") pending the conclusion of Storm's appeal or, in the alternative, temporarily staying the enforcement of the Order and Judgment to enable Storm to apply to the United States Court of Appeals for the Second Circuit for a stay pursuant to Rule 8(a) of the Federal Rules of Appellate Procedure.

     **PLEASE TAKE FURTHER NOTICE,** that pursuant to Rule 6.1(b) of the Local Civil Rules, any papers in response shall be due within ten business days of the service of this Notice.

Dated: New York, New York
        November 15, 2007

                            LOVELLS LLP

                            By: _____
                                    Pieter Van Tol (PVT-2455)
                                    Gonzalo S. Zeballos (GZ-5994)
                                    Johanne M. Houbouyan

                                590 Madison Avenue
                                New York, New York
                                (212) 909-0600

                                *Attorneys for Respondent Storm LLC*

To:     Robert L. Sills, Esq.
        Orrick, Herrington & Sutcliffe LLP
        666 Fifth Avenue
        New York, NY 10103
        (212) 506-5110
        *Attorneys for Petitioner*

                        Denied.
                        SO ORDERED

                        _____
                        GERARD E. LYNCH, U.S.D.J.
                        11/26/07