Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Petitioner

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/23/08
```

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------ x
:
**TELENOR MOBILE COMMUNICATIONS AS,**
:
        Petitioner,
:
  -against-
:     07 Civ. 6929 (GEL)
**STORM LLC,**
:
        Respondent,     ECF Case
:
  -and-
:     **ORDER TO SHOW CAUSE**
**ALTIMO HOLDINGS & INVESTMENTS
LIMITED, ALPREN LIMITED AND HARDLAKE** :
**LIMITED,**
:
        Additional Contemnors.
:
------------------------------------------------------------ x

      Upon the declarations of Robert L. Sills, dated January 22, 2008, Peter O'Driscoll, dated January 22, 2008, Oleksiy Didkovskiy, dated January 22, 2008, Christodoulos G. Pelaghias, dated January 22, 2008, Daniel Gerard Wise, dated January 22, 2008, Carlo Lombardini, dated January 22, 2008, Trond Moe, dated January 22, 2008, Trond Westlie, dated January 22, 2008, and upon all pleadings and proceedings heretofore had herein, it is hereby:

ORDERED, that Respondent Storm LLC ("Storm") and Additional Contemnors Altimo Holdings & Investments Limited ("Altimo"), Hardlake Limited ("Hardlake") and Alpren Limited ("Alpren" and, together with Altimo and Hardlake, collectively, the "Altimo Entities") show cause before this Court on February 7, 2008 at 2 o'clock p.m., or as soon thereafter as counsel can be heard, before Hon. Gerard E. Lynch, United States District Judge, in Courtroom 6-B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10013, why an Order should not be entered herein:

(a) holding Storm and the Altimo Entities in civil contempt;

(b) imposing escalating sanctions on Storm and the Altimo Entities, beginning at $100,000 per day for the first 30 days of non-compliance, increasing thereafter to $250,000 per day, or in such other amount as the Court deems sufficient to compel compliance with its order dated November 2, 2007, and the judgment entered thereon on November 2, 2007; and

(c) allowing petitioner Telenor Mobile Communications AS ("Telenor Mobile"), to take limited expedited discovery pending the hearing of this motion on the following schedule:

> (i) requests for production of documents pursuant to Fed. R. Civ. P. 34 shall be responded to (including the production of all responsive non-privileged documents), no later than 10 days after service thereof; and

> (ii) not more than 5 depositions may be taken, on not less than 7 days notice;

(d) awarding Telenor Mobile its attorneys' fees, disbursements and expenses of this motion; and

(e) granting Telenor Mobile such other and further relief as to the court seems just and proper.

ORDERED that opposition papers, if any, be served on Telenor Mobile's counsel so as to be received by then on or before the close of business on February 1, 2008;

2

ORDERED that reply papers be served on counsel for Storm and additional contemnors on or before February 6, 2008;

ORDERED that service of this Order to Show Cause, together with a copy of the papers upon which it is based, be made on Storm by delivery to its attorneys, Lovells LLP, on or before January 24, 2008, and upon the Additional Contemnors by Federal Express or other established international courier service, on or before January 24, 2008, addressed as follows:

        Altimo Holdings & Investments Limited
        11 Savvinskaya nab.
        Moscow 119435
        RUSSIAN FEDERATION
        Attention: Mr. Alexei Reznikovich

        Altimo Holdings & Investments Limited
        Geneva Place
        Second Floor
        333 Waterfront Drive
        Wickham's Cay, 1
        Road Town, Tortola
        BRITISH VIRGIN ISLANDS
        Attention: Mr. Alexei Reznikovich

        Managing Director
        Alpren Limited
        5 Themistocles Dervis Street
        Elenion Building, 2nd Floor
        Nicosia CY – 1066
        CYPRUS

        Managing Director
        Hardlake Limited
        5 Themistocles Dervis Street
        Elenion Building, 2nd Floor
        Nicosia CY – 1066
        CYPRUS

With a copy by facsimile or electronic mail to:

>Alexei Reznikovich
>Altimo Holdings & Investments Limited
>11 Savvinskaya nab.
>Moscow 119435
>RUSSIAN FEDERATION
>Email address: reznikovich@altimo.ru
>Email address: amr@altimo.ru
>Email address: aroffice@altimo.ru
>Facsimile number: 284 494 3088
>
>Alpren Limited
>5 Themistocles Dervis Street
>Elenion Building, 2nd Floor
>Nicosia CY – 1066
>CYPRUS
>Facsimile Number: 357 22 555 801
>Attention: Managing Director
>
>Hardlake Limited
>5 Themistocles Dervis Street
>Elenion Building, 2nd Floor
>Nicosia CY – 1066
>CYPRUS
>Facsimile Number: 357 22 555 801
>Attention: Managing Director

shall constitute good and sufficient service thereof.

Dated: New York, New York
January 22, 2008

_____
Hon. Gerard E. Lynch
United States District Judge