# EXHIBIT G

| | |
|---|---|
| From: | Wack, David [DWack@ssd.com] |
| Sent: | Wednesday, September 04, 2002 10:48 AM |
| To: | 'St John-Butler, Mary-Claire' |
| Cc: | O'Driscoll, Peter |
| Subject: | RE: Kyivstar - New Ericsson Agreements |

Mary Claire,

None taken. Jmak appears to be out of pocket today. In order to speed the review, it would help if we had the other two credit agreements. I understand that you don't have these in electronic form, but if you have an extra hard copy from which it would be possible to make a PDF file, that would be greatly appreciated. You can bill us for the copying expense and we'll pass it on to Alfa.

-----Original Message-----
From: St John-Butler, Mary-Claire [mailto:StJohn-ButlerM@London.Coudert.com]
Sent: Wednesday, 04 September, 2002 18:19
To: 'Wack, David'
Cc: O'Driscoll, Peter
Subject: RE: Kyivstar - New Ericsson Agreements


David, I understand the position with respect to Alfa and Storm. I was, however, not aware that you knew Mr. Jmack had stated he approved these documents and thought it might assist the review to know that Storm had been involved. I apologise if I caused any offence.

-----Original Message-----
From: Wack, David [mailto:DWack@ssd.com]
Sent: 04 September 2002 15:09
To: 'St John-Butler, Mary-Claire'
Cc: Peter O'Driscoll (E-mail)
Subject: RE: Kyivstar - New Ericsson Agreements


Mary Claire,

I assume that this was intended to go to Peter. In any event, since Alfa acquired Storm back in July, Storm means Alfa. Alfa has not seen or approved these documents. As Peter knows, we have political and operational issues to resolve with the existing Storm people, including Jmak. Approval by Jmak in respect of Storm is meaningless unless Alfa has signed off.


-----Original Message-----
From: St John-Butler, Mary-Claire [mailto:StJohn-ButlerM@London.Coudert.com]
Sent: Wednesday, 04 September, 2002 17:45
To: 'Wack, David'
Subject: RE: Kyivstar - New Ericsson Agreements


don't you think we should point out to Wack that Storm has already approved all of these docs?

-----Original Message-----
From: Wack, David [mailto:DWack@ssd.com]
Sent: 04 September 2002 14:30
To: 'O'Driscoll, Peter'; 'ashtyrba@alfabank.ru'; 'kstayn@alfabank.ru'
Cc: 'egil.hansenl@telenor.com'; 'fredrik.lykke@telenor.com'; St John-Butler, Mary-Claire
Subject: RE: Kyivstar - New Ericsson Agreements


Peter,

1

CONFIDENTIAL

TELEK003210

understand the urgency involved. Please understand, however, since we have not been involved in the negotiation of the documents to date and were not permitted to have copies of the existing agreements during our due diligence, we need some time to complete our review. As you are aware, the agreements are quite voluminous. While I'm sure that Coudert has done a commendable job in negotiating the agreements, Alfa/Storm may have slightly divergent issues and views on certain points. As such, we and Alfa will need until at least Friday evening to complete our review.

Thank you for your understanding.

David

-----Original Message-----
From: O'Driscoll, Peter [mailto:ODriscollP@London.Coudert.com]
Sent: Wednesday, 04 September, 2002 13:30
To: 'dwack@ssd.com'; 'ashtyrba@alfabank.ru'; 'kstayn@alfabank.ru'
Cc: 'egil.hansen1@telenor.com'; 'fredrik.lykke@telenor.com'; St John-Butler, Mary-Claire
Subject: Kyivstar - New Ericsson Agreements


Further to my conversation with David Wack this morning, attached for your review are drafts of the following documents:

1. USD105 Credit Agreement;
2. Deed of Amendment to Equipment Pledge Agreement; 3. Deed of Amendment to Movables Pledge Agreement; 4. Deed of Amendment to the Facility Agreements and various security documents; and 5. Guarantee Deed

To ensure the prompt release of certain of the existing Ericsson Agreements from escrow and to avoid delaying the decision-making process in relation to its proposed Eurobond, Kyivstar wishes to enter into these agreements as soon as possible, and has asked that, if possible, you provide any comments on these agreements no later than tomorrow.

Please call me or Mary Claire if you have any questions regarding the attached documents.

Regards.

Peter

-------------------------------------------------------------------------------------
The information in this e-mail and in any attachment is confidential. It may be subject to legal professional or other privilege. If you are not the intended recipient, please notify us immediately by telephoning +44 (20)
7248 3000 and asking for the author or by returning this e-mail. You should not copy this e-mail or use it for any other purpose, nor disclose its contents to any other person.

CONFIDENTIAL

TELEK003211