# EXHIBIT H

| | |
|---|---|
| From: | Wack, David [DWack@ssd.com] |
| Sent: | Monday, October 28, 2002 10:21 AM |
| To: | 'Shaun Rixon'; St John-Butler, Mary-Claire |
| Cc: | Ashtyrba (E-mail); Egil Hansen (E-mail); Fredrik Lykke (E-mail); K Stayn (E-mail); O'Driscoll, Peter; Shovkoplyas, Oksana |
| Subject: | RE: Assignment and Assumption Agreement |

The changes are acceptable to Storm.

-----Original Message-----
From: Shaun Rixon [mailto:SRixon@Shearman.com]
Sent: 28 October 2002 13:18
To: St John-Butler, Mary-Claire
Cc: Ashtyrba (E-mail); David Wack (E-mail); Egil Hansen (E-mail); Fredrik Lykke (E-mail); K Stayn (E-mail); O'Driscoll, Peter
Subject: Re: Assignment and Assumption Agreement


This version is acceptable to ericsson.



"St John-Butler,
         Mary-Claire"                                    To:      "Shaun Rixon
(E-mail)" <SRixon@Shearman.com>, "David Wack (E-mail)"
         <StJohn-ButlerM@London.C              <DWack@ssd.com>
         oudert.com>                                     cc:      "Egil Hansen
(E-mail)" <egil.hansenl@telenor.com>, "Fredrik Lykke (E-mail)"
<fredrik.lykke@telenor.com>, "K Stayn (E-mail)" <kstayn@alfabank.ru>,
 shtyrba
         28/10/2002 13:13                               (E-mail)"
<ashtyrba@alfabank.ru>, "O'Driscoll, Peter" <ODriscollP@London.Coudert.com>

                                                        Subject:   Assignment
and Assumption Agreement




Please find attached for your review and approval a revised draft Assignment and
Assumption Agreement, which has been revised to reflect comments received from David
Wack and Shaun Rixon.

Regards,

Mary Claire St. John Butler
 <<DVComparison_#131151 v1 - Storm Assignment and Ass.DOC>>  <<Storm Assignment and
Assumption.DOC>> (See attached file: DVComparison_#131151 v1 - Storm Assignment and
Ass.DOC) (See attached file: Storm Assignment and Assumption.DOC)

1

CONFIDENTIAL                                                                    TELEK002544