# EXHIBIT O

# EXHIBIT O

5 December 2007

Dow Jones International News

MOSCOW (Dow Jones)--**Altimo**, the telecoms arm of Russian conglomerate Alfa Group, is selling half of its 13.2% stake in Turkcell Iletisim Hizmetleri AS (TKC) for one eightieth of its market value, the Vedomosti business daily reported Wednesday, citing a disclosure to the U.S. Securities and Exchange Commission.

The market value of the stake is $1.6 billion, using Turkcell's share price in New York Tuesday, but **Altimo** is selling the stake for $20 million, reported Vedomosti.

The paper reported Tuesday that **Altimo** is selling the stake under a repurchase agreement with a third party based on Kazakhstan.

An **Altimo** spokesman told the paper that the company is only selling the right to vote the stake and not the economic interest in Turkcell.

A New York court had previously instructed **Altimo** to lower its stakes in Ukrainian cellular operators that compete with Kyivstar, which is owned jointly by **Altimo** and by Norway's Telenor ASA (TELN).

After earlier refusing to recognize the court decision, **Altimo** said Monday it had complied with the ruling in what appeared to be a cooling of its long-running spat with Telenor.

Turkcell controls Ukraine's fourth-largest operator by users, Astelit.

Newspaper Web site: http://www.vedomosti.ru