# EXHIBIT R



ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001

tel +1 212 506 5000
fax +1 212 506 5151

WWW.ORRICK.COM

November 13, 2007

BY FACSIMILE AND REGULAR MAIL

Altimo Holdings & Investments Limited
11 Savvinskaya nab.
Moscow 119435
Russian Federation

Attn: Mr. Alexei Reznikovich
      Chief Executive Officer

Hardlake Limited
Elenion Building
5 Themistocles Dervis Street, 2nd Floor
CY-1066 Nicosia
Cyprus

Attn: Ms. Sophia Ioannou
      Abacus Secretarial Ltd.

Alpren Limited
Elenion Building
5 Themistocles Dervis Street, 2nd Floor
CY-1066 Nicosia
Cyprus

Attn: Ms. Stella Raouna
      Abacus Secretarial Ltd.

**Order of the Court in <u>Telenor Mobile Communications AS v. Storm LLC</u>, 07 Civ. 6929 (GEL); Final Award in <u>Telenor Mobile Communications AS v. Storm LLC</u>**

Ladies and Gentlemen:

We refer to the letter from Telenor Mobile Communications AS dated November 9, 2007, to the Final Award dated July 2, issued on August 1, 2007, in <u>Telenor Mobile Communications AS v. Storm LLC</u> (the "**Award**"), and arbitration conducted under the UNCITRAL Arbitration Rules, and to the Opinion and Order of Hon. Gerard E. Lynch, U.S.D.J., filed on November 2, 2007 (the "**Order**"), in <u>Telenor Mobile Communications AS v. Storm LLC</u>, 07 Civ. 6929 (GEL). Enclosed herein or attached hereto, as the case may be, are copies of the Award and the Order.

Very truly yours,

Robert L. Sills




ORRICK

November 13, 2007
Page 2

Copy to:   Yuri Musatov, Esq.
           General Counsel
           Altimo Holdings & Investments Limited
           11, Savvinskaya nab.
           119435 Moscow
           Russian Federation

           Pieter Van Tol, Esq.
           (w/o encl.)