# EXHIBIT S

More Languages: Russian                                                   ✧ Site Map    ☎ Contact Us



About Altimo
Altimo Talents
Our Assets
Media Centre
News
Altimo Index
The Altimo Foundation



Home >                          Media Centre > Media Contact Information >

News
Press Releases
Publications                    ## Media Contact Information
Corporate Video
Press Pack                      **International headquarters in London:**
Media Contact Information       41, Lothbury Str., London, EC2R7HF
                                Tel: +44 20 7367 0000
                                Fax: +44 20 7726 0895
                                e-mail: londonoffice@altimo.org

                                **Moscow headquarters:**
                                11 Savvinskaya nab.
                                Moscow 119435
                                Russia
                                Tel. +7 495 981 4488 Fax +7 495 981 44 48
                                E-mail: info@altimo.ru

                                **Kiev headquarters**
                                01033 Zhilyanskaya, 59, office 318
                                Kiev, Ukraine
                                Tel.: +38 044 569 86 86
                                Fax: +38 044 569 86 85
                                e-mail: ukroffice@altimo.ru

                                **Jakarta headquarters:**
                                Wisma GKBI, 40th floor, PH01A, Jl. Jend Sudirman, 28, Jakarta 10210
                                Tel: +6221 570 8141, Fax: +6221 5708142
                                Email: soeharto@altimo.ru

                                **Hanoi headquarters:**
                                Unit 2, 2nd floor,
                                International Center
                                17 Ngo Quyen street, Hanoi
                                Tel/Fax: +84 4 934 9180

11 Savvinskaya nab., Moscow, 119435, Russia, Tel. +7 495 981 4488, E-mail: info@altir

«Alfa Group»    «The Altimo Foundation»    «The Altimo Scholarship Project»                    ©