# EXHIBIT B

EXTRACT FROM THE RECORDS OF THE REGISTRAR OF COMPANIES DATED: 18/12/07

1. FULL NAME: **Intec Holdings Limited**

2. REGISTERED ADDRESS: **Libra Chambers, Riga Fereou 8, Limassol**

3. INCORPORATION/REGISTRATION NUMBER

  (a) Type of Company: **Private Company Limited by Shares**
  (b) Date Incorporated: **December 2, 1999**
  (c) Registration No.: **106904**

4. DIRECTORS

**Fedra Makridou**
43, Amathountos Avenue
Agios Tichonas, 4532 Limassol

5. SECRETARY

**Phaepa Secretarial Ltd.**
Libra Chambers, Riga Fereou 8,
Limassol

6. CAPITAL

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Authorized | £CY…1,000 | divided into | …1,000 | shares of | £CY….1…. | each |
| Issued | £CY..1,000… | | …1,000… | | | |

7. SHAREHOLDERS

  (a) **Fedra Makridou**                                                **999 Shares**
      43, Amathountos Avenue
      Agios Tichonas, 4532 Limassol

  (b) **Phaepa Secretarial Ltd**                                       **1 Share**
      Libra Chambers, Riga Fereou 8,
      Limassol
      **Transfer 1 Share on January 18, 2001 to Fedra Makridou**

  (c)   **Fedra Makridou**                                          **1000 Shares**
      43, Amathountos Avenue
      Agios Tichonas, 4532 Limassol