# EXHIBIT C



- About the Group
- Group Activities
- Corporate Centre
- Financial Information
- Sponsorship and Charity
- Press Centre

## About the Group

- Alfa Group`s Holdings
- Alfa Group`s Shareholders
- Investment Philosophy
- Advisory and Decision Making Bodies
- **Supervisory Board of Directors**
- Contact Information



Home | About the Group | Supervisory Board of Directors

### MIKHAIL GAMZIN
*Managing Partner of Russian Technologies*

As the principal founder and a Managing Partner of Russian Technologies Venture Fund, Mr. Gamzin is responsible for its overall strategy and development. Prior to forming Russian Technologies, Mr. Gamzin served as Chairman of the Board of Directors of Intec Group, a sugar and grain business which in 2001 merged with Alfa Group's sugar business to create United Food Company. UFC was sold to a Russian strategic investor at the end of 2002.

Mr. Gamzin graduated from Moscow Commercial Institute in 1989.

Mr. Gamzin was born in Krasnodar, Russia on 13 October 1964.



The Members of the Supervisory Board are:

- Mikhail Fridman, Chairman of the Supervisory Board of Alfa Group
- German Khan, Executive Director of TNK-BP
- Alexey Kousmichoff, Chairman of the Board of Directors of A1 and of Russian Technologies