# EXHIBIT D

**RT RUSSIAN TECHNOLOGIES**
*INVESTMENT INTO REALITY*

▸ ABOUT US    ▸ INVESTMENTS    ▸ OUR PORTFOLIO

▸ About RT  ▸ Management Team  ▸ RT-Infinity

# ABOUT US

## Management Team

### Mikhail GAMZIN
*Managing Partner*



Mikhail Gamzin is a serial entrepreneur with a successful track record for building businesses and creating shareholder value in Russia. Over the past 15 years he founded, developed and sold successfully 3 companies in various sectors: Trade, Transport, and Agricultural Production.

In 1999 Mr.Gamzin founded Intec Group which invested in sugar and grain businesses in southern Russia. In 2000 Intec Group merged its business with Alfa Group's Kubanskhar to create United Food Company (UFC) – one of the leading sugar and grain producers in Russia with an annual turnover of $100 million and 10 thousand employees. Mr.Gamzin headed the company and joined the Supervisory Board of Directors of Alfa Group. In 2002 UFC was successfully sold to a Russian strategic investor, generating an excellent return for the shareholders.

In 2003 Mr.Gamzin founded Russian Technologies with investments from Alfa Group and Intec Group.

Mr. Gamzin serves on the board of Directors of UHT, Ultra Motor, Yutec and Electro-Com.

M.Gamzin is a member of the Administrative Council of the Russian Private Equity and Venture Capital Association.

### Vitaly Belik
*Partner*



Mr. Belik is an investment professional with experience at leading institutional investing organizations.

Prior to joining Russian Technologies in January 2007, Vitaly Belik worked at Intel Capital Since 2003. At Intel Capital Mr.Belik was responsible for equity investments and M&A origination. Vitaly Belik has lead two equity investment projects and initiated one successfully closed M&A transaction. Vitaly was Intel Capital's observer on Boards of Directors of Electro-com and UHT.

In 2000-2002 Vitaly Belik worked at Delta Capital and was responsible for investments in IT and telecommunications. In 1999-2000, Vitaly Belik was general director of Ukrainian consulting company Strategic Alliance, and in 1997-1998 he headed the investment department of Alfa Capital (Ukraine) focusing on media. Prior to that, in 1995–97 Mr.Belik worked at Investment Banking department of Credit Swiss First Boston (Moscow, Russia) and in 1994-1995 was fixed income trader at Dialog Bank (Moscow, Russia).

Vitaly Belik graduated from Moscow Institute of Physics and Technology in 1997. In 1993-1994 Vitaly studied at Suffolk University (Boston, USA) and in 2000 completed VC education program of Venture Capital Institute (Atlanta, USA).