# EXHIBIT F

More Languages: Russian                                                          ❖ Site Map   ■ Contact Us   🔍 Search  Search Term



About Altimo
Altimo Talents
Our Assets
Media Centre
News
Altimo Index
The Altimo Foundation

Home >

Our Assets
Activity on emerging markets

Our Assets >

## Our Assets

The market capitalisation of Altimo's assets exceeds $30 bn. This includes significant holdings in Russia's leading mobile operators VimpelCom and MegaFon, together with stakes in Kyivstar, the largest Ukrainian operator, Sky Mobile - №1 GSM carrier in Kyrgyzstan and Turkcell, the Turkish leading mobile company. Our operators have a total of nearly 150 million subscribers in Russia, the CIS, and Turkey. Two Russian operators - VimpelCom and Megafon has acquired the national license to provide 3G services.



Founded in 1992, **VimpelCom** is now one of the largest wireless telecommunications service companies in Russia . It operates under the "Beeline" family of brand names, which are among the most recognised brands in Russia . In 1996, VimpelCom became the first Russian company to be listed on the NYSE. More than 10 years VimpelCom has the leading positions on Russian market in regard with professionalism and transparency. It was repeatedly recognized as a leader in the field of corporate governance and investor relations. In April 2007 Vimpelcom became of 3 carriers to develop 3G network in Russia.

The company is now aggressively expanding into other promising emerging markets; it is a leading mobile operator in Kazakhstan, Tadjikistan, Uzbekistan, Ukraine, Armenia and Georgia. The expansion to mentioned countries increased the population in the territories covered by the Company's license portfolio to 240 million.

Currently, VimpelCom serves over 60 million subscribers. Altimo owns 44% of VimpelCom/Beeline.



**MegaFon** is the third largest provider of wireless telecommunications services in Russia with nearly 32 million subscribers and 20% of market share in Russia. Its license portfolio covers 143 million people, or 100% of the population of Russia. MegaFon also provides its services in Tadzhikistan, where its daugther TT-Mobile is the largest mobile operator. Like

Altimo

Vimpelcom Megafon has also become ony of 3 carriers which has got national 3G license.

Altimo owns 25.1% of Megafon.



**Kyivstar** is the leading provider of wireless telecommunications services in Ukraine with over 22 million subscribers. The company is also licensed to operate city, long-distance, and international phone networks. Additionally, Kyivstar holds licenses to build and maintain its own fixed-line networks and to organise data transmission networks.

Altimo owns 43.5% of Kyivstar.



Founded in 1989, **Golden Telecom** is the leading fixed-line provider of integrated telecommunications and Internet services to businesses and other high-usage customers and telecommunications operators in major population centres throughout Russia and other countries of the CIS. The effective activity of GT management allowed to double company`s market capitalization in 2006. GT is the third long-distance carrier in Russia.

The company is listed on NASDAQ. Altimo owns 25.9% of Golden Telecom.



**Turkcell** introduced mobile communication in Turkey with its GSM services in 1994. Now it is the leading GSM operator in Turkey with over 32 million customers and a 60% market share.

The company also owns assets in Ukraine. Turkcell is the first Turkish company to be listed on the New York Stock Exchange (NYSE) where its shares have been traded since July 11, 2000 along with trading on the Istanbul Stock Exchange (IMKB).

Altimo owns 6,6% of Turkcell



**Sky Mobile** is № 1 GSM operator in Kyrgyzstan andwhich has GSM licence allover the country. More than 1 000 000 customers (market share - 87%) enjoys quality connection provided by Sky Mobile. The operator is a member of international GSM Association. Altimo owns 51% of Sky Mobile.

11 Savvinskaya nab., Moscow, 119435, Russia, Tel. +7 495 981 4488, E-mail: info@altimo.ru

Altimo

«Alfa Group»   «The Altimo Foundation»   «The Altimo Scholarship Project»

© 2007 ALTIMO. All rights reserved