# EXHIBIT G

TKC: Summary for TURKCELL ILET NEW - Yahoo! Finance

Page 1 of 4

Yahoo!   My Yahoo!   Mail   More   New: Make Y! your home page



YAHOO! FINANCE

Dow ↓ 1.06% Nasdaq ↓ 2.04%

[ GET QUOTES ]   Finance Search

Tue, Jan 22, 2008, 10:01PM ET - U.S. Markets closed.

**Turkcell Iletisim Hizmetleri AS (TKC)**

      

ACTIVE TRADERS • Fidelity

streaming quotes: ON

**TURKCELL ILET NEW** (NYSE:TKC)

After Hours: 23.14 ↑ 0.22 (0.98%) as of 6:03PM ET on 01/22/08    At 4:02PM ET: **22.92** ↓ 1.60 (6.53%)

| | | | |
|---|---|---|---|
| Last Trade: | **22.92** | Day's Range: | 21.15 - 23.50 |
| Trade Time: | 4:02PM ET | 52wk Range: | 12.30 - 30.00 |
| Change: | ↓ 1.60 (6.53%) | Volume: | 1,659,724 |
| Prev Close: | 24.52 | Avg Vol (3m): | 1,445,040 |
| Open: | 22.10 | Market Cap: | 20.17B |
| Bid: | N/A | P/E (ttm): | 16.31 |
| Ask: | N/A | EPS (ttm): | 1.41 |
| 1y Target Est: | 27.11 | Div & Yield: | 0.47 (2.00%) |

Add Quotes to Your Web Site        Add TKC to Portfolio   Set Alert   Download Data

Quotes delayed, except where indicated otherwise. For consolidated real-time quotes (including real-time pre/post market data), sign up for a free trial of Real-time Quotes.

**HEADLINES**   Change Display [ hide $$   edit ]

• NANOIDENT Secures Substantial Investment from Leading European Technology Pioneer
  **Business Wire** (Mon 12:32pm)
• The Time Bomb in Your Portfolio
  **at Motley Fool** (Sat, Jan 19)

New! Try our new Charts in Beta

(chart of TKC 22-Jan 3:59pm)

1d 5d 3m 6m 1y 2y 5y max

Real-time charts for TKC.
Free Trial

ADVERTISEMENT