# EXHIBIT A

**Registration List**
of the Extraordinary General Meeting of the Shareholders
of the Closed Joint Stock Company "Kyivstar G.S.M." (the "Company")
to be held on October 1, 2007

October 1, 2007

In accordance with Article 41 of the Law of Ukraine "On Business Associations", the Management of the Company conducted the registration of shareholders, who arrived to participate in the Extraordinary General Meeting of the Shareholders of the Company scheduled for October 1, 2007 beginning at 10.00 a.m. local time at the address: CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine (the "Meeting").

The registration commenced at 9.00 a.m. local time.

The registration was completed at 9.45 a.m. local time.

The following shareholders have been registered:

1. TELENOR MOBILE COMMUNICATIONS AS,

    represented by: Trond Moe,
    acting on the basis of: the Power of Attorney, number of votes: 6,040,256 votes,

    signature: _____;

    represented by: Thor Asbjorn Halvorsen,
    acting on the basis of: the Power of Attorney, number of votes: 1 vote,

    signature: _____;

    represented by: Bjorn Hogstad,
    acting on the basis of: the Power of Attorney, number of votes: 1 vote,

    signature: _____;

2. TELENOR UKRAINA AS,

    represented by: Oleksiy V. Didkovskiy,
    acting on the basis of: the Power of Attorney, number of votes: 1 vote,

    signature: _____;

3. TELENOR UKRAINA II AS,

   represented by: Andriy M. Pozhydayev,
   acting on the basis of: the Power of Attorney, number of votes: 1 vote.

   signature: _____

4. TELENOR UKRAINA III AS,

   represented by: Trond Moe,
   acting on the basis of: the Power of Attorney, number of votes: 1 vote.

   signature: _____

5. TELENOR UKRAINA IV AS,

   represented by: Svitlana V. Chepurna,
   acting on the basis of: the Power of Attorney, number of votes: 1 vote.

   signature: _____

Results of the registration:

The above-mentioned representatives of TELENOR MOBILE COMMUNICATIONS AS ("Telenor Mobile"), TELENOR UKRAINA I AS ("Telenor Ukraina I"), TELENOR UKRAINA II AS ("Telenor Ukraina II"), TELENOR UKRAINA III AS ("Telenor Ukraina III") and TELENOR UKRAINA IV AS ("Telenor Ukraina IV") have been registered for participation in the Meeting. The mentioned shareholders hold in the aggregate six million forty thousand two hundred sixty two (6,040,262) votes which constitute 56.517658% of votes in the Company.

Pursuant to Section 8 of Article 41 of the Law of Ukraine "On Business Associations" and Article 8.4 of the Charter of the Company, the Meeting is deemed duly convened if shareholders of the Company and/or respective proxies of shareholders of the Company holding more than sixty percent (60%) of the voting shares of the Company are participating therein in accordance with the Charter. The presence of the above-mentioned representatives does not constitute the necessary quorum as required by Ukrainian law and the Charter of the Company. Based on the above, the Meeting is not legitimate and is declared as failed.

President of the Company       _____       Igor V. Lytovchenko

As evidence of their registration for participation in the Meeting, the representatives of Telenor Mobile, Telenor Ukraina I, Telenor Ukraina II, Telenor Ukraina III and Telenor Ukraina IV specified below have executed this Registration List of the Meeting on this 1st day of October 2007, by signing their names below:

| | | |
|---|---|---|
| Representatives of Telenor Mobile | *[signature]* | Trond Moe |
| | *[signature]* | Thor Asbjorn Halvorsen |
| | *[signature]* | Bjorn Hogstad |
| Representative of Telenor Ukraina I | *[signature]* | Oleksiy V. Didkovskiy |
| Representative of Telenor Ukraina II | *[signature]* | Andriy M. Pozhydayev |
| Representative of Telenor Ukraina III | *[signature]* | Trond Moe |
| Representative of Telenor Ukraina IV | *[signature]* | Svitlana V. Chepurna |



This document contains _three_ (3) stitched together sealed pages

Реєстраційний Лист
Позачергових Загальних Зборів Акціонерів
Закритого Акціонерного Товариства "Київстар Дж.Ес.Ем." (надалі – "Товариство")
1 жовтня 2007 року

1 жовтня 2007 року

Відповідно до ст. 41 Закону України "Про господарські товариства" Правління Товариства здійснило реєстрацію акціонерів, які прибули для участі у позачергових загальних зборах акціонерів Товариства, що призначені на 1 жовтня 2007 року з початком о 10 годині 00 хвилин за місцевим часом за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ "Київстар Дж.Ес.Ем." (надалі – "Збори")

Реєстрацію почато о 9 годині 00 хвилин за місцевим часом.

Реєстрацію закінчено о 9 годині 45 хвилин за місцевим часом.

Зареєструвалися наступні акціонери:

1. ТЕЛЕНОР МОБАЙЛ КОМ'ЮНІКЕЙШНЗ АС.

   представник: Тронд Мое,
   підстава: Довіреність, кількість голосів: 6 040 256 голосів.

   підпис: _____

   представник: Тор Асбйорн Халворсен,
   підстава: Довіреність, кількість голосів: 1 голос.

   підпис: _____

   представник: Бйорн Хогстад,
   підстава: Довіреність, кількість голосів: 1 голос.

   підпис: _____

2. ТЕЛЕНОР УКРАЇНА І АС.

   представник: Олексій Володимирович Дідковський,
   підстава: Довіреність, кількість голосів: 1 голос.

   підпис: _____

3.  ТЕЛЕНОР УКРАЇНА II АС,

    представник: Андрій Миколайович Пожидаєв,
    підстава: Довіреність, кількість голосів: 1 голос,

    підпис: _____

4.  ТЕЛЕНОР УКРАЇНА III АС,

    представник: Тронд Мое,
    підстава: Довіреність, кількість голосів: 1 голос,

    підпис: _____

5.  ТЕЛЕНОР УКРАЇНА IV АС,

    представник: Світлана Володимирівна Чепурна,
    підстава: Довіреність, кількість голосів: 1 голос,

    підпис: _____

Результати реєстрації:

Для участі у Зборах зареєструвались вищезазначені представники ТЕЛЕНОР МОБАЙЛ КОМ'ЮНІКЕЙШНЗ АС (надалі – "Теленор Мобайл"), ТЕЛЕНОР УКРАЇНА I АС (надалі – "Теленор Україна I"), ТЕЛЕНОР УКРАЇНА II АС (надалі – "Теленор Україна II"), ТЕЛЕНОР УКРАЇНА III АС (надалі – "Теленор Україна III") та ТЕЛЕНОР УКРАЇНА IV АС (надалі – "Теленор Україна IV"). Зазначені акціонери володіють у сукупності 6 040 262 (шість мільйонів сорок тисяч двісті шістдесят два) голосами, що становлять 56.517658% голосів у Товаристві.

Відповідно до ч. 8 ст. 41 Закону України "Про господарські товариства" та ст. 8.4 Статуту Товариства Збори є правомочними, якщо в них беруть участь акціонери Товариства та/або їх представники, які відповідно до Статуту Товариства володіють більше ніж 60% (шістдесят відсотків) акцій Товариства, які дають право голосу. Присутність вищезазначених представників не забезпечує необхідного кворуму відповідно до вимог законодавства України та Статуту Товариства. Виходячи з вищевикладеного, Збори не є правомочними та визнаються такими, що не відбулися.

Президент Товариства    _____    Ігор В. Литовченко

На засвідчення своєї реєстрації для участі у Зборах, зазначені нижче представники Теленор Мобайл, Теленор Україна I, Теленор Україна II, Теленор Україна III та Теленор Україна IV підписали цей Реєстраційний лист Зборів 1 жовтня 2007 року.

Представники Теленор Мобайл _____ Тронд Мое

_____ Гор Асбйорн Халворсен

_____ Бйорн Хогстад

Представник Теленор Україна I _____ Олексій В. Дідковський

Представник Теленор Україна II _____ Андрій М. Пожидаєв

Представник Теленор Україна III _____ Тронд Мое

Представник Теленор Україна IV _____ Світлана В. Чепурна



В цьому документі пронумеровано

____ аркуші(в)