# EXHIBIT F

Registration List
of the Extraordinary General Meeting of Shareholders
of the Closed Joint Stock Company "Kyivstar G.S.M." (the "Company")
to be held on December 3rd, 2007

December 3rd, 2007

In accordance with Article 41 of the Law of Ukraine "On Business Associations", the Management of the Company conducted the registration of shareholders, who arrived to participate in the Extraordinary General Meeting of Shareholders of the Company scheduled for December 3rd, 2007 beginning at 10.00 local time at the address: CJSC "Kyivstar G.S.M.", 53 Degtyarivska Str., room 1001, Kyiv, Ukraine (the "Meeting").

The registration commenced at 09.00 local time.

The registration was completed at 09.45 local time.

The following shareholders and/or their representatives have been registered:

1.  **Telenor Mobile Communications AS,**

    represented by: Trond Moe,
    acting on the basis of: the Power of Attorney; number of votes: 6040258 votes

    signature: _____

2.  **Telenor Ukraina I AS,**

    represented by: Oleksiy V. Didkovskiy,
    acting on the basis of: the Power of Attorney; number of votes: 1 vote

    signature: _____

3.  **Telenor Ukraina II AS,**

    represented by: Andriy M. Pozhydayev,
    acting on the basis of: the Power of Attorney; number of votes: 1 vote

    signature: _____

4.  **Telenor Ukraina III AS,**

    represented by: Trond Moe,
    acting on the basis of: the Power of Attorney; number of votes: 1 vote

    signature: _____

5.  **Telenor Ukraina IV AS,**

    represented by: <u>Svitlana V. Chepurna,</u>
    acting on the basis of: <u>the Power of Attorney</u>; number of votes: <u>1 vote</u>

    signature: _____

Results of the registration:

The above-mentioned representatives of Telenor Mobile Communications AS, Telenor Ukraina I AS, Telenor Ukraina II AS, Telenor Ukraina III AS and Telenor Ukraina IV AS have been registered for participation in the Meeting. The mentioned shareholders hold in the aggregate 6040262 (six million forty thousand two hundred sixty two) votes which constitute 56.517658% of votes in the Company.

Pursuant to Section 8 of Article 41 of the Law of Ukraine "On Business Associations" and Article 8.4 of the Charter of the Company, the Meeting is deemed duly convened if shareholders of the Company and/or respective proxies of shareholders of the Company holding more than sixty percent of the voting shares of the Company are participating therein in accordance with the Charter of the Company. The presence of the above-mentioned representatives does not constitute the necessary quorum as required by Ukrainian law and the Charter of the Company. Based on the above, the Meeting is incompetent and is declared as failed.

**President of the Company**                            Igor V. Lytovchenko

[SEAL]

As evidence of their registration for participation in the Meeting, the representatives of Telenor Mobile Communications AS, Telenor Ukraina I AS, Telenor Ukraina II AS, Telenor Ukraina III AS and Telenor Ukraina IV AS specified below have executed this Registration List of the Meeting on this 3rd day of December 2007, by signing their names below:

Representative of Telenor Mobile Communications AS          Trond Moe

Representative of Telenor Ukraina I AS          Oleksiy V. Didkovskiy

Representative of Telenor Ukraina II AS          Andriy M. Pozhydayev

Representative of Telenor Ukraina III AS          Trond Moe

Representative of Telenor Ukraina IV AS          Svitlana V. Chepurna



This document contains three (3) stitched together sealed pages

РЕЄСТРАЦІЙНИЙ ЛИСТ
ПОЗАЧЕРГОВИХ ЗАГАЛЬНИХ ЗБОРІВ АКЦІОНЕРІВ
ЗАКРИТОГО АКЦІОНЕРНОГО ТОВАРИСТВА «КИЇВСТАР ДЖ.ЕС.ЕМ.» (надалі –
«Товариство»)
03 грудня 2007 року

**03 грудня 2007 року**

Відповідно до ст. 41 Закону України «Про господарські товариства» Правління Товариства здійснило реєстрацію акціонерів, що прибули для участі у позачергових загальних зборах акціонерів Товариства, що призначені на 03 грудня 2007 року з початком о 10 годині 00 хвилин за місцевим часом за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс Товариства (надалі – «Збори»).

Реєстрацію почато о 09 годині 00 хвилин за місцевим часом.

Реєстрацію закінчено о 09 годині 45 хвилин за місцевим часом.

Для участі у Зборах зареєструвалися наступні акціонери та/або їхні представники:

1. **Компанія «Теленор Мобайл Ком'юнікейшнз АС»,**

    підпис: _____
    представник: Тронд Мое
    підстава: довіреність; кількість голосів: 6040258 голосів

2. **Компанія «Теленор Україна I АС»,**

    підпис: _____
    представник: Олексій Володимирович Дідковський
    підстава: довіреність; кількість голосів: 1 голос

3. **Компанія «Теленор Україна II АС»,**

    підпис: _____
    представник: Андрій Миколайович Пожидаєв
    підстава: довіреність; кількість голосів: 1 голос

4. **Компанія «Теленор Україна III АС»,**

    підпис: _____
    представник: Тронд Мое
    підстава: довіреність; кількість голосів: 1 голос

В засвідчення своєї реєстрації для участі у Зборах зазначені нижче представники компаній «Теленор Мобайл Ком'юнікейшнз АС», «Теленор Україна І АС», «Теленор Україна ІІ АС», «Теленор Україна ІІІ АС» та «Теленор Україна IV АС» підписали цей Реєстраційний лист Зборів 03 грудня 2007 року.

Представник компанії                                   Тронд Мое
«Теленор Мобайл Ком'юнікейшнз АС»

Представник компанії «Теленор Україна І АС»            О.В. Дідковський

Представник компанії «Теленор Україна ІІ АС»           А.М. Пожидаєв

Представник компанії «Теленор Україна ІІІ АС»          Тронд Мое

Представник компанії «Теленор Україна IV АС»           С.В. Чепурна

5.  Компанія «Теленор Україна IV АС»,

підпис: _____
представник: <u>Світлана Володимирівна Чепурна</u>
підстава: <u>довіреність</u>; кількість голосів: <u>1 голос</u>

Результати реєстрації:

Для участі у Зборах зареєструвалися вищезазначені представники компаній «Теленор Мобайл Ком'юнікейшнз АС», «Теленор Україна I АС», «Теленор Україна II АС», «Теленор Україна III АС» та «Теленор Україна IV АС». Перелічені акціонери володіють у сукупності 6040262 (шістьма мільйонами сорока тисячами двомастами шістдесятьма двома) голосами, що становить 56,517658% голосів у Товаристві.

Відповідно до ч. 8 ст. 41 Закону України «Про господарські товариства» та п. 8.4. ст. 8 Статуту Товариства Загальні збори є правомочними, якщо в них беруть участь акціонери Товариства та/або їхні представники, які володіють більше ніж 60% (шістдесятьма відсотками) акцій Товариства, що дають право голосу. Присутність вищезазначених представників не забезпечує необхідний кворум відповідно до вимог законодавства України та Статуту Товариства. Виходячи з викладеного вище, Збори не є правомочними та визнаються такими, що не відбулися.

Президент Товариства           _____           І.В. Литовченко

М.п.



В цьому документі прошнуровано та пронумеровано 3 (три) аркуші