# EXHIBIT G

Registration List
of the Extraordinary General Meeting of Shareholders
of the Closed Joint Stock Company "Kyivstar G.S.M." (the "Company")
to be held on January 18th, 2008

January 18th, 2008

In accordance with Article 41 of the Law of Ukraine "On Business Associations", the Management of the Company conducted the registration of shareholders, who arrived to participate in the Extraordinary General Meeting of Shareholders of the Company scheduled for January 18th, 2008 beginning at 10.00 local time at the address: CJSC "Kyivstar G.S.M.", 53 Degtyarivska Str., room 1001, Kyiv, Ukraine (the "Meeting").

The registration commenced at 09.00 local time.

The registration was completed at 09.45 local time.

The following shareholders and/or their representatives have been registered:

1. **Telenor Mobile Communications AS,**

    represented by: Trond Moe,
    acting on the basis of: the Power of Attorney; number of votes: 6040257 votes

    signature: _____

    represented by: Thor Asbjørn Halvorsen,
    acting on the basis of: the Power of Attorney; number of votes: 1 vote

    signature: _____

2. **Telenor Ukraina I AS,**

    represented by: Oleksiy V. Didkovskiy,
    acting on the basis of: the Power of Attorney; number of votes: 1 vote

    signature: _____

3. **Telenor Ukraina II AS,**

    represented by: Andriy M. Pozhydayev,
    acting on the basis of: the Power of Attorney; number of votes: 1 vote

    signature: _____

4.  **Telenor Ukraina III AS,**

    represented by: Trond Moe,
    acting on the basis of: the Power of Attorney; number of votes: 1 vote

    signature: _____

5.  **Telenor Ukraina IV AS,**

    represented by: Svitlana V. Chepurna,
    acting on the basis of: the Power of Attorney; number of votes: 1 vote

    signature: _____

Results of the registration:

The above-mentioned representatives of Telenor Mobile Communications AS, Telenor Ukraina I AS, Telenor Ukraina II AS, Telenor Ukraina III AS and Telenor Ukraina IV AS have been registered for participation in the Meeting. The mentioned shareholders hold in the aggregate 6040262 (six million forty thousand two hundred sixty two) votes which constitute 56.517658% of votes in the Company.

Pursuant to Section 8 of Article 41 of the Law of Ukraine "On Business Associations" and Article 8.4 of the Charter of the Company, the Meeting is deemed duly convened if shareholders of the Company and/or respective proxies of shareholders of the Company holding more than 60% (sixty percent) of the voting shares of the Company are participating therein in accordance with the Charter. The presence of the above-mentioned representatives does not constitute the necessary quorum as required by Ukrainian law and the Charter of the Company. Based on the above, the Meeting is incompetent and is declared as failed.

President of the Company          Igor V. Lytovchenko
[SEAL]

As evidence of their registration for participation in the Meeting, the representatives of Telenor Mobile Communications AS, Telenor Ukraina I AS, Telenor Ukraina II AS, Telenor Ukraina III AS and Telenor Ukraina IV AS specified below have executed this Registration List of the Meeting on this 18th day of January 2008, by signing their names below:

Representatives of Telenor Mobile Communications AS　　　　　　　　　Trond Moe

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Thor Asbjørn Halvorsen

Representative of Telenor Ukraina I AS　　　　　　　　　　　　　　　　Oleksiy V. Didkovskiy

Representative of Telenor Ukraina II AS　　　　　　　　　　　　　　　Andriy M. Pozhydayev

Representative of Telenor Ukraina III AS　　　　　　　　　　　　　　　Trond Moe

Representative of Telenor Ukraina IV AS　　　　　　　　　　　　　　　Svitlana V. Chepurna



This document contains *three* (3) stitched together sealed pages

Реєстраційний Лист
Позачергових Загальних Зборів Акціонерів
Закритого Акціонерного Товариства «Київстар Дж.Ес.Ем.» (надалі – «Товариство»)
18 січня 2008 року

**18 січня 2008 року**

Відповідно до ст. 41 Закону України «Про господарські товариства» Правління Товариства здійснило реєстрацію акціонерів, що прибули для участі у позачергових загальних зборах акціонерів Товариства, що призначені на 18 січня 2008 року з початком о 10 годині 00 хвилин за місцевим часом за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс Товариства (надалі – «Збори»).

Реєстрацію почато о 09 годині 00 хвилин за місцевим часом.

Реєстрацію закінчено о 09 годині 45 хвилин за місцевим часом.

Для участі у Зборах зареєструвалися наступні акціонери та/або їхні представники:

1. **Компанія «Теленор Мобайл Ком'юнікейшнз АС»**,

   підпис: _____
   представник: Тронд Мое
   підстава: довіреність; кількість голосів: 6040257 голосів

   підпис: _____
   представник: Тор Асбйорн Халворсен
   підстава: довіреність; кількість голосів: 1 голос

2. **Компанія «Теленор Україна I АС»**,

   підпис: _____
   представник: Олексій Володимирович Дідковський
   підстава: довіреність; кількість голосів: 1 голос

3. **Компанія «Теленор Україна II АС»**,

   підпис: _____
   представник: Андрій Миколайович Пожидаєв
   підстава: довіреність; кількість голосів: 1 голос

4. **Компанія «Теленор Україна III АС»**,

   підпис: _____
   представник: Тронд Мое
   підстава: довіреність; кількість голосів: 1 голос

5. Компанія «Теленор Україна IV АС»,

підпис: _____
представник: Світлана Володимирівна Чепурна
підстава: довіреність; кількість голосів: 1 голос

Результати реєстрації:

Для участі у Зборах зареєструвалися вищезазначені представники компаній «Теленор Мобайл Ком'юнікейшнз АС», «Теленор Україна I АС», «Теленор Україна II АС», «Теленор Україна III АС» та «Теленор Україна IV АС». Перелічені акціонери володіють у сукупності 6040262 (шістьма мільйонами сорока тисячами двомастами шістдесятьма двома) голосами, що становить 56,517658% голосів у Товаристві.

Відповідно до ч. 8 ст. 41 Закону України «Про господарські товариства» та п. 8.4. ст. 8 Статуту Товариства Загальні збори є правомочними, якщо в них беруть участь акціонери Товариства та/або їхні представники, які володіють більше ніж 60% (шістдесятьма відсотками) акцій Товариства, що дають право голосу. Присутність вищезазначених представників не забезпечує необхідний кворум відповідно до вимог законодавства України та Статуту Товариства. Виходячи з викладеного вище, Збори не є правомочними та визнаються такими, що не відбулися.

Президент Товариства        _____        І.В. Литовченко

М.п.

В засвідчення своєї реєстрації для участі у Зборах зазначені нижче представники компаній «Теленор Мобайл Ком'юнікейшнз АС», «Теленор Україна I АС», «Теленор Україна II АС», «Теленор Україна III АС» та «Теленор Україна IV АС» підписали цей Реєстраційний лист Зборів 18 січня 2008 року.

Представники компанії  
«Теленор Мобайл Ком'юнікейшнз АС»            Тронд Мое

                                             Тор Асбйорн Халворсен

Представник компанії «Теленор Україна I АС»     О.В. Ділковський

Представник компанії «Теленор Україна II АС»    А. М. Пожидаєв

Представник компанії «Теленор Україна III АС»   Тронд Мое

Представник компанії «Теленор Україна IV АС»    С.В. Чепурна



В цьому документі пронумеровано та прошнуровано
« ___ » _____ аркуші(в)