# EXHIBIT H



Notice
on Convocation of the Extraordinary General Meeting of Shareholders
of Closed Joint Stock Company «Kyivstar G.S.M.» (hereinafter referred to as the «Company»)

This is to notify You that by request of shareholder of the Company «Telenor Mobile Communications AS» representing 56,517621% of the authorized capital of the Company, under p.8.7. of cl.8 of the Charter of the Company, an extraordinary general meeting of shareholders of the Company (hereinafter referred to as the «Meeting») shall be held on October 1st, 2007. The Meeting shall take place at 10:00 local time at the following address: CJSC «Kyivstar G.S.M.», 53 Degtyarivska Street, room 1001, Kyiv, Ukraine.

## Agenda of the Meeting

1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Introduction of amendments to the Charter of the Company.
4. Removal and election of the members of the Board of the Company.

The Management of the Company asks that You participate in the Meeting through Your authorized representative, as specified below.

In order to have the right to participate in, and vote at, the Meeting, Your representative has to register. Registration of the participants in the Meeting shall be held at the abovementioned address on the day of the Meeting from 09:00 to 09:45 AM. A representative of the shareholder of the Company must have a passport or other personal identification document. In addition, the authority of the representative who is an officer of the shareholder of the Company to participate in, and vote at, the Meeting should be evidenced by the originals or notary certified copies of, or extracts from, the foundation documents and a document evidencing appointment (election) of such person that entitles him/her to act on behalf of the shareholder of the Company without a power of attorney. Any other representative of shareholder of the Company must have a power of attorney entitling him/her to participate in, and vote at, the Meeting.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting prior to the date of the Meeting at the following address: 53 Degtyarivska Street, Kyiv, Ukraine.

Sincerely yours,

_____
Lytovchenko I.V.

President of CJSC "Kyivstar G.S.M."

Legal address:
51, Chervonozoryanyi Av., Kyiv, 03110
tel.: +380 44 209 00 70
fax: +380 44 232 21 84
www.kyivstar.net
wap.starport.com.

Correspondence address:
53, Degtyarivska St., Kyiv, 03113
tel.: +380 44 209 00 70
fax: +380 44 232 21 84
www.kyivstar.net
wap.starport.com.ua

Customer care:
24, Sichnevogo Povstannya St.,
Kyiv, 01010
tel.: + 380 44 466 0 466
www.kyivstar.net
wap.starport.com.ua



# RESOLUTION OF THE MANAGEMENT
to convene the Extraordinary General Meeting of the Shareholders
of Closed Joint Stock Company "Kyivstar G.S.M."

as of August 08, 2007

Kyiv, Ukraine

The Management of Closed Joint Stock Company «Kyivstar G.S.M.» (hereinafter referred to as the «Company») by request of shareholder of the Company «Telenor Mobile Communications AS» representing 56,517621% of the authorized capital of the Company, under p.8.7. of cl.8 of the Charter of the Company, resolved to convene a general meeting of the shareholders of the Company (hereinafter referred to as the «Meeting») to decide on the matters set forth in the agenda of the Meeting attached hereto. The Meeting will be held on October 1st, 2007 at 10:00 AM local time at the address: CJSC "Kyivstar G.S.M.", 53 Degtyarivska street, room 1001, Kyiv, Ukraine. The shareholders of the Company or their duly authorized representatives have to register for participation in the Meeting at the address set forth above on the day of the Meeting from 09:00 AM to 09:45 AM local time.

The Management authorizes the President of the Company to notify all shareholders of the Company about the Meeting.

PRESIDENT OF THE COMPANY

*signature*

LYTOVCHENKO I.V.

*Attachment on one page: Agenda of the Extraordinary General Meeting*

Legal address:
51. Chervonozoryanyi Av., Kyiv, 03110
tel.: +380 44 209 00 70
fax: +380 44 232 21 84
www.kyivstar.net
wap.starport.com.

Correspondence address:
53. Degtyarivska St., Kyiv, 03113
tel.: +380 44 209 00 70
fax: +380 44 232 21 84
www.kyivstar.net
wap.starport.com.ua

Customer care:
24. Sichnevogo Povstannya St.,
Kyiv. 01010
tel.: + 380 44 466 0 466
www.kyivstar.net
wap.starport.com.ua



# AGENDA

of the Extraordinary General Meeting of the Shareholders
of Closed Joint Stock Company "Kyivstar G.S.M." (the "Company")
appointed on October 1st, 2007

1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Introduction of amendments to the Charter of the Company.
4. Removal and election of the members of the Board of the Company.

Legal address:
51, Chervonozoryanyi Av., Kyiv, 03110
tel.: +380 44 209 00 70
fax: +380 44 232 21 84
www.kyivstar.net
wap.starport.com.

Correspondence address:
53. Degtyarivska St., Kyiv, 03113
tel.: +380 44 209 00 70
fax: +380 44 232 21 84
www.kyivstar.net
wap.starport.com.ua

Customer care:
24, Sichnevogo Povstannya St.,
Kyiv, 01010
tel.: + 380 44 466 0 466
www.kyivstar.net
wap.starport.com.ua



Повідомлення

про скликання позачергових загальних зборів акціонерів

закритого акціонерного товариства «Київстар Дж.Ес.Ем.» (надалі – «Товариство»)

Повідомляємо вам що, на вимогу акціонера Товариства «Теленор Мобайл Ком'юнікейшнз АС», який володіє часткою 56,517621% статутного фонду Товариства, керуючись п. 8.7. ст. 8 Статуту Товариства, 01 жовтня 2007 року о 10 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі – «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж.Ес.Ем.».

Порядок денний Зборів:

1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Внесення змін до Статуту Товариства.
4. Звільнення та обрання членів Ради Товариства.

Правління Товариства звертається до вас з проханням взяти участь у Зборах через свого представника, як зазначено нижче.

Для того, щоб мати право брати участь у Зборах та голосувати на них, ваш представник повинен зареєструватися. Реєстрація учасників Зборів відбуватиметься за зазначеною вище адресою у день проведення Зборів з 09 години 00 хвилин до 09 години 45 хвилин за місцевим часом.

Представнику акціонера Товариства необхідно мати при собі паспорт або інший документ, що посвідчує його особу. Крім того, повноваження представника, який є посадовою особою акціонера Товариства, на участь та голосування на Зборах повинні бути підтверджені оригіналами або нотаріально засвідченими копіями або витягами з установчих документів та документами, що підтверджують призначення (обрання) такої особи та її повноваження діяти від імені акціонера Товариства без довіреності. Будь-який інший представник акціонера Товариства повинен мати довіреність на право участі та голосування на Зборах.

Акціонери Товариства мають можливість ознайомитись з документами, пов'язаними з порядком денним Зборів, що надійшли на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

З повагою

І.В. Литовченко
Президент ЗАТ «Київстар Дж.Ес.Ем.»

| Юридична адреса: обслуговування абонентів: Червонозоряний просп., 51, м. Київ, 03110, повстання, 24, тел.: +380 44 209 00 70 факс: +380 44 232 21 84 www.kyivstar.net wap.starport.com.ua | Адреса для листування: вул. Дегтярівська, 53, м. Київ, 03113, тел.: +380 44 209 00 70 факс: +380 44 232 21 84 www.kyivstar.net wap.starport.com.ua | Центр вул. Січневого м. Київ, 01010 тел.: +380 44 466 0 466 www.kyivstar.net wap.starport.com.u |



**РІШЕННЯ ПРАВЛІННЯ**
про скликання позачергових загальних зборів акціонерів
закритого акціонерного товариства «Київстар Дж.Ес.Ем.»

місто Київ, Україна                                                                                          08 серпня 2007 року

    Правління закритого акціонерного товариства «Київстар Дж.Ес.Ем.» (надалі – «Товариство»), на вимогу акціонера Товариства «Теленор Мобайл Ком'юнікейшнз АС», що володіє часткою 56,517621% статутного фонду Товариства, керуючись п. 8.7. ст. 8 Статуту Товариства, скликає позачергові загальні збори акціонерів Товариства (надалі – «Збори») для вирішення питань, зазначених у порядку денному Зборів, що додається.

    Збори відбудуться 01 жовтня 2007 року о 10:00 за місцевим часом за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж.Ес.Ем.». Акціонери Товариства та їх належним чином уповноважені представники повинні зареєструватися для участі у Зборах за вказаною вище адресою у день проведення Зборів з 09:00 до 09:45 за місцевим часом.

    Правління Товариства уповноважило Президента Товариства повідомити всіх акціонерів Товариства про проведення Зборів.

ПРЕЗИДЕНТ ТОВАРИСТВА

_____
*І.В. Литовченко*

*Додаток на одному аркуші: порядок денний Зборів*

Юридична адреса:
Червонозоряний просп., 51, м. Київ, 03110,
тел.: +380 44 209 00 70
факс: +380 44 232 21 84
www.kyivstar.net
wap.starport.com.ua

Адреса для листування:
вул. Дегтярівська, 53, м. Київ, 03113,
тел.: +380 44 209 00 70
факс: +380 44 232 21 84
www.kyivstar.net
wap.starport.com.ua

Центр обслуговування абонентів:
вул. Січневого повстання, 34,
м. Київ, 01010
тел.: +380 44 466 0 466
www.kyivstar.net
wap.starport.com.u



Порядок денний
позачергових загальних зборів акціонерів
закритого акціонерного товариства «Київстар Дж.Ес.Ем.» (надалі – «Товариство»),
що призначені на 01 жовтня 2007 року

1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Внесення змін до Статуту Товариства.
4. Звільнення та обрання членів Ради Товариства.

Юридична адреса:
Червонозоряний просп., 51, м. Київ, 03110,
тел.: +380 44 209 00 70
факс: +380 44 232 21 84
www.kyivstar.net
wap.starport.com.ua

Адреса для листування:
вул. Дегтярівська, 53, м. Київ, 03113,
тел.: +380 44 209 00 70
факс: +380 44 232 21 84
www.kyivstar.net
wap.starport.com.ua

Центр обслуговування абонентів:
вул. Січневого повстання, 34,
м. Київ, 01010
тел.: +380 44 466 0 466
www.kyivstar.net
wap.starport.com.ua