# EXHIBIT N



## Notice
## on Convocation of the Extraordinary General Meeting of Shareholders
## of Closed Joint Stock Company «Kyivstar G.S.M.» (hereinafter referred to as the «Company»)

This is to notify You that by the request of shareholder of the Company «Telenor Mobile Communications AS» representing 56,517621% of the authorized capital of the Company, under p.8.7. of cl.8 of the Charter of the Company, an extraordinary general meeting of shareholders of the Company (hereinafter referred to as the «Meeting») shall be held on January 18th, 2008. The Meeting shall take place at 10:00 AM local time at the following address: 53 Degtyarivska Street, room 1001, Kyiv, Ukraine.

### Agenda of the Meeting
1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Introduction of amendments to the Charter of the Company.
4. Removal and election of the members of the Board of the Company.

The Management of the Company asks that You participate in the Meeting through Your authorized representative, as specified below.

In order to have the right to participate in and vote at the Meeting, Your representative has to register. Registration of the participants in the Meeting shall be held at the abovementioned address on the day of the Meeting from 09:00 to 09:45 AM local time. A representative of the shareholder of the Company must have a passport or other personal identification document. In addition, the authority of the representative, who is an officer of the shareholder of the Company, to participate in and vote at the Meeting should be evidenced by the originals or notary certified copies of or extracts from the foundation documents and a document evidencing appointment (election) of such person that entitles him/her to act on behalf of the shareholder of the Company without a power of attorney. Any other representative of shareholder of the Company must have a power of attorney entitling him/her to participate in and vote at the Meeting.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting prior to the date of the Meeting at the following address: 53 Degtyarivska Street, Kyiv, Ukraine.

Sincerely yours,

Igor V. Lytovchenko
President of CJSC "Kyivstar G.S.M."



Повідомлення
про скликання позачергових загальних зборів акціонерів
закритого акціонерного товариства «Київстар Дж.Ес.Ем.» (надалі – «Товариство»)

Повідомляємо вам що, на вимогу акціонера Товариства «Теленор Мобайл Ком'юнікейшнз АС», який володіє часткою 56,517621% статутного фонду Товариства, керуючись п. 8.7. ст. 8 Статуту Товариства, 18 січня 2008 року о 10 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі – «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001.

### Порядок денний Зборів:

1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Внесення змін до Статуту Товариства.
4. Звільнення та обрання членів Ради Товариства.

Правління Товариства звертається до вас з проханням взяти участь у Зборах через свого представника в порядку, визначеному нижче.
Для того, щоб мати право брати участь у Зборах та голосувати на них, ваш представник повинен зареєструватися. Реєстрація учасників Зборів відбуватиметься за зазначеною вище адресою у день проведення Зборів з 09 години 00 хвилин до 09 години 45 хвилин за місцевим часом.
Представнику акціонера Товариства необхідно мати при собі паспорт або інший документ, що посвідчує його особу. Крім того, повноваження представника, який є посадовою особою акціонера Товариства, на участь та голосування на Зборах повинні бути підтверджені оригіналами або нотаріально засвідченими копіями або витягами з установчих документів та документами, що підтверджують призначення (обрання) такої особи та її повноваження діяти від імені акціонера Товариства без довіреності. Будь-який інший представник акціонера Товариства повинен мати довіреність на право участі та голосування на Зборах.
Акціонери Товариства мають можливість ознайомитись з документами, пов'язаними з порядком денним Зборів, що надійшли на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

З повагою

І.В. Литовченко
Президент ЗАТ «Київстар Дж.Ес.Ем.»