# EXHIBIT O

URYADOVY

18 15 AUGUST 2007, No. 147 **Documents** *[picture]* KURYER

. . .

*[Texts of official documents]*

. . .

## ANNOUNCEMENTS

**Notice**
**on Convocation of the Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." (hereinafter, the "Company")**

On October 1, 2007 at 10:00 local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held. The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine. Registration of the participants in the Meeting will be held at the abovementioned address on the day of the Meeting from 09:00 to 09:45 local time.

**Agenda of the Meeting**

1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Introduction of amendments to the Charter of the Company.
4. Removal and election of the members of the Board of the Company.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

**References at tel.: +380 44 2473910**

***Management of the Company***

**Notice**
**on Convocation of the Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." (hereinafter, the "Company")**

On October 1, 2007 at 14:00 local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held. The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine. Registration of the participants in the Meeting will be held at the abovementioned address on the day of the Meeting from 13:00 to 13:45 local time.

**Agenda of the Meeting**

1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Appointment of the Company's external auditors.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

**References at tel.: +380 44 2473910**

***Management of the Company***

**Notice**
**on Convocation of the Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." (hereinafter, the "Company")**

On November 1, 2007 at 16:00 local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held. The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine. Registration of the participants in the Meeting will be held at the abovementioned address on the day of the Meeting from 15:00 to 15:45 local time.

**Agenda of the Meeting**

1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Appointment of the Company's external auditors.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

References at tel.: +380 44 2473910

***Management of the Company***

**Notice**
**on Convocation of the Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." (hereinafter, the "Company")**

On December 3, 2007 at 10:00 local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held. The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine. Registration of the participants in the Meeting will be held at the abovementioned address on the day of the Meeting from 09:00 to 09:45 local time.

**Agenda of the Meeting**

1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Approval of reports and conclusions of the Auditing Commission of the Company for the years 2004, 2005 and 2006.
4. Approval of reports of the auditors regarding annual financial statements of the Company and its subsidiary for the years 2004, 2005, 2006.
5. Approval of the annual results of activity of the Company and its subsidiary for the years 2004, 2005, 2006.
6. Approval of the priority and amounts in applying profits and in distributing dividends for the years 2004, 2005 and 2006.
7. Approval of the budgets of the Company for the years 2007 and 2008.
8. Approval of the new contract with the President of the Company.
9. Dismissal and appointment of the members of the Management of the Company.
10. Approval of contracts with the members of the Management of the Company.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

References at tel.: +380 44 2473910

***Management of the Company***

**Notice**
**on Convocation of the Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." (hereinafter, the "Company")**

On November 01, 2007 at 10:00 local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held. The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine. Registration of the participants in the Meeting will be held at the abovementioned address on the day of the Meeting from 09:00 to 09:45 local time.

**Agenda of the Meeting**

1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Approval of reports and conclusions of the Auditing Commission of the Company for the years 2004, 2005 and 2006.
4. Approval of reports of the auditors regarding annual financial statements of the Company and its subsidiary for the years 2004, 2005, 2006.
5. Approval of the annual results of activity of the Company and its subsidiary for the years 2004, 2005, 2006.
6. Approval of the priority and amounts in applying profits and in distributing dividends for the years 2004, 2005 and 2006.
7. Approval of the budgets of the Company for the years 2007 and 2008.
8. Approval of the new contract with the President of the Company.
9. Dismissal and appointment of the members of the Management of the Company.
10. Approval of contracts with the members of the Management of the Company.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

References at tel.: +380 44 2473910

***Management of the Company***

**ВАТ «Санаторій Аквадар» (надалі - Товариство)**

повідомляє акціонерів Товариства про скликання загальних зборів акціонерів, що відбудуться 23 листопада 2007 року за адресою: Черкаська область, Маньківський район, смт. Маньківка, вул. Лісова, 1.

Початок зборів об 11:30.

**Порядок денний:**

1. Про внесення змін до Статуту ВАТ «Санаторій Аквадар».
2. Про призначення Директора ВАТ «Санаторій Аквадар».
3. Про затвердження нового складу Наглядової ради ВАТ «Санаторій Аквадар».

Ознайомитися з документами щодо порядку денного можна за місцезнаходженням Товариства: Черкаська область, Маньківський район, смт. Маньківка, вул. Лісова, 1.

Телефони для довідок: (04748) 6-24-94, 6-18-68.

*В. о. директора.*

---

Постановою господарського суду Вінницької області від 26.06.2007 р. у справі №5/282-07 визнано банкрутом і відкрито ліквідаційну процедуру відносно приватного підприємства торгово-виробнича фірма «Магнолія» (24240, Вінницька область, Томашпільський район, смт. Вапнярка, вул. Леніна, 221, код ЄДРПОУ 23108332, р/р 260031026 в ВОД ВАТ «Райффайзен банк Аваль», МФО 302247).

Заяви кредиторів приймаються протягом місяця з дня опублікування оголошення.

---

Постановою Господарського суду м. Києва по справі №23/387-б визнано банкрутом та відкрито ліквідаційну процедуру стосовно УАЕСР «Діловий світ» (м. Київ, вул. Димитрівська, 30; код ЄДРПОУ 23703016). Ліквідатором призначено арбітражного керуючого Нестеренка С. С.

Заяви кредиторів приймаються протягом місяця з дня опублікування оголошення.

---

Постановою Господарського суду Донецької області від 25.09.2007 р. по справі №42/164Б Товариство з обмеженою відповідальністю «Будівельна фірма «Прогрес» (83086, Донецька обл., м. Донецьк, вул. Артема, 41/206, код ЄДРПОУ 30756448, п/р 26008001664001 у філії ВАТ КБ «Надра» ДРУ м. Донецьк, МФО 334862) визнано банкрутом та відкрито ліквідаційну процедуру.

Ліквідатором призначено арбітражного керуючого Патерилова Віталія Вікторовича (ліцензія АВ №307377 від 04.04.2007 р., адреса: 83050, м. Донецьк, а/с №6915, тел.: 8-095-563-63-59).

---

Постановою Господарського суду Харківської обл. (61022, м. Харків, пл. Свободи, 5, Держпром, 8-й під.) від 18.09.2007 р. по справі № Б-19/126-07 товариство з обмеженою відповідальністю "Тепломонтаж" (ЄДРПОУ 31152967, м. Харків, вул. Красношкільна, 17т-Д, кв. 82, п/р 260072089 та 260632089 у ХОД "Райффайзен банк Аваль", м. Харків, МФО 350589) визнано банкрутом та відкрито ліквідаційну процедуру.

Ліквідатором призначено арбітражного керуючого Тищенко О.І. (ліц. АБ № 216715 від 09.02.05 р., 61002 м. Харків, вул. Мироносицька, 65, кв. 33, т. (057)700-58-44).

---

**Повідомлення про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства «Київстар Дж. Ес. Ем.» (надалі «Товариство»)**

23 листопада 2007 року о 10 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі - «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж. Ес. Ем.». Реєстрація учасників Зборів здійснюватиметься за вказаною вище адресою у день проведення Зборів з 09 години 00 хвилин до 09 години 45 хвилин за місцевим часом.

**Порядок денний Зборів:**

1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Внесення змін до Статуту Товариства.
4. Звільнення та обрання членів Ради Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надійшли на адресу Правління Товариства за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

Довідки за тел.: +380 44 2473010.

*Правління Товариства.*

---

Постановою господарського суду Дніпропетровської області від 14.09.2007 р. по справі Б 40/187-07 товариство з обмеженою відповідальністю «Науково-виробнича компанія «Квалитас», код 33518178 (53200, Дніпропетровська область, м. Нікополь, вул. Шевченка, 185/113) визнано банкрутом з відкриттям ліквідаційної процедури. Заяви і претензії кредиторів приймаються ліквідатором протягом одного місяця з дня опублікування оголошення. Ліквідатором по справі призначений Шмаль Володимир Григорович (ліцензія АВ №158331 від 06.11.2006 р., 53210, м. Нікополь, вул. Героїв Чорнобиля, 61/18, тел.: (05662) 2-33-26).

---

**Відомості щодо реорганізації товариства - Акціонерне товариство відкритого типу "Харківський молочний комбінат".**

**1. Інформація про товариство, що реорганізується:** Акціонерне товариство відкритого типу "Харківський молочний комбінат", код ЄДРПОУ 00447451; на підставі рішення прийнятого на загальних зборах акціонерів від 03 жовтня 2007 року реорганізується шляхом приєднання до відкритого акціонерного товариства "Вімм-Білль-Данн Україна". Код ЄДРПОУ 00445937.

Місцезнаходження АТВТ "Харківський молочний комбінат": Україна, 61172, Харківський р-н, Харківська обл., м. Харків Роганська 140.

Розмір статутного фонду складає: 75104561,35 грн.

Кількість акціонерів - 1776.

**2. Інформація про товариство до якого відбувається приєднання:** Відкрите акціонерне товариство "Вімм-Білль-Данн Україна". Код ЄДРПОУ 00445937. Місцезнаходження ВАТ "Вімм-Білль-Данн Україна": Україна 09132, Київська обл., Києво-Святошинський район, м. Вишневе, вул. Промислова 7.

Розмір статутного фонду складає: 54 373 388 грн.

Кількість акціонерів - 2939.

**3. З метою захисту прав акціонерів** Акціонерне товариство відкритого типу "Харківський молочний комбінат" у відповідності з чинним законодавством здійснюватиме викуп акцій у акціонерів, які вимагають цього, в разі, коли ці акціонери не голосували за прийняття загальними зборами рішення про реорганізацію або про затвердження проекту договору про приєднання і звернулись до товариства з письмовою заявою про викуп. Викуп акцій здійснюється за ціною, що буде запропонована Наглядовою Радою Товариства на підставі експертної оцінки але не нижче за номінальну вартість. Викуп буде здійснений товариством з дати прийняття загальними зборами рішення про реорганізацію до 03 листопада 2007 року по робочим дням за адресою: 61052, м.Харків, вул. Чеботарська, 23, тел. 712-53-15.

**4. Порядок та умови обміну акцій у акціонерів,** які не продали свої акції Товариству, яке припиняється, на акції юридичної особи правонаступника: під час реорганізації здійснюється обмін акцій у статутному фонді товариства, що приєднується на письмові зобов'язання про видачу відповідної кількості акцій (сертифікатів акцій) рівної номінальної вартості Товариства до якого здійснюється приєднання у період з "4" листопада 2007 року по "24" листопада 2007 року та обмін письмових зобов'язань на акції у статному фонді акціонерного товариства до якого здійснюється приєднання. Граничний термін обміну письмових зобов'язань на акції ВАТ "Вімм-Білль-Данн Україна" відсутній. Обмін акцій буде здійснюватись за адресою: м. Київ, бульвар Лесі Українки 21-Б, тел. 490-72-77.

**5. Застереження щодо відсутності обмежень прав і обов'язків акціонерів товариств, що приєднуються:** акції Відкритого акціонерного товариства "Вімм-Білль-Данн Україна", що надаються акціонерам Відкритого акціонерного товариства "Харківський молочний комбінат" надають їм той же обсяг прав і обов'язків в порівнянні з іншими акціонерами ВАТ "Вімм-Білль-Данн Україна", що мають прості іменні акції.

*Голова Правління*
*(Голова комісії з припинення Товариства)* *Пономарьов С.М.*

---

**До відома кредиторів ЗАТ «Агрофірма Суми-Насіння»**

Загальними зборами акціонерів від 01 жовтня 2007 року (протокол від 01.10.2007) акціонерного товариства закритого типу «Агрофірма Суми-Насіння» було прийнято рішення провести реорганізацію (перетворення) Акціонерного товариства закритого типу «Агрофірма Суми-Насіння» шляхом зміни його організаційно-правової форми із закритого акціонерного товариства на товариство з обмеженою відповідальністю. Повне найменування юридичної особи правонаступника Закритого акціонерного товариства «Агрофірма Суми-Насіння» - Товариство з обмеженою відповідальністю «Агрофірма Суми-Насіння». Порядок розподілу активів та зобов'язань - всі активи та зобов'язання повністю переходять правонаступнику ТОВ «Агрофірма Суми-Насіння» відповідно до передавального акта.

Відповідно до частини 1 статті 105 Цивільного Кодексу України повідомляємо про те, що Вимоги кредиторів приймаються протягом двох місяців з дня публікації даного оголошення згідно із статтею 105 Цивільного Кодексу України за адресою: Сумська обл., Сумський р-н, с. Сад, вул. Заозерна, 39, 42343. Для довідок тел.: 624706.

*Голова комісії з перетворення (реорганізації) Зайка А. І.*

---

**ЗАКРИТЕ АКЦІОНЕРНЕ ТОВАРИСТВО «БРИЗ», (код за ЄДРПОУ 02971162)**

повідомляє що чергові загальні збори акціонерів ЗАТ «БРИЗ» відбудуться 28 листопада 2007 року о 10:00 за адресою: вул. Кінна, 22, м. Одеса.

Реєстрація акціонерів та їх представників проводитиметься з 9 год. до 9 години 55 хв. за місцем проведення загальних зборів.

**Порядок денний:**

1. Звіт Правління про результати фінансово-господарської діяльності товариства за 2006 рік.
2. Звіт Ревізійної комісії за 2006 рік.
3. Затвердження річного звіту та балансу за 2006 рік.
4. Про розподіл прибутків та покриття збитків за 2006 р.
5. Розгляд правочинів, вчинених органами управління товариства в 2007 році.

З матеріалами по порядку денному можна ознайомитись у правлінні товариства в робочі дні з 10 до 13 години.

*Правління ЗАТ «БРИЗ».*

---

**Філія ДГУ Агентство з питань банкрутства в Донецькій області та ліквідатор Дочірнього підприємства "М'ясожировий цех" ВАТ "Макіївський м'ясокомбінат",**

повідомляють про проведення конкурсу з продажу активів. На конкурс виставляються колишні будівля складу, будівля котельної, та частина будівлі м'ясожирового цеху у яких відсутні основні конструктивні елементи, (під розбирання) Дочірнього підприємства "М'ясожировий цех" ВАТ "Макіївський м'ясокомбінат", які знаходяться за адресою м. Макіївка, переулок 2-й Східний, початкова ціна продажу - 1592,00грн. у т. ч. ПДВ, гарантійний внесок - 79,60грн. З фіксованими умовами можна ознайомитись у організатора конкурсу. Гарантійний внесок у розмірі 5% від початкової ціни реалізуємого майна та реєстраційний збір для реєстрації учасників конкурсу-17,00 грн. перераховуються на р/р. 260077397 в ДОД ОАО "Райффайзен Банк Аваль" м. Донецька, МФО 335076, ОКПО 26252727, Філії ДГУ Агентство з питань банкрутства в Донецькій області. Для участі в конкурсі необхідно надати письмову заяву організатору конкурсу - ФДГУ Агентство з питань банкрутства в Донецькій обл. за адресою: м. Донецьк, пр-т Комсомольський, 8. Строк надання заяв 23 календарних дні до 13.00 год. 29 жовтня 2007р. включно. Конкурс відбудеться після 30 календарних днів з дня публікації інформації 06 листопада 2007р. об 11.00 за адресою м. Донецьк, пр-т Комсомольський 8, Філія ДГУ Агентство з питань банкрутства в Донецькій області. Переможець конкурсу на підставі затвердженого протоколу конкурсу укладає договір купівлі-продажу з ліквідатором Дочірнього підприємства "М'ясожировий цех" ВАТ "Макіївський м'ясокомбінат".

**Довідки за телефонами: 304-37-21, 304-77-83.**

---

**Ліквідатор АКБ «ОЛБанк»**

повідомляє про проведення аукціону з продажу наступних активів:

- Вексель ВАТ «Техтрансмаш»: початкова ціна продажу 1.00 (одна) гривня;
- Боргові зобов'язання: початкова ціна продажу 5008.46 (п'ять тисяч вісім грн. 46 коп.).

Відкриті торги відбудуться 5 листопада 2007 року о 10-й годині. Кінцевий термін прийняття заяв за 3 робочі дні до проведення аукціону. Адреса для подання заяв та проведення аукціону: 03055, м. Київ, вул. Політехнічна, 5а, к. 2, тел. 236-11-17, 8 (063) 2601166.

---

Господарський суд м. Києва (01030, м. Київ, вул. Б. Хмельницького, 44-в) визнав банкрутом ТОВ «Геріон» (03148, м. Київ, вул. Героїв Космосу, 4, р/р 26002227801 в АКБ «Інтеграл-Банк», МФО 320735, код ЄДРПОУ 33062472), та відкрив ліквідаційну процедуру по справі № 15/305-б.

Ліквідатором призначено Міхайліді Павла Миколайовича, ліцензія арбітражного керуючого АБ № 116271 (50000, м. Кривий Ріг, вул. Леніна, буд. 8, кв. 56), тел./факс (044) 484-08-45, E-mail: pavel@sktmu. org. ua.

Претензії кредиторів приймаються протягом місяця з дня опублікування оголошення.

---

Постановою господарського суду Київської області (01032, м. Київ, вул. Комінтерну, 16) по справі №Б11/122-07 від 21.09.2007 р. Відкрите акціонерне товариство «Білоцерківська спеціалізована пересувна механізована колона-505» (м. Біла Церква, вул. Павліченко, 45-а, код 01354496, р/р 260096153 в Білоцерківській філії ВАТ «Райффайзен Банк Аваль», МФО 321121) визнано банкрутом та відкрита ліквідаційна процедура.

Постанова від 21.09.2007 р. ліквідатором призначено арбітражного керуючого Гусара І. О. (ліцензія серії АВ №307316 від 06.03.2007 р.), поштова адреса: 01030, м. Київ, а/с 29.

---

Господарський суд Харківської області (61022, м. Харків, пл. Свободи, 5, Держпром, 8-й під'їзд) 27.09.2007 р. порушив справу №Б-24/158-07 про банкрутство Державного сільськогосподарського підприємства «Оберіг» (62465, Харківська обл., Харківський р-н, п/в Першотравневе, с. Падення, р/р 26000901681б195 у ХФ ВАТ «Укрексімбанк», код ЄДРПОУ 00487561, МФО 351618).

Розпорядником майна призначено арбітражного керуючого Савченко Сергія Олеговича (ліцензія АВ №216886 від 05.04.2005 р., поштова адреса: 61135, м. Харків, вул. Героїв Праці, 58, кв. 47, тел. 739-06-77).

Заяви з кредиторськими вимогами та бажаючих прийняти участь у санації боржника приймаються протягом місяця з дня опублікування оголошення.

---

Постановою Господарського суду Луганської області (91000, м. Луганськ, пл. Героїв ВВВ, 3а) від 25.09.2007 у справі № 22/786 визнано банкрутом відсутнього боржника Товариство з обмеженою відповідальністю «Підприємство АЗІМУТ» (ідентифікаційний код 25358790; 93400, Луганська обл., м. Сєвєродонецьк, вул. Сметаніна, 5-А) та відкрито ліквідаційну процедуру.

Ліквідатором призначено ініціюючого кредитора - Товариство з обмеженою відповідальністю «Український промисловий банк» в особі Луганської філії (ідентифікаційний код 26521682; 91016, м. Луганськ, пл. Героїв ВВВ, 5/42).

---

**ЗАТ «Хмельницьке обласне підприємство «Сільгосптехніка»**

Повідомляє, що загальні збори акціонерів товариства відбудуться 20 листопада 2007 року о 10:00 за адресою: м. Хмельницький, вул. Чорновола, 41/2.

**Порядок денний:**

1. Визначення основних напрямів діяльності товариства.
2. Прийняття рішення про збільшення статутного фонду.
3. Різне.

**Довідки за телефонами:**
**тел./факс (0382) 70-38-43, 70-34-83.**

---

Постановою Господарського суду Сумської області (40030, м. Суми, проспект Шевченко, 18/1) від 16.08.2007 р. по справі №6/148-07 Приватне підприємства «Завод «Сатил» (юридична адреса: Сумська обл., м. Глухів, вул. Пролетарська, 2, код за ЄДРПОУ 32064547) визнано банкрутом та відкрита ліквідаційна процедура.

Ліквідатором призначена Наумова Ольга Василівна (ліц. АБ №216964 від 27.04.2005 р., адреса: 40030, м. Суми, вул. Петропавлівська, 96, оф. 86).

Претензії кредиторів приймаються протягом місяця з дня опублікування оголошення.

---

Господарський суд Луганської області (91000, м. Луганськ, Пл. Героїв ВВВ, 3а) ухвалою від 27.08.2007 р. порушив справу № 22/626 про банкрутство приватного підприємства «Алмаз» (код ЄДРПОУ 32890456, адреса: 94095, Луганська область, м. Алмазна, вул. Сефго, 88), р/р 2600033122, 26000133123, 2600033118, 2600933121 в «Райффайзен банк Аваль» у м. Києві, МФО 380805; р/р 2600711428 в ОД «Райффайзен Банк Аваль», м. Луганськ, МФО 304007.

Розпорядником майна призначено Мельничука Олександра Михайловича, ліцензія АВ № 158345 від 26.10.2006 р., який мешкає за адресою: м. Алчевськ Луганської області, вул. Сарматська, 30/16.

Претензії приймаються протягом 30 днів з дня опублікування оголошення.

Реклама в газеті «Голос України» — тел. 453-44-56, факс 449-85-62