# EXHIBIT P

**GOLOS UKRAINY   No. 180 (4180)**        **ANNOUNCEMENTS**        **SATURDAY, 6 OCTOBER 2007**

*[Ukrainian Text]*

**Notice on Convocation of the Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." (hereinafter, the "Company")**

On November 23, 2007 at 10:00 local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held. The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine. Registration of the participants of the Meeting will be held at the abovementioned address on the day of the Meeting from 09:00 to 09:45 local time.

**Agenda of the Meeting:**
1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Introduction of amendments to the Charter of the Company.
4. Removal and election of the members of the Board of the Company.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

References at tel.: +380 44 2473910.

*Management of the Company.*

*[Ukrainian Text]*

*[Ukrainian Text]*

*[Ukrainian Text]*

**18** 15 СЕРПНЯ 2007 РОКУ, № 147

# ДОКУМЕНТИ





**ПОСТАНОВА**
від 8 серпня 2007 р. № 1002
Київ

**Про внесення зміни до пункту 1 постанови Кабінету Міністрів України від 9 жовтня 2006 р. № 1404**

Кабінет Міністрів України ПОСТАНОВЛЯЄ:

Внести зміну до пункту 1 постанови Кабінету Міністрів України від 9 жовтня 2006 р. № 1404 «Питання передплати оплати товарів, робіт і послуг за бюджетні кошти» (Офіційний вісник України, 2006 р. № 41, ст. 2752, № 44, ст. 2946, № 51, ст. 3406; 2007 р. № 37, ст. 1462, № 43, ст. 1713), доповнивши підпункт 2 абзацом такого змісту:

«послуг, що надаються установами охорони здоров'я...»

*Прем'єр-міністр України*
*В. ЯНУКОВИЧ*



**ПОСТАНОВА**
від 8 серпня 2007 р. № 1009
Київ

**Про затвердження Порядку списання у 2007 році цільових позик, наданих відділеннями Фонду соціального захисту інвалідів підприємствам та організаціям громадських організацій інвалідів**

Відповідно до статті 65 Закону України «Про Державний бюджет України на 2007 рік» Кабінет Міністрів України ПОСТАНОВЛЯЄ:

1. Затвердити Порядок списання у 2007 році цільових позик, наданих відділеннями Фонду соціального захисту інвалідів підприємствам та організаціям громадських організацій інвалідів, що додається.

2. Делегувати Міністерству праці та соціальної політики право приймати рішення про списання цільових позик, наданих відділеннями Фонду соціального захисту інвалідів підприємствам та організаціям громадських організацій інвалідів, за поданням Комісії з питань діяльності підприємств та організацій громадських організацій інвалідів.

3. Ця постанова набирає чинності з дня її опублікування.

*Прем'єр-міністр України*
*В. ЯНУКОВИЧ*

**ЗАТВЕРДЖЕНО**
постановою Кабінету Міністрів України
від 8 серпня 2007 р. № 1009

**ПОРЯДОК**
списання у 2007 році цільових позик, наданих відділеннями Фонду соціального захисту інвалідів підприємствам та організаціям громадських організацій інвалідів

1. Цей Порядок визначає механізм списання у 2007 році цільових позик, наданих відділеннями Фонду соціального захисту інвалідів (далі — Фонд) підприємствам та організаціям громадських організацій інвалідів, строк повернення яких закінчився до 1 січня 2007 року (далі — цільова позика).

2. Рішення про списання цільової позики згідно з цим Порядком приймається Мінпраці за поданням рішення Комісії з питань діяльності підприємств та організацій громадських організацій інвалідів (далі — Комісія) про доцільність списання такої позики.

3. Комісія може приймати рішення про доцільність списання цільової позики у разі, коли підприємство чи організація громадських організацій інвалідів виконує план розвитку позики згідно з угодою про надання цільової позики, укладеної з відділенням Фонду, а також має бізнес-план розвитку діяльності підприємства.

4. Для списання цільової позики підприємство чи організація громадських організацій інвалідів — засновник підприємства звертається до Комісії з висновком у зазначений порядок із зазначенням причин неможливості повернення підприємством цільової позики.

До заяви засновника підприємства додаються:

— бізнес-план розвитку діяльності підприємства громадської організації інвалідів, розроблений відповідно до методики складення бізнес-планів, затвердженої наказом Агентства з питань запобігання банкрутству підприємств та організацій від 21 квітня 1997 р. № 56;

— копії бухгалтерського звіту підприємства громадської організації інвалідів за 2006 рік (форми 1, 2, 1-ПН, 1-ПУ, податковий звіт);

— довідка Фонду про суму боргу позиченого підприємства, яка утворилася на момент звернення.

5. Рішення Комісії про доцільність списання цільової позики приймається на підставі документів, зазначених у пункті 4 цього Порядку, та матеріалів, підготовлених секретаріатом Комісії у порядку, визначеному Положенням про Комісію з питань діяльності підприємств та організацій громадських організацій інвалідів, затвердженим постановою Кабінету Міністрів України від 26 грудня 2000 р. № 1868 (Офіційний вісник України, 2000 р. № 52, ст. 2265).

6. Списання цільової позики здійснюється Фондом на підставі рішення Мінпраці, зазначеного у пункті 2 цього Порядку.



**ПОСТАНОВА**
від 8 серпня 2007 р. № 1027
Київ

**Про внесення змін до постанов Кабінету Міністрів України з питань тимчасового ввезення товарів**

Кабінет Міністрів України ПОСТАНОВЛЯЄ:

1. Внести до постанов Кабінету Міністрів України з питань тимчасового ввезення товарів зміни, що додаються.

2. Ця постанова набирає чинності з дня її опублікування.

*Прем'єр-міністр України*
*В. ЯНУКОВИЧ*

**ЗАТВЕРДЖЕНО**
постановою Кабінету Міністрів України
від 8 серпня 2007 р. № 1027

**ЗМІНИ,**
що вносяться до постанов Кабінету Міністрів України з питань тимчасового ввезення товарів

1. У постанові Кабінету Міністрів України від 12 грудня 2002 р. № 1855 «Про ввезення товарів до переміщення через митний кордон України в режимі тимчасового ввезення (вивезення)» (Офіційний вісник України, 2002 р., № 51, ст. 2291):

1) доповнити пункт 1 постанови абзацом такого змісту:

«Гарантування дотримання митного режиму тимчасового ввезення на митну територію України товарів на підставі книжок (карнетів) А.Т.А. здійснюється відповідно до положень Конвенції про тимчасове ввезення та Додатків А.В.1 — В.9 і D до неї, прийнятим 26 червня 1990 р. у м. Стамбулі.»;

2) доповнити пункт 6 Порядку прийняття рішення про допущення товарів до переміщення через митний кордон України в режимі тимчасового ввезення (вивезення), затвердженого постановою, новим абзацом такого змісту:

«Рішення про допущення товарів до переміщення на підставі книжок (карнетів) А.Т.А. приймається уповноваженою особою митного органу після перевірки зазначених у такій книжці відомостей на відповідність положенням Конвенції про тимчасове ввезення та Додатків А.В.1 — В.9 і D до неї, прийнятим 26 червня 1990 р. у м. Стамбулі.

У разі коли за результатами зазначеної перевірки тимчасове ввезення (вивезення) товарів на підставі книжок (карнетів) А.Т.А. не дозволено (зокрема, якщо товари не підлягають пропуску за умовами особами звільненими від оподаткування), такі товари можуть бути розміщені в будь-якому іншому митному режимі згідно з положеннями Митного кодексу України.»

2. У Порядку визначення місця здійснення митного оформлення товарів і транспортних засобів, що переміщуються через митний кордон України резидентами та нерезидентами через митний кордон України, затвердженого постановою Кабінету Міністрів України від 23 квітня 2003 р. № 584 (Офіційний вісник України, 2003 р., № 17, ст. 773), доповнити:

пункт 5 після слів «що підлягають внесенню» словами «, крім товарів, що переміщуються на підставі книжок (карнетів) А.Т.А.»;

пункт 7 після слів «одержувачів зазначених товарів» словами «, крім товарів, що переміщуються на підставі книжок (карнетів) А.Т.А.»;

пунктом 7' такого змісту:

«7'. Митне оформлення товарів, що переміщуються нерезидентами через митний кордон України на підставі книжок (карнетів) А.Т.А. здійснюється митним органом, розташованим у пункті пропуску через державний кордон.

При тимчасовому ввезенні товарів на митну територію України на підставі книжок (карнетів) А.Т.А. може бути здійснено відповідно до статей 12-14 Конвенції про тимчасове ввезення будь-яким митним органом України.»

# ОГОЛОШЕННЯ

**Повідомлення**
про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства «Київстар Дж. Ес. Ем.» (надалі — «Товариство»)

01 жовтня 2007 року о 10 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі — «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж. Ес. Ем.». Реєстрація учасників Зборів здійснюватиметься за вказаною вище адресою у день проведення Зборів з 09 години 00 хвилин до 09 години 45 хвилин за місцевим часом.

Порядок денний Зборів:
1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Внесення змін до Статуту Товариства.
4. Звільнення та обрання членів Ради Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надійшли на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

Довідки за тел.: +380 44 2473910

*Правління Товариства*

**Повідомлення**
про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства «Київстар Дж. Ес. Ем.» (надалі — «Товариство»)

01 жовтня 2007 року о 14 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі — «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж. Ес. Ем.». Реєстрація учасників Зборів здійснюватиметься за вказаною вище адресою у день проведення Зборів з 13 години 00 хвилин до 13 години 45 хвилин за місцевим часом.

Порядок денний Зборів:
1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Призначення незалежних аудиторів Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надійшли на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

Довідки за тел.: +380 44 2473910

*Правління Товариства*

**Повідомлення**
про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства «Київстар Дж. Ес. Ем.» (надалі — «Товариство»)

01 листопада 2007 року о 16 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі — «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж. Ес. Ем.». Реєстрація учасників Зборів здійснюватиметься за вказаною вище адресою у день проведення Зборів з 15 години 00 хвилин до 15 години 45 хвилин за місцевим часом.

Порядок денний Зборів:
1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Призначення незалежних аудиторів Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надійшли на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

Довідки за тел.: +380 44 2473910

*Правління Товариства*

**Повідомлення**
про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства «Київстар Дж. Ес. Ем.» (надалі — «Товариство»)

03 грудня 2007 року о 10 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі — «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж. Ес. Ем.». Реєстрація учасників Зборів здійснюватиметься за вказаною вище адресою у день проведення Зборів з 09 години 00 хвилин до 09 години 45 хвилин за місцевим часом.

Порядок денний Зборів:
1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Затвердження звітів і висновків Ревізійної комісії Товариства за 2004, 2005 та 2006 роки.
4. Затвердження звітів аудиторів щодо річної фінансової звітності Товариства та його дочірнього підприємства за 2004, 2005 та 2006 роки.
5. Затвердження річних результатів діяльності Товариства та його дочірнього підприємства за 2004, 2005 та 2006 роки.
6. Затвердження порядку розподілу прибутку та строків та порядку виплати дивідендів за 2004, 2005 та 2006 роки.
7. Затвердження бюджетів Товариства на 2007 та 2008 роки.
8. Затвердження нового контракту з Президентом Товариства.
9. Звільнення та призначення членів Правління Товариства.
10. Затвердження договорів з членами Правління Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надійшли на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

Довідки за тел.: +380 44 2473910

*Правління Товариства*

**Повідомлення**
про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства «Київстар Дж. Ес. Ем.» (надалі — «Товариство»)

01 листопада 2007 року о 10 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі — «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж. Ес. Ем.». Реєстрація учасників Зборів здійснюватиметься за вказаною вище адресою у день проведення Зборів з 09 години 00 хвилин до 09 години 45 хвилин за місцевим часом.

Порядок денний Зборів:
1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Затвердження звітів і висновків Ревізійної комісії Товариства за 2004, 2005 та 2006 роки.
4. Затвердження звітів аудиторів щодо річної фінансової звітності Товариства та його дочірнього підприємства за 2004, 2005 та 2006 роки.
5. Затвердження річних результатів діяльності Товариства та його дочірнього підприємства за 2004, 2005 та 2006 роки.
6. Затвердження порядку розподілу прибутку та строків та порядку виплати дивідендів за 2004, 2005 та 2006 роки.
7. Затвердження бюджетів Товариства на 2007 та 2008 роки.
8. Затвердження нового контракту з Президентом Товариства.
9. Звільнення та призначення членів Правління Товариства.
10. Затвердження договорів з членами Правління Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надійшли на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

Довідки за тел.: +380 44 2473910

*Правління Товариства*