# EXHIBIT Q

Case 1:07-cv-06929-GEL    Document 29-18    Filed 01/24/2008    Page 1 of 3

6 **AUTHORITY** gazeta po-kievski **No. 182** 15.08.2007

Promotion

# NOTICE
## on Convocation of the Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." (hereinafter, the "Company")

On October 1, 2007 at 10:00 local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held. The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine. Registration of the participants in the Meeting will be held at the abovementioned address on the day of the Meeting from 09:00 to 09:45 local time.

**Agenda of the Meeting**
1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Introduction of amendments to the Charter of the Company.
4. Removal and election of the members of the Board of the Company.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

References at tel.: +380 44 2473910
Management of the Company

# NOTICE
## on Convocation of the Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." (hereinafter, the "Company")

On October 1, 2007 at 14:00 local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held. The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine. Registration of the participants in the Meeting will be held at the abovementioned address on the day of the Meeting from 13:00 to 13:45 local time.

**Agenda of the Meeting**
1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Appointment of the Company's external auditors.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

References at tel.: +380 44 2473910
Management of the Company

# NOTICE
## on Convocation of the Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." (hereinafter, the "Company")

On November 1, 2007 at 10:00 local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held. The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine. Registration of the participants in the Meeting will be held at the abovementioned address on the day of the Meeting from 09:00 to 09:45 local time.

**Agenda of the Meeting**
1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Approval of reports and conclusions of the Auditing Commission of the Company for the years 2004, 2005 and 2006.
4. Approval of reports of the auditors regarding annual financial statements of the Company and its subsidiary for the years 2004, 2005, 2006.
5. Approval of the annual results of activity of the Company and its subsidiary for the years 2004, 2005, 2006.
6. Approval of the priority and amounts in applying profits and in distributing dividends for the years 2004, 2005 and 2006.
7. Approval of the budgets of the Company for the years 2007 and 2008.
8. Approval of the new contract with the President of the Company.
9. Dismissal and appointment of the members of the Management of the Company.
10. Approval of contracts with the members of the Management of the Company.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

References at tel.: +380 44 2473910
Management of the Company

# NOTICE
## on Convocation of the Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." (hereinafter, the "Company")

On November 1, 2007 at 16:00 local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held. The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine. Registration of the participants in the Meeting will be held at the abovementioned address on the day of the Meeting from 15:00 to 15:45 local time.

**Agenda of the Meeting**
11. Election of the Chairman of the General Meeting.
12. Election of the Secretary of the General Meeting.
13. Appointment of the Company's external auditors.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

References at tel.: +380 44 2473910
Management of the Company

# NOTICE
## on Convocation of the Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." (hereinafter, the "Company")

On December 3, 2007 at 10:00 local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held. The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine. Registration of the participants in the Meeting will be held at the abovementioned address on the day of the Meeting from 09:00 to 09:45 local time.

**Agenda of the Meeting**
14. Election of the Chairman of the General Meeting.
15. Election of the Secretary of the General Meeting.
16. Approval of reports and conclusions of the Auditing Commission of the Company for the years 2004, 2005 and 2006.
17. Approval of reports of the auditors regarding annual financial statements of the Company and its subsidiary for the years 2004, 2005, 2006.
18. Approval of the annual results of activity of the Company and its subsidiary for the years 2004, 2005, 2006.
19. Approval of the priority and amounts in applying profits and in distributing dividends for the years 2004, 2005 and 2006.
20. Approval of the budgets of the Company for the years 2007 and 2008.
21. Approval of the new contract with the President of the Company.
22. Dismissal and appointment of the members of the Management of the Company.
23. Approval of contracts with the members of the Management of the Company.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

References at tel.: +380 44 2473910
Management of the Company

*[Ukrainian Text]*

# ГОРОСКОП

## на тиждень (з 5 по 11 жовтня)

### ОВНИ
Поруч із вами впливові, благородні й люблячі супутники. Відведіть їм карму в руки і не шукайте легшого, знаходьте взаємини. На болючі запитання, чи крокувати далі разом, є тільки одна відповідь: "Так!" Дієтеся на даному не через примху егоїзму, а з висоти майбутнього — у період, де ви відкриваєтесь успіхові перспектив. Більше подорожуйте, мрійте, не переживайте нудною роботою, бо запобігання перед начальством п'ятиматиме здоров'ям.

### ТЕЛЬЦІ
Службові терени — найголовніше поле діяльності, де можна розібратися, творчо самовиражатися. Але й особисте життя не занедбайте. Ви здатні на високі почуття, які неначе магнітом притягнуть серце нового обранця. Стосовно ж даної нагородженої пристрасті, що закінчується в трикаді всю у усіх нашарувань, то довіяться трохи калькуляцію, це правильний існит, який згодом десь добрі плоди.

### БЛИЗНЮКИ
Намагніть лад у краях свого серця — на підході нове кохання. Не так важливо, самими ви чи ваш союз переживає кризу, зустрічайте божевільного гостя не в будь-те щасливій хіба що через деструктивний гонор та дорікання (останнім часом вони "переважають" дії близьких) можете самі собі нашкодити. Годі тонким воду в ступі, зациклюючись на минулому! Пам'ятайте: хто старе пом'яне, той лиха не мине.

### РАКИ
Вам належить знити затишне домашнє гніздо. Оцініться й переосмисліть своє ставлення до рідних мам, ви десь були не праві, в чомусь помилялись. Покайтеся та підлатайте діри в душевній сімейній аурі, налагодьте побут. На службі очікуються запаморочливі успіхи, тільки в усьому ладьте, менше критикуйте. Знайте: нав'язуючи свої погляди та переконання, розворушуючи відштовхувати від себе цікавих людей. Безсумнівно, практик та аналітик ви близькучий, однак потрібно ще й тонко розумітися на тонкощах людської натури.

### ЛЕВИ
Ви мариті любовними ідеями?.. Шукати ділового не треба, він поряд: серед колег, друзів, знайомих. Уважно придивіться до оточення, і ви його відразу помиснете. Прибрашайте його зазначеного дня, а потрібно та інтереси керувати, щоб ці душі, тримаючи в секреті, і вони реалізуються. Якщо грієте серця, з настою у задушевному спілкуванні з людьми, тоді не доставите їх супротиву, що нині в активні фазі.

### ДІВИ
Значайте кар'єрні поради, адже від прибрання матеріального добробуту й сам зайшите: шлюбно та дієві партнери дружнього вашого успіху в житті. Поступаєтеся, йдучи на компроміс, не будьте утропим, ідучи щоб на по-вашому, бо втратите авторитет. Ви відкриваєте для дружньої команди в сфері, на яку тримаєтеся ні усі своєнамірені аспірами.

### ТЕРЕЗИ
Відкуйтеся і підвищіть запопалкливість, оригінальність, розмаху, детальніше заглибитись у майбутнього проектну роль. Не стартуєте некому на роботу, дорозі тверду звичайних слогам, буряти темістичну із засвалемі до себе, тоді з партнера по особистому стосуткам стабілізуються і ваша кар'єра не постраждає.

### СКОРПІОНИ
Таємне стане явним. Тримайтеся, адже для вас, як за помахом чарівної палички, розкриється все, про що ви мало підозрювали. Інодіі родичатися, в найкривавіше життєва картина постане в реальному світлі. Якщо не доможе любові та уваги з боку близьких, в розмах не ввідальтеся, бо маєте вміти ту милость на себе: нині ви режисер по романтичному сценарію, і саме від вашого угостія залежатиме щастя партнерського танцю.

### СТРІЛЬЦІ
Чимало друзів, стосунки з якими вичерпали себе, підуть з вашого життя. Проте на зміну їм прийдуть нові. З ними легко йтиметься до мети, особливо ваші інтереси ґрунтуватимуться на спільних духовних ідеалах. У кар'єрі розпочалися серйозні випробовування (на 2 роки), диктат покоритися, однак це не повинно нашкодити зовнішнім справам. "Балансуйте" між сім'єю та роботою, бо приватне буття в цьому році є приоритетним.

### КОЗОРОГИ
Високі покровителі повалять вас, атоз користується для вам унікальним шансом для побудови кар'єри. І вірте в усе найкраще, адже силою віри можна гори зрушити. Моделюйте в мрійі тюбливий плани, тримаючи в секреті, і вони реалізуються.

### ВОДОЛІЇ
Максимально розкриваєтесь як творчі й романтичні особи на далеке лоно від домівки. Якщо на життєві обставини вкажуть, на одножменіться — тільки (повезти дадуть до вас проблему вуйну. А ще, фінансові узагідки хронічного бо Не коратися видатковими перспективами, змагаюсь у розвиток райнічуї, депельської не треба, майже перейшли на внески курб. Спеціаліст за кваліфікацію, і цей нюритьсяться профільну землю, і тоді чи нинас друшанідителі, і другому ланцами — то найефективним. Вірш кривавий ноку раз чого вам за освяв Богом.

### РИБИ
Ви можете воскреснути в професійному і особистому житті, як Фенікс із попелу, і здіймитися на крилах романтичного та творчого натхнення. Шлях до кар'єрного Олімпу вільний. Так'и не зробо дисонанс кришкольойських, яке сто виплиле з ю розвинули мить усамітнений притуплиш. Ви потрібно дати радості й печалі пориши та взаємозберечу у свого довкілля. Якщо ви любите та увагу з боку близьких, в розпачу не впадайте, бо маєте ві втім ту вість на себе: нині ви режисер по романтичному сценарію, і саме від вашого уго стоя залежатиме щастя партнерського танцю.

*Підготувала*
*Любов ШЕХМАТОВА, астролог*

# Добровільні жертви вуаєризму

## Журналісти й зірки шоу-бізнесу дві доби жили за склом

*Валерій НОВОСВІТНІЙ*
*"Хрещатик"*

Учора з "ув'язнення" в "зоряному будинку", який увечері 7 жовтня заселять учасники мегапроекту "Нового каналу" "Фабрика зірок", вийшли перші "піддослідні кролики". Це був десант мас-медійних і зірок шоу-бізнесу: хореограф Дмитро Коляденко, резиденти Comedy Club UA, дует "Алібі", Міс Всесвіт Інна Цимбалюк та інші. Справжні зірки дві доби на власній шкурі відчували, чи комфортно жити під прицілом 28 телекамер удень і вночі.

Як воно було "за склом", своєрідно охарактеризував ведучий "Фабрики зірок" Андрій Доманський, котрий теж прожив дві доби з добровільними у "зоряному будинку". "Відчуття, як у людини з глистами: ніби сам, але ж і ні",— поділився з "Хрещатиком" шоумен Доманський.

Добровольці навперейми ділилися враженнями від шоку, переваженому в "ув'язненні". Проте шок був і приємним. Наприклад, хореограф Дмитро Коляденко розповів, що його найбільше вразили безплатний солярій, чистота і розкіш. "Я ходив на процедури засмаги по два рази навіть уночі!",— похизувався пан Коляденко перед "Хрещатиком". Також відомий метросексуал Коляденко був у розпачі через те, що не було магазинів.

Моделі і телеведуча Інна Цимбалюк сприймала життя за склом як приємну забаву. "Ми впали в дитинство і розважалися хто як міг",— раділа Міс Україна-Всесвіт Цимбалюк. Дмитро Коляденко, наприклад, цілував ніжки Інни Цимбалюк й червоніти, коли вивчав "Камасутру" з кореспонденткою газети "Сьогодні" Тетяною Комаровою. Але й, звичайно ж, усім було нелегко без мобільних телефонів, а комусь — без курива.

Продюсером українською "Фабрики зірок" є продюсер перших трьох російських "Фабрик зірок" Василина Михайловська, яка веде і проект "Дом-2". Вона відмовилася від спокусливих пропозицій росіян і приїхала до Києва, за її словами, підзарядитися, бо Україна вперше робить такий проект. "Від українських телевізійників енергія так і пре! Захотіла пережити ще раз і відчуття, які були під час зйомок найпершої російської "Фабрики зірок",— захоплено ділилася враженнями з "Хрещатиком" Василина Михайловська.

Прем'єра "Фабрики зірок" відбудеться 7 жовтня о 20.00 ●

---

## СКАНВОРД

ХРЕЩАТИК

**Відповіді на кросворди, вміщені у нашій газеті 2, 3 та 4 жовтня**



---

**Повідомлення про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства "Київстар Дж.Ес.Ем."**
(надалі - "Товариство")

23 листопада 2007 року о 10.00 за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі - "Збори").

Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ "Київстар Дж.Ес.Ем.".

Реєстрація учасників Зборів здійснюватиметься за вказаною вище адресою у день проведення Зборів з 09.00 до 09.45 за місцевим часом.

**Порядок денний Зборів**
1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Внесення змін до Статуту Товариства.
4. Звільнення та обрання членів Ради Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надійшли на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

Довідки за тел. +380 44 247-39-10

*Правління Товариства*

---

**Шановні акціонери ВАТ КБ "Надра"!**

ВАТ КБ "Надра" запрошує вас взяти участь у роботі Загальних зборів акціонерів-учасників, що відбудуться 22 листопада 2007 року о 15.00 за адресою: м. Київ, вул. Артема, 15. Реєстрація акціонерів - з 14.00 до 14.45

**Порядок денний**
1. Затвердження нового складу Спостережної Ради ВАТ КБ "Надра".
2. Затвердження змін до положення про Спостережну Раду ВАТ КБ "Надра".
3. Затвердження нової редакції Статуту ВАТ КБ "Надра".

Для участі у зборах учасникам необхідно мати з собою паспорт, представникам учасників — доручення, оформлене відповідно до вимог чинного законодавства України, та паспорт.

З документами, пов'язаними з порядком денним зборів, можна ознайомитися 22 листопада 2007 року, у день проведення зборів, за місцем розташування ВАТ КБ "Надра": м. Київ, вул. Артема, 15, з 14.00 до 17.00.

З повагою, Спостережна Рада ВАТ КБ "Надра"

Case 1:07-cv-06929-GEL    Document 29-18    Filed 01/24/2008    Page 3 of 3