# EXHIBIT R

*[Ukrainian Text]*

*[Ukrainian Text]*

**Notice on Convocation**
**of the Extraordinary General Meeting of Shareholders of**
**Closed Joint Stock Company "Kyivstar G.S.M."**
**(hereinafter, the "Company")**
**On November 23, 2007 at 10:00**
**local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held.**

**The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine.**

**Registration of the participants of the Meeting will be held at the abovementioned address on the day of the Meeting from 09:00 to 09:45 local time.**

**Agenda of the Meeting**

1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Introduction of amendments to the Charter of the Company.
4. Removal and election of the members of the Board of the Company.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

**References at tel.: +380 44 2473910**

**Management of the Company**

*[Ukrainian Text]*

# ПОВІДОМЛЕННЯ

про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства «Київстар Дж.Ес.Ем.» (надалі – «Товариство»)

01 жовтня 2007 року о 10 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі – «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж.Ес.Ем.». Реєстрація учасників Зборів здійснюватиметься за вказаною вище адресою у день проведення Зборів з 09 години 00 хвилин до 09 години 45 хвилин за місцевим часом.

**Порядок денний Зборів**

1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Внесення змін до Статуту Товариства.
4. Звільнення та обрання члена Ради Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надішлили на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

**Довідки за тел.: +380 44 2473910**
**Правління Товариства**

## ПОВІДОМЛЕННЯ

**про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства «Київстар Дж.Ес.Ем.» (надалі – «Товариство»)**

01 жовтня 2007 року о 14 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі – «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж.Ес.Ем.». Реєстрація учасників Зборів здійснюватиметься за вказаною вище адресою у день проведення Зборів з 13 години 00 хвилин до 13 години 45 хвилин за місцевим часом.

**Порядок денний Зборів**

1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Призначення незалежного аудитора Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надішлили на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

**Довідки за тел.: +380 44 2473910**
**Правління Товариства**

## ПОВІДОМЛЕННЯ

**про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства «Київстар Дж.Ес.Ем.» (надалі – «Товариство»)**

01 листопада 2007 року о 10 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі – «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж.Ес.Ем.». Реєстрація учасників Зборів здійснюватиметься за вказаною вище адресою у день проведення Зборів з 09 години 00 хвилин до 09 години 45 хвилин за місцевим часом.

**Порядок денний Зборів**

1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Затвердження звітів і висновків Ревізійної комісії Товариства за 2004, 2005 та 2006 роки.
4. Затвердження звітів аудиторів щодо річної фінансової звітності Товариства та його дочірнього підприємства за 2004, 2005 та 2006 роки.
5. Затвердження річних результатів діяльності Товариства та його дочірнього підприємства за 2004, 2005 та 2006 роки.
6. Затвердження порядку розподілу прибутку та строків та порядку виплати дивідендів за 2004, 2005 та 2006 роки.
7. Затвердження бюджету Товариства на 2007 та 2008 роки.
8. Затвердження нового контракту з Президентом Товариства.
9. Звільнення та призначення членів Правління Товариства.
10. Затвердження договорів з членами Правління Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надішлили на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

**Довідки за тел.: +380 44 2473910**
**Правління Товариства**

## ПОВІДОМЛЕННЯ

**про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства «Київстар Дж.Ес.Ем.» (надалі – «Товариство»)**

01 листопада 2007 року о 18 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі – «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж.Ес.Ем.». Реєстрація учасників Зборів здійснюватиметься за вказаною вище адресою у день проведення Зборів з 15 години 00 хвилин до 15 години 45 хвилин за місцевим часом.

**Порядок денний Зборів**

11. Обрання голови Загальних зборів.
12. Обрання секретаря Загальних зборів.
13. Призначення незалежного аудитора Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надішлили на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

**Довідки за тел.: +380 44 2473910**
**Правління Товариства**

## ПОВІДОМЛЕННЯ

**про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства «Київстар Дж.Ес.Ем.» (надалі – «Товариство»)**

03 грудня 2007 року о 10 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі – «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж.Ес.Ем.». Реєстрація учасників Зборів здійснюватиметься за вказаною вище адресою у день проведення Зборів з 09 години 00 хвилин до 09 години 45 хвилин за місцевим часом.

**Порядок денний Зборів**

14. Обрання голови Загальних зборів.
15. Обрання секретаря Загальних зборів.
16. Затвердження звітів і висновків Ревізійної комісії Товариства за 2004, 2005 та 2006 роки.
17. Затвердження звітів аудиторів щодо річної фінансової звітності Товариства та його дочірнього підприємства за 2004, 2005 та 2006 роки.
18. Затвердження річних результатів діяльності Товариства та його дочірнього підприємства за 2004, 2005 та 2006 роки.
19. Затвердження порядку розподілу прибутку та строків та порядку виплати дивідендів за 2004, 2005 та 2006 роки.
20. Затвердження бюджету Товариства на 2007 та 2008 роки.
21. Затвердження нового контракту з Президентом Товариства.
22. Звільнення та призначення членів Правління Товариства.
23. Затвердження договорів з членами Правління Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надішлили на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

**Довідки за тел.: +380 44 2473910**
**Правління Товариства**

БОЛЬШИЕ ПЛАНЫ

# Контрактовая площадь – в стиле 18-го века

## При реконструкции «сердца» Подола обновят Гостиный двор и построят здание магистрата

ГОСТИНЫЙ ДВОР РЕСТАВРИРУЮТ ПО ОРИГИНАЛЬНОМУ ПРОЕКТУ АРХИТЕКТОРА ВАСИЛИЯ ГЕСТЕ

**По словам первого зам главы КГГА Дениса Басса, историческому «сердцу» Подола власти города намерены придать вид, который площадь имела в 18-м столетии.**

– Воссоздание первичного образа Гостиного двора – это одна из задач президентской программы по воспроизведению национальных памятников. Необходимости в достройке нескольких верхних этажей к уже существующему зданию нет. Достаточно провести его реконструкцию и построить запланированное когда-то здание магистрата. Кроме того, в программе реконструкции Контрактовой площади можно предусмотреть инвестиционную составляющую – территория позволяет сделать здесь одноуровневый подземный паркинг, – подчеркнул он.

За год районные власти, как уточнил первый зам КГГА, должны полностью заменить канализационные сети на Андреевском спуске.

– Мы подготовим отдельное распоряжение городского головы, чтобы обязать владельцев домов на Андреевском придерживаться так называемых фасадных паспортов. Все они должны привести в порядок свои сооружения и поддерживать их в надлежащем виде, – сказал Басс.

Александр ПОДГОРНЫЙ

### СПРАВОЧНАЯ «ГАЗЕТЫ...»

На Контрактовой площади Киева с конца 18 века ежегодно с 15 января по 1 февраля (по старому стилю) проводились ярмарки. «Штаб-квартирой» ярмарки был Контрактовый дом (ныне – Гостиный двор). Его «каменную» версию построили в центре одноименной площади в 1809 году по проекту архитектора Руска вместо старого деревянного Гостиного двора постройки 60 годов XVIII века (архитектор Григорович-Барский).

Гостиный двор вмещал более 50 магазинов, сгруппированных в ряды – железный, шелковый, суконный, меховой и т. п. В начале XIX века успели соорудить только первый этаж: пожар 1811 и война 1812 помешали киевскому магистрату окончить строительство. Поврежденный пожаром Гостиный двор в 1828 восстановил и частично перестроил архитектор Меленский. Во второй половине XIX века Гостиный двор вновь перестроили (были замурованы арочные галереи, произвольно пробиты проемы).

В начале 80-х годов XX века Гостиный двор реставрировали согласно первоначальному проекту.

### КАК ЭТО БЫЛО

**Вопрос о реставрации Гостиного двора по проектам архитекторов минувших веков уже не раз обсуждался в коридорах власти. Так, в 2002 году Киевская городская администрация планировала завершить сооружение Общественного центра на Контрактовой площади, предусмотренное проектом архитектора Василия Гесте в 20-х годах XIX века. В новое здание хотели «переселить» столичную мэрию.**

**Вновь о реконструкции центра Контрактовой площади вспомнили в 2005 году. Предпроектные предложения по реконструкции, которые одобрил градсовет, предусматривали восстановление на площади здания магистрата и строительство комплекса в классическом стиле небольшой этажности.**

ХОРОШАЯ НОВОСТЬ

### Город готов дать землю Армянской Апостольской церкви

Мэрия подготовила протокол, в котором отмечается, что КГГА согласна предоставить Армянской Апостольской церкви Украинской Епархии вместо земельного участка на ул. Константиновской, 28-30, другой земельный участок аналогичной площади для строительства церкви. В частности, в протоколе указано, что церковь предоставляет горгосадминистрации заявление с предложением о досрочном разрыве договора аренды земельного участка площадью 0,30 га на Подоле. Одновременно с этим, КГГА даст согласие на выделение аналогичного земельного участка. Киевсовет на ближайшей сессии рассмотрит этот вопрос. Все затраты, связанные с разрыванием договора аренды, а также отвод другого земучастка несет мэрия.

### Киевлян обеспечат арбузами

По инициативе Киевского городского головы Леонида Черновецкого, за счет городского бюджета для киевлян в этом году закупят 20008 тонн арбузов, что на 515 тонн больше, чем в минувшем. В столицу, по словам зам мэра Ирены Кильчицкой, завезли уже более 30% от запланированного – свыше 6 тыс. тонн «полосатых» ягод. Сейчас в Киеве бахчевые продают в 629 торговых точках. Ожидается, что цена на них постепенно будет уменьшаться.