# EXHIBIT S

# 18        Culture

*[picture]* URYADOVY
      KURYER

*[Ukrainian text]*

*[Ukrainian text]*

**Notice on Convocation of the Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." (hereinafter, the "Company")**

On January 18, 2008 at 10:00 local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held. The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine. Registration of the participants of the Meeting will be held at the abovementioned address on the day of the Meeting from 09:00 to 09:45 local time.

**Agenda of the Meeting**

1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Introduction of amendments to the Charter of the Company.
4. Removal and election of the members of the Board of the Company.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

**References at tel.: +380 44 2473910**

*Management of the Company*



□ ТРІУМФ

# Слава і гордість нації

*(Закінчення. Початок на стор.1)*

**Життєдайна енергетика цього унікального ансамблю, який за кордоном називають «Національним балетом України», стимулювала не тільки оновлення і розвиток рідної хореографії, а й народження нових фольклорних танцювальних колективів на багатьох континентах, сприяла відродженню у них класичного народно-сценічного танцю і своєї хореографічної культури.**



Два роки тому, урочисто відзначаючи сторіччя засновника колективу, славетного балетмейстера Павла Вірського, котрого Максим Рильський називав «добрим генієм українського танцю», ансамбль показав глядачам святковий концерт, що мав промовисту назву «Танець, який обіймає планету», продемонструвавши щедрі розмаї неповторної творчої спадщини видатного хореографа-новатора.

Сьогодні першокласний колектив, очолюваний понад два десятиліття самовідданим продовжувачем справи й естетичних традицій П. Вірського народним артистом України, академіком академії мистецтв, Героєм України Мирославом Вантухом, святкує свій ювілей — 70-річчя власного творчого шляху. Наведу́стріч цій поважній даті очолювана М. Вантухом Національна хореографічна спілка разом з Академією мистецтв та Міністерством культури і туризму України успішно провели Всеукраїнський конкурс аматорів і професійних колективів імені П. Вірського, який відкрив широку панораму еволюції українського народно-сценічного танцю в усіх його іпостасях та балетмейстерського мистецтва, засвідчив інтенсивну працю виконавців і постановників. Їхні творчі здобутки загострили увагу громадськості на численних проблемах жанру. Крім того, ансамбль підготував масштабний гала-концерт, перекоюючи глядачів, що улаблюючи колектив дбайливо зберігає й успішно розвиває досягнення П. Вірського.

Завдяки щоденній копіткій праці генерального директора — художнього керівника ансамблю М. Вантуха — його багатогранний і цікавий концертний репертуар постійно оновлюється і поповнюється змістовними і яскравими постановками, в яких щедро розкриває стильова своєрідність і художня неповторність колективу. Животворні національні традиції і сміливе новаторство органічно поєднуються у багатогранній діяльності колективу, і в цьому найповніше виявляється його віддання художнім принципам П. Вірського, який умів полум'яною мовою українського танцю правдиво розповідати про настрої, почуття і заповітні мрії сучасників.

«Сім десятиліть тому, в трагічному жорстокому 1937 році, коли набували апогею репресії проти української інтелігенції, серед якої, особливо серед митців, «виявляли» ворогів народу та «націоналістів», молодий талановитий Павло Вірський, відчайдушний хореограф-новатор і віртуозний танцівник, головний балетмейстер оперних театрів Одеси, Харкова, Дніпропетровська і Києва, одержав несподіване доручення разом зі своїм другом по Московському хореографічному технікуму Миколою Болотовим створити й очолити ансамбль танцю. Перед тим його танці в опері «Запорожець за Дунаєм» С. Гулака-Артемовського, показаній у Москві на сцені Великого театру, мали грандіозний успіх і найвищі оцінки преси. Саме в цей час у Москві відомий балетмейстер Ігор Мойсеєв, який народився у Києві, організував ансамбль танцю народів СРСР, що мав пропагувати народні танці всіх союзних республік. Цим шляхом, наслідуючи московського колегу, повинен був піти і П. Вірський, створюючи першу концертну програму новонародженого колективу. Саме цього від нього чекало суворе «партійне керівництво». Проте молодий хореограф, закоханий у рідний танець, митець, котрий опанував праці відомих фольклористів В. Верховинця і М. Соболя, обрав власний шлях, створивши концертну програму на основі української хореографії та ще й національний героїко-патріотичний одноактний балет «Бондарівна». Не боячись звинувачень у «націоналізмі», не боячись жорстоких репресій, він повірив у художні багатства і могутні можливості українського танцю і переміг. Відтоді ось уже сімдесят років Ансамбль танцю тріумфально крокує шляхом, накресленим Павлом Вірським.

Багато років поспіль маю честь уважно спостерігати за мистецьким поступом ансамблю і за балетмейстерськими здобутками його генерального директора — художнього керівника М. Вантуха і щиро захоплююся його життєствердними мініатюрами, які гармонійно поєднуються у вражаюче, гранично відшліфоване театрально-хореографічне дійство. Сьогодні колектив, що гордо носить ім'я свого геніального засновника і зберігає в репертуарі його коштовні танцювальні перлини, перебуває у блискучій творчій формі, своєю виконавською майстерністю сягаючи вершин світового мистецтва.

Рідкісна синхронність кожного руху, скульптурна виразність кожної пози, пластична довершеність форми, щедре багатство і різноманітність танцювальної лексики — саме ці унікальні риси характерні для вражаючого виконавського стилю ансамблю, який утверджує невичерпні скарби українського народно-сценічного танцю. В чому ж мистецький секрет постійної виконавської молодості й особливої життєствердної сили колективу? На це закономірне запитання відповідь одна: самовіддана щоденна праця всього ансамблю і його сьогоднішнього керівника, його послідовне прагнення зберегти ансамбль, виховувати нові й нові покоління артистів, спроможних відтворити багатство і красу українського танцю і стилістику шедеврів П. Вірського.

Ансамбль уже давно став найавторитетнішою в світі академією українського танцю, високим взірцем творчості для хореографів нашої країни і зарубіжної діаспори. В його багатоаспектній діяльності М. Вантух органічно поєднує розвиток національного танцювального мистецтва і хореографічної освіти. У прекрасних гала-концертах колективу, який щойно повернувся з тріумфального концертного турне по Україні, присвятивши його ювілею ювілеві, завжди беруть участь діти — учні хореографічної школи при ансамблі. Саме у цій школі розпочиналась дбайлива підготовка майбутніх віртуозних виконавців юних танцівниць і танцюристів, які після школи і навчання в студії, заснованій ще самим П. Вірським, приходять до ансамблю — звичайно, кращі з них, де вдосконалюють, відшліфовують артистичну майстерність.

Безперервна система хореографічної освіти і підготовки акторів, яка послідовно втілюється М. Вантухом, довела свою життєздатність і перспективність. Школа-студія ансамблю — якнайповніше розкриває особистість кожного, є запорукою постійного оновлення колективу, його творчої молодості. Сотні майстрів народного танцю зросли в колективі, котрий завжди був і залишається сузір'ям справжніх зірок народної хореографії. Сучасний ансамбль імені П. Вірського — слава і гордість нації, а праця його акторів і М. Вантуха — це справжній мистецький подвиг в ім'я України.

**Юрій СТАНІШЕВСЬКИЙ**

□ ДУХОВНІСТЬ

# Нові обрії українства в Криму

Президент України Віктор Ющенко підписав Указ про деякі заходи щодо розвитку гуманітарної сфери в Автономній Республіці Крим та Севастополі. Згідно з Указом Кабінету Міністрів України, Раді міністрів Автономної Республіки Крим, Севастопольській міській державній адміністрації доручено розробити та затвердити до 1 січня 2008 року комплекс заходів, спрямованих на розширення мережі навчальних закладів усіх типів з українською мовою навчання, створення нових загальноосвітніх навчальних закладів з українською мовою навчання в населених пунктах Криму, зокрема в Армянську та Феодосії, надання їм відповідної організаційно-методичної допомоги, відкриття додаткових класів і груп з українською мовою навчання в закладах з іншими мовами навчання і профільних класів з поглибленим вивченням української мови та літератури, видання і повне забезпечення навчальних закладів підручниками та посібниками українською мовою виховання дошкільників, учнів загальноосвітніх шкіл і ПТУ, студентів вищих навчальних закладів...

Указ передбачає також поповнення бібліотек Автономної Республіки сучасною книжковою продукцією та періодичними виданнями українською мовою, впровадження в бібліотеках Криму сучасних інформаційних технологій...

Президент України доручив відповідним міністерствам і відомствам провести у Криму цикл виставок «Скарби народного мистецтва України», гастролі українськомовних театральних колективів, лауреатів регіональних театральних фестивалів, показ кращих українських вистав.

Згідно з Указом Президента, Кабінет Міністрів України, Севастопольська міська державна адміністрація повинні відшукати до кінця поточного року обсяги фінансування щодо проведення реконструкції сцени і глядацької зали Севастопольського академічного російського драматичного театру імені А. Луначарського, реконструкцію Кримського українського музичного театру.

Уряд України повинен передбачити під час доопрацювання проекту Закону України «Про державний бюджет України на 2008 рік» окрему бюджетну програму для реалізації заходів, передбачених цим указом.

**Олександр КУЛИК,**
*«Урядовий кур'єр»*

Закрите акціонерне товариство «Спільне українсько-голландське підприємство «КРЕБО» повідомляє, що 17 січня 2008 року о 15.00 годині за адресою: Україна, Полтавська область, м. Кременчук, проспект 50 років Жовтня, 37-а, відбудуться загальні збори акціонерів Закритого акціонерного товариства «Спільне українсько-голландське підприємство «КРЕБО» з наступним порядком денним:

**Порядок денний:**
1. Обрання Голови, секретаря загальних зборів акціонерів та визначення особливостей проведення загальних зборів.
2. Затвердження звіту Правління про фінансово-господарську діяльність ЗАТ СП «КРЕБО», визначення основних напрямків діяльності товариства.
3. Затвердження звіту та висновків Ревізійної комісії ЗАТ СП «КРЕБО».
4. Про розподіл нерозподіленого прибутку минулих років ЗАТ СП «КРЕБО».
5. Затвердження фінансової звітності ЗАТ СП «КРЕБО».
6. Затвердження змін до новоутвореного ЗАТ СП «КРЕБО».
7. Внесення змін до внутрішніх положень, скасування та затвердження внутрішніх положень ЗАТ СП «КРЕБО».
8. Про відкликання та обрання Правління ЗАТ СП «КРЕБО», про встановлення умов праці посадових осіб ЗАТ СП «КРЕБО».
9. Затвердження рішень Правління ЗАТ СП «КРЕБО».
10. Про передачу окремих повноважень загальних зборів акціонерів іншим органам управління ЗАТ СП «КРЕБО».

Реєстрація акціонерів відбудеться з 9 години 30 хвилин до 9 години 50 хвилин за місцем проведення зборів.
**Довідки за телефонами: (0536) 76-80-56, 76-16-41.**

Повідомлення про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства «Київстар Дж. Ес. Ем.» (надалі — Товариство).

18 січня 2008 року о 10 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі — Збори). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, к. 1001, офіс ЗАТ «Київстар Дж. Ес. Ем.». Реєстрація учасників Зборів здійснюватиметься за вказаною вище адресою у день проведення Зборів з 09 години 00 хвилин до 09 години 45 хвилин за місцевим часом.

**Порядок денний Зборів**
1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Внесення змін до Статуту Товариства.
4. Заслуховування та обрання членів Ради Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надійшли на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

**Довідки за тел.: +380 44 2473910**

*Правління Товариства*

[Ukrainian Text]

[Ukrainian Text]

[Ukrainian Text]

NOTICE
on Convocation of the Extraordinary General Meeting of Shareholders of Closed Joint Stock Company "Kyivstar G.S.M." (hereinafter, the "Company")

On January 18, 2008 at 10:00 local time an extraordinary general meeting of shareholders of the Company (hereinafter, the "Meeting") will be held. The Meeting will take place at the address: office of CJSC "Kyivstar G.S.M.", 53 Degtyarivska Street, room 1001, Kyiv, Ukraine. Registration of the participants of the Meeting will be held at the abovementioned address on the day of the Meeting from 09:00 to 09:45 local time.

AGENDA OF THE MEETING:
1. Election of the Chairman of the General Meeting.
2. Election of the Secretary of the General Meeting.
3. Introduction of amendments to the Charter of the Company.
4. Removal and election of the members of the Board of the Company.

The shareholders of the Company may familiarize themselves with the documents received by the Management of the Company related to the agenda of the Meeting at the address: 53 Degtyarivska Street, Kyiv, Ukraine.

References at tel.: +380 44 2473910    Management of the Company

Promotion

## МИР

### Французы пересели на лошадей

Подорожание топлива заставило власти французских городов заменить муниципальный транспорт повозками с лошадьми. Того же ожидает мировое сельское хозяйство

### КАК ОКАЗАЛОСЬ

### Каспаров получил Европейскую премию



ЛИЧНО ПОЛУЧИТЬ ПРЕМИЮ КАСПАРОВ НЕ СМОГ – ОН ПОКА В ТЮРЬМЕ

Еженедельник European Voice, входящий в группу The Economist, назвал победителей ежегодного конкурса «Европеец года». Среди них – российский шахматист и политик Гарри Каспаров, который назван лучшим «не-гражданином ЕС» 2007 года. Этого звания он удостоен «за борьбу за политические свободы в России».

В состав международного жюри конкурса «Европеец года» входят известные европейские политики, политологи и журналисты, в том числе бывший премьер-министр Бельгии Вилфрид Мартенс и министр иностранных дел Швеции Карл Бильдт.

Напомним, что борьба дается Каспарову нелегко: он был задержан 24 ноября во время «Марша несогласных» в Москве. Позднее его приговорили к 5 суткам административного ареста. По словам оппозиции, в тюрьме Каспаров был избит, а затем внезапно «исчез». «Нашелся» политик уже в знаменитом здании на Петровке, 38, где находится и сейчас. Официальные представители США и президент Европейской комиссии Жозе Мануэль Баррозу осудили арест Каспарова.

Антон СУХОНОСЕНКО



ПАРАД В ГОРОДЕ СЕН-ЛО, НОРМАНДИЯ. В ОБЫЧНЫЕ ДНИ ЭТИ ЛОШАДИ ВОЗЯТ ДЕТЕЙ В ШКОЛУ

Во Франции власти более 70 городов решились на любопытный эксперимент, которым заинтересовались и другие муниципалитеты страны. Вот уже несколько месяцев в качестве транспорта для многих городских служб служат... конные повозки, как в старые добрые времена. В некоторых регионах зашли еще дальше, заменив школьные автобусы чем-то вроде дилижансов. Главные причины подобных новаций – экологичность, а также подготовка к резкому подорожанию автомобильного топлива. В свою очередь, эксперты пророчат возвращение человечества к методам хозяйствования, которые были лет сто назад, с использованием лошадей в качестве тягловой силы. Так что у нас, можно сказать, сейчас сельское хозяйство уже отвечает стандартам будущего!

Инициатива французов – очередной пример того, что основная задача мировой экономики сейчас в поисках оптимального баланса между прогрессом и своего рода «возвращением в прошлое». Что будет после того, как человечество перейдет так называемый «нефтяной пик» и сможет добывать все меньше энергоресурсов? Чем это грозит мировой экономике и самому главному, что необходимо для жизни, – сельскому хозяйству планеты?

Ричард Хейнберг, один из ведущих в мире специалистов по нефтяным месторождениям, считает, что жизни миллиардов людей на Земле в будущем угрожает серьезный дефицит пищи, который будет спровоцирован нашей зависимостью от ископаемого топлива.

Вкратце теория «нефтяного пика» гласит, что после 2020 года добыча нефти везде в мире, кроме Африки, пойдет на спад. Рост цены энергоресурсов, используемых для сельхозработ и доставки продукции, сделает бессмысленным само сельское хозяйство в том виде, в котором оно существует в развитых странах сейчас.

Во-первых, придется сократить объемы транспортировки продовольствия. К примеру, сейчас по всему миру продаются недорогое аргентинское мясо, канадская пшеница. С удорожанием топлива везти их через моря-океаны будет не по карману. И даже внутри отдельно взятой страны нужно будет производить пищу как можно ближе к потребителю. Ричард Хейнберг предрекает, что государствам придется налаживать сельскохозяйственное производство в самих городах, в окрестностях мегаполисов.

> Придется сократить объемы транспортировки продовольствия. К примеру, сейчас по всему миру продаются недорогое аргентинское мясо, канадская пшеница. С удорожанием топлива везти их через моря-океаны будет не по карману

Во-вторых, нужно вернуться к натуральному ведению сельского хозяйства, то есть лет эдак на 150 назад. Сверхмеханизированное производство с затратой большого количества энергии будет невыгодно. Так что следует максимально использовать тягловых животных. Понятно, что такая революция в экономике возможна только, если она будет проходить на государственном уровне. Власти должны будут разработать систему стимулов для людей, желающих вернуться к сельскому труду – будет использоваться меньше машин, значит, для выращивания пищи нужно будет больше крестьян. Потребуется земельная реформа, которая позволит создать фермерские кооперативы с небольшими наделами. То есть у каждого землевладельца должен быть свой кусок земли, который можно будет обрабатывать старым – дедовским – способом. Что, собственно, сейчас и происходит у нас в селах – крупные сельхозпредприятия после развала колхозов стали редкостью, им на смену пришли мелкие фермерские хозяйства, которых скачки цен на топливо приучили больше полагаться на лошадей.

Игорь ПАВЛЮК, Андрей ПРОКОПЧУК

### НРАВЫ

### Агату Кристи обвинили в расизме

Для США уже привычными стали скандалы, вызванные попытками довести политкорректность до абсурда. Недавно из часовни колледжа Уильяма и Мэри в американском штате Виргиния убрали крест – по словам президента учебного заведения, часовня должна приветствовать студентов всех религий. В других учебных и правительственных учреждениях, магазинах прекращают ставить елку на Рождество. Студия Диснея редактирует мультфильмы, ставшие уже классикой – из них убирается все «оскорбительное» для тех или иных лиц по расовому, половому и другим признакам.

Не стала исключением и литература – книги тоже подвергают цензуре. Недавно от политкорректности пострадала Агата Кристи. В штате Огайо отделение «Национальной ассоциации продвижения цветного населения» настояло на отмене пьесы по детективу «Десять негритят», которую планировали поставить учащиеся одной из школ. Организация заклеймила книгу за расистский подтекст названия, а городские и школьные власти сочли, что пьеса спровоцирует школьное насилие, поскольку сюжет детектива строится на серии убийств персонажей.

Стоит отметить, что этот детектив Агаты Кристи ни разу не издавался в США с оригинальным названием – «Ten Little Niggers». В одном издании он назывался «И никого не стало», а в другом – «Десять маленьких индийцев». Видимо, чувства индейцев волнуют борцов с расизмом не так сильно

### ПОВІДОМЛЕННЯ
про скликання позачергових загальних зборів акціонерів закритого акціонерного товариства «Київстар Дж.Ес.Ем.» (надалі – «Товариство»)

18 січня 2008 року о 10 годині 00 хвилин за місцевим часом відбудуться позачергові загальні збори акціонерів Товариства (надалі – «Збори»). Збори проводитимуться за адресою: Україна, місто Київ, вул. Дегтярівська, 53, с. 1001, офіс ЗАТ «Київстар Дж.Ес.Ем.».

Реєстрація учасників Зборів здійснюватиметься по вказаному вище адресою у день проведення Зборів з 09 години 00 хвилин до 09 години 45 хвилин за місцевим часом.

**ПОРЯДОК ДЕННИЙ ЗБОРІВ:**
1. Обрання голови Загальних зборів.
2. Обрання секретаря Загальних зборів.
3. Внесення змін до Статуту Товариства.
4. Звільнення та обрання членів Ради Товариства.

Акціонери Товариства можуть ознайомитись з документами, пов'язаними з порядком денним Зборів, що надійшли на адресу Правління Товариства, за адресою: Україна, місто Київ, вул. Дегтярівська, 53.

Довідки за тел.: +380 44 2473910

Правління Товариства

# газета по-киевски

www.pk.kiev.ua    №273 (1071) ЧЕТВЕРГ 29 НОЯБРЯ 2007

НАШ ФУТБОЛ

## Хватит «динамить»!

Разгромив нас 1:4, «Рома» оставила киевлян без еврокубков. В восьмой раз кряду «Динамо» не выходит в плей-офф Лиги чемпионов. Последние три года мы вообще только позоримся, не выиграв ни одного матча. Да сколько же можно?! **стр. 3**

СОБЫТИЕ

## Пьяный мачо в полном расцвете сил

Энрике Иглесиас опоздал на киевский концерт на 2,5 часа, но публику довёл до экстаза **стр. 12**



ПОСЛЕ ЭВАКУАЦИИ ПОСЕТИТЕЛЕЙ НЕ ПУСКАЛИ В ЦУМ ЕЩЕ ОКОЛО ЧЕТЫРЕХ ЧАСОВ /Фото Анатолия БОЙКО



# БОМБУ в ЦУМ не завезли

Вчера в столице полдня не работал Центральный универмаг — в милицию поступил сигнал о том, что здание заминировано **стр. 2**

ТЕМА ДНЯ

## Приговоренные к минералке

Приучить своих граждан к трезвости пытались многие государства. Добром это никогда не заканчивалось — зато есть что вспомнить **стр. 14**

В этом номере — специальные приложения «ЗДОРОВЬЕ ПО-КИЕВСКИ» И «ДЕНЬГИ ПО-КИЕВСКИ»

а также — отдельный блок телепередач «ТВ ПО-КИЕВСКИ»