# EXHIBIT T

*[Letterhead of the Main Interregional Statistics Administration in the City of Kyiv
of the State Statistics Committee of Ukraine]*

January 9, 2008 No. 21-10/2d                                             Re No. _____ dated January 8, 2008

                                                   LLC "Law Firm
                                                   "Shevchenko, Didkovskiy and Partners"
                                                   V. Manokhin

      Pursuant to Agreement No. 75/26-3-03 dated April 9, 2003 and upon your request, we inform that LIMITED LIABILITY COMPANY "STORM" (identification code 23163325) is specified as founder of:

CLOSED JOINT STOCK COMPANY "KYIVSTAR G.S.M."

Identification code – 21673832; legal entity;
Organizational and legal business form – CLOSED JOINT STOCK COMPANY;
Address – 51, CHERVONOZORYANY PROSPECT, SOLOMYANSKY DISTRICT, KYIV, 03110;
Chief executive – IGOR VOLODYMYROVYCH LYTOVCHENKO;
Telephone – 80442473910;
Telefax – 2457208;
Activity type as per KVED[*]:
64.20.0 Communications activity;
Place where registration actions are performed – SOLOMYANSKY DISTRICT STATE ADMINISTRATION IN THE CITY OF KYIV;
Registration date – September 3, 1997;
Date of registration actions – September 15, 2004;
Decision No. – 10731200000000736.
According to information of the State Tax Administration of Ukraine, the company paid taxes in the 3rd quarter of 2007.

                                  Founder, being a foreign company:

TELENOR MOBILE COMMUNICATIONS AS;
33 PILESTREDET STR., OSLO.

                                  Founder, being a subject of EDRPOU[†]:

LIMITED LIABILITY COMPANY "STORM"
1 NARODNOGO OPOLCHENNYA STR., SOLOMYANSKY DISTRICT, KYIV, 03110.

First Deputy Head                         *[Signature]*              N.M. Yurovska

                                                *[Seal of the Main Interregional Statistics
                                                Administration in the City of Kyiv of the
                                                State Statistics Committee of Ukraine]*

O.M. Pavlyuk
☎ 287-51-44

---

[*] *[Translator's note: the Classification of Types of Economic Activities]*
[†] *[Translator's note: the Unified State Registry of Enterprises and Organizations of Ukraine]*



## ДЕРЖАВНИЙ КОМІТЕТ СТАТИСТИКИ УКРАЇНИ
### ГОЛОВНЕ МІЖРЕГІОНАЛЬНЕ УПРАВЛІННЯ СТАТИСТИКИ У м. КИЄВІ

01601, м. Київ, вул. Еспланадна, 4-6
тел. (044) 287-60-35, факс (044) 246-68-58, e-mail: gmus@ukrstat.gov.ua

09.01.2008 р.  № 21-10/2д     На № _____ від 08.01.2008 р.

ТОВ "Юридична фірма
"Шевченко Дідковський і
Партнери"
В. Манохіну

Відповідно до Договору №75/26-3-03 від 09.04.2003 р. на Ваш запит повідомляємо, що ТОВАРИСТВО З ОБМЕЖЕНОЮ ВІДПОВІДАЛЬНІСТЮ "СТОРМ" (ідентифікаційний код 23163325) значиться засновником:

ЗАКРИТЕ АКЦІОНЕРНЕ ТОВАРИСТВО "КИЇВСТАР ДЖ.ЕС.ЕМ."

Ідентифікаційний код - 21673832; юридична особа;
Організаційно-правова форма господарювання - ЗАКРИТЕ АКЦІОНЕРНЕ ТОВАРИСТВО;
Адреса - 03110, М.КИЇВ, СОЛОМ'ЯНСЬКИЙ Р-Н, ПРОСП. ЧЕРВОНОЗОРЯНИЙ, 51;
Керівник - ЛИТОВЧЕНКО ІГОР ВОЛОДИМИРОВИЧ;
Телефон - 80442473910;
Телефакс - 2457208;
Вид діяльності за КВЕД :
64.20.0 Діяльність зв'язку;
Місце проведення реєстраційних дій - СОЛОМ'ЯНСЬКА РАЙОННА У МІСТІ КИЄВІ ДЕРЖАВНА АДМІНІСТРАЦІЯ;
Дата реєстрації - 03.09.1997 р.;
Дата реєстраційних дій - 15.09.2004 р.;
N рішення - 10731200000000736.
За даними Державної податкової адміністрації України суб'єкт у 3 кварталі 2007 року сплачував податки.

Засновник – інофірма:

"ТЕЛЕНОР МОБАЙЛ КОМ'ЮНІКЕЙШНЗ АС";
М. ОСЛО, ВУЛ. ПІЛЕСТРЕДЕТ, 33.

Засновник - суб'єкт ЄДРПОУ:

ТОВАРИСТВО З ОБМЕЖЕНОЮ ВІДПОВІДАЛЬНІСТЮ "СТОРМ"
03110 М.КИЇВ, СОЛОМ'ЯНСЬКИЙ Р-Н, ВУЛ. НАРОДНОГО ОПОЛЧЕННЯ, 1.

Перший заступник начальника         Н.М. Юровська

Павлюк О.М.
☎ 287-51-44