# EXHIBIT V

*[National Emblem of Ukraine]*

## KYIV CITY COMMERCIAL COURT
Kyiv 01030    44-B, B. Khmelnytskoho Street    Tel.: 216-65-72

### DECREE

**October 9, 2007**                    City of Kyiv                    **No. 40/37**

| | |
|---|---|
| **Upon the claim of** | Limited Liability Company "Storm" |
| **Against** | Closed Joint Stock Company "Kyivstar G.S.M." – Respondent 1; |
| | Limited Liability Company "Ernst & Young Audit Services" – Respondent 2; |
| | Limited Liability Company "Ernst & Young" – Respondent 3 |
| **Third party** | Telenor Mobile Communications AS |
| **Seeking** | [certain] agreements to be recognized as null and void, [certain] actions to be recognized as unlawful and taking of [certain] actions to be compelled |

**Judge** Yu.L. Vlasov

**Representatives:**
| | |
|---|---|
| of the Claimant | not appeared |
| of the Respondents | Respondent 1 – S.Ya. Senyuta; |
| | Respondent 2 – D.M. Symanov; |
| | Respondent 3 – D.M. Symanov, A.L. Moskalenko |
| of the Third Party | A.M. Pozhydayev |

### MERITS OF THE CASE:

The Claimant brought to the court a claim against the Respondents seeking to recognize as null and void the Agreement on Provision of Professional Services No. 9331 dated January 6, 2006, as from the time of its signing; recognize as null and void the Agreement on Provision of Professional Services No. 12352 dated May 3, 2006, as from the time of its signing; recognize as unlawful the actions taken by the Respondents where they concern entering into and performing the Agreement on Provision of Professional Services No. 9331 dated January 6, 2006; recognize as unlawful the actions taken by Respondent 1 and Respondent 3 where they concern entering into and performing the Agreement on Provision of Professional Services No. 12352 dated May 3, 2006; recognize as unlawful the appointment of Limited Liability Company "Ernst & Young Audit Services" and Limited Liability Company "Ernst & Young" as auditors of Closed Joint Stock Company "Kyivstar G.S.M." for the year 2005; compel Closed Joint Stock Company "Kyivstar G.S.M." and Limited Liability Company "Ernst & Young" to return to one another the documents, data, information, funds and everything else obtained under the Agreement on Provision of Professional Services No. 12352 dated May 3, 2006 and in the course of its performance; compel Closed Joint Stock Company "Kyivstar G.S.M.", as represented by its competent body – the Board, to appoint an auditor for the year 2005; compel Closed Joint Stock Company "Kyivstar G.S.M.", as represented by its competent body – the Board, to appoint an auditor for the year 2006; compel Closed Joint Stock Company "Kyivstar G.S.M." to execute audit agreements with the auditors and to notify the tax inspectorate of their execution after the Board appoints such auditors for the years 2005 and 2006.

*[Seal of Records Management Office No. 2*
*of the Kyiv City Commercial Court]*

2

In accordance with the Decree of December 28, 2006, proceedings in the case were initiated, the statement of claim was accepted for consideration, and hearing in the case was scheduled for January 22, 2007, at 2:45 p.m.

In accordance with the Decree of December 29, 2006, an injunctive relief was granted. Pursuant to the Decree of January 19, 2007, such injunctive relief was cancelled. In accordance with the same Decree, Telenor Mobile Communications AS was brought into the proceedings as a third party without independent claims on the subject matter of the dispute.

In accordance with the Decree of the Kyiv City Commercial Court, dated January 22, 2007, a panel of judges was appointed to consider case No. 40/37.

Due to the withdrawal by Respondent 2 and Respondent 3 of their appeals, the Kyiv Commercial Court of Appeals issued its Ruling of March 5, 2007, to terminate appellate proceedings on these appeals, as well as to terminate appellate proceedings on the appeal lodged by LLC "Storm", and remanded the case files to the Kyiv City Commercial Court for further trial.

In accordance with the Decree of the Higher Commercial Court of Ukraine, dated April 26, 2007, the cassation appeal of LLC "Storm" was returned without consideration. In its Decree of June 7, 2007, the Supreme Court of Ukraine denied the commencement of cassation proceedings to LLC "Storm".

The Chair of the Kyiv City Commercial Court authorized the panel of judges consisting of Yu.L. Vlasov (as the Presiding Judge), S.V. Balats and O.A. Krolevets, to further consider the case.

In accordance with the Decree of July 20, 2007, the hearing of the case was scheduled for September 4, 2007. The same Decree compelled the Claimant to submit to the court originals and duly certified copies of all of the Claimant's evidentiary documents supporting the facts set forth in the statement of claim. *The court recognized the attendance by the representatives of the parties, including the Claimant, of the court hearing mandatory.*

The Claimant's representative failed to make an appearance for the hearing of September 4, 2007, to provide the documents requested by the court and to notify the court of valid reasons for such failure of the authorized representative to appear and provide the requested documents.

Given the above circumstances, the hearing of the case was rescheduled for October 9, 2007 pursuant to the Decree, dated September 4, 2007, in connection with the failure of the representatives of Claimant and Respondent 1 to appear and to provide the requested documents.

The same Decree repeatedly obliged the Claimant to submit to the court originals and duly certified copies of all of the Claimant's evidentiary documents supporting the facts set forth in the statement of claim. *The court again recognized the attendance by the representatives of the parties, including the Claimant, of the court hearing mandatory.*

The Claimant's representative again failed to make an appearance for the hearing of October 9, 2007, to produce any evidences requested by the court, and to notify the court of valid reasons for the failure of the authorized representative to appear and to provide the requested documents.

Given the foregoing and the Claimant's failure, without valid reasons, to submit the documents requested by the court, which are necessary for the resolution of the dispute, specifically, originals and duly certified copies of all of the Claimant's evidentiary documents supporting the facts set forth in the statement of claim, the repeated failures of the Claimant's representative to appear for the court hearings, and since such non-appearance prevents dispute resolution, the court concluded that the claim shall be left without consideration in accordance with Section 5 of Part 1 of Article 81 of the Commercial Procedure Code of Ukraine.

Therewith, the Claimant may re-submit this statement of claim to the commercial court upon curing the circumstances that caused the claim to be left without consideration.

Governed by Articles 81, 86 of the Commercial Procedure Code of Ukraine, the Kyiv City Commercial Court -

*[Seal of Records Management Office No. 2 of the Kyiv City Commercial Court]*

3

## HAS RULED TO:

1.  Leave the claim brought by Limited Liability Company "Storm" against Closed Joint Stock Company "Kyivstar G.S.M.", Limited Liability Company "Ernst & Young Audit Services", and Limited Liability Company "Ernst & Young" without consideration.

**Judge**        *[stamp:* TRUE TO THE ORIGINAL*]*        **Yu.L. Vlasov**

*Secretary:*        *[signature]*        *O.R. Dolga*
                                         *[Seal of Records Management Office No. 2*
                                         *of the Kyiv City Commercial Court]*



# ГОСПОДАРСЬКИЙ СУД міста КИЄВА

01030, м.Київ, .Б.Хмельницького,44-Б   тел.216-65-72

---

## У Х В А Л А

09.10.2007                          м. Київ                          № 40/37

| | |
|---|---|
| **За позовом** | Товариства з обмеженою відповідальністю "Сторм" |
| **До** | Закритого акціонерного товариства "Київстар Дж.Ес.Ем" – Відповідач 1;<br>Товариства з обмеженою відповідальністю "Ернест енд Янг Аудиторські послуги" – Відповідач 2;<br>Товариства з обмеженою відповідальністю "Ернст енд Янг" – Відповідач 3 |
| **Третя особа** | Теленор Мобайл Ком'юнікейшнз АС |
| **Про** | визнання недійсними договорів, незаконними дій та зобов'язання вчинити дії |

Суддя Власов Ю.Л.

**Представники:**

| | |
|---|---|
| Від позивача | не з'явились |
| Від відповідачів | Відповідач 1 - Сенюта С.Я.;<br>Відповідач 2 – Симанов Д.М.;<br>Відповідач 3 – Симанов Д.М., Москаленко А.Л. |
| Від третьої особи | Пожидаєв А.М. |

### ОБСТАВИНИ СПРАВИ:

Позивач звернувся до суду з позовною заявою до Відповідачів про визнання недійсним договору про надання професійних послуг №9331 від 06.01.2006р. з моменту його укладення; про визнання недійсним договору про надання професійних послуг №12352 від 03.05.2006р. з моменту його укладення; про визнання незаконними дій Відповідачів по укладанню та виконанню договору про надання професійних послуг №9331 від 06.01.2006р.; про визнання незаконними дій Відповідача 1 та Відповідача 3 по укладенню та виконанню договору про надання професійних послуг №12352 від 03.05.2006р.; про визнання незаконним призначення Товариства з обмеженою відповідальністю «Ернст енд Янг Аудиторські послуги» та Товариства з обмеженою відповідальністю «Ернст енд Янг» аудиторами Закритого акціонерного товариства «Київстар Дж.Ес.Ем.» на 2005рік; про зобов'язання Закритого акціонерного товариства «Київстар Дж.Ес.Ем.» та Товариства з обмеженою відповідальністю «Ернст енд Янг» повернути один одному документи, дані, відомості, кошти та все інше одержане за договором про надання професійних послуг №12352 від 03.05.2006р. та в ході його виконання; про зобов'язання Закритого акціонерного товариства «Київстар Дж.Ес.Ем.» в особі його компетентного органу - Ради призначити аудитора на 2005 рік; про зобов'язання Закритого акціонерного товариства «Київстар Дж.Ес.Ем.» в особі його компетентного органу - Ради призначити аудитора на 2006 рік; про зобов'язання Закритого акціонерного товариства «Київстар Дж.Ес.Ем.» після призначення Радою аудиторів на 2005 та 2006р. укласти з такими аудиторами договори про проведення аудиту та повідомити про їх укладення податкову інспекцію.

2

Ухвалою від 28.12.06р. провадження у справі було порушено, позовна заява прийнята до розгляду, розгляд справи був призначений на 22.01.07р. о 14 год. 45 хв.

Ухвалою від 29.12.2006р. були вжито заходи забезпечення позову. Ухвалою від 19.01.07р. вжиті заходи забезпечення позову були скасовані. Цією ж ухвалою до участі у справі було залучено третю особу без самостійних вимог на предмет спору – Теленор Мобайл Ком'юнікейшнз АС.

Ухвалою Господарського суду м. Києва від 22.01.07р. призначений колегіальний розгляд справи №40/37.

Постановою Київського Апеляційного господарського суду від 05.03.07р. в зв'язку з відмовою Відповідача 2 та 3 від апеляційних скарг, апеляційне провадження по цим апеляційним скаргам припинено, апеляційне провадження за апеляційною скаргою ТОВ «Сторм» також припинено, матеріали справи повернуто до Господарського суду м. Києва для подальшого розгляду.

Ухвалою Вищого господарського суду України від 26.04.07р. касаційну скаргу ТОВ «Сторм» було повернуто без розгляду. Ухвалою Верховного суду України від 07.06.07р. відмовлено ТОВ «Сторм» у порушенні касаційного провадження.

Головою Господарського суду міста Києва подальший розгляд справи доручено здійснити у наступному складі суду: Власов Ю.Л. (головуючий), Балац С.В., Кролевець О.А.

Ухвалою від 20.07.07р. розгляд справи був призначений на 04.09.07р. Цією ж ухвалою Позивача було зобов'язано подати суду оригінали та належним чином засвідчені копії всіх документів, якими Позивач підтверджує обставини, викладені в позовній заяві. *Явка представників сторін, в тому числі Позивача, у судове засідання була визнана судом обов'язковою.*

У судове засідання 04.09.07р. представник Позивача не з'явився, документів, витребуваних судом, не подав, про поважні причини неявки уповноваженого представника та неподання витребуваних документів, суд не повідомив.

За вказаних обставин, ухвалою від 04.09.07р. розгляд справи був відкладений на 09.10.07р., у зв'язку з неявкою представників Позивача, Відповідача 1 та неподанням ними витребуваних документів.

Цією ж ухвалою Позивача було вдруге зобов'язано подати суду оригінали та належним чином засвідчені копії всіх документів, якими Позивач підтверджує обставини, викладені в позовній заяві. *Явка представників сторін, в тому числі Позивача, у судове засідання знов була визнана судом обов'язковою.*

У судове засідання 09.10.07р. представник Позивача знов не з'явився, жодних доказів, витребуваних судом, знов не подав, про поважні причини неявки уповноваженого представника та неподання витребуваних документів, суд також не повідомив.

Враховуючи викладене та оскільки Позивач без поважних причин не подав витребувані судом документи, необхідні для вирішення спору, а саме, оригінали та належним чином засвідчені копії всіх документів, якими Позивач підтверджує обставини, викладені в позовній заяві, представник Позивача двічі не з'явився на виклик у судові засідання і його неявка перешкоджає вирішенню спору, суд дійшов висновку, що позов, відповідно до п.5 ч.1 ст.81 Господарського процесуального кодексу України, підлягає залишенню без розгляду.

При цьому, Позивач не позбавлений права знов звернутись до господарського суду з цією позовною заявою, після усунення обставин, які зумовили залишення позову без розгляду.

Керуючись ст.81, 86 Господарського процесуального кодексу України, Господарський суд міста Києва -

**УХВАЛИВ:**

3

1. Залишити позов Товариства з обмеженою відповідальністю "Сторм" до Закритого акціонерного товариства "Київстар Дж.Ес.Ем", Товариства з обмеженою відповідальністю "Ернст енд Янг Аудиторські послуги", Товариства з обмеженою відповідальністю "Ернст енд Янг" без розгляду.

| Суддя | | Ю.Л.Власов |
|---|---|---|
| *(signature)* | ЗГІДНО З ОРИГІНАЛОМ | *(signature)* |