# Exhibit C

## Alpren Limited

Following a written decision by all members of the above company dated 22 May 2007, in accordance with paragraph 80 of the company's articles of association the following resolution was approved:

### SPECIAL RESOLUTION

1.      **THAT** the Articles of Association of the Company be amended as follows:

A.      By the deletion of the existing definition of "Loan Agreement" in Regulation 1 immediately after the definition of "the secretary" and its substitution with the following new definition:

> **" Loan Agreement" means a certain facility agreement dated on or about 9 March 2006 as amended and restated on 27 April 2007 and as further amended, varied or supplemented from time to time made between Credit Suisse, London Branch (the "Original Lender"), Altimo Holdings & Investments Limited (the '"Guarantor") and the Company and Hardlake Limited (the "Borrowers") whereby the Lender has agreed to make available to the Borrowers n loan facility in the amount of up to U$D750.000.000."**

**CertifiedTrue copy**

........................

Sophia Ioannou
For Abacus Secretarial Limited
Secretary

ΓΙΑΝ Λευκωσia
3/7/07

TRANSLATED
TRUE COPY

FOR REGISTRAR OF COMPANIES

16/11/07