

Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
Telephone:  (212) 506-5000
Facsimile:  (212) 506-5151
Attorneys for Petitioner

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------- x
                                                                 :
**TELENOR MOBILE COMMUNICATIONS AS,**                            :
                                                                 :
                         Plaintiff,                              :
                                                                 :
           -against-                                             :
                                                                 :           07 Civ. 6929 (GEL)
**STORM LLC,**                                                   :
                                                                 :           ECF Case
                         Defendant,                              :
                                                                 :
           -and-                                                 :           **DECLARATION OF**
                                                                 :           **DANIEL GERARD WISE**
**ALTIMO HOLDINGS & INVESTMENTS**                                :
**LIMITED, HARDLAKE LIMITED AND ALPREN**                         :
**LIMITED,**                                                     :
                                                                 :
                         Additional Contemnors.                  :
---------------------------------------------------------------- x

I, **DANIEL GERARD WISE**, declare the following to be true:

      1.     I am a solicitor-advocate admitted to practice in England and

Wales and also in the British Virgin Islands; I am a partner in the firm of Martin Kenney

& Company, Solicitors ("MKS"), in Road Town, Tortola, British Virgin Islands ("BVI").

I make this declaration at the request of the attorneys for the plaintiff, Telenor Mobile

Communications AS ("Telenor Mobile"), and pursuant to 28 U.S.C. § 1746 in support of

Telenor Mobile's motion to have Storm LLC ("Storm"), Altimo Holdings & Investments

Limited ("Altimo"), Alpren Limited and Hardlake Limited held in contempt of this

Court's November 2, 2007 Opinion and Order confirming the Final Award in the

arbitration between Telenor Mobile and Storm, issued on August 1, 2007.

      2.     Pursuant to instructions MKS has received from the attorneys for

Telenor Mobile, I caused to be carried out company searches at the BVI Companies

Registry in respect of (a) Altimo, a company organized under the laws of the BVI and

incorporated on March 12, 1996 (IBC No. 178274), and (b) Abacus Trust and

Management Services Limited, a company organized under the laws of the BVI and

incorporated on March 17, 1994 (Cap No. 8483, at least as of November 29, 2007)

("Abacus").  MKS has requested and obtained copies of all documents that are of public

record and held by the BVI Registrar of Corporate Affairs (the "Registrar") with respect

to each of Altimo and Abacus.  I have read and carefully reviewed all such documents.

The records of the Registrar include only the items that have been filed by the respective

registered agents of Altimo and Abacus, or issued by the Registrar.  I rely on the accuracy

of the copies of the documents which are held by the Registrar, and which I have

received as of the date of this declaration; I am unable to comment on any documents that

have not yet been filed with the Registrar, or have not yet been processed by the

Registrar. Set out below is a summary of the findings of my search.

      3.     As of January 22, 2008, the day I caused the relevant company

searches to be conducted (which include several update searches and inspections) in the

BVI with respect to Altimo and, by reference to these searches, I can confirm that:

      (a)     Altimo's Memorandum of Association states that "[t]he registered

office of the Company will be at the premises of Abacus Trust and Management Services Limited", and that Altimo's registered agent shall be Abacus;

(b)　　Insofar as is evidenced by the documents on file with the Registrar, Altimo has five directors, whose names, citizenship and addresses, are as follows:

(i)　　Geoffrey P. Hemy (British) c/o International Commercial Centre, Casemates Square, Gibraltar (by directors' register filed with the Registrar on March 14, 2006) and/or 2 Days Lane, Biddenham, Bedford MK40 4AD, United Kingdom (by directors' register filed with the Registrar on November 10, 2005);

(ii)　　Georgia Karydis (Cypriot) c/o International Commercial Centre, Casemates Square, Gibraltar (by directors' register filed with the Register on March 14, 2006), and/or 14B Ivis Street, Pallouriotissa, Nicosia PC, 1035, Cyprus (by directors' register filed with the Registrar on November 10, 2005);

(iii)　　Franz Wolf (German), 211 Portland House, Glacis Road, Gibraltar (by directors' registers respectively filed with the Registrar on March 14, 2006 and November 10, 2005);

(iv)　　Pavel Volitskiy (Russian), 4A Sylvaner, The Vineyards, Gibraltar (by directors' register filed with the Registrar on March 14, 2006); and/or 207 Peninsular Heights, Europort Avenue, Gibraltar (by directors' register filed with the Registrar on November 10, 2005); and

(v)　　Alla Kudryavtseva (Russian), c/o International Commercial Centre, Casemates Square, Gibraltar (by directors' register filed with the Registrar on March 14, 2006), and/or 121 Rosia Plaza, Gibraltar (by directors' register filed with the Registry on November 10, 2005).

3

True and accurate copies of Altimo's Memorandum of Association and Articles of Association are attached hereto as Exhibit A, and a true and accurate copy of a certificate of good standing dated August 10, 2006 from the Registrar with respect to Altimo is attached hereto as Exhibit B.   Such certificate is the most recent certificate of good standing contained in Altimo's file in the possession of the Registrar that MKS has been able to obtain and which indicates the identity of Altimo's directors.

4.    As of November 29, 2007, the day I caused the relevant company searches to be conducted in the BVI with respect to Abacus and, as confirmed on the date of this declaration, the last day on which the Abacus records were available to be searched at the office of the Registrar, the most recent certificate of good standing contained in Abacus's file in the possession of the Registrar states that "the Registered Office and legal address of the company is 2nd Floor, Geneva Place, #333 Waterfront Drive, Wickham's Cay 1, Road Town, Tortola, British Virgin Islands." A true and accurate copy of that certificate of good standing is attached hereto as Exhibit C.

5.    Following an Internet search conducted on January 22, 2007, Abacus's website states that "Abacus ... was incorporated ... as [a] member of Coopers & Lybrand (International) ..." and later "became a part of the PricewaterhouseCoopers network", before becoming "independent" in 2002.   Abacus's website further states that its relationship with PricewaterhouseCoopers, Abacus Channel Islands and STG Coopers & Lybrand "is further cemented by the fact that the former chairman of Abacus Channel Islands, the former Managing Partner of Coopers & Lybrand East Caribbean and a former Senior Partner of PricewaterhouseCoopers are appointed as advisors and consultants to the firm." A true and accurate copy of the relevant page from Abacus's website is

4

attached hereto as Exhibit D

(http://www.mwmabacus.com/content/home/detail.asp?iData=404&iCat=313&iChannel=2&nChannel=Articles).


      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed this 22nd day of January, 2008

At the High Court Registry, Main Street

Road Town, Tortola

British Virgin Islands

BEFORE ME,

.................................................

**Commissioner for Oaths**

_____

DANIEL GERARD WISE

Solicitor-Advocate

5