# Exhibit B

# TERRITORY OF THE BRITISH VIRGIN ISLANDS

## THE INTERNATIONAL BUSINESS COMPANIES ACT
### (CAP. 291)

## CERTIFICATE

No. 178274

### Altimo Holdings & Investments Ltd.

The Registrar of Corporate Affairs of the British Virgin Islands Financial Services Commission HEREBY CERTIFIES that according to our records as of the date of this Certificate:

1. The above company was duly incorporated under the provisions of the International Business Companies Act, (Cap. 291) on the 12th day of March 1996 as International Business Company Number 178274 of the Register of International Business Companies.

2. The name of the Company is still on the register of International Business Companies and the Company has paid all fees, licence fees, and penalties due and payable under the provisions of sections 104 and 105 of the said Act.

3. The Company has not submitted articles of merger or consolidations.

4. The Company has not submitted articles of arrangement.

5. The Company is not in the process of being wound up and dissolved.

6. No proceedings have been instituted to strike the name of the Company off said register.

7. In so far as is evidenced by the documents on file, the Company is in good legal standing.

8. In so far as is evidenced by the documents on file, the directors of the company are Geoffrey P. Hemy, Georgia Karydis, Alla Kudryavtseva, Pavel Volitskiy and Franz Wolf.

9. In so far as is evidenced by the documents on file, the registered office of the company is located at the premises of Abacus Trust and Management Services Limited.

Dated this 10th day of August, 2006

Lydia Cline Parsons
Deputy Registrar of Corporate Affairs
Registry of Corporate Affairs
British Virgin Islands Financial Services Commission