# Exhibit C



British Virgin Islands Financial Services Commission
Pasea Estate, Road Town, Tortola, British Virgin Islands Tel: 284 494 5416 Email: commissioner@bvifsc.vg

TERRITORY OF THE BRITISH VIRGIN ISLANDS

THE BVI BUSINESS COMPANIES ACT 2004

CERTIFICATE

No. 8483

ABACUS TRUST and MANAGEMENT SERVICES LIMITED

The Registrar of Corporate Affairs of the British Virgin Islands HEREBY CERTIFIES that ACCORDING TO OUR RECORDS as of the date of this Certificate:

1. The above company was duly incorporated under the provisions of the Companies Act, on the 17th day of March, 1994 as Company Number 8483.

2. The name of the Company is still on the register of Business Companies and the Company has paid all fees, licence fees, and penalties due and payable under the provisions of the said Act.

3. The Company has not submitted articles of merger or consolidations.

4. The Company has not submitted articles of arrangement.

5. The Company is not in the process of being wound up and dissolved.

6. No proceedings have been instituted to strike the name of the Company off said register.

7. In so far as is evidenced by the documents on file, the Company is in good legal standing.

8. In so far as is evidenced by on documents on file, the Registered Office and legal address of the company is 2nd Floor, Geneva Place, #333 Waterfront Drive, Wickham's Cay 1, Road Town, Tortola, British Virgin Islands.

9. In so far as is evidenced by Register of Directors on file, the Directors of the company are: MS. SHEILA GEORGE, MS. DEBBIE H.C. WILMOT and MR. MEADE W. MALONE.

Dated this 8th day of May, 2007

Myrna P. Herbert
Registrar of Corporate Affairs
British Virgin Islands Financial Services Commission