# Exhibit A

dossier no *10199* ~~1997~~ *7*



Acte constitutif de la société :
"EC Venture Capital SA"

L'AN MIL NEUF CENT NONANTE-SEPT et le vingt-trois septembre.

Par devant Maître Michel GAMPERT, notaire à Genève, soussigné,

ONT COMPARU :

**1. Monsieur André WALKOWICZ**, employé de banque, originaire de Collonge-Bellerive, domicilié à 1204 Genève, 24-26, rue Saint-Léger,

**2. Monsieur Benedikt dit Benoît Paul BAUMER**, expert-comptable, originaire de Grossdietwil, domicilié à 1260 Nyon, 68, rue de Rive,

**3. Monsieur François PAYOT**, avocat, originaire de Genève, domicilié à Chêne-Bougeries, 1231 Conches, 24, chemin J.-F. Dupuy.

Lesquels comparants ont déclaré au notaire soussigné qu'ils constituent, par les présentes, sous la dénomination de :

<u>**EC Venture Capital SA**</u>

une société anonyme dont ils sont les seuls fondateurs et dont ils ont arrêté les statuts conformément au texte original signé par les comparants, à la date de ce jour, qui demeurera ci-annexé.

Puis les comparants ont déclaré et confirmé par les présentes :





**1.** qu'ils souscrivent eux-mêmes, sans qu'il y ait de souscription publique, les DEUX CENT CINQUANTE (250) actions d'une valeur nominale de MILLE FRANCS (Frs. 1'000.--) chacune, nominatives, liées selon statuts, émises au pair, formant la totalité du capital-actions de la société, soit :

- M. André WALKOWICZ, à titre fiduciaire,
  deux cent quarante-huit actions, ci ............................ 248
- M. Benedikt dit Benoît Paul BAUMER,
  à titre fiduciaire, une action, ci ............................ 1
- M. François PAYOT,
  à ittre fiduciaire, une action, ci ............................ 1

**TOTAL : deux cent cinquante actions, ci** ............ **250**

**2.** que chacun des fondateurs a pris l'engagement inconditionnel de verser un montant correspondant au prix d'émission et versé une somme en espèces de MILLE FRANCS (Frs. 1'000.--) sur chaque action par lui souscrite, pour libération intégrale de ses actions, en sorte qu'il a été versé au compte de la société et mis à sa disposition exclusive une somme totale en espèces de DEUX CENT CINQUANTE MILLE FRANCS (Frs. 250'000.--) ainsi que cela résulte d'une attestation de versement délivrée le 10 septembre 1997, par le CREDIT SUISSE, Succursale de Genève, établissement soumis à la loi fédérale sur les banques et les caisses d'épargne, pièce qui demeurera ci-annexée.



- 3 -

Le notaire soussigné certifie que l'attestation de versement susvisée, lui a été présentée, ainsi qu'aux comparants, et qu'il en résulte bien que le capital-actions de cette société est entièrement libéré.

Les comparants constatent que toutes les actions ont été valablement souscrites, que les apports promis correspondent au prix total d'émission et que ces apports ont été effectués conformément aux exigences légales et statutaires.

Le notaire certifie en outre que les comparants lui ont formellement déclaré qu'il n'y a pas de reprise de biens en nature, mobiliers ou immobiliers. Les fondateurs ont en outre été rendus attentifs aux dispositions relatives aux reprises de biens (art. 628 CO) et à celles concernant l'acquisition d'immeubles par des personnes à l'étranger.

Le notaire atteste que les déclarations I (attestation générale de non reprise) et II ( attestation de non reprise au regard de la Lex Friedrich) lui ont été soumises ainsi qu'aux comparants qui les ont approuvées. Ces documents demeurent annexés au présent acte;

3. que Monsieur Benedikt dit Benoît Paul BAUMER, susqualifié, a été désigné comme administrateur unique de la société avec signature individuelle;

4. que "FISTRA REVISIONS SA", à Genève, 1227 Acacias, 9, route des Jeunes, a été nommée réviseur pour le premier exercice social et a accepté son mandat selon lettre en date du 27 août 1997 ci-annexée.





- 4 -

De tout ce qui précède a été dressé le présent acte constitutif, à Genève, 19, Rue du Général Dufour, en l'Etude de Maîtres GAMPERT et DEMIERRE, notaires.

Et après lecture faite, les comparants, puis le notaire, ont signé la présente minute.

Suivent les signatures.

Enregistré à Genève, le 23 septembre 1997. Volume 1997.

POUR EXPÉDITION CONFORME



**CREDIT SUISSE** | PRIVATE BANKING

CREDIT SUISSE

CH-1211 Genève 70

| | |
|---|---|
| Téléphone | 022 391 21 11 |
| Téléfax | 022 391 25 91 |
| Télex | 428 251 |
| SWIFT | CRESCHZZ12A |
| CCP | 12-35-2 |



A. Walkowicz
G611

A l'assemblée générale
constitutive de la société
EC Venture Capital SA

022 391 20 55                    Genève, le 10.09.1997   G611/pm

Nous attestons par la présente avoir reçu, au sens de l'art. 633 CO, en faveur de la société

**EC VENTURE CAPITAL SA**

en formation, sur un compte de consignation de capital ouvert à son nom, la somme de

**Frs 250'000.-**

Le montant consigné sera à la disposition exclusive de la société Ec Venture Capital Sa après son inscription au registre du commerce et publication dans la Feuille Officielle Suisse du Commerce.

C R E D I T   S U I S S E

Peter Ammann                                   Vladimir Keller

Vu par Nous, Me Michel GAMPERT, notaire à Genève, soussigné, exclusivement pour légalisation des signatures apposées ci-dessus par Monsieur Peter AMMANN et Monsieur Vladimir KELLER, lesquels engagent valablement par leur signature collective à deux le CREDIT SUISSE, Succursale de Genève.

Genève, le 23 septembre 1997



File no. 10199 1997 1

**Articles of incorporation of the company:**

**"EC Venture Capital SA"**

---

On the twenty-third day of September of the year NINETEEN HUNDRED AND NINETY-SEVEN.

In the presence of Maître Michel GAMPERT, the undersigned notary of Geneva,

THE FOLLOWING HAVE APPEARED:

**1. Mr. André WALKOWICZ**, bank employee, native of Collonge-Bellerive, domiciled at 24-26, rue Saint-Léger, 1204 Geneva.

**2. Mr. Benedikt (Benoît) Paul BAUMER**, accountant, native of Grossdietwil, domiciled at 68, rue de Rive, 1260 Nyon.

**3. Mr. François PAYOT**, attorney, native of Geneva, domiciled at Chêne-Bougeries, 24, chemin J-F. Dupuy, 1231 Conches.

The above parties have declared to the undersigned notary that they hereby incorporate, under the name of:

<u>**EC Venture Capital SA**</u>

a public company of which they are the sole founders and of which they have drawn up the by-laws according to the original text signed by the parties today and attached to this deed.

The parties have then hereby declared and confirmed:





- 2 -

**1.** that they themselves subscribe, without there being any public subscription, the TWO HUNDRED AND FIFTY (250) registered shares, each with a nominal value of ONE THOUSAND SWISS FRANCS (CHF 1,000.00), assigned as stated in the by-laws, issued at par value, constituting the entire share capital of the company, as follows:

- Mr. André WALKOWICZ, in trust,

  two hundred and forty-eight shares                    248

- Mr. Benedikt (Benoît) Paul BAUMER, in trust,

  one share                    1

- Mr. François PAYOT, in trust,

  one share                    1

**TOTAL: two hundred and fifty shares**                    **250**

**2.** that each founder has given an unconditional undertaking to pay an amount corresponding to the issue price and has paid a cash sum of ONE THOUSAND SWISS FRANCS (CHF 1,000.00) for each share subscribed, so as to ensure that the shares are fully paid in, as a result of which a total cash sum of TWO HUNDRED AND FIFTY THOUSAND SWISS FRANCS (CHF 250,000.00) has been paid into the company's account and made available to it exclusively, as shown in a statement of deposit attached hereto and issued on September 10, 1997 by CREDIT SUISSE, Geneva Branch, an establishment subject to the Swiss Federal Law on banks and savings banks.



- 3 -

The undersigned notary certifies that the aforementioned statement of deposit has been presented to him, and to the parties appearing before him, and that as a result the share capital of this company is fully paid in.

The parties have verified that all the shares have been validly subscribed, that the contributions promised correspond to the total issue price and that these contributions have been made in accordance with legal provisions and the by-laws of the company.

The notary also certifies that the parties appearing before him have formally declared that there is no acquisition of property *(reprise de biens)*, whether movable or immovable. The founders have also been advised of the provisions relating to the acquisition of property (Article 628 of the Swiss Code of Obligations) and of the provisions regarding the acquisition of real estate by individuals overseas.

The notary certifies that declarations I (general statement of non-acquisition) and II (statement of non-acquisition with regard to Lex Friedrich) have been submitted to him and to the parties appearing before him, who have approved them. These documents are attached to the present deed;

**3.** that Mr. Benedikt (Benoît) Paul BAUMER, as described above, has been appointed as the sole director of the company with sole signatory powers;

**4.** that "FISTRA REVISIONS SA", in Geneva, 1227 Acacias, 9, route des Jeunes, has been appointed as auditor for the first fiscal year and has accepted its appointment according to a letter dated August 27, 1997 <u>attached hereto</u>.





- 4 -

These articles of incorporation have been drawn up as a record of all of the above in Geneva, Rue du Général Dufour, at the offices of Maître GAMPERT and Maître DEMIERRE, notaries.

After having read it, the parties, followed by the notary, have signed this document.

The signatures follow.

Registered in Geneva, September 23, 1997. Vol. 1997.

**CERTIFIED TRUE COPY**





**CREDIT SUISSE** | PRIVATE BANKING

CREDIT SUISSE

CH-1211 Genève 70

Téléphone   022 391 21 11
Téléfax     022 391 25 91
Télex       428 251
SWIFT       CRESCHZZ12A
CCP         12-35-2

A. Walkowicz
G611



To the incorporation meeting of the
company EC Venture Capital SA

022 391 20 55

Geneva, September 10, 1997  G611/pm

We hereby certify, pursuant to Article 633 of the Swiss Code of Obligations, that we have received on behalf of

**EC VENTURE CAPITAL SA**

in formation, into a capital deposit account opened in its name, the amount of

**CHF 250,000.00**

The amount deposited will be available exclusively to the company EC Venture Capital SA after its registration in the register of trade and publication in the Swiss Official Journal of Trade.

CREDIT SUISSE

Peter Ammann

Vladimir Keller

Seen by myself, Maître Michel GAMPERT, the undersigned notary of Geneva, exclusively for legalization of the signatures placed above by Mr. Peter AMMANN and Mr. Vladimir KELLER, who, by their joint signatures, validly commit CREDIT SUISSE, Geneva Branch.

Geneva, September 23, 1997