# Exhibit B

<u>PROCES-VERBAL DE L'ASSEMBLEE GENERALE EXTRAORDINAIRE DES ACTIONNAIRES DE LA SOCIETE EC VENTURE CAPITAL SA, GENEVE, TENUE EN L'ETUDE DE MES SECRETAN TROYYANOV, RUE CHARLES BONNET 2, 1206 GENEVE, SUISSE, LE 27 JUILLET 2000 A 14 HEURES.</u>

Me Cyril Troyanov préside l'Assemblée, constate que la totalité du capital actions - soit 250 actions nominatives de CHF 1'000.-- chacune - est représentée et que l'Assemblée peut ainsi valablement délibérer.

Madame Isabelle Combaz exerce les fonctions de Secrétaire.

L'ordre du jour suivant est accepté à l'unanimité:

1. **Démission et Election d'un nouvel organe de révision**

   Monsieur le Président prend note de la démission de l'organe de révision CORESA SA.

   Il est décidé à l'unanimité d'élir TANNHAUSER SA, 54 rue Agasse, CP 156, 1211 Genève 17 comme nouvel organe de révision pour l'exercice social se terminant le 31 décembre 1999, suite à la démission de CORESA SA.

2. **Nouvelle adresse**

   Il est décidé à l'unanimité de domicilier la société, Rue Charles Bonnet 6, CP 273, 1206 Genève.

3. **Divers**

Aucun autre point ne figurant à l'ordre du jour, la séance est levée à 14h15.

_____      _____
Cyril Troyanov                  Isabelle Combaz

Exercice social 1999

## PROCES-VERBAL DE L'ASSEMBLEE GENERALE ORDINAIRE DES ACTIONNAIRES DE EC VENTURE CAPITAL SA, GENEVE, TENUE EN L'ETUDE MMES SECRETAN TROYANOV, 2, RUE CHARLES-BONNET, 1206 GENEVE, LE 8 AOUT 2000, A 10 HEURES.

Me Cyril Troyanov préside l'Assemblée et demande à M. Beat Spoerri de bien vouloir tenir le procès-verbal. Monsieur le Président ouvre la séance, constate que toutes les actions - 250 actions au porteur de CHF 1'000.-- chacune - sont présentes ou représentées et que par conséquent, l'Assemblée peut valablement délibérer.

L'ordre du jour proposé par l'actionnaire est accepté à l'unanimité et restera annexé à l'original du présent procès-verbal (Annexe A).

## APPROBATION DU PROCES-VERBAL DE L'ASSEMBLEE GENERALE ORDINAIRE DES ACTIONNAIRES TENUE LE 6 AOUT 1999.

Le procès-verbal de l'Assemblée Générale Ordinaire des Actionnaires tenue au siège de la société, Passage Malbuisson 19, 1211 Genève 3, le 6 août 1999, approuvant les comptes au 31 décembre 1998, est accepté à l'unanimité.

## RAPPORT DE L'ORGANE DE REVISION

Suite à la démission de l'organe de révision CORESA SA lors de l'Assemblée du 15 juin 2000 à laquelle seule une action était représentée, la société TANNHAUSER a accepté de reprendre les fonctions de réviseur et d'établir un rapport de révision au 31 décembre 1999 dont les conclusions sont présentées à l'Assemblée par Monsieur le Président.

Monsieur le Président donne lecture du rapport de révision établi par l'Organe de Révision, TANNHAUSER S.A., 54, rue Agasse, 1208 Genève. Ledit rapport recommande aux Actionnaires d'accepter les comptes.

Le rapport des réviseurs restera annexé à l'original du présent procès-verbal (Annexe B).

## VOTE SUR L'APPROBATION DES COMPTES ET L'EMPLOI DU SOLDE DU COMPTE DE PROFITS ET PERTES

Monsieur le Président présente à l'Assemblée les conclusions du rapport de l'Organe de Révision de l'exercice social se terminant le 31 décembre 1999.

Monsieur le Président propose aux actionnaires d'approuver les comptes, présentant une perte de CHF 143'712.--. Etant donné que les résultats au 31 décembre 1998 faisaient apparaître un bénéfice de CHF 973.-- (après attribution à la réserve légale et distribution d'un dividende), et compte tenu de la perte de CHF 143'712.-- au 31 décembre 1999, c'est un solde déficitaire de CHF 142'739.-- que Monsieur le Président propose aux actionnaires de reporter. Cette proposition est acceptée à l'unanimité.

- 2 -

## DECHARGE A L'ADMINISTRATEUR

Monsieur le Président demande alors à l'Assemblée de donner décharge à l'Administrateur unique Monsieur Stephan Brunner pour l'activité déployée au nom et pour le compte de la société pendant l'exercice social se terminant le 31 décembre 1999.

Vu les questions restées sans réponse depuis la démission de M. Brunner lors de l'assemblée du 15 juin 2000, la décision sur la décharge à l'administrateur est reportée à une prochaine assemblée.

## ELECTIONS

Suite à la démission de M. Stephan Brunner de ses fonctions d'Administrateur unique de la société, il est décidé à l'unanimité d'élire aux fonctions d'administrateur unique de la société M. Giuseppe Trabucchi pour l'exercice social 2000.

## ELECTION DE L'ORGANE DE REVISION

TANNAUSER S.A., 54 rue Agasse, 1211 Genève 17 est élu à l'unanimité en qualité d'Organe de Révision pour l'exercice social se terminant le 31 décembre 2000.

## DIVERS

Monsieur le Président attire l'attention des actionnaires sur le fait qu'en raison de l'importance des pertes survenues en 1999, la situation financière de la société devient précaire, la moitié du capital-actions et des réserves légales n'étant pratiquement plus couverte.

Monsieur le Président constatant que l'ordre du jour est épuisé et que personne ne demande plus la parole, lève la séance à 10 heures 30.

_____        _____
Cyril Troyanov                 Beat Spoerri

## PROCES-VERBAL DE L'ASSEMBLEE GENERALE ORDINAIRE DES ACTIONNAIRES DE EC VENTURE CAPITAL SA, GENEVE, TENUE A L'HOTEL BALTSCHUNG KEMPINSKY, Ul Balchug 1, MOSCOU LE 19 JUIN 2001 A ......... HEURES

Monsieur Vladimir Kishenin préside l'assemblée et demande à Monsieur André Walkowicz de bien vouloir tenir le procès-verbal.

Monsieur le Président ouvre la séance, constate que la totalité du capital actions, soit –250– actions au porteur de CHF 1'000.—chacune sont présentes ou représentées et que l'Assemblée peut ainsi valablement délibérer.

L'ordre du jour proposé par le Conseil d'Administration est accepté à l'unanimité et restera annexé à l'original du présent procès-verbal (Annexe A)

### Approbation du procès-verbal de l'Assemblée Générale Ordinaire des Actionnaires du 29 mai 2000.

Il est décidé à l'unanimité d'approuver le procès-verbal de l'Assemblée Ordinaire des Actionnaires tenue en l'Etude Secretan Troyanov, 2 rue Charles-Bonnet, 1206 Genève, le 29 mai 2000 et approuvant les comptes au 31 décembre 1999.

### Rapport du Conseil d'Administration

Monsieur le Président lit à l'Assemblée le rapport préparé par le Conseil d'Administration. Le rapport est accepté à l'unanimité. Il restera annexé à l'original du présent procès-verbal.
Il est relevé que le Conseil d'Administration attire l'attention de l'Assemblée sur le fait que la société est surendettée, tant en relevant le fait qu'il existe une postposition de créance pour un montant de plus de CHF 1'000'000.—

### Rapport de l'Organe de Révision

Le rapport de l'Organe de Révision, Tannhauser SA, Genève, est porté à la connaissance de l'Assemblée. Ledit rapport recommande aux Actionnaires d'accepter les comptes, ainsi que les propositions du Conseil d'Administration. Ce rapport restera annexé à l'original du présent procès-verbal.

Il est relevé que l'Organe de Révsion attire l'attention de l'Assemblée sur le fait que la société est surendettée, tant en relevant le fait qu'il existe une postposition de créance pour un montant de plus de CHF 1'000'000.—

### Vote sur l'approbation des comptes et l'emploi du solde du compte du profits et pertes

Monsieur le Président donne connaissance à l'Assemblée des comptes de l'exercice social se terminant le 31 décembre 2000. Il propose aux actionnaires de reporter à nouveau le solde du comptes de pertes et profits. Cette proposition est acceptée à l'unanimité.

Monsieur le Président attire une nouvelle fois l'attention des actionnaires sur le fait que la société est surendettée et qu'elle est soumise aux dispositions de l'article 725, alinéa 2, du Code des Obligations.

Monsieur le Président précise en outre qu'il existe des postpositions de créances pour un montant total de CHF 1'008'152.--.

### Décharge à l'Administrateur

Monsieur le Président demande alors aux actionnaires de donner décharge à l'Administrateur pour l'activité déployée au nom et pour le compte de la Société pendant l'exercice social se terminant le 31 décembre 2000; plus exactement depuis le 15 juin 2000, date à laquelle il a été élu à cette fonction La décharge est accordée sans réserve à l'unanimité.

### Elections

Monsieur André Walkowicz est élu à l'unanimité comme Administrateur unique avec pouvoir de signature individuelle en remplacement de Monsieur Giuseppe Trabucchi pour l'exercice social se terminant le 31 décembre 2001.

Tannhauser SA, 54, rue Agasse, 1211 Genève 17 est élu à l'unanimité en qualité d'Organe de Révision pour l'exercice social se terminant le 31 décembre 2001.

### Divers

Monsieur Walkowicz informe l'Assemblée qu'il négocie actuellement les termes d'un contrat de bail pour le compte de la société au N° 11 de la rue Général Dufour à Genève.

Monsieur le Président constatant que l'ordre du jour est épuisé et que personne ne demande plus la parole, lève la séance à ............

Vladimir Kishenin                              André Walkowicz

Register no 10159 1997

**EC VENTURE CAPITAL SA**

ANDRÉ WALKOWICZ
DIRECTOR

6, RUE CHARLES-BONNET
P.O. BOX 273
1211 GENEVA 12
SWITZERLAND

MOB.TEL. +4179 3324 333
TEL.GEN. +4122 7897 018
FAX +4122 3467 979
E-MAIL A.WALKOWICZ@BLUEWIN.CH

2 4 JUIL. 2001
GENÈVE

REGISTRE DU COMMERCE

Genève, le 24.07.2001

Re. EC VENTURE CAPITAL SA.

Réq.

Messieurs,

Suite au changement d'administrateur veuillez, svp, procéder au changement d'adresse de la société : EC Venture Capital SA à :

→ 11, rue Général-Dufour
1211 GENEVE 11

En vous remerciant, je vous prie d'agréer, Messieurs, mes salutations distinguées.

A. Walk—
Nouvel Administrateur

File no. 10199 1997

<u>MINUTES OF THE EXTRAORDINARY GENERAL MEETING OF SHAREHOLDERS OF THE COMPANY EC VENTURE CAPITAL SA, GENEVA, HELD AT THE OFFICES OF THE LEGAL FIRM SECRETAN TROYYANOV, RUE CHARLES BONNET 2, 1206 GENEVA, SWITZERLAND, ON JULY 27, 2000, AT 2:00 P.M.</u>

Maître Cyril Troyanov chaired the Meeting, verified that the entire share capital – consisting of 250 registered shares, each to the value of CHF 1,000.00 – was represented and that the Meeting could validly take decisions.

Ms. Isabelle Combaz acted as Secretary.

The following agenda was unanimously approved:

1. **Resignation and Election of a new auditing body**

   The Chairman recorded the resignation of the auditing body CORESA SA.

   The unanimous decision was taken to elect TANNHAUSER SA, 54 rue Agasse, CP 156, 1211 Geneva 17, as the new auditing body for the fiscal year ending on December 31, 1999, following the resignation of CORESA SA.

2. **New address**

   The unanimous decision was taken to domicile the company at Rue Charles Bonnet 6, CP 273, 1206 Geneva.

3. **Miscellaneous**

There being no further items on the agenda, the meeting ended at 2:15 p.m..

_____    _____
Cyril Troyanov                      Isabelle Combaz

File no. 10199 1997
Fiscal year 1999

**MINUTES OF THE ORDINARY GENERAL MEETING OF SHAREHOLDERS OF THE COMPANY EC VENTURE CAPITAL SA, GENEVA, HELD AT THE OFFICES OF THE LEGAL FIRM SECRETAN TROYANOV, 2, RUE CHARLES-BONNET, 1206 GENEVA, ON AUGUST 8, 2000, AT 10:00 A.M.**

Maître Cyril Troyanov chaired the Meeting and asked Mr. Beat Spoerri to draw up the minutes. The Chairman opened the meeting, verifying that the entire share capital – consisting of 250 registered shares, each to the value of CHF 1,000.00 – was present or represented and consequently that the Meeting could validly make decisions.

The agenda proposed by the shareholder was unanimously approved and will be attached to the original of these minutes (Annex A).

**APPROVAL OF THE MINUTES OF THE ORDINARY GENERAL MEETING OF SHAREHOLDERS HELD ON AUGUST 6, 1999.**
The minutes of the Ordinary General Meeting of Shareholders held at the company's registered offices, Passage Malbuisson 19, 1211 Geneva 3, on August 6, 1999, approving the accounts as at December 31, 1998, were unanimously approved.

**AUDITING BODY'S REPORT**
Following the resignation of the auditing body CORESA SA at the Meeting of June 15, 2000, at which only one share was represented, the company TANNHAUSER agreed to take over the functions of auditor and to draw up an audit report as at December 31, 1999, the conclusion of which was presented to the Meeting by the Chairman.

The Chairman read the audit report drawn up by the Auditing Body TANNHAUSER S.A., 54, rue Agasse, 1208 Geneva. The said report recommended that the Shareholders approve the accounts.

The audit report will be attached to the original of these minutes (Annex B).

**VOTE ON THE APPROVAL OF THE ACCOUNTS AND ALLOCATION OF THE BALANCE OF THE PROFIT AND LOSS ACCOUNT**
The Chairman presented the Meeting with the conclusions of the Auditing Body's report for the fiscal year ending on December 31, 1999.

The Chairman made a proposal for shareholders to approve the accounts, which presented a loss of CHF 143,712.00. Given that the results as at December 31, 1998 showed a profit of CHF 973.00 (after appropriation to the legal reserve and distribution of a dividend), and in view of the loss of CHF 143,712.00 as at December 31, 1999, the Chairman proposed that the balance of CHF 147,739.00 be carried over. This proposal was unanimously approved.

- 2 -

## DISCHARGE TO THE DIRECTOR

The Chairman then asked the Meeting to give discharge to the Sole Director Mr. Stephan Brunner for the activities carried out for and on behalf of the company during the fiscal year ending on December 31, 1999.

In view of the questions that remained unanswered since the resignation of Mr. Brunner at the meeting of June 15, 2000, the decision to give discharge to the director was postponed to a subsequent meeting.

## ELECTIONS

Following the resignation of Mr. Stephan Brunner from the post of Sole Director of the company, a unanimous decision was taken to elect Mr. Giuseppe Trabucchi to the post of Sole Director of the company for the fiscal year 2000.

## ELECTION OF THE AUDITING BODY

TANNHAUSER S.A., 54 rue Agasse, 1211 Geneva 17, was unanimously elected as the Auditing Body for the fiscal year ending on December 31, 2000.

## MISCELLANEOUS

The Chairman drew the attention of shareholders to the fact that, in view of the size of the losses sustained in 1999, the financial situation of the company was precarious, with virtually half the share capital and legal reserves no longer being covered.

Having ascertained that there were no further items on the agenda to be dealt with, and no one having asked to speak, the Chairman ended the meeting at 10:30 a.m.

_____          _____
Cyril Troyanov                              Beat Spoerri

File no. 10199 1997

## MINUTES OF THE ORDINARY GENERAL MEETING OF SHAREHOLDERS OF THE COMPANY EC VENTURE CAPITAL SA, GENEVA, HELD AT THE BALTSCHUNG KEMPINSKY HOTEL, Ul Balchug 1, MOSCOW, ON JUNE 19, 2001, AT ………  HOURS

Mr. Vladimir Kishenin chaired the meeting and asked Mr. André Walkowicz to draw up the minutes.

The Chairman opened the meeting, verifying that the entire share capital – consisting of 250 registered shares, each to the value of CHF 1,000.00 – was present or represented and consequently that the Meeting could validly make decisions.

The agenda proposed by the Board of Directors was unanimously approved and will be attached to the original of these minutes (Annex A).

## Approval of the minutes of the Ordinary General meeting of Shareholders of May 29, 2000.

A unanimous decision was taken to approve the minutes of the Ordinary General Meeting of Shareholders held at the offices of Secretan Troyanov, 2 rue Charles-Bonnet, 1206 Geneva, on May 29, 2000 and approving the accounts as at December 31, 1999.

## Board of Directors' Report

The Chairman read out to the Meeting the report drawn up by the Board of Directors. The report was unanimously approved. It will be attached to the original of these minutes. It was noted that the Board of Directors had drawn the attention of the Meeting to the fact that the company was deeply in debt, pointing out that there was a subordinated debt amounting to over CHF 1,000,000.00.

## Auditing Body's Report

The report of the Auditing Body, Tannhauser SA, Geneva, was presented to the Meeting. The said report recommended that Shareholders approve the accounts and the proposals made by the Board of Directors. This report will be attached to the original of these minutes.

It was noted that the Auditing Body had drawn the attention of the Meeting to the fact that the company was deeply in debt, pointing out that there was a subordinated debt amounting to over CHF 1,000,000.00.

### Vote on the approval of the accounts and allocation of the balance of the profit and loss account

The Chairman presented the Meeting with the accounts for the fiscal year ending on December 31, 2000. A proposal was made for the shareholders to carry forward the balance of the profit and loss account. This proposal was unanimously approved.

The Chairman once more drew the attention of shareholders to the fact that the company was deeply in debt and that it was subject to the provisions of Article 725, paragraph 2, of the Swiss Code of Obligations.

The Chairman also pointed out that there were subordinated debts amounting to a total of CHF 1,008,152.00.

### Discharge to the Director

The Chairman then asked the Meeting to give discharge to the Sole Director for the activities carried out for and on behalf of the Company during the fiscal year ending on December 31, 2000, more precisely since June 15, 2000, the date on which he was elected to this post. The discharged was given unanimously and unreservedly.

### Elections

Mr. André Walkowicz was unanimously elected as Sole Director with sole signatory powers, replacing Mr. Giuseppe Trabucchi for the fiscal year ending on December 31, 2001.

Tannhauser SA, 54, rue Agasse, 1211 Geneva 17, was unanimously elected as the Auditing Body for the fiscal year ending on December 31, 2001.

### Miscellaneous

Mr. Walkowicz informed the Meeting that he was in the process of negotiating the terms of a leasing agreement on behalf of the company at no. 11, rue Général Dufour, Geneva.

Having ascertained that there were no further items on the agenda to be dealt with and no one had asked to speak, the Chairman ended the meeting at ..........

Vladimir Kishenin                               André Walkowicz

File no. 10199  1997



ANDRE WALKOWICZ
DIRECTOR

6, RUE CHARLES-BONNET
P.O. BOX 273
1211 GENEVA 12
SWITZERLAND

MOB. TEL. +4179 3324 333
TEL. GEN. +4122 7897 018
FAX +4122 3467 979
E-MAIL A.WALKOWICZ@BLUEWIN.CH



REGISTER OF TRADE

Geneva, 07/24/2001

<u>RE: EC VENTURE CAPITAL SA.</u>

Request

Dear Sirs,

Following the change of administration, would you please change the address of the company EC Venture Capital SA to:

11, rue Général – Dufour
1211 Geneva 11

Thank you.

Yours faithfully,

New Director