# Exhibit C



dossier no. 10199 ~~1997~~

**PROCES-VERBAL** de l'assemblée générale extraordinaire des actionnaires de la société « **EC Venture Capital SA** »

L'AN DEUX MILLE SIX et le premier septembre.

A Genève, 19, rue du Général Dufour, en l'Etude de Maîtres GAMPERT et DEMIERRE, notaires.

Nous, Michel GAMPERT, notaire à Genève, soussigné,

Avons dressé comme suit le procès-verbal de l'assemblée générale extraordinaire des actionnaires de la société "**EC Venture Capital SA**", société anonyme ayant son siège à Genève, inscrite au Registre du Commerce de Genève et publiée dans la Feuille Officielle Suisse du Commerce, en dernier lieu, le 2 août 2001, page 5909,

ladite assemblée réunie en notre présence, à ces jour et lieu.

### FORMATION DU BUREAU

L'assemblée est présidée par Monsieur André WALKOWICZ, administrateur unique, qui désigne à la fonction de secrétaire le notaire soussigné.

### CONSTATATIONS

Monsieur le Président constate et fait constater à l'assemblée que les DEUX CENT CINQUANTE (250) actions d'une valeur nominale de MILLE FRANCS (Frs. 1'000.--) chacune, au porteur, formant la totalité du capital-actions, sont toutes représentées par lui-même, de sorte que ladite assemblée est régulièrement constituée conformément aux dispositions de l'article 701 du Code



- 2 -

des Obligations et, en l'absence d'opposition quant à son mode de constitution, peut valablement délibérer sur les objets à l'ordre du jour, qui sont les suivants :

**1. -   *Dissolution et entrée en liquidation.***

**2. -   *Nomination du liquidateur.***

*Premier objet à l'ordre du jour*

Sur proposition de Monsieur le Président, l'assemblée décide à l'unanimité la dissolution de la société et son entrée en liquidation.

Elle ne subsistera plus que sous la raison sociale :

**"EC Venture Capital SA, en liquidation"**

*Deuxième objet à l'ordre du jour*

L'assemblée décide ensuite à l'unanimité de désigner comme liquidateur de la société, Monsieur André WALKOWICZ, et de lui donner tous pouvoirs pour opérer cette liquidation, requérir l'inscription de la dissolution et sa propre inscription au Registre du Commerce, ainsi que sa radiation d'administrateur unique.

La société sera dorénavant engagée par la signature individuelle du liquidateur.

L'assemblée prend acte de la fin du mandat de l'administrateur unique.

L'ordre du jour étant épuisé, la séance est levée.

De tout ce qui précède a été dressé le présent procès-verbal.





- 3 -

Et après lecture faite, le Président, puis le notaire, ont signé la présente minute.

Suivent les signatures.

*Enregistré à Genève, 4 septembre 2006. Vol. 2006.

**POUR EXPEDITION CONFORME**





dossier no.10199 1997

~~EXTRAIT D'URGENCE SVP~~

# REQUISITION AU REGISTRE DU COMMERCE DE GENEVE

10199/97



« EC Venture Capital SA », à Genève

(FOSC du 02-08-2001, page 5909)

La société est dissoute. Sa liquidation est opérée sous la raison sociale :

« EC Venture Capital SA, en liquidation »

André WALKOWICZ n'est plus administrateur ; ses pouvoirs sont radiés.

<u>Liquidateur</u> : André WALKOWICZ, jusqu'ici administrateur unique.

<u>Domicile de liquidation</u> : au siège de la société

André WALKOWICZ :
Liquidateur



File no. 10199 1997

**MINUTES** of the extraordinary general meeting of shareholders of the company **"EC Venture Capital SA"**

---

On the first day of September of the year TWO THOUSAND AND SIX.

In Geneva, 19, rue du Général Dufour, at the offices of Maître GAMPERT and Maître DEMIERRE, notaries.

I, Michel GAMPERT, the undersigned notary of Geneva, drew up the minutes of the extraordinary general meeting of the shareholders of the company **"EC Venture Capital SA"**, a public company registered in the Geneva Register of Trade and the subject of an announcement published in the Swiss Official Journal of Trade on August 2, 2001, page 5909.

The said meeting took place in my presence on the day and at the place stated above.

### PRESIDING COMMITTEE

The meeting was chaired by Mr. André WALKOWICZ, sole director, who appointed the undersigned notary to act as secretary.

### STATEMENTS FOR THE RECORD

The Chairman verified and allowed the meeting to verify that TWO HUNDRED AND FIFTY (250) bearer shares, each with a nominal value of ONE THOUSAND SWISS FRANCS (CHF 1,000.00), forming the entire share capital, were all represented by himself, which meant that the said meeting was properly constituted in accordance with the provisions of Article 701 of the Swiss Code



- 2 -



of Obligations and, in the absence of any objection regarding its constitution, was entitled to resolve on the items included in the agenda, which were the following:

*1. – Dissolution and liquidation.*

*2. – Appointment of the liquidator.*

<u>First item on the agenda</u>

On a proposal from the Chairman, the meeting resolved unanimously to dissolve the company and put it into liquidation.

It shall exist only under the following company name:

**"EC Venture Capital SA, en liquidation"**

<u>Second item on the agenda</u>

The meeting then decided unanimously to appoint Mr. André WALKOWICZ as the company's liquidator and to vest him with all the powers required to effect this liquidation, to request the registration of the dissolution and his own registration in the Register of Trade as well as to ask for his name to be struck off as sole director.

The company will henceforth be bound by the individual signature of its liquidator.

The meeting noted the end of the sole director's mandate.

All the items on the agenda having been dealt with, the meeting ended.

These minutes were drawn up as a record of all of the above.

- 3 -



After having read them, the Chairman, and then the notary, signed these minutes.

The signatures follow.

Registered in Geneva, September 4, 2006. Vol. 2006

**CERTIFIED TRUE COPY**




File no. 10199  1997

## REQUEST TO THE GENEVA REGISTER OF TRADE

**"EC Venture Capital SA"**, in Geneva
(Swiss Official Journal of Trade of 08-02-2001, page 5909)



The company is dissolved. Its liquidation shall be effected under the following company name:

**"EC Venture Capital SA, en liquidation"**

André WALKOWICZ is no longer a director; his powers have been withdrawn.

<u>Liquidator</u>: André WALKOWICZ, sole director until now.

<u>Liquidation domicile</u>: the registered office.


André WALKOWICZ
Liquidator