# Exhibit D



**PROCES-VERBAL** de l'assemblée générale extraordinaire des actionnaires de la société « EC Venture Capital SA »

L'AN DEUX MILLE SEPT et le vingt-neuf novembre.

A Genève, 19, rue du Général Dufour, en l'Etude de Maîtres GAMPERT et DEMIERRE, notaires.

Nous, Maître Michel GAMPERT, notaire à Genève, soussigné.

Avons dressé comme suit le procès-verbal de l'assemblée générale extraordinaire des actionnaires de la société '**EC Venture Capital SA, en liquidation**', société anonyme ayant son siège à Genève, inscrite au Registre du Commerce de Genève et publiée dans la Feuille Officielle Suisse du Commerce, en dernier lieu, le 12 septembre 2006, page 6,

ladite assemblée réunie en notre présence, à ces jour et lieu.

### FORMATION DU BUREAU

L'assemblée est présidée par Monsieur André WALKOWICZ, liquidateur, qui désigne à la fonction de secrétaire le notaire soussigné.

### CONSTATATIONS

Monsieur le Président constate et fait constater à l'assemblée que les DEUX CENT CINQUANTE (250) actions d'une valeur nominale de MILLE FRANCS (Frs. 1'000,--) chacune, au porteur, formant la totalité du capital-actions, sont toutes représentées par lui-même, de sorte que ladite assemblée est régulièrement





- 2 -

constituée conformément aux dispositions de l'article 701 du Code des Obligations et, en l'absence d'opposition quant à son mode de constitution, peut valablement délibérer sur les objets à l'ordre du jour, qui sont les suivants :

***1.- Révocation de la décision de dissolution du 1er septembre 2006 et décision de poursuivre l'activité statutaire sans l'adjonction « en liquidation »***

***2.- Radiation du liquidateur***

***3.- Nomination d'un nouvel administrateur***

<u>*Premier objet à l'ordre du jour*</u>

Monsieur le Président expose à l'assemblée les raisons pour lesquelles il y a lieu de révoquer la décision de la dissolution prise lors de l'assemblée générale extraordinaire du 1er septembre 2006, en application de l'article 736 chiffre 2 CO, la révocation de la dissolution étant admissible tant et aussi longtemps que la répartition de l'actif social n'a pas débuté et propose de poursuivre l'activité statutaire en supprimant l'adjonction à la raison sociale des termes « en liquidation ».

Monsieur le Président, en sa qualité de liquidateur, atteste qu'à ce jour la répartition des actifs sociaux n'a pas encore débuté et qu'aucun acte de liquidation autre que l'appel aux créanciers n'a été effectué.

Ces propositions sont acceptées à l'unanimité par l'assemblée.





- 3 -

*Deuxième objet à l'ordre du jour*

Monsieur le Président expose à l'assemblée que conformément aux décisions prises au point 1 de l'ordre du jour, il y a lieu de mettre fin à son mandat de liquidateur de la société.

Cette proposition est acceptée à l'unanimité par l'assemblée.

*Troisième objet à l'ordre du jour*

Monsieur le Président propose qu'il soit nommé comme nouvel administrateur avec signature individuelle.

L'assemblée, à l'unanimité, prend acte de la nomination de Monsieur André WALKOWICZ comme nouvel administrateur de la société.

**************

L'ordre du jour étant épuisé, la séance est levée.

De tout ce qui précède a été dressé le présent procès-verbal.

Et après lecture faite, les Membres du Bureau, puis le notaire, ont signé la présente minute.

Suivent les signatures.

Enregistré à Genève, le 29 novembre 2007. Vol. 2007.

POUR EXPEDITION CONFORME



EXTRAIT ~~D'URGENCE~~ SVP 

# REQUISITION AU REGISTRE DU COMMERCE DE GENEVE

**EC Venture Capital SA, en liquidation**, à Genève 

(FOSC du 21.10.1998, p. 1561).

Par décision de son assemblée générale extraordinaire du 29 novembre 2007, la société a décidé de révoquer la décision de dissolution du 1$^{er}$ septembre 2006.

André WALKOWICZ n'est plus liquidateur, ses pouvoirs sont radiés.

Nouvel administrateur :

**André WALKOWICZ**, de Collonge-Bellerive, à Genève, administrateur unique, avec signature individuelle.

Nouvelle raison sociale : **EC Venture Capital SA**

*André WALKOWICZ :*
*Administrateur unique*





RC GE   SA 10190/1997
CH – 660 – 1594997 – 4
15645 05.12.2007 001
756 660 000000000870 09000 – 0

**MINUTES** of the extraordinary general meeting of shareholders of the company **"EC Venture Capital SA"**

---

On the twenty-ninth day of November of the year TWO THOUSAND AND SEVEN.

In Geneva, 19, rue du Général Dufour, at the offices of Maître GAMPERT and Maître DEMIERRE, notaries.

I, Michel GAMPERT, the undersigned notary of Geneva, drew up the minutes of the extraordinary general meeting of the shareholders of the company **"EC Venture Capital SA, en liquidation"**, a public company with registered offices in Geneva, registered in the Geneva Register of Trade and the subject of an announcement published in the Swiss Official Journal of Trade on September 12, 2006, page 6.

The said meeting took place in my presence on the day and at the place stated above.

### PRESIDING COMMITTEE

The meeting was chaired by Mr. André WALKOWICZ, liquidator, who appointed the undersigned notary to act as secretary.

### STATEMENTS FOR THE RECORD

The Chairman verified and allowed the meeting to verify that TWO HUNDRED AND FIFTY (250) bearer shares, each with a nominal value of ONE THOUSAND SWISS FRANCS (CHF 1,000.00), forming the entire share capital, were all represented by himself, which meant that the said meeting



- 2 -





was properly constituted according to the provisions of Article 701 of the Codes des Obligations and, in the absence of any objection regarding its constitution, was entitled to resolve on the items included in the agenda, which were the following:

*1. – Revocation of the dissolution decision of September 1, 2006 and decision to pursue the activity described in the articles of incorporation without adding the words "en liquidation" (in liquidation) to the company name*
*2. – Dismissal of the liquidator*
*3. – Appointment of a new director*

<u>First item on the agenda</u>

The Chairman explained the reasons why it was appropriate to revoke the decision to dissolve the company taken at the extraordinary general meeting of September 1, 2006, in accordance with Article 736, paragraph 2, of the Swiss Code of Obligations, the revocation of the dissolution being admissible provided that the distribution of the company's assets has not started, and proposed to pursue the activity described in the articles of incorporation, removing the words "en liquidation" (in liquidation) from the company name.

The Chairman, in his capacity as the liquidator, stated that the distribution of the company's assets had not started and that no action had been taken with regard to the liquidation other than the sending of a notice to creditors.

His proposals were unanimously accepted by the meeting.

- 3 -



### Second item on the agenda

The Chairman explained to the meeting that, in accordance with the decisions taken with regard to item one on the agenda, it was appropriate to end his appointment as the liquidator of the company.

This proposal was unanimously accepted by the meeting.

### Third item on the agenda

The Chairman proposed that he be appointed as the new director with sole signatory powers.

The meeting unanimously took note of the appointment of Mr. André WALKOWICZ as the new director of the company.

**************

All the items on the agenda having been dealt with, the meeting ended.

These minutes were drawn up as a record of all of the above.

After having read them, the Chairman, and then the notary, signed these minutes.

The signatures follow.

Registered in Geneva, November 29, 2007. Vol. 2007.

**CERTIFIED TRUE COPY**





# REQUEST TO THE GENEVA REGISTER OF TRADE

**<u>EC Venture Capital SA, en liquidation</u>**,

in Geneva

(Swiss Official Journal of Trade of 10/21/1998, page 1561).



By decision of its extraordinary general meeting of November 29, 2007, the company decided to revoke the dissolution decision of September 1, 2006.

André WALKOWICZ is no longer the liquidator; his powers have been withdrawn.

<u>New director</u>:

**André WALKOWICZ**, of Collonge-Bellerive, Geneva, sole director, with sole signatory powers.

<u>New company name</u>: **EC Venture Capital SA**

*André WALKOWICZ:*
*Sole Director*