# Exhibit C

**telenor**

| About Telenor | Media centre | Investor Relations | Corporate responsibility | Career centre |

**News and press releases**
Feature stories
Image gallery
Broadcast room
Telenor in brief
Event calendar
News alert
Press and media contacts

Press Service
Tel. +47 800 80 900

> News alerts

Receive news alerts on e-mail.

# Telenor Obtains Unaudited Kyivstar Financial Results

(Kyiv, Ukraine and Fornebu, Norway - 5 December 2007) Telenor has now obtained unaudited Kyivstar financial results for the first three quarters of 2007. In response to the termination of an injunction by a Ukrainian court on 23 November, Ukrainian mobile operator Kyivstar has begun to provide Telenor with unaudited financial information.

"We are delighted that Kyivstar has provided us with financial information concerning its performance for the first three quarters of 2007," said Jan Edvard Thygesen, Executive Vice President and head of Telenor's operation in Central and Eastern Europe. "However, as a consequence of Alfa Group's continuing collusive litigation in Ukraine and its ongoing boycott of Kyivstar's board and shareholder meetings in defiance of an international arbitration award and two court orders, Telenor remains unable to consolidate Kyivstar's financial results. To restore corporate governance in Kyivstar, Telenor intends to continue its efforts to enforce the arbitration award and court orders against Alfa and its affiliates, including Storm and Altimo, wherever they and their assets can be found."

Telenor holds 56.5 per cent of Kyivstar. The remaining 43.5 per cent is held by Storm, an Alfa affiliate. Telenor will report Kyivstar as an associated company from the fourth quarter 2007.

**The financial results provided by Kyivstar are as follows:**

**Kyivstar – Ukraine**

| (NOK in millions) | 2007 | | | Year |
| --- | --- | --- | --- | --- |
|  | Q1 | Q2 | Q3 | 2006 |
|  |  | 2 | 2 | 8 |
| Subscription and traffic | 2 215 | 435 | 625 | 359 |
| Interconnection revenues | 559 | 634 | 705 | 2 312 |
| **Mobile revenues company's subscriptions** | **2 774** | **3 069** | **3 330** | **10 671** |
| Other mobile revenues | 38 | 48 | 68 | 197 |

|  |  |  |  |  |
|---|---|---|---|---|
| **Total mobile revenues** | **2 811** | **3 116** | **3 398** | **10 868** |
| Non-mobile revenues | 20 | 24 | 28 | 65 |
| **Total revenues 1)** | **2 831** | **3 141** | **3 427** | **10 934** |
| 1) Of which internal revenues | 6 | 11 | 11 | 9 |
|  |  |  |  |  |
| **EBITDA** | 1 687 | 1 905 | 1 981 | 6 497 |
| Depreciation and amortization 1) | 448 | 441 | 474 | 1 587 |
| Write-downs 2) | 3 | 2 | 2 | 31 |
| **Operating profit** | **1 236** | **1 462** | **1 504** | **4 879** |
| 1) Of which amortization of Telenor's net excess values | 23 | 22 | 14 | 94 |
| 2) Of which write-downs of Telenor's net excess values | - | - | - | - |
| **Profit after tax and minority interest** | **512** | **611** | **645** | **1 909** |
|  |  |  |  |  |
| EBITDA/Total revenues (%) | 59,6 | 60,6 | 57,8 | 59,4 |
| Capex | 557 | 526 | 449 | 3 671 |
|  |  |  |  |  |
| No. of mobile subscriptions (in thousands) | 21 959 | 22 059 | 23 059 | 21 510 |
| - of which prepaid | 20 713 | 20 837 | 21 841 | 20 281 |
| Average traffic minutes per subscription per month (AMPU) in the quarter | 125 | 137 | 145 |  |
| Average revenue per subscription per month (ARPU) in the quarter | 42 | 47 | 49 |  |
| - of which contract | 183 | 197 | 210 |  |
| - of which prepaid | 34 | 38 | 40 |  |

These figures have not been subject to the ordinary internal control review process in Telenor.

**Further information:**
Dag Melgaard, Vice President, Telenor ASA, tel: +47 901 92 000
Anastasyia Sosevych, Communications Manager, Telenor Ukraine, tel: +380 6746 76666

© 2007 Telenor ASA    |    Contact