Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue, New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

---

**TELENOR MOBILE COMMUNICATIONS AS**

    Petitioner,

-against-

**STORM LLC,**

    Respondent,

-and-

**ALTIMO HOLDINGS & INVESTMENTS LIMITED, HARDLAKE LIMITED AND ALPERN LIMITED,**

    Additional Contemnors.

---

Docket No.: 07 Civ 6929 (GEL)

ECF Case

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK   )
                               ) ss.:
COUNTY OF NEW YORK )

    I, Robinson Howard, being duly sworn, depose and say:

    1.    I am not a party to the above case, am over eighteen years old, and am employed by Orrick, Herrington & Sutcliffe LLP, 666 Fifth Avenue, New York, New York 10103.

    2.    On the 23rd day of January, 2008, I served the Order to Show Cause, dated January 22, 2008, The Declaration of Robert L. Sills, The Declaration of Peter S. O'Driscoll, The Declaration of Oleksiy Didkovskiy, The Declaration of Christodoulos G.

Pelaghias, The Declaration of Daniel Gerard Wise, The Declaration of Carlo Lumbardini, The Declaration of Trond Moe, The Declaration of Trond Westlie and The Memorandum of Law In Support Of Petitioner's Motion To Hold Defendant And Additional Contemnors in Contempt by hand upon the following:

> Pieter Van Tol, Esq.
> Lovells, LLP
> 590 Madison Avenue
> New York, New York 10022

_____
Robinson J. Howard

Sworn to before me this
23rd day of January, 2008

_____
Notary Public

THOMAS BACKIEL
Notary Public, State of New York
No. 01BA6083754
Qualified in Queens County
Commission Expires Nov. 25, 2010