Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue, New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| TELENOR MOBILE COMMUNICATIONS AS, | 07 CIV 6929 (GEL) |
| Petitioner, | ECF Case |
| -against- | |
| STORM LLC, | |
| Respondent, | **DECLARATION OF SERVICE** |
| -and- | |
| ALTIMO HOLDINGS & INVESTMENTS LIMITED, ALPREN LIMITED AND HARDLAKE LIMITED, | |
| Additional Contemnors. | |

I, KAREN THOMPSON, an attorney duly admitted to practice law in the State of New York, declares the following:

1. I am over the age of eighteen years old, am not a party to this action and am associated with Orrick, Herrington & Sutcliffe, LLP, 666 Fifth Avenue, New York, New York, 10103-0001.

2. On January 23, 2008, I served the foregoing ORDER TO SHOW CAUSE; MEMORANDUM IN SUPPORT OF PETITIONER'S MOTION TO HOLD DEFENDANT AND ADDITIONAL CONTEMNORS IN CONTEMPT; THE DECLARATION AND EXHIBITS THERETO OF ROBERT L. SILLS; THE DECLARATION AND EXHIBITS THERETO OF PETER O'DRISCOLL; THE DECLARATION AND EXHIBITS

THERETO OF OLEKSIY DIDKOVSKIY; THE DECLARATION AND EXHIBITS THERETO OF CHRISTODOULOS G. PELAGHIAS; THE DECLARATION AND EXHIBITS THERETO OF DANIEL GERARD WISE; THE DECLARATION AND EXHIBITS THERETO OF CARLO LOMBARDINI; THE DECLARATION AND EXHIBITS THERETO OF TROND WESTLIE AND THE DECLARATION AND EXHIBITS THERETO OF TROND MOE, in the above-captioned action upon:

| | |
|---|---|
| Altimo Holdings & Investments Limited<br>Geneva Place<br>Second Floor<br>333 Waterfront Drive<br>Wickham's Cay, 1<br>Road Town, Tortola<br>BRITISH VIRGIN ISLANDS<br>Attention: Mr. Alexei Reznikovich | Altimo Holdings & Investments Limited<br>11 Savvinskaya nab.<br>Moscow 119435<br>RUSSIAN FEDERATION<br>Attention: Mr. Alexei Reznikovich |
| Managing Director<br>Alpren Limited<br>5 Themistocles Dervis Street<br>Elenion Building, 2nd Floor<br>Nicosia CY – 1066<br>CYPRUS | Managing Director<br>Hardlake Limited<br>5 Themistocles Dervis Street<br>Elenion Building, 2nd Floor<br>Nicosia CY – 1066<br>CYPRUS |

by causing true and correct copies of the foregoing to be placed in properly addressed and sealed Federal Express Boxes and depositing said envelopes in the custody of Federal Express, next business day carriage paid by the sender.

3. In addition, on January 23, 2008, I also served the ORDER TO SHOW CAUSE; MEMORANDUM IN SUPPORT OF PETITIONER'S MOTION TO HOLD DEFENDANT AND ADDITIONAL CONTEMNORS IN CONTEMPT; THE DECLARATION AND EXHIBITS THERETO OF ROBERT L. SILLS; THE DECLARATION AND EXHIBITS THERETO OF PETER O'DRISCOLL; THE DECLARATION AND EXHIBITS THERETO OF OLEKSIY DIDKOVSKIY; THE DECLARATION AND EXHIBITS THERETO OF CHRISTODOULOS G. PELAGHIAS; THE DECLARATION AND EXHIBITS THERETO OF DANIEL GERARD

WISE; THE DECLARATION AND EXHIBITS THERETO OF CARLO LOMBARDINI; THE DECLARATION AND EXHIBITS THERETO OF TROND WESTLIE AND THE DECLARATION AND EXHIBITS THERETO OF TROND MOE in the above-captioned action upon:

Alexei Reznikovich
Altimo Holdings & Investments Limited
11 Savvinskaya nab.
Moscow 119435
RUSSIAN FEDERATION
Email Address: reznikovich@altimo.ru
Email Address: amr@altimo.ru
Email Address: aroffice@altimo.ru

Managing Director
Alpren Limited
5 Themistocles Dervis Street
Elenion Building, 2nd Floor
Nicosia CY – 1066
CYPRUS
Email Address: abacus@abacus.com.cy
Email Address: info@mwmabacus.com

Managing Director
Hardlake Limited
5 Themistocles Dervis Street
Elenion Building, 2nd Floor
Nicosia CY – 1066
CYPRUS
Email Address: abacus@abacus.com.cy
Email Address: info@mwmabacus.com

by causing true and correct copies of the foregoing to be sent by electronic mail.

Executed this 23 day of January, 2008 at New York, New York.

_____
Karen Thompson, Esq.