CHAMBERS COPY

RECEIVED FEB 5 2008 CHAMBERS OF GERARD E. LYNCH U.S.D.J.

Robert L. Sills (RS 8896)
Jay K. Musoff (JM 8716)
Orrick, Herrington & Sutcliffe LLP
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151
Attorneys for Petitioner

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
:
TELENOR MOBILE COMMUNICATIONS AS,
:
                Petitioner,
:
    -against-                             07 Civ. 6929 (GEL)
:
STORM LLC,
:            ECF Case
                Respondent,
:
    -and-                                STIPULATION AND ORDER
:
ALTIMO HOLDINGS & INVESTMENTS
LIMITED, ALPREN LIMITED, AND
HARDLAKE LIMITED,
:
                Additional Contemnors.
:
------------------------------------------------------------ x

       **IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned attorneys of record for the undersigned herein, as follows:

       1.      The hearing of the motion of Petitioner Telenor Mobile Communications AS ("Telenor Mobile") for an order of contempt (the "Contempt Motion") now scheduled for Thursday, February 7, 2008, at 2:00 p.m., is adjourned to ~~Wednesday, March 12~~ [Tuesday, March 11], at 10:00 a.m., ~~or to such other date and time during the week of March 10 as is convenient to the Court~~.

2.  The requests for discovery previously propounded in connection with the Contempt Motion shall be responded to as follows:

   A.  Copies of all responsive non-privileged documents, not otherwise objected to, and all objections thereto, shall be served on the attorneys for Telenor Mobile on or before the close of business on Wednesday, February 6, 2008;

   B.  The depositions of Storm LLC ("Storm") by Vadim Klymenko, and of Altimo Holdings and Investments Limited ("Altimo"), Hardlake Limited ("Hardlake") and Alpren Limited ("Alpren") pursuant to Fed. R. Civ. P. 30(b)(6), shall be taken in New York, New York during the week of February 11, 2008, on mutually agreed dates; *provided, however,* that if any witness to be produced cannot obtain a visa for travel to the United States after making a timely and good faith effort to obtain one, he or she will be produced in London or Paris, or some other mutually agreed-on location outside Ukraine or Russia;

   C.  Telenor Mobile agrees and acknowledges that it will not serve or attempt to serve process on any witness produced pursuant to paragraph 2 above, either individually or as representatives of Storm, Altimo, Hardlake or Alpren, as the case may be, while such witness is traveling to, in attendance at, or traveling from, his or her deposition in accordance with Section 2B;

   D.  By responding to discovery as set forth above, neither Altimo, Alpren nor Hardlake admits or acknowledges that it is a party herein.

3.  Papers in opposition to the Contempt Motion shall be served on the attorneys for Telenor Mobile by Storm, Altimo, Hardlake and Alpren on or before the close of business on Monday, February 25, 2008.

4. Reply papers in further support of the Contempt Motion shall be served on or before the close of business on Wednesday, March 5, 2008.

Dated: New York, New York
February 4, 2007

ORRICK, HERRINGTON & SUTCLIFFE LLP

By: /s/ Robert L. Sills

Robert L. Sills (RS 8896)
666 Fifth Avenue
New York, New York 10103
Telephone: (212) 506-5000
Facsimile: (212) 506-5151

Attorneys for Petitioner
Telenor Mobile Communications AS

CRAVATH, SWAINE & MOORE LLP

By: /s/ Ronald S. Rolfe

Ronald S. Rolfe (RR 0846)
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019-7475
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

Attorneys for Additional Contemnors
Altimo Holdings & Investments Limited,
Alpren Limited and Hardlake Limited

LOVELLS LLP

By: /s/ Pieter Van Tol

Pieter Van Tol (PT 2445)
590 Madison Avenue
New York, New York 10022
Telephone: (212) 909-0600
Facsimile: (212) 909-0660

Attorneys for Respondent
Storm LLC

SO ORDERED:

_____
Hon. Gerard E. Lynch, U.S.D.J.

2/5/08