

**ORRICK**



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/4/08

ORRICK, HERRINGTON & SUTCLIFFE LLP
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM



RECEIVED
FEB 29 2008
CHAMBERS OF
GERARD E. LYNCH
U.S.D.J.

February 28, 2008

Robert L. Sills
(212) 506-5110
rsills@orrick.com

**BY FEDERAL EXPRESS**

Hon. Gerard E. Lynch
United States District Judge for
  the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 910
New York, New York  10007-1581



MEMO ENDORSED

Telenor Mobile Communications AS v. Storm LLC
07 Civ. 6929 (GEL)

Dear Judge Lynch:

On behalf of all parties in the above-entitled proceedings, I write regarding several housekeeping items.

1.  Two 25 page memoranda were filed in opposition to Petitioner's motion for an Order of Contempt, one by respondent Storm LLC, and one by Altimo Holdings and Investments Limited, Alpren Limited and Hardlake Limited (all four, collectively, "Respondents"). Petitioner Telenor Mobile Communications As ("Telenor Mobile") respectfully requests that it be permitted to file a single reply memorandum, not to exceed 15 pages, in further support of its motion. Respondents do not oppose this request.

2.  Pursuant to the current scheduling order, Telenor Mobile's reply papers are due on Wednesday, March 5. In order to accommodate my personal schedule, I respectfully request a one-day extension for those papers, until Thursday, March 6. Respondents likewise do not oppose this request.

3.  Pursuant to Section 2(c) of Your Honor's individual practices, courtesy copies of all opposition and reply papers would be provided to Chambers the same day, the adjourned date of March 6, assuming that Your Honor grants the requested extension. However, Respondents would prefer to submit their papers on the original date fixed for reply papers, Wednesday, March 5, in order to allow the Court additional time to review their papers. Respondents note that their papers are quite lengthy and have not been filed electronically because they have been filed under seal. Telenor Mobile has no objection to that request.

*SO ORDERED

/s/ Gerard E. Lynch

GERARD E. LYNCH, U.S.D.J.
3/4/08


ORRICK

Hon. Gerard E. Lynch
February 28, 2008
Page 2

    We are, of course, available at the Court's convenience with any questions or comments you might have regarding the foregoing.

                              Respectfully,

                              Robert L. Sills

Copies (by email) to
   Ronald S. Rolfe, Esq.
   Pieter Van Tol, Esq.