


**ORRICK, HERRINGTON & SUTCLIFFE LLP**
666 FIFTH AVENUE
NEW YORK, NEW YORK 10103-0001

tel +1-212-506-5000
fax +1-212-506-5151

WWW.ORRICK.COM

March 14, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/20/08

Robert L. Sills
(212) 506-5110
rsills@orrick.com

**BY FEDERAL EXPRESS**



Hon. Gerard E. Lynch
United States District Judge for
   the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 910
New York, New York 10007-1581

Telenor Mobile Communications AS v. Storm LLC
07 Civ. 6929 (GEL)

Dear Judge Lynch:

I write to inform Your Honor that all parties have agreed that, subject to the Court's approval, Proposed Findings of Facts and Conclusions of Law regarding Petitioner's motion for an order of contempt will be simultaneously served and filed on Wednesday, April 9, 2008.

Respectfully,

Robert L. Sills

Copies (by email) to
   Ronald S. Rolfe, Esq.
   Pieter Van Tol, Esq.

*SO ORDERED

GERARD E. LYNCH, U.S.D.J.
3/20/08